FILED
LODGED
APR 2 9 2002
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | : | |
| v. | : | Civil No. WMN-02-662 |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., in rem, et al. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| BUCHANAN MARINE, L.P. et al. | : | |
| v. | : | Civil No. WMN-02-666 *closed* |
| M/V A.V. KASTNER, her engines, freights, tackle and apparel, et al. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In the Matter of the Complaint of BUCHANAN MARINE, L.P. and A.P. FRANZ TRUSTEE OF THE BUCHANAN TRUST, as owner pro hac vice manager/ charterer and owner, respectively, of the TUG BUCHANAN 14 for exoneration from or Limitation of Liability | : | Civil No. WMN-02-817 *closed* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In the Matter of the Complaint of GYPSUM TRANSPORTATION, LIMITED for exoneration from or Limitation of Liability | : | Civil No. WMN-02-1186 *closed* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re Petition to Perpetuate Testimony Pursuant to Fed. R. Civ. P. 27 | : | Misc. No. WMN-02-71-MC *closed* |
| By | : | |
| BUCHANAN MARINE, L.P. | : | |

<u>ORDER</u>

Before the Court are various motions of Gypsum Transportation, Ltd., filed on April 8, 2002, to consolidate the above-noted cases: Paper No. 20 in Civil Action No. WMN-02-662; Paper No. 14 in Civil Action No. WMN-02-666; Paper No. 7 in Civil Action No. WMN-02-817; Paper No. 6 in Civil Action No. WMN-02-1186; and Paper No. 4 in Misc. No. WMN-02-71. The Court having concluded that it would be in the interest of justice and judicial economy to consolidate these cases, both for discovery and for trial,

Accordingly, IT IS this __29th__ day of __April__, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That the motions to consolidate: Paper No. 20 in Civil Action No. WMN-02-662; Paper No. 14 in Civil Action No. WMN-02-666; Paper No. 7 in Civil Action No. WMN-02-817; Paper No. 6 in Civil Action No. WMN-02-1186; and Paper No. 4 in Misc. No. WMN-02-71 are hereby "GRANTED";

2. That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-02-662, and all future pleadings are to be captioned and filed in that action;

3. That all pleadings filed heretofore in Civil Action Nos. WMN-02-666, WMN-02-817, WMN-02-1186 and Misc. No. WMN-02-71 shall be deemed to have been filed in Civil Action No. WMN-02-662;

4. That Civil Action Nos. WMN-02-666, WMN-02-817, WMN-02-1186 and Misc. No. WMN-02-71 are hereby ADMINISTRATIVELY CLOSED; and

5. That the Clerk of the Court shall MAIL or TRANSMIT a copy of this Order to all counsel of record.

                                        _____  
                                        William M. Nickerson  
                                        United States District Judge