

$50 FEE PAID
# 1186326
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ORIGINAL**

FILED
JUN 20 2002
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Norfolk Dredging                    *

      **Plaintiff(s)**       *

                                     Case No.: WMN 02 662

      **vs.**                    *

A. V. Kastner                       *

      **Defendant(s)**

                         ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter Ayers Wimbrow, III, am a member in good standing of the bar of this Court. My bar number is 01337. I am moving the admission of Thomas B. Shuttleworth to appear *pro hac vice* in this case as counsel for Estate of Justin Maurice Bryant.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | 1973 |
| U.S. Supreme Court | 1976 |
| U.S. Court of Appeals - 4th Circuit | 1974 |
| U.S. District Court - Eastern District of Virginia | 1973 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court -0- times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT                                          PROPOSED ADMITTEE

_____                       _____
Signature                                       Signature

Peter Ayers Wimbrow, III                        Thomas B. Shuttleworth
Printed Name                                    Printed Name
                                                Shuttleworth, Ruloff, Giordano
                                                & Swain, P.C.
                                                Firm
Firm
P.O. Box 56                                     4525 South Boulevard, Suite 300
Ocean City, Maryland  21843                     Virginia Beach, Virginia  23452
Address                                         Address

410-289-6667                                    757-671-6020       Prid 288644
Telephone Number                                Telephone Number   Plid 116916

410-723-0600                                    757-671-6004
Fax Number                                      Fax Number

****************************************************************

## ORDER

☒ GRANTED                    ☐ DENIED

6/24/02                      _____
Date                         United States District Judge