


**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Norfolk Dredging                    *

          **Plaintiff(s)**    *

          Case No.: WMN 02 662

vs.                                 *

A. V. Kastner                       *

          **Defendant(s)**

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Peter Ayers Wimbrow, III__, am a member in good standing of the bar of this Court. My bar number is __01337__. I am moving the admission of __Lisa P. O'Donnell__ to appear *pro hac vice* in this case as counsel for __Estate of Justin Maurice Bryant__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 11/06/90 |
| Supreme Court of United States | 02/18/97 |
| U.S. Court of Appeals - 4th Circuit | 01/16/92 |
| U.S. Court of Federal Claims | 10/28/93 |
| U.S. District Court - Eastern District of Virginia | 11/09/90 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __-0-__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Peter Ayers Wimbrow, III | Lisa P. O'Donnell |
| Printed Name | Printed Name |
|  | Shuttleworth, Ruloff, Giordano & Swain, P.C. |
| Firm | Firm |
| P.O. Box 56 | 4525 South Boulevard, Suite 300 |
| Ocean City, Maryland  21843 | Virginia Beach, Virginia  23452 |
| Address | Address |
| 410-289-6667 | 757-671-6097 |
| Telephone Number | Telephone Number |
| 410-723-0600 | 757-671-6004 |
| Fax Number | Fax Number |

************************************************************************

## ORDER

☑ GRANTED     ☐ DENIED

6/24/02

Date

_____
United States District Judge