IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division



In the Matter of the Complaint of BUCHANAN
MARINE L.P. and A.P. FRANZ, TRUSTEE OF THE
BUCHANAN TRUST, as Owner *pro hac vice*,
manager/charterer and owner, respectively of
the TUG BUCHANAN 14 for Exoneration from
or Limitation of Liability

wmn: 02cv 817 662

### AGREED ORDER

For good cause shown and with the agreement of counsel, it is hereby

**ORDERED** that the Estate of Justin Maurice Bryant be allowed to file its Answer and Defenses and its Claim late.

It is **ORDERED** that the Answer and Defenses of the Estate of Justin Maurice Bryant and the Claim of the Estate of Justin Maurice Bryant previously lodged with this court be marked filed.

ENTERED this 12th day of July, 2002.

_____
JUDGE

**WE ASK FOR THIS:**

_____ p.d.

_____ p.d.

**SEEN AND AGREED:**

_____
Attorney for Buchanan Marine, LP, et al.

_____
Attorney for the Estate of William Thomas Bryant,
The Estate of Ronald L. Bonniville, the Estate of
Clarence McConnell, and Jeffrey Slaton






IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

In the Matter of the Complaint of BUCHANAN
MARINE L.P. and A.P. FRANZ, TRUSTEE OF THE
BUCHANAN TRUST, as Owner *pro hac vice*,
manager/charterer and owner, respectively of
the TUG BUCHANAN 14 for Exoneration from
or Limitation of Liability

wmn: 02cv 817  662

### AGREED ORDER

For good cause shown and with the agreement of counsel, it is hereby

**ORDERED** that the Estate of Justin Maurice Bryant be allowed to file its Answer and Defenses and its Claim late.

It is **ORDERED** that the Answer and Defenses of the Estate of Justin Maurice Bryant and the Claim of the Estate of Justin Maurice Bryant previously lodged with this court be marked filed.

**ENTERED** this ___ day of _____, 2002.

_____
JUDGE

WE ASK FOR THIS:

_____ p.d.

_____ p.d.

SEEN AND AGREED:

_____
Attorney for Buchanan Marine, LP, et al.

_____
Attorney for the Estate of William Thomas Bryant,
The Estate of Ronald L. Bonniville, the Estate of
Clarence McConnell, and Jeffrey Slaton

Page 1

## SHUTTLEWORTH, RULOFF, GIORDANO & SWAIN, P.C.
ATTORNEYS AND COUNSELORS AT LAW
SOUTHPORT CENTRE
4525 SOUTH BOULEVARD
SUITE 300
VIRGINIA BEACH, VIRGINIA 23452-1137

GREGORY A. GIORDANO
ROBERT J. HADDAD**
JEFFREY B. HAMMAKER
ANDREW M. HENDRICK
DOUGLAS L. HORNSBY
K. DWAYNE LOUK
PAUL D. MERULLO
ELIZABETH L. MONTAGNA
ROBERT G. MORECOCK
LISA P. O'DONNELL
ROBERT E. RULOFF
THOMAS B. SHUTTLEWORTH*
STEPHEN C. SWAIN***
JEFFREY T. TALBERT
LAWRENCE H. WOODWARD, JR.
*Board Certified Civil Trial Specialist
by the National Board of Trial Advocacy
**Also admitted in S.C.
***Also admitted in N.C.

OF COUNSEL
RICHARD D. GUY
EDWIN JAY RAFAL

NEWPORT NEWS OFFICE:
10234 WARWICK BOULEVARD
NEWPORT NEWS, VIRGINIA 23601
TELEPHONE: (757) 873-9999
FACSIMILE: (757) 873-9758

TELEPHONE: (757) 671-6000
E-MAIL: srg@srgslaw.com
WEBSITE: www.srgslaw.com

FACSIMILE: (757) 671-6004

DIRECT DIAL NUMBER

(757) 671-6020
Direct E-Mail: tshuttleworth@srgslaw.com

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 1 2 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

July 8, 2002

17-877-01

Clerk, U.S. District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE:   *Norfolk Dredging Company v. M/V A. V. KASTNER, etc., et al.*
      Consolidated Case No: WMN 02 cv 662

Dear Sir or Madam:

Enclosed, and signed in counter-part by both the lawyer for BUCHANAN MARINE L.P., et al. and the lawyer for the Estates of Bryant, Bonniville, McConnell and Jeffrey Slayton, as well as the undersigned, attorney for the Estate of Justin Maurice Bryant, are agreed orders allowing the late filing of Answers and Defenses and Claims previously filed by Justin Maurice Bryant.

I believe that the court has already marked "filed" the Answers and Defenses and Claims and has not merely logged such pleadings. If the Court feels that the Agreed Orders are not necessary, please return them to the undersigned. If the court feels that the orders are necessary, would you please have Judge Nickerson enter the order and send certified copies to all counsel of record. Please note that the file number pursuant to Judge Nickerson's Consolidation Order should be WMN 02 cv 662, not 817.

Respectfully,

Thomas B. Shuttleworth

TBS:cdv
Enclosures
cc:   Mr. and Mrs. Auston Johnson
      All Counsel of Record