

Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

July 12, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris

Of Counsel
Francis N. Iglehart
P McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax 410-825-0715

www.wcslaw.com

WRITER'S DIRECT DIAL/E-MAIL
(410)659-1336/dwskeen@wcslaw.com

FILED ENTERED
LODGED RECEIVED

JUL 16 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21202

Re: Norfolk Dredging Company v. M/V A.V. KASTNER, and Gypsum Transportation, Ltd. Civil Action No. WMN-02662

Dear Judge Nickerson:

Pursuant to your order of July 1, 2002, the parties' attorneys have met by phone and in person on July 9, 2002 and submit below our written report outlining our proposed discovery plan as follows:

1) Interrogatories and Requests for Production of Documents to commence immediately;

2) Additional parties and amendments to pleadings, by September 3, 2002;

3) Factual deposition discovery to begin September 16, 2002 (by agreement of counsel 27 deposition dates have been set aside at this time for the months of September, 2002 through January, 2003);

4) All factual discovery complete by February 28, 2003;

5) Expert disclosures all parties under Rule 26 by March 28, 2003;

"APPROVED" THIS 16th DAY OF July, 2002

[signature]
SENIOR UNITED STATES DISTRICT JUDGE

124483 v. (01862.00056)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia



6) Expert rebuttal disclosure all parties by April 30, 2003;

7) ADR to be scheduled May 13-14, 2003.

8) Completion expert deposition discovery by June 13,2003;

9) All motions filed by July 18, 2003;

10) Status letter to Judge Nickerson by July 31, 2003 (with suggestion for further ADR request, if necessary);

11) Pre-trial conference and trial Fall 2003.

We hope this meets with your approval.

Very truly yours,

David W. Skeen
Attorney for Norfolk
Dredging Company

M. Hamilton Whitman
Attorney Gypsum
Transportation, Inc. and
Beltship Management Limited

J. Stephen Simms
Attorney for Buchanan
Marine, LP

David W. Skeen
Attorney for Norfolk
Dredging Company

Paul D. Bekman
Attorney for Troy A. Link,
Dennis Wallace

The Honorable William M. Nickerson
July 12, 2002
Page 3

____________________________
Thomas B. Shuttleworth
Attorney for Marsha Johnson,
Austin Johnson, Justin Bryant

____________________________
Robert M. Schwartzman
Attorney for Jeffrey Slaton,
Estate of Clarence
McConnell, Estate of
William Thomas Bryant,
Estate of Ronald L.
Bonniville

DWS.MOAC.NORFOLK.NICK.LTR.lan

124483 v. (01862.00056)



The Honorable William M. Nickerson
July 12, 2002
Page 2

6) Expert rebuttal disclosure all parties by April 30, 2003;

7) ADR to be scheduled May 13-14, 2003.

8) Completion expert deposition discovery by June 13,2003;

9) All motions filed by July 18, 2003;

10) Status letter to Judge Nickerson by July 31, 2003 (with suggestion for further ADR request, if necessary);

11) Pre-trial conference and trial Fall 2003.

We hope this meets with your approval.

Very truly yours,

David W. Skeen
Attorney for Norfolk
Dredging Company

M. Hamilton Whitman
Attorney Gypsum Transportation, Inc. and Beltship Management Limited

J. Stephen Simms
Attorney for Buchanan Marine, LP

David W. Skeen
Attorney for Norfolk
Dredging Company

Paul D. Bekman
Attorney for Troy A. Link, Dennis Wallace

124483 v. (01862.00056)



07/15/2002 15:44 SCBM&A → 4106591352 007449 P003

6) Expert rebuttal disclosure all parties by April 30, 2003;

7) ADR to be scheduled May 13-14, 2003.

8) Completion expert deposition discovery by June 13,2003;

9) All motions filed by July 18, 2003;

10) Status letter to Judge Nickerson by July 31, 2003 (with suggestion for further ADR request, if necessary);

11) Pre-trial conference and trial Fall 2003.

We hope this meets with your approval.

Very truly yours,

David W. Skeen
Attorney for Norfolk
Dredging Company

M. Hamilton Whitman
Attorney Gypsum
Transportation, Inc. and
Beltship Management Limited

J. Stephen Simms
Attorney for Buchanan
Marine, LP

David W. Skeen
Attorney for Norfolk
Dredging Company

Paul D. Bekman
Attorney for Troy A. Link,
Dennis Wallace

124483 v. (01862.00056)

JUL 15 2002 15:58 410 625 9554 PAGE.03

Jul-15-02 07:20am From-SR&G Case 1:02-cv-00662-WMN Document 67 Filed 07/16/2002 Page 6 of 7 +7576716004 T-392 P.002/004 F-968
JUL. 12. 2002 3:30PM

W&S The Honorable William M. Nickerson
July 12, 2002
Page 3

Thomas B. Shuttleworth
Attorney for Marsha Johnson, Austin Johnson, Justin Bryant

Robert M. Schwartzman
Attorney for Jeffrey Slaton, Estate of Clarence McConnell, Estate of William Thomas Bryant, Estate of Ronald L. Bonniville

DWS.MOAC.NORFOLK.NICK.LTR.lan

124483 v. (01862.00036)

JUL 15 2002 07:33 +7576716004 PAGE.02



Jul 15 02 01:57p Case 1:02-cv-00662-WMN Document 67 Filed 07/16/2002 Page 7 of 7 p.2
JUL. 12. 2002 5:39PM L. L. P. NO. 1990 P. 9/9

The Honorable William M. Nickerson
July 12, 2002
Page 3

Thomas B. Shuttleworth
Attorney for Marsha Johnson, Austin Johnson, Justin Bryant

Robert M. Schwartzman
Attorney for Jeffrey Slaton, Estate of Clarence McConnell, Estate of William Thomas Bryant, Estate of Ronald L. Bonniville

DWS.MOAC.NORFOLK.NICK.LTR.Jan

134483 v. (01862.00056)

JUL 15 2002 15:06 410 576 0818 PAGE.02