**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED
JUL 30 2002
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY





$50 - FEE PAID
#1187345
____ FEE NOT PAID
(SEND LETTER)

NORFOLK DREDGING COMPANY,

    Plaintiff,

v.                         Civil Action No. WMN-02-CV-00662

M/V A.V. KASTNER, her engines, boilers,
tackle, etc., *in rem, et al.*,

    Defendants.

FILED
LODGED RECEIVED
JUL 24 2002
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David W. Skeen, am a member in good standing of the bar of this Court. My bar number is 01084. I am moving the admission of David N. Payne to appear *pro hac vice* in this case as counsel for Norfolk Dredging Company.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | October 1, 1992 |
| United States District Court for the Eastern District of Virginia | October, 1992 |
| U.S. Court of Appeals for the Fourth Circuit | April 30, 1996 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied





admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for **admission** *pro hac vice* **is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ Signature | _____ Signature |
| David W. Skeen Printed Name | David N. Payne Printed Name |
| Wright, Constable & Skeen, LLP Firm | Crenshaw, Ware & Martin, P.L.C. Firm |
| 100 N. Charles Street, 16th Floor Baltimore, MD 21201-3812 Address | 1200 Bank of America Center Norfolk, VA 23510 Address    Prid 290026 |
| 410-689-1305 Telephone Number | 757-623-3000 Telephone Number    Plid 117223 |
| 410-659-1350 Fax Number | 757-623-5735 Fax Number |

*************************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

Felicia C. Cannon

_7-30-02_____
Date

by _____
**Clerk, United States District Court**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2002, a copy of the foregoing Motion for Admission Pro Hac Vice was mailed first class, postage prepaid to W. Charles Bailey, Jr., Esq. and J. Stephen Simms, Esq., Greber & Simms, 20 S. Charles Street, Suite 702, Baltimore, Maryland 21202, and to John T. Ward, Esq., Ward/Kershaw, P.C., 113 West Monument Street, Baltimore, Maryland 21201-4713, Counsel for Buchanan Marine, LP and Buchanan Trust, A.P. Franz, Trustee; Guilford D. Ware, Esq., James Long Chapman, IV, Esq., and David Sump, Esq., Crenshaw, Ware & Martin, 1200 Bank of America Center, One Commercial Place, Norfolk, Virginia 23510-2111, Co-Counsel for Norfolk Dredging Company; M. Hamilton Whitman, Esq., Robert B. Hopkins, Esq., and John W. Sippel, Jr., Esq., Ober, Kaler, Grimes & Shriver, 120 E. Baltimore Street, Baltimore, Maryland 21202, Counsel for M/V A.V. KASTNER and Gypsum Transportation, Inc.; John A.V. Nicoletti, Esq. and Michael J. Carcich, Esq., Nicoletti, Hornig, Campise & Sweeney, Wall Street Plaza, 88 Pine Street, Seventh Floor, New York, New York 10005-1801, Counsel for the Hull Underwriters; Paul D. Bekman, Esquire, Israelson, Salsbury, Clements & Bekman, LLC, 300 W. Pratt Street, Suite 450, Baltimore, Maryland 21201, Attorneys for Troy Link and Dennis Wallace; Robert M. Schwartzman, Esquire, Resnick, Abraham & Schwartzman, One East Franklin Street, Baltimore, Maryland 21202, Counsel for Jeffrey Slaton, Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell; Peter A. Wimbrow, III, Esquire, 4100 Coastal Highway, Ocean City, Maryland 21842, Counsel for the Estate of Justin Maurice Bryant; and Thomas B. Shuttleworth, Esquire, Shuttleworth, Ruloff, Giordano, 4525 South Blvd., Suite 300, Virginia Beach, Virginia 23452, Counsel for the Estate of Justin Maurice Bryant.

_____
David W. Skeen #01084

125267 v. (01862.00056)