



Case 1:02-cv-00662-WMN    Document 73    Filed 07/30/2002    Page 1 of 3

ORIGINAL

$50 FEE PAID
#1187387
FEE NOT PAID
(SEND LETTER)

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 29 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Elk River Collision Proceedings | * | |
| | | Civil Action No. WMN 02-662 |
| Norfolk Dredging Company, et al. | * | |
| Plaintiffs, | * | |
| v. | * | |
| M/V A.V. KASTNER, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*



## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Stephen Simms, am a member in good standing of the bar of this Court. My bar number is 4269. I am moving the admission of Patrick M. Brogan to appear *pro hac vice* in this case as counsel for Buchanan Marine and Buchanan Trust.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date Of Admission |
|---|---|
| Supreme Court of Virginia | 1987 |
| Supreme Court of North Carolina | 1997 |
| United States Court of Appeals for the Fourth Circuit | 1991 |
| United States District Court for the Eastern District of Virginia | 1991 |



2.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or W. Charles Bailey, Jr., is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully Submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| J. Stephen Simms (#4269) | Patrick M. Brogan |
| Greber & Simms | Davey & Brogan P.C. |
| Suite 702 | 101 Granby Street, Suite 300 |
| 20 S. Charles Street | Norfolk, Virginia 23514-3188 |
| Baltimore, Maryland 21201 | Telephone: (757) 622-0100 |
| Telephone: 410-783-5795 | Facsimile: (757) 622-4924 |
| Facsimile: 410-783-1368 | Prid 290003 |
| | Plid 15965 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☒ GRANTED   ☐ DENIED   Felicia C. Cannon

_7/30/02_
Date

_by Sira Stavan_
Clerk, United States District Court