$50 FEE PAID #118?38? FEE NOT PAID (SEND LETTER)

FILED **ORIGINAL**
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 30 P 3: 57

CLERK'S OFFICE
_____DEPUTY

____FILED  ____ENTERED
____LODGED ____RECEIVED

JUL 29 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Elk River Collision Proceedings | * | |
| | | Civil Action No. WMN 02-662 |
| Norfolk Dredging Company, et al. | * | |
| Plaintiffs, | * | |
| v. | * | |
| M/V A.V. KASTNER, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Stephen Simms, am a member in good standing of the bar of this Court. My bar number is 4269. I am moving the admission of Mark E. Newcomb to appear *pro hac vice* in this case as counsel for Buchanan Marine and Buchanan Trust.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date Of Admission |
|---|---|
| Supreme Court of the United States | 1994 |
| Supreme Court of Virginia | 1988 |
| United States Court of Appeals for the Fourth Circuit | 1988 |
| United States District Court for the Eastern District of Virginia | 2001 |



2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or W. Charles Bailey, Jr., is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully Submitted,

**MOVANT**

J. Stephen Simms (#4269)
Greber & Simms
Suite 702
20 S. Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-783-1368

**PROPOSED ADMITTEE**

Mark E. Newcomb
Davey & Brogan P.C.
101 Granby Street, Suite 300   Prid 290002
Norfolk, Virginia 23514-3188   Plid 75965
Telephone: (757) 622-0100
Facsimile: (757) 622-4924

-2-

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

☒ GRANTED   ☐ DENIED   **Felicia C. Cannon**

_7-30-02_                         _by Lisa Stancu_
Date                              **Clerk, United States District Court**