IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Motion of Gypsum Transportation, Limited for Leave to File an Amended Complaint having come before the Court in a timely manner in accordance with the Scheduling Order entered by the Court, and counsel for Gypsum Transportation, Limited having advised the Court that consent of all other counsel has been solicited and that no other counsel has provided notice of any refusal to consent, and it appearing that the granting of this Motion is in the interests of justice, it is this 4th day of September, 2002, by the United States District Court for the District of Maryland,

ORDERED, that Gypsum Transportation, Limited's Motion for Leave to File its Amended Complaint is hereby GRANTED, and it is further,

ORDERED, that for purposes of Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Proceedings the original Amended Complaint of

2

Gypsum Transportation, Limited and Beltship Transportation, Limited shall be deemed to have been filed with the Court on the date of the granting of this Order.

_____
for William M. Nickerson
United States District Judge