# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff | * | CIVIL ACTION |
| v. | * | NO. WMN-02-CV-00662 |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., in rem, et al. | * | |
| | * | |
| Defendants | | |
| | * * * | |

## ORDER

Having considered the Motion for Leave to Amend the Verified Complaint, it is hereby ORDERED that leave is granted to Norfolk Dredging Company to file the Amended Verified Complaint, and the amendments to the allegations, causes of action, and additional parties be deemed to apply and amend all claims, crossclaims, third-party claims, or counterclaims in this consolidated action where Norfolk Dredging Company is adverse to any of the defendants named in the Amended Verified Complaint.

DATED:
9/5/2002

_____
United States District Judge

DWS.MOAC.NORFOLK.ORD.lan

126927 v. (01862.00056)