IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| In the Matter of the Complaint of GYPSUM TRANSPORTATION, LIMITED, for Exoneration from or Limitation of Liability | *<br>*   Civil Action No. WMN-02-662<br>* |

\* \* \* \* \* \* \* \* \*

### ORDER

For good cause shown and without opposition from Gypsum Transportation, Limited, it is hereby

ORDERED that A.P. Franz, Trustee of the Buchanan Trust, and Buchanan Marine, L.P. be allowed to file their Claim late.

It is ORDERED that the Claim of A.P. Franz, Trustee of the Buchanan Trust, and Buchanan Marine, L.P. be accepted for filing.

Entered this 5th day of September, 2002.

_____
JUDGE

WE ASK FOR THIS:

_____
John T. Ward
WARD | KERSHAW, P.A.
113 West Monument Street
Baltimore, Maryland 21201
Telephone: (410) 685-6700
Facsimile: (410) 685-6704

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

SEP 1 0 2002

AT BAL
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY