IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | |
| M/V A.V. KASTNER, etc., *et al.*, | * | Consolidated cases under<br>Civil Action No.: WMN-02-662 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Withdrawal of Appearance of Carter T. Gunn and Vandeventer Black, LLP filed on behalf of Gypsum Transportation, Limited and M/V A.V. KASTNER (collectively "GTL"), it is this  20th  day of September, 2002,

ORDERED, that the Withdrawal be, and the same hereby is, GRANTED.

_____
United States District Judge