

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Norfolk Dredging Company
    **Plaintiff(s)**      *

    vs.      *       Case No.: WMN-02-662

M/V A.V. KASTNER, etc., et al. *
    **Defendant(s)**
        ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, M. Hamilton Whitman, Jr., am a member in good standing of the bar of this Court. My bar number is 00373. I am moving the admission of

Robert A. Novak to appear *pro hac vice* in this case as counsel for Gypsum Transportation, Limited and Beltship Management, Ltd.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State Courts, Appellate Division for the Second Dept | 1991 |
| USDC-SDNY | 1/7/92 |
| USDC-EDNY | 1/29/92 |
| 4th Circuit | 10/1/01 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice     

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or __Robert B. Hopkins__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_/s/_
Signature

M. Hamilton Whitman, Jr.
Printed Name

Ober, Kaler, Grimes & Shriver
Firm

120 East Baltimore Street
Baltimore, MD 21202
Address

(410) 685-1120
Telephone Number

(410) 547-0699
Fax Number

PROPOSED ADMITTEE
_Robert A. Novak_
Signature

Robert A. Novak
Printed Name

Nicoletti Hornig Campise & Sweeney
Firm

Wall Street Plaza, 88 Pine Street
New York, NY 10005
Address

(212) 220-3830     Prid 293193
Telephone Number   Plid 11791

(212) 220-3780
Fax Number

*************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

_/s/_                            Felicia C. Cannon
Date                             _____
                                 Clerk, United States District Court

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2