ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
LODGED

OCT 23 2002

CLERK U.S. ...
DISTRICT OF MARYLAND
BY _____ DEPUTY

Norfolk Dredging Company
### Plaintiff(s)                    *

Case No.: __WMN-02-662__

vs.                                 *

M/V A.V. KASTNER, etc., et al.
### Defendant(s)                    *

******

### <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, __M. Hamilton Whitman, Jr.__, am a member in good standing of the bar of

this Court. My bar number is _____00373_____. I am moving the admission of

Michael J. Carcich _____ to appear *pro hac vice* in this case as

counsel for _Gypsum Transportation, Limited and Beltship Management, Ltd.__

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State Courts, Appellate Division for the First Dept | 1974 |
| USDC-SDNY | 9/17/74 |
| USDC-EDNY | 11/4/92 |
| 2nd Circuit | 8/4/75 |
| 3rd Circuit | 6/24/96 |
| 5th Circuit | 7/7/98 |
| 6th Circuit | 7/31/90 |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or ___Robert B. Hopkins___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

Signature

M. Hamilton Whitman, Jr.

Printed Name

Ober, Kaler, Grimes & Shriver

Firm
120 East Baltimore Street
Baltimore, MD 21202

Address

(410) 685-1120

Telephone Number

(410) 547-0699

Fax Number

PROPOSED ADMITTEE

Signature

Michael J. Carcich

Printed Name

Nicoletti Hornig Campise & Sweeney

Firm
Wall Street Plaza, 88 Pine Street
New York, NY 10005

Address

(212) 220-3830

Telephone Number

(212) 220-3780

Fax Number

**************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_10-22-02_

Date

Felicia C. Cannon

Clerk, United States District Court

Page 2 of 2

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice