IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING COMPANY          :
                                  :
v.                                :   Civil Action WMN-02-662
                                  :
M/V A.V. KASTNER, et al.          :

ORDER

Before the Court is a Motion by Austin Johnson and Marsha Johnson for Leave to File Amended Pleadings (Paper No. 77). No opposition has been filed, and the time for doing so has long since passed. Accordingly, IT IS this 5th day of February, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That the Motion for Leave to File Amended Pleadings (Paper No. 77) is hereby GRANTED and the Amended Pleadings are deemed filed as of the date of this Order; and

2. That the Clerk of the Court shall MAIL or TRANSMIT a copy of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge