IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING COMPANY      :
                              :
v.                            :   Civil Action WMN-02-662
                              :
M/V A.V. KASTNER, et al.      :

## ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 10th day of February, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff Norfolk Dredging Company's Motion to Dismiss Beltship Management, Ltd. as a Limitation Plaintiff (Paper No. 110) is hereby GRANTED;

2. That Defendant Beltship Management, Ltd. is hereby granted leave to file amended pleadings within thirty (30) days of this Order; and

3. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

William M. Nickerson
Senior United States District Judge