

| | |
|---|---|
| **Ober, Kaler, Grimes & Shriver**<br>Attorneys at Law | **Robert B. Hopkins**<br>rbhopkins@ober.com<br>410-347-7383 |
| 120 East Baltimore Street<br>Baltimore, MD 21202-1643<br>410-685-1120/ Fax 410-547-0699<br>www.ober.com | **Offices In**<br>Maryland<br>Washington, D.C.<br>Virginia |

June 6, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
3rd Floor, Room 330
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
              <u>Cases Consolidated Under Civil Action No. WMN-02-662</u>

Dear Judge Nickerson:

    This letter is being written on behalf of all parties to request a slight modification in the present Scheduling Order. This requested modification will have no impact on the scheduled trial date of February 2, 2004. The parties have been actively engaged in discovery for a number of months, but were be unable to complete certain factual discovery by the May 30, 2003 factual discovery deadline, primarily due to the unavailability of certain witnesses and vessel sailing schedules. Specifically, the parties request that they be permitted to finalize the uncompleted factual discovery matters listed below beyond the above factual discovery deadline:

    1. Completion of 30(b)(6) corporate depositions of Norfolk Dredging Company, Gypsum Transportation Limited and potentially Buchanan Marine, L.P./The Buchanan Trust;

    2. Vessel inspections;

    3. Depositions of Crewmen Benjamin Dickey and Price Russell; and

    4. Deposition of Claimant LeSheon McConnell; and

     5.  Records deposition of Michael Welsh (assuming Buchanan Marine, L.P. is unable to produce the required documents).

     Additionally, because some of the uncompleted discovery may have an impact on expert issues, the parties request that the expert disclosure deadline be extended to July 30, 2003 and that the expert rebuttal disclosure deadline be extended to August 30, 2003.  No other dates in the present schedule will be affected by these changes.

     Thank you for your consideration.

                                      Respectfully submitted,

                                      /S/
                                    Robert B. Hopkins

RBH:smc
Enc.
cc:    Counsel of Record

