IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al*., | * | Civil Action No.: WMN-02-662 |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2003, a copy of electronically filed pleading number 142, Correspondence regarding requested modification to present Scheduling Order on behalf of all parties, was sent via facsimile to:

Patrick M. Brogan, Esquire
Davey & Brogan, P.C.
101 Granby Street, Suite 300
Norfolk, VA 23514-3188

A. Davis Bugg, Jr., Esquire
Rumsey & Bugg, P.C.
4421 Irvington Road, P.O. Box 720
Irvington, VA 22480

Michael J. Carcich
Nicoletti, Hornig, Campise and Sweeney
Wall Street Plaza 88 Pine Street
New York, NY 10005

Mark E. Newcomb
Davey and Brogan PC
101 Granby Street, Suite 300
Norfolk, VA 23514-3188

Robert A. Novak
Nicoletti, Horning, Campise and Sweeney
Wall Street Plaza 88 Pine Street
New York, NY 10005

Lisa P. O'Donnell
Shuttleworth, Ruloff, Giordano and Swain PC
4525 South Blvd., Suite 300
Virginia Beach, VA 23452

| | |
|---|---|
| David N. Payne<br>Crenshaw, Ware and martin PLC<br>1200 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510 | David H. Sump, Esquire<br>Crenshaw, Ware & Martin, PLC<br>1200 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510 |

                                                /s/
                                   Robert B. Hopkins # 06017
                                   Ober, Kaler, Grimes & Shriver
                                   A Professional Corporation
                                   120 East Baltimore Street
                                   Baltimore, Maryland 21202-1643
                                   (410) 685-1120

                                   Attorneys for Gypsum Transportation, Ltd.