**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Norfolk Dredging

Plaintiff(s)

vs.

M/V A.V. KASTNER, et. al.

Defendant(s)

Civil Action No. 02-CV-662 WMN

FEE PAID
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUN 2  P 38
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101 .(b) of this Court, __Robert M. Schwartzman__ Esquire a member of the Bar of this court. moves the admission of __C. Arthur Rutter, III__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Jeffrey Slaton, Estate of Clarence McConnell, Estate of William Thomas Bryant, Estate of Ronald L. Bonniville__ Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Virginia, South Carolina, North Carolina & Florida__

and/or the following United States Court(s): __United States Court of Appeals for the 4th Circuit And United States District Court for the Eastern District of Virginia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not Applicable__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK. U. S. DISTRICT COURT

Revised 6//98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

Robert M. Schwartzman _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _signature_ | _signature_ |
| Signature | Signature |
| Robert M. Schwartzman | C. Arthur Rutter, III |
| Address | Address |
| 36 South CHarles Street, 10th Floor | Suite 700, 415 St. Paul's Blvd., Norfolk, Va. 23510 |
| ~~One East Franklin Street, Baltimore, Md. 21202~~ | |
| Baltimore, Maryland 21201 | |
| ~~410-539-6087~~  410-539-5881 | 757-622-5000 |
| Office phone number | Office phone number |
| ~~410-576-0818~~  410-685-6726 | 757-623-9189 |
| Fax number | Fax number |
| 01092 | |
| Md. U. S. District Court Number | |

**ORDER**

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

6-13-03                                        Felicia C. Cannon
Dated                                          Clerk, United States District Court
                                               by: _Lisa Stanton_