**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Norfolk Dredging Company | • |
| Plaintiff(s) | • Civil Action No. WMN-02-662 |
| vs. | • $50 FEE PAID #1195461 |
| M/V A.V. KAstner, et al | • ___ FEE NOT PAID (SEND LETTER) |
| Defendant(s) | • AT BALTIMORE BY ___ DEPUTY |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Robert M. Schwartzman__ Esquire a member of the Bar of this court, moves the admission of __Deborah C. Waters__ Esquire to appear pro hac vice in the captioned proceeding as counsel for Estate of Clarence McConnell; Estate of Ronald L. Bonniville; Estate of William T. Bryant; and Jeffery M. Slaton

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Virginia__ and/or the following United States Court(s). __U.S. District Court for the Eastern and Western Districts of Virginia; 4th Circuit Court of Appeals__

2) During the twelve (12) months immediately preceding the filing of this motion the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __None__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98



-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _/s/ John Schwartzman_ | _/s/ Deborah C. Waters_ |
| Signature | Signature |
| 36 South Charles Street, 10th Floor | 415 St. Paul's Boulevard, Suite 700 |
| Address | Address |
| Baltimore, Maryland 21201 | Norfolk, Virginia 23510 |
| 410-539-5881 | (757) 622-5000 |
| Office phone number | Office phone number |
| 410-685-6726 | (757) 623-9189 |
| Fax number | Fax number |
| 01092 | |
| Md. U.S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_6/13-03_
Dated

Felicia C. Cannon
Clerk, United States District Court
By: _/s/ Tina Henson_