

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone    410-825-0750
  Fax       410-825-0715

www.wcslaw.com

July 11, 2003

WRITER'S DIRECT DIAL/E-MAIL
(410)659-1336/dwskeen@wcslaw.com

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland   21202

    Re:   Norfolk Dredging Company v.
           M/V A.V. KASTNER, and
           Gypsum Transportation, Ltd.
           <u>Civil Action No. WMN-02-CV-00662</u>

Dear Judge Nickerson:

    This letter is being written on behalf of all the parties requesting a slight modification in the present Scheduling Order following our letter of June 6, 2003.  The requested change should have no impact on the scheduled trial date of February 2, 2004.

    The parties engaged in a day-long mediation session with a privately retained mediator in Norfolk, Virginia on July 9, 2003.  We believe that a short 30-day delay in the designation of experts dates in the current Scheduling Order would be of assistance to the process.

    Therefore, we request on behalf of all parties that the expert disclosure date for initial disclosures be extended from July 30, 2003 to August 30, 2003 and the rebuttal disclosure deadline be extended from August 30, 2003 to September 30, 2003.  No other dates in the present schedule will be affected these changes.

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

137212 v. (01862.00056)

The Honorable William M. Nickerson
July 11, 2003
Page 2

    Thank you for your consideration.

                Very truly yours,

                /s/

                David W. Skeen
                Attorney for Norfolk
                Dredging Company on
                Behalf of All Counsel

cc:    All Counsel

DWS.MOAC.NORFOLK.NICK.LTR.lan

137212 v. (01862.00056)