IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff | * | CONSOLIDATED CASES UNDER |
| v. | * | CIVIL ACTION NO. |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., <u>in rem</u>, et al., | * | WMN-02-CV-00662 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

STATE OF VIRGINIA
CITY OF NORFOLK, to wit:

This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Dr. Paul A. Mansheim, who after first being duly sworn, stated and deposed as follows:

1. I am certified by the American Board of Psychiatry and Neurology in General Psychiatry and by the American Board of Forensic Psychiatry with added qualifications in addiction psychiatry and forensic psychiatry.

2. My office is located at Depaul Medical Building, 100 Kingsley Lane, Norfolk, Virginia 23505.

3. I have reviewed the extensive medical records of Mr. Troy Link ("Link"), who is a claimant in this case.

4. The records reflect that Dr. Ali Aziz saw Link on March 12, 2002, and Link discussed his conditions with him.

5. Based on Link's stated symptoms, Dr. Aziz treated Link for what appeared to be

**<u>EXHIBIT 1</u>**

Acute Stress Disorder.

6.      From March 12, 2002 to date, Link has been treated for Acute Stress Disorder by Dr. Aziz, a psychiatrist, and received psychotherapy from Dr. Suzanne Brassel.

7.      The records further support that Link probably reached maximum medical recovery for Acute Stress Disorder and any other stated symptoms resulting from the casualty on or about August 19, 2002 and has definitely reached maximum medical recovery by date of this affidavit.

And further your affiant sayeth naught.

PAUL A. MANSHEIM, M.D.

_____/s/*_____

Subscribed and sworn to before me this ____ day of July, 2003.

_____/s/*_____
Notary Public

My Commission Expires:

**\*Counsel hereby certifies that he has a signed copy of the foregoing document**
**available for inspection at any time by the court or a party to this action.**