IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff | * | CONSOLIDATED CASES UNDER |
| v. | * | CIVIL ACTION NO. |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., <u>in rem</u>, et al., | * | WMN-02-CV-00662 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

STATE OF VIRGINIA
CITY OF NORFOLK, to wit:

This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Dr. Felix M. Kirven, who after first being duly sworn, stated and deposed as follows:

1. I am certified by the American Board of Spinal Surgery and the American Board of Orthopaedic Surgery.

2. I practice medicine with Orthopedic Associates of Virginia, Ltd. Our main office is located at 6275 East Virginia Beach Boulevard, Suite 300, Norfolk, Virginia 23502.

3. I have reviewed the extensive medical records of Mr. Troy Link ("Link"), who is a claimant in this case.

4. According to the records, Dr. Wallace Garner diagnosed Link as having a lumbar strain on May 29, 2002.

140723 v. (01862.00056)                                                                                                    **EXHIBIT 2**

2

5. From May 29, 2002 to date, Link has been treated for the lumbar strain with medication, pain management treatment and therapy.

6. The medical records reflect that Link apparently reached maximum medical recovery for the lumbar strain and any other orthopedic condition within six weeks after the Tug collision or by April 15, 2002, and he has definitely reached maximum medical recovery by the date of this affidavit.

And further your affiant sayeth naught.

                          FELIX M. KIRVEN, M.D.

                          _____/s/*_____

Subscribed and sworn to before me this ____ day of July, 2003.

                          _____/s/*_____
                                 Notary Public

My Commission Expires:

**\*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.**