IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff | * | CONSOLIDATED CASES UNDER |
| v. | * | CIVIL ACTION NO. |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., <u>in rem</u>, et al., | * | WMN-02-CV-00662 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

STATE OF VIRGINIA
CITY OF NORFOLK, to wit:

This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Dr. Paul A. Mansheim, who after first being duly sworn, stated and deposed as follows:

1. I am certified by the American Board of Psychiatry and Neurology in General Psychiatry and by the American Board of Forensic Psychiatry with added qualifications in addiction psychiatry and forensic psychiatry.

2. My office is located at Depaul Medical Building, 100 Kingsley Lane, Norfolk, Virginia 23505.

3. I have reviewed the extensive medical records of Mr. Jeffrey Slaton ("Slaton"), who is a claimant in this case.

4. According to the records, Dr. Thomas Pasquale examined Slaton on or about April 22, 2002, and Slaton discussed his psychological conditions with him.

5. Based on Slaton's stated symptoms, Dr. Pasquale treated Slaton for any psychological problems he had as a result of the casualty of February 25, 2002.

6. From April 22, 2002 to date, Slaton has been treated for the psychological condition Slaton explained that he sustained from the Tug collision.

7. The medical records reflect that Slaton probably reached maximum medical recovery for any psychological condition by August 20, 2002, and he has definitely reached maximum medical recovery by date of this affidavit.

And further your affiant sayeth naught.

                    PAUL A. MANSHEIM, M.D.

                    _____/s/*_____

Subscribed and sworn to before me this ____ day of July, 2003.

                    _____/s/_____
                    Notary Public

My Commission Expires:

**\*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.**