# SM&OC

## SPORTS MEDICINE AND ORTHOPAEDIC CENTER, INC.

| ORTHOPAEDIC SURGERY | PHYSICAL MEDICINE & REHAB | PHYSICAL THERAPY |
|---|---|---|
| RICHARD T. HOLDEN, M.D. | BETH M. WINKE, M.D. | JENNIFER COWAND, P.T. |
| MICHAEL M. ROMASH, M.D. | | MICHELE LANEVE, P.T. |
| SAMUEL I. BROWN, M.D. | | LYNN ANDERSON, P.T. |
| ANTHONY J. DiSTASIO II, M.D. | **FAMILY MEDICINE** | |
| GORDON J. IIAMS, M.D. | DANIEL P. MONTERO, M.D. | **PRACTICE MANAGER** |
| DAVID G. GOSS, M.D. | | JACQUELYNN F. BAKER |

March 7, 2003

Mr. Guilford Ware
Norfolk Dredging
P.O. Box 1706
Chesapeake, VA  23327

RE:  Jeffrey Slaton
     SSN: ███████████

Dear Mr. Ware:

In regards to patient, Jeffrey Slaton, Mr. Slaton is fit for duty.  He has been fit for restricted duty since January 16, 2003.  Enclosed is a physical capacities form that I have signed on 1/16/03.  These are his permanent restrictions.

If there are any further questions regarding Mr. Slaton's injuries, limitations, expectations for future medical intervention, please do not hesitate to contact me through this office.

Sincerely,

A.J. DiStasio, II, M.D.

AJD/jfl

Enclosure

**EXHIBIT 4**

| 100 Wimbledon Square | 700 N. Battlefield Blvd., Suite D | 2009 Meade Parkway | 700 N. Battlefield Blvd., Suite C |
|---|---|---|---|
| Chesapeake, Virginia 23320 | Chesapeake, Virginia 23320 | Suffolk, Virginia 23434 | Chesapeake, Virginia 23320 |
| **(757) 547-5145** | **(757) 547-0975** | **(757) 539-9333** | **(757) 549-7195** |

1-800-546-5145    www.smoc-pt.com    FAX (757) 436-2480

*Please Direct All Correspondence to the Wimbledon Square Address*

# PHYSICAL CAPACITIES FORM

Name: Jeffery Slaton        Job Title:        Physical Demand:

| % of an 8 hour day | 0% | 1-5 | 6-33 | 34-66 | 67-100 | Restrictions/Recommendations |
|---|---|---|---|---|---|---|
| Item | weight | | | | | |
| Floor to waist lift | | | 65 | 40 | | |
| Waist/overhead lift | | | 55 | 35 | | ⚹ NO OVERHEAD LIFTING |
| Horizontal lift | | | 65 | | | |
| Push (#'s of force) | | | 35 | | | |
| Pull (#'s of force) | | | 35 | | | |
| Right carry | | | 50 | 20 | | |
| Left carry | | | 50 | 20 | | |
| Front carry | | | 50 | 35 | | |
| Grip (Hands) | | | | | | WNL |

**FLEXIBILITY/POSITION**

| Item | 0% | 1-5 | 6-33 | 34-66 | 67-100 | Restrictions/Recommendations |
|---|---|---|---|---|---|---|
| Elevated Work | ☐ | ☐ | ☐ | ☒ | ☐ | Right shoulder occasional |
| Forward bend/sitting | ☐ | ☐ | ☐ | ☒ | ☐ | |
| Forward bend/standing | ☐ | ☐ | ☐ | ☒ | ☐ | |
| Twisting | ☐ | ☐ | ☐ | ☒ | ☐ | |
| | ☐ | ☐ | ☒ | ☐ | ☐ | |
| Kneel | ☐ | ☐ | ☒ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☒ | ☐ | |
| Squatting | ☐ | ☐ | ☒ | ☐ | ☐ | |

**STATIC WORK**

| Item | 0% | 1-5 | 6-33 | 34-66 | 67-100 | Restrictions/Recommendations |
|---|---|---|---|---|---|---|
| Sitting tolerance | ☐ | ☐ | ☐ | ☐ | ☒ | |
| | ☐ | ☐ | ☐ | ☐ | ☒ | Alternating |
| Walking | ☐ | ☐ | ☐ | ☒ | ☐ | |
| | ☐ | ☐ | ☒ | ☐ | ☐ | |
| Ladder climbing | ☐ | ☐ | ☒ | ☐ | ☐ | |

**COORDINATION**

| Item | 0% | 1-5 | 6-33 | 34-66 | 67-100 | Restrictions/Recommendations |
|---|---|---|---|---|---|---|
| Balance | ☐ | ☐ | ☐ | ☐ | ☒ | |
| Dexterity | ☐ | ☐ | ☐ | ☐ | ☒ | |

Comments:

Practitioner: _____ DiSabatino _____    Date: 1/16/03
_1/15/2003_