IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

NORFOLK DREDGING COMPANY       *

       Plaintiff            *       CONSOLIDATED CASES UNDER

v.                       *       CIVIL ACTION NO.

M/V A.V. KASTNER, her engines,     *       WMN-02-CV-00662
boilers, tackle, etc., <u>in rem</u>, et al.,

                           *

       Defendants           *

                *    *    *    *    *    *    *

STATE OF VIRGINIA
CITY OF NORFOLK, to wit:

    This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Dr.

Paul A. Mansheim, who after first being duly sworn, stated and deposed as follows:

1.    I am certified by the American Board of Psychiatry and Neurology in General

Psychiatry and by the American Board of Forensic Psychiatry with added

qualifications in addiction psychiatry and forensic psychiatry.

2.    My office is located at Depaul Medical Building, 100 Kingsley Lane, Norfolk,

Virginia 23505.

3.    I have reviewed all of the medical records of Mr. Dennis Wallace ("Wallace"),

who is claimant in this case.

4.    The medical records show that Dr. Daniel Nagleberg examined Wallace on April

2, 2002 and Wallace discussed his condition with him.

**<u>EXHIBIT 5</u>**

5.      Based on Wallace's complaints, Dr. Nagelberg treated Wallace for what appeared to be Post Traumatic Stress Disorder.

6.      From April 2, 2002 to date, Dr. Nagelberg treated Wallace for Post Traumatic Stress Disorder through medication and psychotherapy sessions.

7.      According to the medical records, Wallace probably reached maximum medical recovery for his stress disorder as of August 5, 2002 and has definitely reached maximum medical recovery by the date of this affidavit.

And further your affiant sayeth naught.

PAUL A. MANSHEIM, M.D.

_____/s/*_____

Subscribed and sworn to before me this ____ day of July, 2003.

_____/s/*_____
Notary Public

My Commission Expires:

*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.