IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff | * | CONSOLIDATED CASES UNDER |
| v. | * | CIVIL ACTION NO. |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., <u>in rem</u>, et al., | * | WMN-02-CV-00662 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

STATE OF VIRGINIA
CITY OF NORFOLK, to wit:

    This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Dr. Felix M. Kirven, who after first being duly sworn, stated and deposed as follows:

1. I am certified by the American Board of Spinal Surgery and the American Board of Orthopaedic Surgery.

2. I practice medicine with Orthopedic Associates of Virginia, Ltd. Our main office is located at 6275 East Virginia Beach Boulevard, Suite 300, Norfolk, Virginia 23502.

3. I have studied the medical records for Mr. Dennis Wallace ("Wallace"), who is a claimant in this case.

4. The records show that Dr. John Lovejoy saw Wallace on March 27, 2002, and Wallace discussed his conditions with him.

140724 v. (01862.00056)                                                      **EXHIBIT 6**

5. Based on Wallace's stated symptoms, Dr. Lovejoy treated Wallace for what appeared to be a lumbar strain.

6. From March 27, 2002 to date, Wallace has been treated for the lumbar strain with medication and pain management treatment.

7. The medical records reflect that Wallace reached maximum medical recovery for the lumbar strain and any other orthopedic condition within six weeks after the collision on February 25, 2002, and he has definitely reached maximum medical recovery by the date of this affidavit.

And further your affiant sayeth naught.

                        FELIX M. KIRVEN, M.D.

                        _____/s/*_____

Subscribed and sworn to before me this ____ day of July, 2003.

                        _____/s/*_____
                              Notary Public

My Commission Expires:

**\*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.**

140724