IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff | * | |
| v. | * | Consolidated Cases Under Civil Action No. WMN-02-662 |
| M/V A.V. KASTNER, etc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Gypsum Transportation, Limited; Buchanan Trust; Buchanan Marine, L.P.; and Captain Timothy M. Cober (collectively "Movants"), by their undersigned attorneys, move pursuant to Rule 56(b) of the Federal Rules of Civil Procedure with respect to the damages Claimants can recover against them in this case and as reasons therefore say:

1. These consolidated cases all arise out of a vessel collision that occurred on the Elk River in the upper Chesapeake Bay on the morning of February 25, 2002.

2. The collision occurred between the westbound freighter M/V A. V. KASTNER and an eastbound tug and tow combination consisting of the Tug BUCHANAN 14, the Tug SWIFT, the Dredge JECKYL ISLAND, a derrick barge, and 500 feet of dredging pipe.

3. The M/V A.V. KASTNER is owned and operated by Gypsum Transportation, Limited and was piloted on the day of the collision by Captain Timothy M. Cober.

4. The Tug BUCHANAN 14 was owned by Buchanan Trust and operated by Buchanan Marine L.P.

5. The Tug SWIFT, the Dredge JECKYL ISLAND, the derrick barge, and the 500 feet of pipe were owned and operated by Norfolk Dredging Company.

6. As a result of the collision, four crewmen employed by Norfolk Dredging Company as crewmen on board the Tug SWIFT died. Three other crewmen who were on board the Tug SWIFT, who also were Norfolk Dredging Company employees, allege that they suffered personal injuries.

7. Various civil actions were filed in this Court, in the United States District Court for the Eastern Districts of Virginia, and in Virginia State Court. The Virginia State Court cases were removed to federal court and were later voluntarily dismissed. A limitation of liability action filed by Norfolk Dredging Company in the Eastern District of Virginia was transferred to this District, where limitation of liability actions filed by Buchanan Trust and Buchanan Marine, L.P. and by Gypsum Transportation Limited were already pending. The three limitation of liability actions and other actions pending in this District were consolidated under Civil Action No. WMN-02-662 by Order of this Court dated April 29, 2002. Claims were subsequently filed in this action by the survivors and estates of the deceased Tug SWIFT crewmen and by the injured Tug SWIFT crewmen.

8. The Claims filed by the personal injury and death Claimants seek recovery of compensatory damages, pain and suffering of the deceased or injured seamen, and various elements of nonpecuniary damages allegedly suffered by the Claimants themselves, including loss of society, loss of consortium, grief, and other emotional conditions or losses (hereinafter collectively "loss of society").

9. Under the Jones Act and the general maritime law, Claimants cannot recover for loss of society.

WHEREFORE, Movants request this Court to enter an order that damages for loss of society cannot be recovered by the personal injury and death Claimants in this case.

                                             /S/
                               James W. Bartlett, III (No. 00017)
                               Alexander M. Giles (No. 25474)
                               Semmes, Bowen & Semmes, P.C.
                               250 West Pratt Street, 16th Floor
                               Baltimore, Maryland 21201-2423
                               (410) 539-5040

                               Attorneys for Captain Timothy M. Cober


                                             /S/
                               M. Hamilton Whitman, Jr. (No. 00373)
                               Robert B. Hopkins (No. 06017)
                               Ober, Kaler, Grimes & Shriver
                               A Professional Corporation
                               120 East Baltimore Street, Suite 800
                               Baltimore, Maryland 21202-1643
                               (410) 685-1120

                               Attorneys for Gypsum Transportation, Ltd.
                               and Beltship Management


                                             /S/
                               J. Stephen Simms (No. 4269)
                               Simms Showers LLP
                               20 South Charles Street, Suite 702
                               Baltimore, Maryland 21201
                               (410) 783-5795

                                                    /S/
                                      Patrick M. Brogan
Davey & Brogan, P.C.
101 Granby Street, Suite 300
Norfolk, Virginia 23514-3188
(757) 622-0100

Attorneys for Buchanan Marine, L.P. and
Buchanan Trust

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2003, a copy of this Motion for Partial Summary Judgment and the accompanying Memorandum in Support and proposed Order were served electronically on certain counsel of record by way of the court's electronic filing system and were mailed to the following counsel of record:

| | |
|---|---|
| John A. V. Nicoletti, Esquire<br>Michael J. Carcich, Esquire<br>Nicoletti, Hornig, Campise & Sweeney<br>Wall Street Plaza<br>88 Pine Street, Seventh Floor<br>New York, New York 10005-1801<br><br>Attorneys for Gypsum Transportation, Ltd. | Ralph Rabinowitz, Esquire<br>Rabinowitz, Swartz, Taliaferro, et al.<br>Town Point Center<br>150 Boush Street<br>Norfolk, Virginia 23510<br><br>Attorneys for Troy A. Link and Dennis Wallace |
| C. Arthur Rutter, III, Esquire<br>Deborah C. Walters, Esquire<br>Rutter, Walsh, Mills & Rutter, LLP<br>415 St. Paul's Boulevard, Suite 700<br>Norfolk, Virginia 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell<br><br>Peter G. Decker, Jr., Esquire | Cain Denny, Esquire<br>Cain Denny, P.A.<br>P. O. Box 1205<br>Charleston, South Carolina 29402<br><br>Attorneys for the Estate of Clarence McConnell<br><br>A. Davis Bugg, Jr., Esquire<br>Rumsey & Bugg, P.C.<br>Irvington Road |

| | |
|---|---|
| Decker, Cardon, Thomas, Neskis<br>Decker Building<br>201 East Plume Street<br>Norfolk, Virginia 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of William Thomas Bryant<br><br>William E. Johnson, Esquire<br>Johnson Law Center<br>P. O. Box 99<br>Mathews, Virginia 23109<br><br>Attorneys for the Estate of Ronald L. Bonniville<br><br>Thomas B. Shuttleworth, Esquire<br>Shuttleworth, Ruloff, Giordano<br>4525 South Boulevard, Suite 300<br>Virginia Beach, Virginia 23452<br><br>Attorneys for the Estate of Justin Maurice Bryant | P. O. Box 720<br>Irvington, Virginia 22480<br><br>Attorneys for the Estate of Ronald L. Bonniville<br><br>John Hughes Cooper, Esquire<br>1808 Middle Street<br>P. O. Box 395<br>Sullivan's Island, South Carolina 29482<br><br>Attorneys for the Estate of Clarence McConnell<br><br>Johnnie L. Cochran, Jr., Esquire<br>    J. Farrest Taylor, Esquire<br>Cochran, Cherry, Givens & Smith, P.C.<br>163 West Main Street<br>P. O. Box 927<br>Dothan, Alabama 36302<br><br>Attorneys for Estate of Justin Maurice Bryant |

                                                  _____/S/_____
                                                Attorney for Captain Timothy M. Cober

(B0359563.WPD;1):03298:00294