

## BEHAVIORAL MEDICINE INSTITUTE

July 25, 2003

Ralph Rabinowitz
Attorneys & Counselors at Law
Town Point Center, Suite 800
150 Boush Street
Norfolk, VA 23514-3332

RE:  Troy A. Link
DOI:  2-25-02

Dear Mr. Rabinowitz,

Mr. Link has been under my psychiatric care since March 5, 2002. He has been diagnosed with Acute Stress Disorder, PTSD and Bipolar Disorder. He has shown some improvements when compliant with medications. He relapsed with alcohol abuse and I encouraged him to attend AA Meetings and abstain from alcohol. He is currently exhibiting moderate symptoms of PTSD, depression, anxiety and mood swings. His treatment period will depend on his compliance and abstinence from alcohol, possibly years.

If you have any further questions, please do not hesitate to contact this office.

Sincerely,

Ali S. Aziz, M.D.
Psychiatrist

H. W. Cole, Ph.D.
T. J. Gingras, Ph.D.
R. B. Griffin, Psy.D.
A. G. Karnitschnig, M.D.
N.M. Flores, Ph.D.
M.R. Huppert, L.C.S.W.
D.P. Anderson, M.A.C.C.C.
D.H. Killian, Ph.D.
RL. Colker, Ph.D.
EV Rose, Ph.D.
A.S. Aziz, M.D.
K.J. Haskett, Ph.D.
D.J. Sari, Ph.D.
V.M. Lanier, L.PC.
S.D. Marcus, M.D.,
   EA.A.C.A.P, D.F.A.PA.
A. Lopez-Cardona, M.D.
CA. Nogues, Psy.D.
L.D. Posadas, M.D.
N.A. Wiseman, L.P.C.
A.M. Mahmoud, M.D.
L. DiMuccio, L.C.S.W

606 Denbigh Blvd.,
Suite 100
Newport News, VA 23608
(757) 872-8303
Fax: (757) 872-6857

**PLAINTIFF'S EXHIBIT**