FROM :                         FAX NO. :8383280                    Jul. 29 2003 12:52PM P1



R&ThI RT ]. LEFIMANN
C;luupF EXLECUTI L, OIFlf r,R

*Building a stron& caring and rr.~pon.rive cammr~niry (y drlir~cring quality prop ams and service] that promote and enhance beaflry fa»tilys individual **and organizational** 4fe.*

July 29, 2003

Dear Mr. ;~" nviq i

-mC14                    I, rP9 : 7/3 r

V#4

Sincerely,
Suzanne E. Brassel R.D
Licensed Clinical Psychologist



PLAINTIFF'S
EXHIBIT
6

P.O. BC)X .'111 '; 2021 CUNNINGFIAM DKIYU • SUITIi 400 - HAMPTON, VIIWINIA z.i cm • (75%l A38 '1960
vrnvva.I:Ins.~NUf.~~tu.u~~.~~n~

