

SENTARA.

5entora CargPlux Hoapitai
3000 COlieaum Ortve
Hampton, Virginia Z3?%
wwWaemaro.txmn

# CENTER TOR PAIN MEDICINE

2~/g1~3

Cb 1 L&

A( RCN~7 100 u

~, W,vt tw~ ~vi~ GI\ *f1°SS"""* *od~~G`^*

~ ti wY tA

Eric minguu, D, DI r
Center for Paid Management
(757) 927-2230 Office
(757) 736-0270 Fax

1

PLAINTIFF'S
EXHIBIT