FROM                                          PHONE NO. : 9042963314                  Oct. 17 2002 10:02AM P4

| | | |
|---|---|---|
| John F. Lovejoy. Sr., M.D.<br>(1907-1976)<br><br>John F. Lovejoy. Jr.. M.D. •<br><br>R. David Hacicin. M.D.. F.A.C.S.<br><br>'DiplomeeAmerieae Raid<br>of Orthopedic Surgery | **THE ORTHOPEDIC CLINIC<br>OF JACKSONVILLE** | Pediatric and Adult<br>Orthopedic Surgery<br><br>Reconsrruetive<br>Joint Surgery<br><br>4203 )Rolfo1 Rood, $uiia 21S<br>Jacksonvilic, FL 32216<br>(904) 296.3311 |

June 17, 2002

Norfolk Dredging Co.
AT T N: Steve Newton
P.O. Box 1706
Chesapeake, Virginia 23327-1706

RE: Dennis Wallace

Dear Mr. Newton:

The patient returns today and I think that he is a bit frustrated with the situation. He is still having pain in the back, at the top of the scar on the back and into *the area where he has the* dimple from the crush and down his leg. His reflexes are symmetrical in the knees and ankles- *The straight leg raising is* negative.

MRI: His MIRY was reviewed. He does have some scar from the surgery. He does have a degenerative disc at LS-S 1, but he does not have any signs of any encroachment upon *the* nerve roots.

I think *that a* lot of the pain is due to the residuals from the crush injury and the permanent damage to the muscles. I do not think that any further surgery is going to improve him. We have suggested that he go to pain management to see if epidural steroids might improve some of his symptoms and possibly some facet blocks. We will see him back after that has been done. Hopefully *that will help his* symptoms to the point that he can get back to some type of work. He may never be able to do the heavy climbing that he has done in the past.

Sincerely ₁



J          ejoy, Jr., M.D.

J FlJamp.

**PLAINTIFF'S<br>EXHIBIT**