

# DARIEN FAMILY CARE CENTER

A r r ; ~rr~ aj

**SOUTHEAST GEORGIA HEALTH SYSTEM**

P O. Box 619 6 Darien, Georgia 31305 = (912) 437-4157

August 9, 2003

**Mr. Ralph RabinOWitz**
**Rabinowitz, Swartz. Taliaferro,**
**Lewis,** Swarm m **and Goodove**
**Attorneys at Law**
**Town Point Center. Suite 800**
¹**50 Boush Street**
Post Office **Box** 3332
Norfolk, Virginia 23514-3132

**Dear Mr. Rabinowitz.-**

I have been treating Mr. Dennis Wallace since his injury on February 5, 2002. He has made some progrm in recovery, but has reached a point where I believe he **would benefit** by the injection of epidur*J steroids as suggested by the specialat with whom we have consulted. I do not believe he will Improve further until the treatment is initialed.

Please contact me if othee information is needed. Thank you for your interest in my patient.

Sincerely,

es S. Snow, D. 0.

**PLAINTIFF'S EXHIBIT**