# N! COASTAL PSYCHOLOGY

Daniel B. Nagelberg, Ph.D.
Walter B. Branch, Ph.D.
Daniel A. Bochner, Ph.D.
John M. Adler, Ph.D.
Pamela B. Collman, Ph,D.

322 Stephenson Ave., Suite 8
**Savannah, Georgia 31405**
**Telephone: (912) 352-2992**
**Fax: (912)** 352-3447

July 29, 2003

Mr. Ralph Rabinowitz
Attorney at Law
Post Oifict **Box** 3332
Norfolk, VA 23514-3332

Re: Dennis E. Wallace

Dear Mr. Rabinowitz:

I am in receipt of your letter dated July 23, 2003 requesting information regarding Mr. Dennis E. Wallace. As you know, I have been following Mr. Wallace since April 2, 2002 due to Post Traumatic Stress Disorder secondary to a work-related tug boat accident which occurred on February 25 of that year. He is also being treated with medication - Xanax, Paxil, and Lorcet- as prescribed by his primary care physician, Dr, Snow. Mr. Wallace has not reached maximum medical improvement He has used his sessions **very conservatively and** has shown some improvement but he will require continuing treatment for some time to come. It is difficult to say how long he will require treatment but he will almost certainly have residual symptoms, mostly in terms of anxiety and a phobic response to the open waters, for years. I do not believe he will ever return to his former employment (tug boat captain). lie also has medical concerns (low back pain) that have not been addressed by a physician. This is certainly not helping with his emotional status.

I hope this information will be helpful to you. Please let me know if 1 can provide any additional details regarding Mr. Wallace's treatment,

Sincerely,

*[signature]*

Daniel B. Nagelberg, Ph.D.
Licensed Psychologist
State of Georgia, #734

PLAINTIFF'S
**EXHIBIT**