## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

**In the Matter of the Complaint of**
**BUCHANAN MARINE L.P. and  A.P.**
**FRANZ TRUSTEE OF THE BUCHANAN**
**TRUST, as owner <u>pro hac vice</u>**

                                                   **WMN:  02 cv 662**

**manager/charterer and owner,**
**respectively, of the TUG BUCHANAN 14 for**
**exoneration from or Limitation of Liability**

### <u>CONSENT MOTION FOR ENLARGEMENT OF TIME</u>

Claimants, Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, the Estate of Clarence McConnell, the Estate of Justin Maurice Bryant, Troy A. Link, and Dennis Wallace, by their undersigned counsel, pursuant to *Local Rule 105(9)*, file this Consent Motion for Enlargement of Time, and state as follows:

1.      In two separate Motions for Partial Summary Judgment, Norfolk Dredging Company, the Buchanan interests, the Gypsum interests, and Capt. Timothy M. Cober, have sought to limit the Claimants' potential recoveries in this case.

2.      Claimants deny and will vigorously oppose the allegations and arguments advanced by the movants in the two Motions for Partial Summary Judgment.

3.      Claimants are in the process of drafting their Memoranda in Opposition to the Motions, which will include a Request for Hearing.

4.    In order to properly prepare their Memoranda in Opposition, Claimants hereby request one additional week within which to file their Oppositions, which would enlarge the deadline for doing so to August 28, 2003. The movants would then have two weeks thereafter, until September 11, 2003, within which to file their reply Memoranda.

5.    Counsel for all parties have consented to this brief enlargement of time, which will not in any other respect affect the Scheduling Order governing this case.

WHEREFORE, the Claimants request that an Order be entered enlarging their time within which to file Memoranda in Opposition to the pending Motions for Partial Summary Judgment to and including August 28, 2003, and the movants will have until September 11, 2003 to file their replies to Claimants' Memoranda in Opposition.

/s/ Robert M. Schwartzman
Robert M. Schwartzman
Federal Trial Bar # 01092
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881
Attorneys for Claimants Jeffrey Slaton,
Estate of William Thomas Bryant,
Estate of Clarence McConnell, and
Estate of Ronald L. Bonneville

*/s/* Deborah C. Waters
Deborah C. Waters
Rutter, Walsh, Mills & Rutter, LLP
Bank of Hampton Roads Building
415 St. Paul's Boulevard, Suite 700
Norfolk, VA 23510


*/s/* A. David Bugg, Jr.
A. Davis Bugg, Jr.
Rumsey & Bugg, P.C.
Irvington Road
P.O. Box 720
Irvington, VA 22480


*/s/* Peter G. Decker, Jr.
Peter G. Decker, Jr.
Decker, Cardon, Thomas
201 East Plume Street
Norfolk, VA 23510


*/s/* John Hughes Cooper
John Hughes Cooper
John Hughes Cooper, P.C.
1808 Middle Street
P.O. Box 395
Sullivan's Island, SC 29482


*/s/* Cain Denny
Cain Denny
Cain Denny, P.A.
P.O. Box 1205
Charleston, SC 29402

_/s/_ Thomas B. Shuttleworth
Thomas B. Shuttleworth
Lisa P. O'Donnell, Esquire
Shuttleworth, Ruloff, Giordano & Swain, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452


_/s/_ Ralph Rabinowitz_____
Ralph Rabinowitz
Rabinowitz, Swartz, Taliaferro, Lewis,
Swartz & Goodove, P.C.
Town Point Center, Suite 800
150 Boush Street
P.O. Box 23514
Norfolk, VA 23514


_/s/_ M. Hamilton Whitman,  Jr.
M. Hamilton Whitman, Jr.
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202


_/s/_ Michael J. Carcich_____
Michael J. Carcich
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801


_/s/_ J. Stephen Simms_____
J. Stephen Simms
Greber, Simms & Showers, LLP
Twenty South Charles Street
Suite 702
Baltimore, MD 21201-3754

4

*/s/* Patrick M. Brogan_____
Patrick M. Brogan
Davey & Brogan, P.C.
101 Granby Street, Suite 300
P.O. Box 3188
Norfolk, VA 23514-3188


*/s/* David H. Sump_____
David H. Sump
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111


*/s/* Pal D. Bekman_____
Paul D. Bekman
Salsbury, Clements, Bekman, Marder
        & Adkins, LLC
300 W. Pratt Street, Suite 200
Baltimore, MD 21201



*/s/* James W. Bartlett, III _____
James W. Bartlett, III
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201


*/s/* Peter Ayers Wimbrow, III_____
Peter Ayers Wimbrow, III
4100 Coastal Highway
Ocean City, MD 21842

5

/s/ David W. Skeen _____
David W. Skeen
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD 21201-3812


I HEREBY CERTIFY that on this 13th day of August, 2003, a copy of the aforegoing Consent Motion and proposed Order was filed electronically and served via facsimile to all counsel of record.


/s/ Robert M. Schwartzman
Robert M. Schwartzman
Federal Trial Bar # 01092


00302683.DOC