IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

**In the Matter of the Complaint of
BUCHANAN MARINE L.P. and  A.P.
FRANZ TRUSTEE OF THE BUCHANAN
TRUST, as owner pro hac vice**

WMN:  02 cv 662

**manager/charterer and owner,
respectively, of the TUG BUCHANAN 14 for
exoneration from or Limitation of Liability**

### ORDER

Upon the aforegoing Consent Motion for Enlargement of Time, good cause having been shown, it is this ____ day of August, 2003,

ORDERED by the United States District Court for the District of Maryland that the Claimants will have to and including August 28, 2003 to file their Memoranda in Opposition to the pending Motions for Partial Summary Judgment, and the movants therein will have to and including September 11, 2003 within which to file their reply Memoranda.

_____
Honorable William M. Nickerson,
United States District Judge

00302687.DOC