UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

NORFOLK DREDGING COMPANY,

    Plaintiff,

vs.                                  Civil Action No. WMN-02-CV-00662

M/V A.V. KASTNER, her engines, boilers,
tackle, etc., *in rem, et al.*,

    Defendants.

## AFFIDAVIT

STATE OF VIRGINIA,
CITY OF NORFOLK, to wit:

    This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Charles DeMark, M.S., C.R.C., C.C.M. who after first being duly sworn, stated and deposed as follows:

    1    am a rehabilitation counselor certified by the National Commission on Rehabilitation and have been since 1982. am a Diplomate of the American Board of Vocational Experts frequently work on behalf of the U. S. Department of Labor, Office of Workers' Compensation Division of Vocational Rehabilitation and have been a OWCP Counselor since 1983.

    2    My office is located at Coastal Vocational Services, Inc., 355 Crawford Street, Suite 510, Portsmouth, Virginia 23704, (757) 397-5550

    3    I have interviewed and tested Jeffrey M. Slaton, who is a Claimant in this case. I have also reviewed his medical records and interviewed his treating physicians.

    4    It is my opinion as a result of the tug sinking which occurred on February 25,



2002, Jeffrey M. Slaton suffers from exertional and non-exertional limitations and is not able to return to the same kind of employment he performed prior to his injury on February 25, 2002.

5.   In my opinion, Mr. Slaton requires a complete neuro-psychological evaluation to clarify his neurological status which in turn will assist in his vocational evaluation and rehabilitation. Dr. Pugash has recommended such testing be performed and I agree and request the evaluation.

6.   Mr. Slaton is in need of additional vocational rehabilitation services.

7   Jeffrey M. Slaton has not reached maximum medical recovery. I am aware he remains in treatment with Dr. Thomas Pasquale and Dr. Neil Pugash has referred him for neurological evaluation. I am also aware Norfolk Dredging declined to pay for the neurological evaluation many months ago. am further aware Mr. Slaton was only recently evaluated by a neuropsychologist and is in treatment with him

8.   I am aware Mr. Slaton has applied for work within his exertional limitations and has this week accepted a position with Wal-Mart. His prognosis for success is guarded because of his exertional and non-exertional limitations.

And further sayeth naught.

_____
Charles DeMark, M.S., C.R.C., C.C.M.

Subscribed and sworn to before me this 13 day of August, 2003.

_____
Notary Public

My Commission Expires: February 28, 2006