# OPTION III
## A PSYCHOLOGICAL PRACTICE

Phone: (757) 623-8690
Fax: (757) 623-1139

July 17, 2003

Norfolk Dredging Company
110 Centerville Turnpike
Chesapeake, Virginia 23327

Attention:   Mr. Steve Newton

Regarding:   Jeffrey Michael Slaton

Dear Mr. Newton:

Dr. Pasquale is currently seeing the above named patient for psychological testing and therapy as a result sustained from his accident of February 25, 2002.

Please find attached our invoice for those services covered from April 30, 2003 through July 2, 2003. Provided is a billing/payment report, patient ledger accounting, and copies of all corresponding session notes.

Please forward your payment within 30 days of the above date on this notice to the letterhead address

We continue to wait for your payment covering dates of service February 27, 2003 through April 29, 2003. This account balance now stands at $1,500.00. **Your attention and past due payment of $700.00 would be greatly appreciated.**

Should you have any questions concerning this invoice, you can reach me at (757) 623-8690. Thank you in advance for your prompt attention to this matter.

*G. Joann Reed*
G. Joann Reed
Executive Secretary

EXHIBIT 4

215 Brooke Avenue • Harbour Place • Suite C • Norfolk, Virginia 23510