IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff | * | CONSOLIDATED CASES UNDER |
| v. | * | CIVIL ACTION NO. |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., in rem, et al., | * | WMN-02-CV-00662 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

STATE OF VIRGINIA
CITY OF NORFOLK, to wit:

This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Dr. Felix M. Kirven, who after first being duly sworn, stated and deposed as follows:

1. I am certified by the American Board of Spinal Surgery and the American Board of Orthopaedic Surgery.

2. I practice medicine with Orthopedic Associates of Virginia, Ltd. Our main office is located at 6275 East Virginia Beach Boulevard, Suite 300, Norfolk, Virginia 23502.

3. In my professional opinion, based on years of experience in the field of orthopedics, epidural injections are traditionally and primarily forms of palliative care and are not directed toward curative treatment.

4. After thoroughly reviewing the medical records of Mr. Dennis Wallace ("Wallace"), it appears that any prescription of epidural injections to Wallace

**EXHIBIT A**

would be a traditional and primary form of palliative care, not directed toward curative treatment.

And further your affiant sayeth naught.

FELIX M. KIRVEN, M.D.

_____

Subscribed and sworn to before me this 22nd day of August, 2003

*James R. Ingram*
Notary Public

My Commission Expires: FEBRUARY 28, 2005

2