

# Neurologica Associates of Hampton Roads

*A Division of*
Neurology Consultants of Tidewater, PLLC

Gilbert M. Snider, M.D.
Richard I. Wertheimer, M.D.
Neil L. Pugach, M.D.

Neurology
Electromyography

300 Medical Parkway
Suite 212
sapeake, Virginia
20

Phone: 757.547.0508
Fax:    757.547.8963

1212 Lake James Drive
Suite E-1
Virginia Beach, Virginia
23464

Phone: 757.523.0724
Fax:    757.523.0366

Tuesday, July 9, 2002

T. Mascarinas, Jr., M.D.
4551 Professional Circle   Ste. 101
Virginia Beach, Va. 23455

RE:  Slaton, Jeffrey M.

1000 Norview Ave.
Norfolk, VA 23513

Dear Dr. Mascarinas:

Thank you for referring Mr. Slaton for evaluation of his orthostatic dizziness. As you know, he is a 32-year-old right-handed white male who was involved in a boating accident on 2/25/02, in which the tugboat he was on was struck by a larger boat. He was in the galley and was rendered unconscious and awoke under 7-10 feet of water. He relates that there were air pockets and this allowed him to breathe for the 20 minutes that it took him to climb onto the belly of the boat, where he waved over another boat and was rescued. He relates that he was inhaling diesel fumes during this time. He also indicates that while he was struggling, he was struck in the head with cans and other items in the galley. His symptom of dizziness began sometime subsequently, though he's not sure about when this began, and says that he was on various medications which apparently sedated him just after the accident. His dizziness occurs when he stands up after squatting down, and he says that it is becoming progressively worse. If he squats down for a short period of time, for example, 30 seconds or so, the dizziness upon standing is fairly mild. However, the longer he squats down, the more severe the symptom is when he stands. He relates that he has been squatting down all of his life, including when working as a roofer, and never had this problem with dizziness previously. He describes the dizziness as a sensation that his head and body are shaking from side to side. He also sees blackness and "a bunch of red dots" when this occurs. On at least one occasion, he passed out for a few seconds and fell down during a spell. There is also associated pressure in his head and an increase in his baseline tinnitus (the latter has been present since the accident). It is difficult for him to see during a spell. He estimates that the spells last from 5-10 seconds, during which he stands there until his symptoms pass. He is not aware of experiencing the symptoms at any other time except when he stands up from squatting position, although he says that he also has to stand slowly from a sitting position.

He denies any sweating abnormalities, palpitations, heat or cold intolerance, bowel or bladder dysfunction or impotence. He has been experiencing intermittent headaches since the above-mentioned accident, and also a constant ringing in his ears. He relates that one week after the accident he had a strep throat, pneumonia, a sinus infection and ear infections

(Continued)

**EXHIBIT A**

Slaton, Jeffrey M
10 Jul 2002

2

and was treated with antibiotics, steroids and analgesics. He also injured his right shoulder and has had surgery for this.

He denies any history of any other significant head traumas, and also denies any history of brain surgery, stroke or meningitis. He had some kind of the seizure as an infant, according to what his mother has told him, though he is not able to further elaborate on this. He has no subsequent history of seizures.

Nervous system review is otherwise negative.

**PAST MEDICAL HISTORY:** He has a history of ADD and is status post right shoulder surgery, as noted above.

**MEDICATIONS:** Flexeril and Percocet.

**ALLERGIES:** There are no known drug or food allergies

**SOCIAL HISTORY:** He is a non smoker and nondrinker. He does chew tobacco. He is married.

**FAMILY HISTORY:** Negative for neurological conditions.

**REVIEW OF SYSTEMS:**
General: Negative for fevers, chills, night sweats, weight gain, weight loss, anorexia, fatigue or malaise.
ENT: Negative for frequent earaches, ear infections, hearing loss, sore throats, epistaxis or sinus congestion. Positive for tinnitus.
Dermatological: Negative for skin diseases, skin cancer, pruritus or erythema. Positive for intermittent facial rash which he associates with stress.
Cardiac: Negative for cardiac disease, chest pain, palpitations, orthopnea, PND or ankle edema.
Pulmonary: Negative for pulmonary diseases, dyspnea, cough, sputum or hemoptysis. Positive for positive PPD test in the past, treated with six months of medication.
Gastrointestinal: Negative for abdominal pain, GERD, nausea, vomiting, constipation, diarrhea or blood per rectum.
Genitourinary: Negative for renal disease, bladder disease, prostate disease, dysuria, hematuria, frequency, urgency, hesitancy or incontinence.
Endocrine: Negative for thyroid disease, diabetes, excessive thirst or excessive sweating.
Hematological: Negative for bleeding or clotting disorders, easy bruising or easy bleeding.
Musculoskeletal: Negative for DJD, joint swelling or pain, neck or back injury, myalgias or arthralgias.
Psychiatric: Negative for depression, anxiety, sleep disturbance or other psychiatric illness.

**PHYSICAL EXAMINATION:**

**Vital Signs:** After squatting for one minute, blood pressure is 140/98 and pulse is 88; the patient was then stood up and after one minute standing, blood pressure was 130/92 and pulse was 100.

**GENERAL:** He is a well-developed, well-nourished white male in no acute distress. Head is normocephalic, except for a few small healed scars on forehead. Tympanic membranes are normal in appearance. Neck is

(Continued)

SLA00120

Slaton, Jeffrey M.
10 Jul 2002

3

supple. Carotid pulses are 1+ on the right and not appreciated on the left, with no bruits. Heart rate and rhythm are regular with no murmurs. Lungs are clear to auscultation. Bowel sounds are present. No abdominal masses or tenderness are appreciated. There is no clubbing, cyanosis or edema of the upper or lower extremities. Dorsalis pedis pulses are 2+ bilaterally.

**NEUROLOGICAL:**

MENTAL STATUS: He is alert and fully oriented with intact attention and concentration, language, and recent and remote recall.

CRANIAL NERVES:
II:             Optic fundi are benign. Visual fields are full to confrontation exam.
III, IV, VI:   EOMF. PERRL.
V:             Facial sensation is symmetrically intact to light touch and pinprick. Masseter, temporalis and lateral pterygoid strength is intact bilaterally.
VII:           Facial movements are normal and symmetrical.
VIII:          Hearing is intact to finger rub bilaterally. Webber is midline. Rinne is positive bilaterally.
IX, X:         There is no dysarthria. Palate elevates symmetrically. Gag is intact.
XI:            Sternocleidomastoid and trapezius strength is symmetrically intact.
XII:           Tongue is midline.

MOTOR:   There are no adventitious movements. Muscle tone, bulk and strength are normal and symmetrical throughout the upper and lower extremities.

SENSORY:   Sensation is symmetrically intact throughout the upper and lower extremities to light touch, pinprick, vibration and proprioception. Graphesthesia is intact in both hands.

REFLEXES: Deep tendon reflexes are 2+ and symmetrical throughout the upper and lower extremities. Plantar reflexes are flexor bilaterally. There is no jaw jerk.

CEREBELLAR: Finger-nose-finger and heel-knee-shin are intact bilaterally.

STATION AND GAIT: There is no Romberg's sign. Gait, tandem, toe and heel walk are intact.

SPECIAL MANEUVERS: When the patient stood up after squatting for one minute, he stated "That was a little one." indicating that he had a mild dizzy spell.

LABORATORY DATA/RECORDS: Your office note is reviewed.

**IMPRESSION AND RECOMMENDATIONS: Orthostatic dizziness associated with visual disturbance and on at least one occasion, a brief loss of consciousness.** The possibility of orthostatic hypotension arises, although if this is the case, I am not sure how it would relate to the above-mentioned accident. In any case, at this time a tilt table test will be arranged and I will see him back subsequently, and further recommendations will follow.

(Continued)

SLA00121

Slaton, Jeffrey M.
10 Jul 2002

4

Thank you once again for referring Mr. Slaton.

Sincerely,

Neil Pugach, M.D.

SLA00122

