


*A Division of*
Neurology
Consultants of
Tidewater, PLLC

Gilbert M. Snider, M.D.
Richard I. Wertheimer, M.D.
Neil L. Pugach, M.D.

Neurology
Electromyography

300 Medical Parkway
Suite 212
Chesapeake, Virginia
23320

Phone: 757.547.0508
Fax:    757.547.8963

1212 Lake James Drive
Suite E-1
Virginia Beach, Virginia
23464

Phone: 757.523.0724
Fax:    757.523.0366

Thursday, March 27, 2003

T. Mascarinas, Jr., M.D.
4551 Professional Circle   Ste. 101
Virginia Beach, Va. 23455

RE:  Slaton, Jeffrey M.

1000 Norview Ave.
Norfolk, VA 23513

Dear Dr. Mascarinas:

Mr. Slaton comes in for followup of his post-traumatic orthostatic hypotension and headaches. He has had headaches since he was here on 3/5, with no severe headaches, and he has not had to try the Imitrex samples yet. His orthostatic hypotension remains about the same. We are still trying to arrange for an autonomic disorders evaluation at UVA. At this time I will plan to see him back in three months, but have asked him to call me after he has had an opportunity to try the Imitrex to let me know how he does with it.

I would also like to set the record straight for workers compensation purposes. The patient today tells me that his attorney, Deborah Waters, has told him that I do not think that his neuropathy is a result of the trauma he experienced in February of last year. I have spoken with her on the phone about his case. In fact, I have never maintained that his condition was definitely not due to the February trauma-- it is simply the case that I am not aware of such a trauma causing autonomic neuropathy, but that autonomic neuropathy is an uncommon condition, and I am not able to comment with any certainty either one way or the other on the issue of causation, and this is the main reason why I want him to be seen by an autonomic disorders specialist at UVA. However, I have also explained to him today, that I doubt that his workers compensation carrier will pay for this, as they have recently sent me a letter indicating that they are not going to pay for any of his medical care related to this condition, since they don't feel that it is related to the above-mentioned trauma.

Thank you once again for referring Mr. Slaton.

Sincerely,



Neil Pugach, M.D.

cc: Deborah Waters, Esq.

**EXHIBIT B**