# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Baltimore Division

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. WMN-02-CV-00662 |
| M/V A.V. KASTNER, her engines, boilers, tackle, etc., *in rem, et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \*

## AMENDED CLAIM OF JEFFREY M. SLATON

NOW INTO COURT, through undersigned counsel, comes Jeffrey M. Slaton, and for his claim against the plaintiff, Norfolk Dredging Company, claims the amount of FIVE MILLION DOLLARS ($5,000,000.00) and in support of said claim sets forth the following:

1. Claimant Jeffrey M. Slaton ("Slayton") lives at 1000 Norview Avenue, Norfolk, Virginia 23517.

2. Slaton at all times herein involved was serving aboard the Tug SWIFT and/or BARGE RC-811 and as such occupied the status of a seaman, with the statutory right to proceed without prepayments of costs. In the alternative, Slayton was a passenger and occupied the status of a non-seaman.

3. Due to the negligence, carelessness and fault of the plaintiff, Norfolk Dredging Company, as owner and operator of the Tug SWIFT and/or BARGE RC-811 and the employer of Slaton, and the unseaworthiness of the Tug SWIFT and/or BARGE RC-811, Claimant sustained severe injuries and experienced excruciating pain, anxiety, shock, physical, mental

and emotional suffering on or about February 25, 2002, when M/V A.V. KASTNER and the Tug BUCHANAN 14 collided, which caused the Tug SWIFT and/or BARGE RC-811 to overturn and ultimately sink with Mr. Slaton on board, causing him to suffer serious injuries.

4. By reason of the aforesaid catastrophe due to the unseaworthiness of the Tug SWIFT and/or BARGE RC-811 and the negligence and gross negligence of her owner, as aforesaid, Claimant did suffer the injuries hereinafter set forth, resulting in the losses and damages hereafter specified.

5. As a result of the accident of February 25, 2002, Slayton was injured severely and incurred medical bills, has undergone pain and suffering, both physical and mental, in the past and will continue to experience the same pain and suffering in the future. Claimant has lost income and suffered a diminution of his wage earning capacity in the future. Claimant's injuries are permanent.

6. Claim is hereby made for compensation for the indescribable horror and agonizing physical, mental and emotional suffering past, present and future; for disability, disfigurement, and loss of use and enjoyment of life, medical expenses and maintenance; and for the Claimant's past and future loss of income or impairment of earning capacity, all in the amount of FIVE MILLION DOLLARS. ($5,000,000.00).

8. This claim is being made under protest and without prejudice to Claimant's position that this Complaint seeking limitation of and exoneration from liability is improper and should be dismissed.

                                              JEFFREY M. SLATON


                                    By:    */s/* Robert M. Schwartzman
                                                 Robert M. Schwartzman
                                                 Federal Trial Bar # 01092
                                                 Of Counsel

C. Arthur Rutter, III, Esquire
VSB #36827
Deborah C. Waters, Esquire
VSB# 28913
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Boulevard, Suite 700
Norfolk, Virginia  23510
(757) 622-5000

Peter G. Decker, Jr., Esquire
Decker, Cardon, Thomas, Neskis
Decker Building
201 East Plume Street
Norfolk, VA 23510
(757) 622-3317 (tel)
(757) 626-0562

CERTIFICATE OF MAILING

On this 28<u>th</u> day of August, 2003, I hereby certify that the foregoing was sent first-class, postage prepaid, to David H. Sump, Esquire, Crenshaw, Ware & Martin, P.L.C., 1200 Bank of America Center, Norfolk, VA 23510-2111; and delivered via postage pre paid U.S. first class mail to Thomas B. Shuttleworth, Esquire, Shuttleworth, Ruloff, Giordano & Swain, P.C., 4525 South Boulevard, Suite 300, Virginia Beach, VA 23452-1137; Ralph Rabinowitz, Esquire, Rabinowitz, Swartz, Taliaferro, Lewis, Swartz & Goodove, P.C., Town Point Center, Suite 800, 150 Boush Street, Post Office Box 3332, Norfolk, VA 23514-3332; A. Davis Bugg, Jr., Esquire, Rumsey & Bugg, P.C., Irvington Road, P.O. Box 720, Irvington, Virginia 22480; William E. Johnson, Esquire, Johnson Law Center, P.O. Box 99, Mathews, VA 23109; Peter G. Decker, Jr., Esquire, Decker, Cardon, Thomas, Neskis, Decker Building, 201 East Plume Street, Norfolk, VA 23510; Carter T. Gunn, Vandeventer Black, LLP, 500 World Trade Center, Norfolk, VA 23510-1699.

/s/ Robert M. Schwartzman
Robert M. Schwartzman
Federal Trial Bar # 01092