**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

NORFOLK DREDGING COMPANY,  *

    Plaintiff,     *

vs.           *   Civil Action No. WMN-02-CV-00662

M/V A.V. KASTNER, her engines, boilers,  *
tackle, etc., *in rem, et al.,*

           *

    Defendants.

   *  *  *  *  *  *  *

## SECOND AMENDED CLAIM OF THE ESTATE OF CLARENCE MCCONNELL

  NOW INTO COURT, through undersigned counsel, come Shirley McConnell, Individually and as mother of Jasmine E. McConnell, and as Personal Representative of the Estate of Clarence McConnell, and Shenecca M. Garrett, individually and Lesheon McConnell, individually, children of Clarence McConnell, and for their claim against the plaintiff, Norfolk Dredging Company, claims the amount of TWENTY-FIVE MILLION DOLLARS ($25,000,000.00) and in support of said claim sets forth the following:

  1.  Claimant Shirley McConnell, Individually and as mother of Jasmine E. McConnell, and as Personal Representative of the Estate of Clarence McConnell, and Shenecca M. Garrett, individually and Lesheon McConnell, individually, children of Clarence McConnell resides in the State of South Carolina.

  2.  Claimant's decedent, Clarence McConnell, at all times herein involved was serving aboard the Tug SWIFT and/or BARGE RC-811 and as such occupied the status of a seaman, with the statutory right to proceed without prepayments of costs.  In the alternative,

Clarence McConnell was a passenger and occupied the status of a non-seaman.

3.     Due to the negligence, carelessness and fault of the plaintiff, Norfolk Dredging Company, as owner and operator of the Tug SWIFT and/or BARGE RC-811 and the employer of Claimant's decedent, Clarence McConnell, and the unseaworthiness of the Tug SWIFT and/or BARGE RC-811, Claimant sustained severe injuries and experienced excruciating pain, anxiety, shock, physical, mental and emotional suffering on or about February 25, 2002, when M/V A.V. KASTNER and the Tug BUCHANAN 14 collided, which caused the Tug SWIFT and/or BARGE RC-811 to overturn and ultimately sink with Mr. McConnell on board, causing him to drown.

4.     By reason of the aforesaid catastrophe due to the unseaworthiness of the Tug SWIFT and/or BARGE RC-811 and the negligence and gross negligence of her owner, as aforesaid, Claimant did suffer the injuries hereinafter set forth, resulting in the losses and damages hereafter specified.

5.     As a result of the accident of February 25, 2002, Claimant's decedent was severely injured which resulted in death, Claimant has incurred funeral and memorial expenses, pre-death pain and suffering.  Claimant has lost income present and future.

6.     By reason of the foregoing occurrence, claim is made by the Claimant for serious injuries which resulted in the death of Clarence McConnell, funeral and memorial expenses, pre-death pain and suffering as well as mental anguish and emotional trauma, loss of income not paid as unearned wages and loss of future income, nurturing and guidance of minor children, services,  and any other direct out-of-pocket losses or expenses to the date of trial, as well as other fair and just losses under the General Maritime Law, the Jones Act, and all

other state, federal and common law provisions or regulations and amendments applicable

thereto.

7.    Claim is hereby made for compensation in the amount of TWENTY FIVE

MILLION DOLLARS ($25,000,000.00).

8.    This claim is being made under protest and without prejudice to Claimant's

position

that this Complaint seeking limitation of and exoneration from liability is improper and should

be dismissed.

> SHIRLEY MCCONNELL, INDIVIDUALLY AND AS
> MOTHER OF JASMINE E. MCCONNELL, AND AS
> PERSONAL REPRESENTATIVE OF THE ESTATE OF
> CLARENCE MCCONNELL, AND SHENECCA M.
> GARRETT, INDIVIDUALLY AND LESHEON
> MCCONNELL, INDIVIDUALLY, CHILDREN OF
> CLARENCE MCCONNELL
>
>
> By:    */s/* Robert M. Schwartzman
>           Robert M. Schwartzman
>           Federal Trial Bar # 01092
>           Of Counsel

C. Arthur Rutter, III, Esquire
VSB #36827
Deborah C. Waters, Esquire
VSB# 28913
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Boulevard, Suite 700
Norfolk, Virginia  23510
(757) 622-5000 (tel)
(757)623-9189 (fax)

Robert M. Schwartzman, Esquire
Federal Trial Bar # 01092
Lord & Whip, P.A.
800 One Center Plaza
120 West Fayette Street
Baltimore, Maryland 21201-3700
(410) 539-5881
(410) 685-6726 (fax)