~~IN THE~~ UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ DISTRICT OF ~~VIRGINIA~~ MARYLAND
~~Norfolk~~Baltimore Division

~~In the Matter of the Complaint of~~
NORFOLK DREDGING COMPANY,
~~as Owner of the Tug SWIFT and/or BARGE RC-811 and~~
~~BARGE RC-811 for Exoneration~~
~~from or Limitation of Liability~~
        Plaintiff,

vs.                                                              Civil Action No. ~~2:02CV662~~

WMN-02-CV-00662

M/V A.V. KASTNER, her engines, boilers,
tackle, etc., *in rem, et al.*,

        Defendants.

**AMENDED CLAIM OF THE ESTATE OF WILLIAM THOMAS BRYANT**

NOW INTO COURT, through undersigned counsel, comes Mary Holloman Bryant, Administratrix of the Estate of William Thomas Bryant, deceased, and for her claim against the plaintiff, Norfolk Dredging Company, claims the amount of ~~FIFTY~~**TWENTY-FIVE** MILLION DOLLARS (~~$50~~**$25**,000,000.00) and in support of said claim sets forth the following:

1.     Claimant Mary Holloman Bryant, Administratrix of the Estate of William Thomas Bryant, deceased, lives at 112 Yoder Lane, Virginia Beach, Virginia 23462.

2.     Claimant's decedent, William Thomas Bryant, at all times herein involved was serving aboard the Tug SWIFT and/or BARGE RC-811 and as such occupied the status of a seaman, with the statutory right to proceed without prepayments of costs. In the alternative, William Thomas Bryant was a passenger and occupied the status of a non-seaman.

3. Due to the negligence, carelessness and fault of the plaintiff, Norfolk Dredging Company, as owner and operator of the Tug SWIFT and/or BARGE RC-811 and the employer of Claimant's decedent, William Thomas Bryant, and the unseaworthiness of the Tug SWIFT and/or BARGE RC-811, Claimant sustained severe injuries and experienced excruciating pain, anxiety, shock, physical, mental and emotional suffering on or about February 25, 2002, when M/V A.V. KASTNER and the Tug BUCHANAN 14 collided, which caused the Tug SWIFT and/or BARGE RC-811 to overturn and ultimately sink with Mr. Bryant on board, causing him to drown.

4. By reason of the aforesaid catastrophe due to the unseaworthiness of the Tug SWIFT and/or BARGE RC-811 and the negligence and gross negligence of her owner, as aforesaid, Claimant did suffer the injuries hereinafter set forth, resulting in the losses and damages hereafter specified.

5. By reason of the foregoing occurrence, claim is made by the Claimant for serious injuries which resulted in the death of William Thomas Bryant, funeral and memorial expenses, pre-death pain and suffering as well as mental anguish and emotional trauma, loss of income not paid as unearned wages and loss of future income, ~~loss of consortium, loss of society, mental anguish, grief, sorrow and solace of the beneficiaries~~ **nurturing and guidance of minor children, services**, and any other direct out-of-pocket losses or expenses to the date of trial, as well as other fair and just losses under the General Maritime Law, the Jones Act, and all other state, federal and common law provisions or regulations and amendments applicable thereto.

2

6. Claim is hereby made for compensation in the amount of TWENTY FIVE MILLION DOLLARS ($25,000,000.00) ~~plus TWENTY FIVE MILLION DOLLARS ($25,000,000.00) as punitive damages.~~

~~7. The Plaintiff acted with wanton and reckless disregard for the safety and rights of Mr. Bryant and others. As such, their conduct gives rise to a claim against them for punitive damages~~.

~~8~~7. This claim is being made under protest and without prejudice to Claimant's position that this Complaint seeking limitation of and exoneration from liability is improper and should be dismissed.

THE   MARY HOLLOMAN BRYANT, ADMINISTRATRIX OF

ESTATE OF WILLIAM THOMAS BRYANT, DECEASED

By: /s/ Robert ~~M. Schwartzman, Esquire~~
              Of Counsel

C. Arthur Rutter, III, Esquire
VSB #36827
Deborah C. Waters, Esquire
VSB# 28913
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Boulevard, Suite 700
Norfolk, Virginia  23510
(757) 622-5000

Robert M. Schwartzman, Esquire
Federal Trial Bar # 01092
Lord & Whip, P.A.
800 One Center Plaza
120 West Fayette Street

Baltimore, Maryland 21201-3700
(410) 539-5881
(410) 685-6726 (fax)

## CERTIFICATE OF MAILING

On this 17th day of April, 2002, I hereby certify that the foregoing was hand delivered, to David H. Sump, Esquire, Crenshaw, Ware & Martin, P.L.C., 1200 Bank of America Center, Norfolk, VA 23510-2111; and delivered via postage pre paid U.S. first class mail to Thomas B. Shuttleworth, Esquire, Shuttleworth, Ruloff, Giordano & Swain, P.C., 4525 South Boulevard, Suite 300, Virginia Beach, VA 23452-1137; Ralph Rabinowitz, Esquire, Rabinowitz, Swartz, Taliaferro, Lewis, Swartz & Goodove, P.C., Town Point Center, Suite 800, 150 Boush Street, Post Office Box 3332, Norfolk, VA 23514-3332; A. Davis Bugg, Jr., Esquire, Rumsey & Bugg, P.C., Irvington Road, P.O. Box 720, Irvington, Virginia 22480; William E. Johnson, Esquire, Johnson Law Center, P.O. Box 99, Mathews, VA 23109; Peter G. Decker, Jr., Esquire, Decker, Cardon, Thomas, Neskis, Decker Building, 201 East Plume Street, Norfolk, VA 23510; Carter T. Gunn, Vandeventer Black, LLP, 500 World Trade Center, Norfolk, VA 23510-1699.

_____
Deborah C. Waters, Esquire