

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120/ Fax 410-547-0699
www.ober.com

Robert B. Hopkins
rbhopkins@ober.com
410-347-7383

Offices In
Maryland
Washington, D.C.
Virginia

August 29, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
3rd Floor, Room 330
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
              Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

      This letter is being written on behalf of all parties to request a slight modification in the present Scheduling Order. This requested modification will have no impact on the scheduled trial date of February 2, 2004. Under the present Scheduling Order, the initial expert disclosure deadline is August 30, 2003, and the rebuttal expert disclosure deadline is September 30, 2003. Moreover, expert depositions must be completed by October 30, 2002. Because the law firm that represents many of the personal injury and death claimants in this matter (Rutter, Walsh, Mills & Rutter) is in the process of relocating its offices this week and because of various scheduling issues, the parties respectfully request that the initial expert disclosure deadline be extended to September 9, 2003, that the rebuttal expert disclosure deadline be extended to October 10, 2003 and that the deadline for completion of expert depositions be extended to December 15, 2003. No other dates in the present schedule will be affected by these changes.

      Thank you for your consideration.

Respectfully submitted,

/S/
Robert B. Hopkins

RBH:smc
Enclosure
cc:    Counsel of Record

1903
OBER|KALER
2003
Forward thinking.
For the century ahead.

RBH 727262.1 8/25/2003 9:51 AM