FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP -2  A 10: 35

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff | | |
| v. | * | Consolidated Cases Under Civil Action No. WMN-02-662 |
| M/V A.V. KASTNER, etc., et al | * | |
| Defendants | * | |

## CONSENT ORDER

Norfolk Dredging Company, the Jones Act employer in this case, filed a Motion for Partial Summary Judgment asking this Court to rule on the types of damages the personal injury and wrongful death Claimants can recover against the Jones Act employer in this action, and

With the consent and agreement of Claimants Jeffrey Slaton, Estate of William Bryant, Estate of Ronald Bonniville, Estate of Justin Bryant and Estate of Clarence McConnell ("the Claimants"), Norfolk Dredging Company and the Claimants agreed as follows

The Claimants shall be permitted to file amended answers, defenses and claims to the Complaint filed by Norfolk Dredging Company seeking exoneration

from or limitation of liability. The amended answers, defenses and claims shall be in the form transmitted with this consent order.

2. Norfolk Dredging Company shall withdraw its Motion for Partial Summary Judgment

It appearing that the parties listed above have resolved the matter to their mutual satisfaction, it is

ORDERED this 29th day of August, 2003, that the amended answers, defenses and claims of Claimants Jeffrey Slaton, Estate of William Bryant, Estate of Ronald Bonniville, Estate of Justin Bryant and Estate of Clarence McConnell are hereby filed, and the Motion for Partial Summary Judgment previously filed by Norfolk Dredging Company is hereby considered withdrawn.

United States Court Judge

303789