IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MARYLAND
Northern Division

**NORFOLK DREDGING COMPANY**,

    **Plaintiff,**

v.

**M/V A.V. KASTNER, her engines,
boilers, tackle, etc.,** *in rem, et al.,*

    **Defendants.**

**CASES CONSOLIDATED UNDER
CIVIL ACTION NO: WMN-02-CV-662**


CERTIFICATE OF SERVICE REGARDING
<u>RULE 26 DESIGNATION OF EXPERT WITNESS</u>

I hereby certify that on this 9th day of September, 2003, I sent a copy of the Expert Witness Designation filed on behalf of Auston and Marsha Johnson and the Estate of Justin M. Bryant to the following:

<u>**Counsel for Gypsum Transportation, Limited**</u>:
M. Hamilton Whitman, Jr., Esq.
Charles A. Diorio, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202

John A. V. Nicoletti, Esq.
Michael J. Carcich, Esq.
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine Street

New York, NY 10005-1801

***Counsel for Buchanan Marine L.P. and***
***<u>A.P. Franz Trustee of the Buchanan Trust:</u>***
Mark E. Newcomb, Esq.
Davey & Brogan, P.C.
101 Granby Street, Suite 300
P. O. Box 3188
Norfolk, VA 23514-3188

J. Stephen Simms, Esq.
Greber Simms & Showers, LLP
Twenty South Charles Street, Suite 702
Baltimore, MD 11201-3754

John T. Ward, Esq.
Ward Kershaw
113 W. Monument Street
Baltimore, MD 21201


**<u>Counsel for Norfolk Dredging Company:</u>**
David H. Sump, Esq.
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111

David W. Skeen, Esq.
Stephen J. White, Esq.
Wright, Constable and Skeen, LLP
100 N. Charles, 16th Floor
Baltimore, MD 21201-3812


**<u>Counsel for the Estate of Ronald Bonniville:</u>**
A. Davis Bugg, Jr., Esq.
Rumsey & Bugg, P.C.
Irvington Road, P. O. Box 720
Irvington, VA 22480

William E. Johnson, Esq.
Johnson Law Center
P. O. Box 99
Mathews, VA 23109

Robert M. Schwartzman, Esq.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

C. Arthur Rutter, III, Esq.
Deborah C. Waters, Esq.
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Blvd., Suite 700
Norfolk, VA 23510


**Counsel for Jeffrey Slaton and Estate of William Bryant:**
Robert M. Schwartzman, Esq.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201

C. Arthur Rutter, III, Esq.
Deborah C. Waters, Esq.
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Blvd., Suite 700
Norfolk, VA 23510


**Counsel for Estate of Clarence McConnell:**
John Hughes Cooper, Esq.
John Hughes Cooper, P.C.
1808 Middle Street

P. O. Box 395
Sullivan's Island, SC 29482


Cain Denny, Esq.
Cain Denny, P.A.
P. O. Box 1205
Charleston, SC 29402

C. Arthur Rutter, III, Esq.
Deborah C. Waters, Esq.
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Blvd., Suite 700
Norfolk, VA 23510

Robert M. Schwartzman, Esq.
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, MD 21201


**<u>Counsel for Troy Link & Dennis Wallace</u>:**
Ralph Rabinowitz, Esq.
Rabinowitz, Swartz, Taliaferro, Lewis,
   Swartz & Goodove, P.C.
Town Point Center, Suite 800
150 Boush Street
P. O. Box 3332
Norfolk, VA 23514

Paul D. Bekman, Esq.
Israelson, Salsbury, Clements & Bekman, LLC
300 W. Pratt Street, Suite 450
Baltimore, MD 21201


**<u>Counsel for Timothy Cober:</u>**

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, MD 21202

                /s/
_____
Thomas B. Shuttleworth, Esquire
Shuttleworth, Ruloff, Giordano & Swain, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, Virginia  23452
757-671-6000

                /s/
_____
Peter Ayers Wimbrow, III, Esquire
Post Office Box 56
Ocean City, Maryland   21843
410-289-6667
(signed by Thomas B. Shuttleworth with the permission of Peter Ayers Wimbrow, III, Esq.)

                /s/
_____
J. Farrest Taylor, Esquire
Cochran, Cherry, Givens & Smith, P.C.
163 West Main Street
Dothan, Alabama   36302
(334) 793-1555
(Signed by Thomas B. Shuttleworth with the permission of J. Farrest Taylor, Esq.)