**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NORFOLK DREDGING COMPANY | * |
| Plaintiff | * |
| v. | * Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.,* | * Civil Action No.: WMN-02-CV-00662 |
| Defendants | * |

\* \* \* \* \* \* \*

**CLAIMANTS' MOTION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFF,
NORFOLK DREDGING COMPANY'S
REPLY BRIEF IN SUPPORT OF ITS MOTION TO APPROVE AND CONFIRM
<u>DISCONTINUANCE OF MAINTENANCE AND CURE</u>**

Claimants Troy A. Link and Dennis Wallace respectfully request permission to file a

surreply to  Plaintiff, Norfolk Dredging Company's Reply Brief in Support of its Motion to

Approve and Confirm Discontinuance of Maintenance and Cure, and states as follows:

1.    Claimants have recently been furnished with more complete reports that illustrate

in an even more compelling manner that the Claimants have yet to reach maximum

improvement.  Said reports are highly relevant to any determination of whether maintenance and

cure should be continued, and thus should be considered prior to any ruling in this matter.

2.    Plaintiff alleges new issues in its reply brief. Such issues include an allegation that

the Claimant Wallace's alcoholism should bar further cure. Claimants seek to submit relevant

case law which contradicts the Plaintiff's arguments and supports the Claimants request for

additional maintenance and cure.

3.    Claimants have attached their surreply to this Motion, and ask that this Honorable

Court considered said surreply before ruling in this matter.

WHEREFORE, Claimants, Troy A. Link and Dennis Wallace, respectfully requests that this Honorable Court grant Claimants' Motion for Leave to File a Surreply to Plaintiff, Norfolk Dredging Company's Reply Brief in Support of its Motion to Approve and Confirm Discontinuance of Maintenance and Cure.

---

PAUL D. BEKMAN
ROCHEL Z. SCHNUR
Salsbury, Clements, Bekman, Marder
& Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
Telephone:  410-539-6633
Facsimile:   410-652-9554

---

RALPH RABINOWITZ
Rabinowitz, Swartz, Taliaferro, Lewis,
Swartz & Goodove
Town Point Center, Suite 800
150 Boush Street
Norfolk, Virginia 23510

Attorneys for Troy A. Link
and Dennis Wallace

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NORFOLK DREDGING COMPANY | * |
| Plaintiff | * |
| v. | * Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.,* | * Civil Action No.: WMN-02-CV-00662 |
| Defendants | * |

\*    \*    \*    \*    \*    \*    \*

<u>ORDER</u>

Upon due consideration of the Claimants' Motion for Leave to File a Surreply to Plaintiff, Norfolk Dredging Company's Reply Brief in Support of its Motion to Approve and Confirm Discontinuance of Maintenance and Cure, it is this _____ day of _____, 2003

ORDERED that the Claimants' Motion for Leave to File a Surreply to Plaintiff, Norfolk Dredging Company's Reply Brief in Support of its Motion to Approve and Confirm Discontinuance of Maintenance and Cure be and is hereby GRANTED.


_____

JUDGE