-CONSULTATION                                                          *EXHIBIT*

*A*

REQUESTED PHYSICIAN:   Garland V Greene, MD

CONSULTING PHYSICIAN: Eric Dominguez, MD*

LOCATION OF PATIENT:

Room:   - Sentara CAREPLEX HOSPITAL

PAIN MANAGEMENT CONSULTATION

DATE OF CONSULTATION:
August 25, 2003

CONSULTING PHYSICIAN:
Eric Dominguez, M.D.

REFERRING PHYSICIAN:
Garland V. Greene, M.D.

DATE OF CONSULTATION:
August 25, 2003

HISTORY OF PRESENT ILLNESS:
Mr. Link was last examined in my office on July 29; 2003. This letter is being dictated on August 25, 2003, to update the progress on this patient.

Mr. Troy Link was initially evaluated in my office on August 1, 2002.  He suffers from intractable low back and bilateral groin pain as a result of a boating accident sustained on February 25, 2002.  The accident resulted in not only chronic back pain but also a case of severe posttraumatic stress disorder for which he has received psychiatric treatment.

On every visit to my office he has generally appeared depressed and despondent.  On examination he has decreased range of motion of the lumbar spine as well as tenderness to palpation along the

NAME: LINK, TROY
 PHYSICIAN: Dominguez, Eric
MR-NUMBER: 50170757        SSN: 223196205
REPORT: HC         LOCATION: CP
ACCT#: 501707573209

•lumbosacral *junction* and groin.  A lumbar spine MRI obtained prior to his initial visit showed degenerative disk disease at L4-L5 and L5-S1 and facet joint hypertrophy bilaterally from L3-S1.

Since the initial evaluation, he has received three transforaminal lumbar epidural steroid injections under fluoroscopic guidance as well as lumbar facet joint nerve blocks. He unfortunately receive very little benefit from such injections. In addition he was placed on time-contingent long-acting narcotics in the form of methadone and OxyContin. He suffered from hallucinations and paranoia on one occasion while taking OxyContin and generally speaking was not able to tolerate methadone.  He has, however, benefitted from the daily use of Vicodin, ibuprofen, and physical therapy in the form of water exercises.

The prognosis for Mr. Troy Link is poor given his previous lack of response from the aforementioned interventions. I believe that he will suffer from severe incapacitating pains for the foreseeable future.

RECOMMENDATIONS:
My recommendations at present are:

1.  First and foremost, Mr. Troy Link needs to continue to receive psychiatric care. I believe that unresolved emotional issues will in all likelihood hamper his progress with pain management.
2.  Secondly, physical therapy in whatever form necessary including water exercises will be an ongoing requirement.
3.  Thirdly, he may stand to benefit from pain management in the form of medications and invasive procedures. Procedures that he may benefit from and that he has not already have had include caudal epidural catheter-guided steroid and local anesthetic injections aiming at the areas of suspected pathology, namely the L4-L5 disk.  Ultimately, he may be a candidate for an implantable morphine pump. Medications in the form of long acting narcotics, anti-depressants and anti-inflammatories will be an ongoing requirement.

_____

Eric Dominguez, MD*


**NAME: LINK, TROY**
PHYSICIAN: Dominguez, Eric
MR-NUMBER: 50170757        SSN: 223196205
REPORT: HC            LOCATION: CP
**ACCT#:**  501707573209