

# BEHAVIORAL MEDICINE INSTITUTE

July 25, 2003

Ralph Rabinowitz .
Attorneys & Counselors at Law
Town Point Center, Suite 800
150 Boush Street
Norfolk, VA 23514-3332

H. W. Cole, Ph.D.
T. J. Gingras, Ph.D.
R B. Griffin, Psy.D.
A. G. Karnitschnig, M.D.
N.M. Flores, Ph.D.
M.R Huppert, L.C.S.W.
D.P. Anderson, M.A.C.C.C.
D.H. Killian, Ph.D.
R.L. Colker, Ph.D.
EV Rose, Ph.D.
A.S. Aziz, M.D.
K.J. Haskett, Ph.D.
D.J. Sari, Ph.D.
V.M. Lanier, L.P.C.
S.D. Marcus, M.D.,
   EA.A.C.A.P, D.EA.PA.
A. Lopez-Cardona, M.D.
CA Nogues, Psy.D.
L.D. Posadas, M.D.
NA Wiseman, L.P.C.
A.M. Mahmoud, M.D.
L. DiMuccio, L.C.S.W.

RE:   Troy A. Link
DO I:   2-25-02

Dear Mr. Rabinowitz,

Mr. Link has been under my psychiatric care since March 5, 2002. He has been diagnosed with Acute Stress Disorder, PTSD and Bipolar Disorder.   He has shown some improvements when compliant with medications. He relapsed with alcohol abuse and I encouraged him to attend AA Meetings and abstain from alcohol. He is currently exhibiting moderate symptoms of PTSD, depression, anxiety and mood swings. His treatment period will depend on his compliance and abstenance from alcohol, possibly years.

If you have any further questions, please do not hesitate to contact this office.

Sincerely,

_____
Al i S. Aziz, M. D.
Psychiatrist

606 Denbigh Blvd.,
Suite 100
Newport News, VA 23608
(757) 872-8303
Fax: (757) 872-6857

# COASTAL PSYCHOLOGY

Daniel B. Nagelberg, Ph.D.
Daniel A Bochner, Ph.D.
John M. Adler, Ph.D.
Pamela B. Collman, Ph.D.

322 Stephenson Ave., Suite B
Savannah, Georgia 31405
Telephone: (912) 352-2992
Fax: (912) 352-3447

August 25, 2003

Ralph Rabinowitz
Attorney at Law
Post Office Box 3332
Norfolk, Virginia 23514-3332

RE:    Dennis E. Wallace

Dear Mr. Rabinowitz:

I am receipt of your letter dated August 21, 2003 requesting a psychological report regarding Mr. Dennis E. Wallace. As you know, Mr. Wallace was involved in a work-related tugboat accident on February 25 of 2002. I had my initial consultation with Mr. Wallace on April 2, 2002 and have had follow-up sessions on April 30, May 9, June 3, July 2, and August 5 of 2002 and January 8, January 22, February 20, April 14, May 12, June 9, and August 25 of this year. You have requested additional information concerning Mr. Wallace's treatment, diagnosis, prognosis, and ability to return to his former employment.

Please find enclosed a copy of my curriculum vitae. I have not published any papers in the last ten years. Also, I have testified in a number of cases within the last four years but most of these have been during deposition in my office. I do not keep a running tab so I am unable to list the cases in which I have testified.

## MENTAL STATUS EVALUATION

Mr. Wallace has driven himself to the office for each appointment. He always arrives for his appointments on time. In the initial session, he was dressed casually but neatly in a pair of blue jeans and a blue t-shirt. He stands about five feet, eight inches tall and weighs approximately 230 pounds (he put on about 20 pounds since the accident). He has brown hair and brown eyes. He is clean shaven. He has always been neat and clean in appearance. He is able to ambulate independently. No gross sensory-motor impairments have been observed though occasionally he appears to be in discomfort because of his back (he reportedly re-injured his back in the accident).

Mr. Wallace has always been friendly and cooperative during the sessions. He is pleasant and polite. There is not evidence of a thought disorder or psychotic process.    He denied experiencing any types of hallucinations. His thinking is logical, coherent, and goal-directed. He does not appear overly suspicious, distrustful, or paranoid.  No delusional material was elicited.  Mr. Wallace's affect is generally flat. His mood appeared both depressed and anxious. He was never angry or hostile toward the examiner.

Cognitively, Mr. Wallace was never tested formally but he has always been well-oriented and alert. His general intellectual abilities generally fall within the average range. Insight and judgment appeared fair.

Mr. Rabinowitz
RE: Dennis Wallace
Psychological Evaluation
August 25, 2003
Page 2

**PERSONAL HISTORY**

Mr. Wallace indicated he was born in Savannah and raised in Townsend, Georgia. His parents are still married. His father is 75 or 76 years old and is retired from Union Camp and also used to build shrimp boats. His mother is 71 years old and was a homemaker through the years. He is the oldest of five children (all boys) and he also has an older half brother from his father's first marriage.

Mr. Wallace indicated he graduated high school in 1970. He built shrimp boats, was a shrimper until about five years ago, and then worked on tugboats for about five years. He was injured in February of 2002 and never returned to his former employment. In recent months, he tried a small shrimp business on a very limited basis, but this did not work out for him. Most recently, he is trying to drive a truck for a shrimp company (delivering from Darien) one day per week and this week he is going to start driving another truck two days per week delivering live crab (picking up on the West coast of Florida).

Mr. Wallace indicated he has been married 22 years. He stated his wife is 44 years old and cleans houses on Sea Island. They have a 16 old son who is in the tenth grade at McIntosh County Academy.

Prior to seeing this psychologist, Mr. Wallace denied any history of psychiatric or psychological treatment. He acknowledged using alcohol and drugs (marijuana) in the past. He denied using any alcohol or drugs in the past 2-3 years. He does not smoke cigarettes.

Mr. Wallace indicated he was arrested on DUI 4-5 times when he was in his 20's. He was also busted for possession of marijuana. In 1982, he was busted for transporting marijuana and spent just over three years in prison. He reported no legal problems since 1982.

Medically, Mr. Wallace had back surgery in February of 2001. He was reportedly doing well until he re-injured his back in the tugboat accident. When I first saw him, he was prescribed Xanax 1.0 mg q. d. and Hydrocodone (dosage unspecified) q. i. d. by Dr. Snow in Darien. Currently, he is taking Paxil, Xanax, and hydrocodone. He also takes two medicines for his blood pressure, Amaryl for diabetes, and Zocor for hyperlipidemia.

**PRESENTING COMPLAINTS**

Mr. Wallace indicated he was involved in a tugboat accident on February 25, 2002. He stated he was on a tugboat which was towing dredging equipment on a river in Maryland. He was actually in sleeping quarters when his tugboat was hit by a ship. Mr. Wallace indicated he was thrown from his quarters and he ended up in the water along with several other men. Four men were killed (drowned) in the accident (two were trapped in the boat and died and the other two drowned despite the fact he had handed them a life ring before jumping in the water as the tub flipped upside down). While in the water, one of the men panicked and grabbed onto him (Mr. Wallace) and almost drowned him as well. Mr. Wallace indicated he was able to get back on to the tugboat (which had flipped over) and he was rescued and taken ashore.

Mr. Rabinowitz
RE: Dennis Wallace
Psychological Evaluation
August 25, 2003
Page 3

Since then, Mr. Wallace indicated he has experienced a lot of guilt, anger, anxiety, and depression. He has had frequent "flashbacks" of the accident. He reported visual images as well as the sounds of the accident. He was also experiencing. acute episodes of anxiety where he felt "caught" as though he did something wrong. Mr. Wallace also reported "dreams" (nightmares) about the accident. As well, Mr. Wallace reported acute anxiety when around water or boats. He noted he grew up on the water and stated he was never afraid of boats or being on the water in the past. He ran shrimp boats, tugboats, pleasure boats, etc. Following the initial session, I diagnosed Mr. Wallace with Post Traumatic Stress Disorder (DSM-IV 309.81).

In addition to his PTSD symptomatology, Mr. Wallace reported pain in his lower back. He went to see the surgeon in Jacksonville, Florida (Dr. Lovejoy) who did his initial surgery. Mr. Wallace indicated he was prescribed pain medication but essentially felt "blown off." He was followed by his primary care physician, Dr. Snow, in Darien. I recommended a trial of Paxil and Mr. Wallace has stayed on Paxil and Xanax since that time. He takes pain medication on a p.r.n. basis (up to three times per day). He consulted a neurosurgeon, Dr. Su, who did not feel he required surgery. Dr. Su evidently referred him to Dr. Kirby (a physiatrist) but his WC insurance company reportedly refused to allow him to see Dr. Kirby. His pain level is typically rated between 5 and 7.

Mr. Wallace has been followed for supportive psychotherapy. He is trying to get his life back together but he really does not have any skills other than running shrimp and tugboats. He has tried a small shrimp operation (driving several hours and selling shrimp out of coolers) but this evidently has not worked out for him. As noted above, he recently started driving a small truck on a part-time basis. He was receiving Workers' Compensation benefits until about two months ago when his benefits were terminated. I am aware his case is being litigated as documented by letters from his attorney, Mr. Rabinowitz.

## IMPRESSIONS AND RECOMMENDATIONS

Diagnostic impressions include the following:

AXIS I    Post Traumatic Stress Disorder (309.81)
          Pain Disorder (307.89)

AXIS H    No Diagnosis (V71.09)

AXIS III Back pain

AXIS IV: Psychosocial Stressors: Traumatic tugboat accident in February of 2002

AXIS V: 58

**Treatment recommendations** include a combination of pharmacotherapy, psychotherapy, and appropriate vocational rehabilitation services. Regarding the former, Mr. Wallace has been followed by his primary care physician and is prescribed Paxil, Xanax, and hydrocodone. Certainly, the medication has been helpful in partially ameliorating his symptoms. Mr. Wallace has also been followed for supportive psychotherapy and,

Mr. Rabinowitz
RE: Dennis Wallace
Psychological Evaluation
August 25, 2003
Page 4

once again, his symptoms have partially improved. Unfortunately, as with many cases involving PTSD, the symptoms tend to be persistent and I would anticipate Mr. Wallace having residual symptoms for years to come.

Mr. Wallace's prognosis is guarded, at best. I do not feel he will be able to return to his former employment. I believe he will be disabled from his former employment on a permanent basis. This is not to say that Mr. Wallace will never be able to return to some type of employment but he may require appropriate vocational rehabilitation services.

I might note Mr. Wallace has been very conservative in his treatment. He is a guy who is not terribly comfortable having to ask for psychological assistance. It is difficult to say how long he will require treatment but, as noted above, he will have residual symptoms, mostly in terms of anxiety and a phobic response to the open waters, for years to come. He also has medical concerns (low back pain) that have not been addressed by a physician. This is certainly not helping with his emotional status.

Thank you very much for referring this patient. If there are any questions concerning this report, please do not hesitate to contact me.

*11- -v r -YA . /!~ (~ge*

**Daniel B. Nagelberg, Ph.D.**
Licensed Psychologist
Georgia License #734

DBN:ljp

WallaceDe nis-letter.08-25-03.wpd 36168

1!

