**EXHIBIT**

D

# DARIEN FAMILY CARE CENTER
*A member of*

SOUTHEAST GEORGIA HEALTH SYSTEM

P O. Box 619 • Darien, Georgia 31305 • (912) 437-4157

August 24, 2003

Rabinowitz, Swartz, Taliaferro, Lewis
Swartz and Goodove
Attorneys at Law
Post Office Box 3332
Norfolk, Virginia 23514-3332

Dear Mr. Rabinowitz:

Re: Dennis Wallace

    As you are aware, I have been treating Mr. Dennis Wallace for well over a year since his accident on the boat in Virginia. Unfortunately, he has not made as much progress as I had hoped with the pain and muscle spasm in his back and legs. He will need continued close monitoring and treatment, specialty referrals and physical therapy for an indefinite period. His prognosis is guarded, because of the severe nature of his injury. He has not been able to engage in physical activity. This pain persists and probably will continue indefinitely into the future.

    I recommend that he continue to be evaluated by me and the specialists and that he receive both medication and therapy. This, no doubt, will aid in his improvement, but the progress will take a long time. There is a possibility that some residuals may be permanent.

Thank you for your help with my patient's care.

                                              Sincerely,

                                              Tames S. Snow D. 0