IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NORFOLK DREDGING COMPANY,          *

                                                         *

v.                                                        *

                                                                     Consolidated cases under
M/V A.V. KASTNER, etc., *et al*.,          *          Civil Action No.:  WMN-02-662

                                                         *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION FOR PHYSICAL, MENTAL AND
VOCATIONAL REHABILITATION EXAMINATIONS
<u>OF JEFFREY M. SLATON AND TO SHORTEN TIME TO RESPOND</u>**

Gypsum Transportation Ltd., the Buchanan Trust, Buchanan Marine, L.P., Norfolk

Dredging Company and Timothy M. Cober (collectively "Movants"), by their undersigned

counsel hereby move this Court pursuant to Rule 35(a) of the Federal Rules of Civil Procedure

for an order requiring Claimant Jeffrey M. Slaton ("Slaton") to submit to physical, mental and

vocational rehabilitation examinations by physicians and vocational rehabilitation experts chosen

by the Movants, and for an order shortening the time during which Slaton may file an opposition

to this Motion, if any.  The grounds in support of the Motion are stated in the accompanying

Memorandum in Support.

Respectfully submitted,

|  |  |
|---|---|
| _____/s/_____ | _____/s/_____ |
| M. Hamilton Whitman, Jr. (No. 00373) | John A. V. Nicoletti |
| Robert B. Hopkins (No. 06017) | Michael J. Carcich |
| Charles A. Diorio (No. 26369) | NICOLETTI, HORNIG, CAMPISE & SWEENEY |
| OBER, KALER, GRIMES & SHRIVER | Wall Street Plaza |
| A Professional Corporation | 88 Pine Street |
| 120 E. Baltimore Street | New York, New York 10005-1801 |
| Baltimore, Maryland 21202-1643 | (212) 220-3830 |
| (410) 685-1120 | (212) 220-3780 (facsimile) |
| (410) 547-0699 (facsimile) | |
| Attorneys for Gypsum Transportation | Attorneys for Gypsum Transportation |
|   Limited |   Limited |
| _____/s/_____ | _____/s/_____ |
| James W. Bartlett, III (No. 00017) | J. Stephen Simms (No. 4269) |
| Alexander M. Giles (No. 25474) | Simms Showers LLP |
| Semmes, Bowen & Semmes, P.C. | 20 S. Charles Street, Suite 702 |
| 250 W. Pratt Street, 16th Floor | Baltimore, MD 21201 |
| Baltimore, MD 21201-2423 | (410) 783-5795 |
| (410) 539-5040 | |
| | Attorneys for Buchanan Marine, L.P. and |
| Attorneys for Captain Timothy M. Cober | The Buchanan Trust |
| _____/s/_____ | _____/s/_____ |
| Patrick M. Brogan | John T. Ward, Esquire |
| Davey & Brogan, P.C. | Ward Kershaw |
| 101 Granby Street, Suite 300 | 113 W. Monument Street |
| Norfolk, VA 23514-3188 | Baltimore, Maryland 21201 |
| (757) 622-0100 | |
| | Attorneys for Buchanan Marine, L.P. |
| Attorneys for Buchanan Marine, L.P. | and The Buchanan Trust |
| and The Buchanan Trust | |

| | |
|---|---|
| _____/s/_____<br>David W. Skeen, Esquire<br>Stephen J. White, Esquire<br>Wright, Constable & Skeen, LLP<br>One Charles Center, 16th Floor<br>100 N. Charles Street<br>Baltimore, Maryland 21201-3812<br><br>Attorneys for Norfolk Dredging Company | _____/s/_____<br>David H. Sump, Esquire<br>Crenshaw, Ware & Martin, PLC<br>1200 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510<br><br>Attorneys for Norfolk Dredging Company |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2003, copies of the following documents listed below were served electronically on certain counsel of record by way of the court's electronic filing system and were mailed and faxed to the counsel of record also listed below:

1.  Motion for Physical, Mental and Vocational Rehabilitation Examinations of Jeffrey M. Slaton and to Shorten Time to Respond and proposed Orders;

2.  Memorandum in Support;

3.  Certificate Regarding Attempted Resolution fo Discovery Dispute

| | |
|---|---|
| John A. V. Nicoletti, Esq.<br>Michael J. Carcich, Esq.<br>NICOLETTI, HORNIG, CAMPISE & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br><br>Attorneys for Gypsum Transportation<br>  Limited | C. Arthur Rutter, III, Esquire<br>Deborah C. Waters, Esquire<br>Rutter, Walsh, Mills & Rutter, LLP<br>415 St. Paul's Boulevard, Suite 700<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of<br>Ronald L. Bonniville, the Estate of<br>William Thomas Bryant, and the Estate of<br>Clarence McConnell |

Peter G. Decker, Jr., Esquire
Decker, Cardon, Thomas, Neskis
Decker Building
201 E. Plume Street
Norfolk, VA 23510

Attorneys for Jeffrey Slaton, the Estate of
 William Thomas Bryant

A. Davis Bugg, Jr., Esquire
Rumsey & Bugg, P.C.
Irvington Road
P.O. Box 720
Irvington, VA 22480

Attorneys for the Estate of Ronald L.
Bonniville

Thomas B. Shuttleworth, Esquire
Shuttleworth, Ruloff, Giordano,
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452

Attorneys for the Estate of Justin Maurice
Bryant

Patrick M. Brogan, Esquire
R. Arthur R. Jett, Jr., Esquire
Davey & Brogan, P.C.
101 Granby Street, Suite 300
P.O. Box 3188
Norfolk, VA 23514-3188

Attorneys for Buchanan Marine, L.P. and
A.P. Franz, Trustee of The Buchanan Trust

Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Attorneys for Troy A. Link and Dennis
Wallace

Cain Denny, Esquire
Cain Denny, P.A.
P.O. Box 1205
Charleston, SC 29402

Attorneys for the Estate of Clarence
McConnell

John Hughes Cooper, Esquire
1808 Middle Street
P.O. Box 395
Sullivan's Island, SC 29482

Attorneys for the Estate of Clarence
McConnell

Johnnie L. Cochran, Jr., Esquire
J. Farrest Taylor, Esquire
Cochran, Cherry, Givens & Smith, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Attorneys for the Estate of Justin Maurice
Bryant

David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

_____/s/_____
M. Hamilton Whitman, Jr.