**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Robert B. Hopkins
rbhopkins@ober.com
410-347-7383

Offices In
Maryland
Washington, D.C.
Virginia

August 19, 2003

<u>VIA FACSIMILE/MAIL</u>

Deborah C. Waters, Esquire
Rutter, Walsh, Mills & Rutter, LLP
415 St. Paul's Boulevard, Suite 700
Norfolk, VA 23510

Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Re: Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
<u>Cases Consolidated Under Civil Action No. WMN-02-662</u>

Dear Debbie and Ralph:

I am writing on behalf of all defense interests with regard to independent medical exams ("IME's") for Jeffrey Slaton, Dennis Wallace and Troy Link. Although medical expert reports are not due until the end of this month for your above clients, we must now set up examination dates because of the busy schedules of the various doctors and the tight time frame the doctors will be under to issue reports.

Psychiatrist Dr. Daniel Freedenberg and orthopedic expert Dr. Claudia Thomas will examine all three men. Additionally, neurology expert Dr. David Buchholz will examine Jeffrey Slaton. Dr. Thomas is available on September 5, 8 and 12 (only up to 2 p.m.). Dr. Thomas' examinations will last one hour per man. Dr. Freedenberg is available September 15 at 1:00 p.m., September 18 at 1:00 p.m. and September 24 at 9:00 a.m. and 1:00 p.m. Dr. Freedenberg's examinations will last three hours per man. We expect to shortly provide available dates for Dr. Buchholz. All examinations will take place in Baltimore.

RBH 726953.1 8/19/2003 1:07 PM

OBER|KALER
A Professional Corporation

Deborah C. Waters, Esq.
Ralph Rabinowitz, Esq.
September 27, 2002
Page 2

    Please contact us on this as soon as possible. If we do not hear from you, we will simply schedule your clients into one of the above time slots. Finally, in the event you make unanticipated designations, we reserve the right to schedule IME's with other physicians.

                Best regards,

                Robert B. Hopkins

RBH/smc
Enc.
cc:    Counsel of Record (w/enc.)

| | |
|---|---|
| **From:** | Hopkins, Robert |
| **Sent:** | Thursday, September 11, 2003 4:41 PM |
| **To:** | 'DWaters@rutterlaw.com'; 'Ralph Rabinowitz@+1 (040)757) 626-1003@/FN=+1 (040)757) 626-1003' |
| **Cc:** | 'J. Stephen Simms'; 'pbekman@aol.com'; 'wimbrowlaw@beachin.net'; 'ftaylor@cochranfirm.com'; 'johnnie@cochranfirm.com'; 'dsump@cwm-law.com'; 'rms@lordwhip.com'; 'agiles@mail.semmes.com'; 'jbartlett@mail.semmes.com'; 'mcarcich@nhcslaw.com'; Diorio, Charles, Jr.; Miller, Michelle; Palmere, Paula K; Hopkins, Robert; 'adb@rumseyandbugg.com'; 'acarawan@rutterlaw.com'; 'pmerullo@srgslaw.com'; 'tshuttleworth@srgslaw.com'; 'dwskeen@wcsllp.com'; 'WardTom@aol.com'; 'mnewcomb@daveybroganpc.com'; 'pbrogan@daveybroganpc.com'; Ches, Susan |

Debbie

This confirms our telephone conversation in which I advised we have pushed back Mr. Slaton's appointment with Dr. Thomas to next Friday, September 19. This should give us a little more time to attempt to work this out and/or us a little more time for us to file something by early next week. Mr. Slaton's appointment with Dr. Buccholz is set for September 22 at 8:30 a.m. and his appointment with Dr. Freedenburg is set for September 24 at 9:00 a.m. Also as you have named a vocational rehabilitation expert, Mr. Slaton will be examined by vocational rehabilitation expert Barbara Beyers on September 29 at 1:30 p.m. in the Norfolk area.

Best regards,

**Robert B. Hopkins**
410-347-7383
rbhopkins@ober.com

OBER | KALER
*Attorneys at Law*
www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

1