Exhibit B

# CURRICULUM VITAE

## IDENTIFYING INFORMATION

NAME:            Claudia Lynn Thomas

BIRTH DATE:      February 28, 1950

BIRTHPLACE:      New York City, New York

CITIZENSHIP:     U.S.A.

OCCUPATION:      Physician

SPECIALTY:       Orthopaedic Surgery

## EDUCATION

HIGH SCHOOL:
    1964-1967        The High School of Music and Art,
                     New York City, New York

COLLEGE:
    1967-1971        Vassar College, Poughkeepsie, New York
                     Degree Obtained:  Bachelor of Arts

MEDICAL SCHOOL:
    1971-1975        The Johns Hopkins University
                     School of Medicine, Baltimore, Maryland
                     Degree Obtained:    M.D.

## POST-GRADUATE TRAINING

INTERNSHIP:
    1975-1976    General Surgery, Yale-New Haven Hospital
                      New Haven, Connecticut

RESIDENCY:
    1976-1977    General Surgery, Yale-New Haven Hospital

    1977-1980    Orthopaedic Surgery, Yale-New Haven Hospital

FELLOWSHIPS:
    7/80-12/80    Orthopaedic Trauma & Spine, Maryland Institute
                      for Emergency Medical Services Systems,
                      University of Maryland, Baltimore, Maryland

## CERTIFICATIONS

    8/4/75    Medical Licensure, State of Maryland

    11/1/86    Medical Licensure, United States Virgin Islands

    9/10/82    Diplomate, American Board of Orthopaedic
                  Surgeons

    1/27/85    Fellow, American Academy of Orthopaedic
                  Surgeons

    5/13/92    Certified, Specialist in Orthopaedic Surgery,
                  Maryland Board of Physician Quality Assurance

## PROFESSIONAL ACTIVITY

    1980-1985    Staff Orthopaedic Surgeon, West Baltimore
                    Community Health Care Center, Baltimore,
                    Maryland

    1/81-10/85    Assistant Professor of Orthopaedic Surgery,
                    Johns Hopkins University, Baltimore, Maryland
    1/81-12/83    Assistant Chief of Orthopaedic Surgery,
                    Baltimore City Hospitals/Francis Scott Key
                  Medical Center, Baltimore, Maryland

    1/84-10/85    Associate Chief of Orthopaedic Surgery,
                    Francis Scott Key Medical Center

    1/86-6/90    Attending Physician, St. Thomas Hospital

|  | St. Thomas, United States Virgin Islands |
|---|---|
| 1/86-6/92 | Private Practice, Orthopaedic Surgery<br>St. Thomas, United States Virgin Islands |
| 6/92-6/94 | Medical Consultant, Maryland Board of<br>Physician Quality Assurance |
| 7/92-present | Assistant Professor, Orthopaedic Surgery,<br>Johns Hopkins University School of Medicine |

## OTHER HOSPITAL AFFILIATIONS

| 1/81-10/85 | Children's Hospital, Baltimore, Maryland |
|---|---|
| 1/85-10/85 | Greater Baltimore Medical Center,<br>Baltimore, Maryland |
| 1/81-10/85 | Provident Hospital, Baltimore, Maryland |

## PROFESSIONAL ASSOCIATIONS

Alpha Omega Alpha Honor Medical Society

American Academy of Orthopaedic Surgeons

American Board of Orthopaedic Surgery

American Medical Association

American Medical Women's Association

Association of Women Surgeons

Eastern Orthopaedic Association

J. Robert Gladden Orthopaedic Society

Johns Hopkins Medical and Surgical Association

Johns Hopkins Women's Medical Alumnae

Maryland Orthopaedic Society

Monumental City Medical Society

National Medical Association

National Medical Fellowships

Newington Alumni Association

Ruth Jackson Orthopaedic Society

Southern Medical Association

CURRICULUM VITAE    CLAUDIA LYNN THOMAS, M.D.    PAGE 4

Yale Orthopaedic Association

OTHER DISTINCTIONS

| | |
|---|---|
| 1980 | First African American Female Orthopaedic Surgeon in the United States |
| 1981-1985 | Member, Admissions Committee, Johns Hopkins University School of Medicine |
| 1982-1984 | Standardization Review Committee, Francis Scott Key Medical Center |
| 1982-1986 | Co-Founder and Co-Chairperson, African American Alumnae/ni of Vassar College |
| 1983-1985 | Utilization Review Committee, Francis Scott Key Medical Center |
| 1983-1986 | Member of the Board, Alumnae and Alumni of Vassar College |
| 1983-1985 | Co-Founder and President, Johns Hopkins School of Medicine Minority Faculty Association |
| 1983-1985 | Vice President/President Elect, Monumental City Medical Society |
| 1/83-12/89 | Member, Editorial Staff, Advances in Orthopaedic Surgery |
| 1986-1990 | Chairperson, Education Committee, St. Thomas Hospital |
| 1987-1990 | Member and Quality Coordinator, Virgin Islands Medical Institute (Peer Review Organization) |
| 1/89-12/89 | Vice President/President Elect, Virgin Islands Medical Society |
| 1/90-6/90 | President, Virgin Islands Medical Society |
| 1/93-9/01 | Chairperson, Membership Committee, Monumental City Medical Society |
| 7/93-7/95 | Vice President, Maryland State Medical Society |
| 12/93-present | Member, Medical Board, Maryland State Retirement Agency |

| 7/94-8/98 | Consultant, Orthopedic and Rehabilitation Devices Panel of the Medical Devices Advisory Committee, Center for Devices and Radiological Health, Food and Drug Administration |
| --- | --- |
| 7/95-6/03 | Preceptor, The Physician and Society Course, Johns Hopkins University, School of Medicine |
| 7/95-7/97 | President, Maryland State Medical Society |
| 7/95-7/97 | Vice President/President Elect, Monumental City Medical Society |
| 7/97-7/99 | President, Monumental City Medical Society |
| 7/99-present | Member, Scholarship Committee, Monumental City Medical Society |
| 1/98-present | Member, Board of Directors, J. Robert Gladden Orthopaedic Society |
| 9/97-present | Member, Advisory Board to the Project on Care at the End of Life, Maryland Office of the Attorney General |
| 9/98-present | Member, Medical Advisory Council, Blue Cross Blue Shield of Maryland |
| 7/99-present | Member, Editorial Review Board, Journal of the National Medical Association |
| 3/01-present | Member, Diversity Committee, American Academy of Orthopaedic Surgeons |
| 8/01-present | Member, Board of Directors, National Medical Fellowships, Inc. |
| 8/01-present | Member, National Orthopaedic Surgery Advisory Board, Merck Pharmaceutical Company |
| 6/02-present | Member, Medical and Chiurgical Faculty of Maryland/Monumental City Medical Society Joint Task Force on Racial and Ethnic Disparities in Health Care |
| 6/02-present | Member, Diversity Council, Johns Hopkins Department of Medicine |

| | |
|---|---|
| 10/02-present | Appointee to the Osteoporosis Prevention and Education Task Force of the Governor of Maryland |
| 11/23/02 | Keynote Speaker, *A Woman's Journey*, Johns Hopkins Medicine Annual Health Symposium, Baltimore, Maryland |
| 2/22/03 | Featured Speaker for CME program, *The Latest Treatments in the Management of Pain and Inflammation Caused By Osteoarthritis*, Annapolis, Maryland |
| 5/13/03 | Featured Speaker for CME program, *The Healing Power of Prayer*, Johns Hopkins Institute for Spirituality and Medicine: Spirituality and Crisis, Towson, Maryland |
| 6/18/03 | Featured Speaker for CME program, *Increasing the Awareness, Diagnosis and Treatment of Osteoarthritis in African Americans*, Baltimore, Maryland |

## HONORS AND AWARDS

| | |
|---|---|
| 9/15/99 | Resolution Award, City Council of Baltimore, Laurence A Bell III, President |
| 10/20/99 | Citizen Citation, Kurt Schmoke, Mayor of the City of Baltimore |
| 10/20/99 | Governor's Citation, Paris N. Glendening, State of Maryland |
| 2/13/00 | Unsung Hero Award, Baltimore Branch of the NAACP |
| 2/20/00 | Living Legend Award, Great Blacks in Wax Museum, Baltimore, MD |
| 2/20/00 | Citizen Citation, Martin O'Malley, Mayor of the City of Baltimore |
| 3/25/00 | Women of Achievement Honoree, Gwynn Lake Schools, Baltimore, MD |
| 5/21/00 | Special Guest, Hour of Power Broadcast, Crystal Cathedral Ministries |

| 9/25/00 | Guest Speaker, Opening Session, Baltimore City Council |
| 5/25/01 | Inducted, Alpha Omega Alpha Honor Medical Society, Johns Hopkins University |
| 3/16/02 | Woman of the Year Health Services Award, Zeta Phi Beta Sorority, Inc., Alpha Zeta Chapter |

## FEATURE ARTICLES

| 10/23/99 | *Baltimore Afro-American* Newspaper |
| 1/00 | *Orthopaedics Today,* "Tracing the Minority Experience in Orthopedic Surgery," Charles H. Epps Jr., M.D. |
| 3/24/00 | *The Baltimore Times* |
| 6/00 | *Health Quest* |
| 7/00 | *Gospel Today* |
| 8/01 | *Black Enterprise Magazine,* "America's Leading Black Doctors" |
| 10/01 | 365 Days of Black History, 2002 Engagement Calendar |
| 6/02 | *Essence Magazine,* Foot Care, Shoe Wear |
| 8/02 | American Academy of Orthopaedic Surgeons, American Association of Orthopaedic Surgeons *Bulletin,* "Profiles in Diversity" |
| 11/02 | *Essence Magazine,* November Calendar |

## PUBLICATIONS

White AA, Panjabi MM, Thomas CL.  The Clinical Biomechanics of Kyphotic Deformities.  *Clinical Orthopaedics and Related Research* 1977; 128:8-17.

White AA, Panjabi, MM, Thomas CL.  *Clinical Biomechanics of the Spine.*  Pennsylvania: J.B. Lippincott Co., 1978.

Leppert P, Siff E, Thomas C.  *Being A Woman:  Your Body and Birth Control.*  Connecticut: Mead Johnson, 1979.

Thomas CL, Gage FR, Ogden JA.  Treatment Concepts for Proximal Femoral Ischemic Necrosis Complicating Congenital Hip Disease. *Journal of Bone and Joint Surgery* 1982; 64-A:817-828.

Thomas C.  Closed Management of Pelvic Fractures. *Advances in Orthopaedic Surgery* 1984; 7(5):253-257. Thomas CL.  Fractures of the Pelvis and Hip (Text and Illustrations).  In: Zuidema, GD, editor.  *The Management of Trauma,* 4th Edition.  Pennsylvania: W.B. Saunders  Co., 1985:668-680.

Thomas, CL. Monumental City Medical Society *Directory of African American Physicians, Greater Baltimore*, Kansas City, MO: Marion Merrell Dow Inc, 1995.

Thomas, CL.  African Americans and Women in Orthopaedic Surgery:  The Johns Hopkins Experience.  *Clinical Orthopaedics and Related Research* 1999; 362:65-71.

Thomas, CL. *God Spare Life, The Autobiography of Dr. Claudia Lynn Thomas* (In Press).

Update 07/03

**BARBARA K. BYERS**
307 COUNTY STREET, SUITE 210
PORTSMOUTH, VIRGINIA 23704
757-399-0900
BarbaraByers@AtlanticRehabServices.com

## EDUCATION

| | |
|---|---|
| 1975 | Master of Arts in Rehabilitation Counseling<br>University of Alabama |
| 1973 | Bachelor of Science in Psychology<br>University of Alabama |
| 1987 – 1991 | Graduate Psychology Courses (12 semester hours)<br>Old Dominion University |

## PROFESSIONAL LICENSURE AND CERTIFICATIONS

- Licensed Professional Counselor #1904 (April 1993 to present)
  Commonwealth of Virginia
  Department of Health Professions
  Board of Professional Counselors

- Licensed Professional Counselor #1040 (July 1995 to present)
  State of North Carolina
  North Carolina Board of Licensed Professional Counselors
  Raleigh, North Carolina

- Certified Rehabilitation Counselor #15889 (1982 to present)
  Commission on Rehabilitation Counselor Certification

- Certified Vocational Evaluation Specialist #171 (1983 to present)
  Commission on Certification of Work Adjustment and Vocational Evaluation
  Specialists

- Certified Rehabilitation Counselor #05-06 (1983 to present)
  U.S. Department of Labor
  Office of Workers Compensation Programs

- Certified Case Manager #M-10118 (November 1993 to present)
  Commission for Case Management Certification

- Certified Rehabilitation Provider #185 (September 1994 to present)
  Commonwealth of Virginia, Department of Heath Professions

## PROFESSIONAL EXPERIENCE

January 1989
to
Present

**Certified Rehabilitation Counselor**
President
Atlantic Rehabilitation Services, Inc.
Portsmouth, Virginia

Duties include:        –

- Provision of case management and vocational rehabilitation counseling services to injured workers including job placement
- Provision of vocational evaluation and testing services
- Evaluation of wage earning capacity and vocational expert testimony
- Personnel management and administrative duties

October 1997
To
Present

**Vocational Expert**
Social Security Administration
Office of Hearings and Appeals

Duties include:

- Provision of expert vocational testimony in Administrative Law Judge hearings for the Social Security Administration

1993-1998
and
October 2000
To present

**Impartial Hearing Officer**
Commonwealth of Virginia
Department of Rehabilitative Services

Duties included:

Conducting hearings to resolve differing positions between consumers and agency counselors regarding services. Recording the fair hearing proceeding and issuing a written report containing the decision and grounds for the decision.

August 1988
to
December 1988

Certified Rehabilitation Counselor
Self-Employed
Portsmouth, Rhode Island

Duties included:

- Provision of vocational rehabilitation services to injured workers referred by the Department of Labor, Office of Workers Compensation Programs, Boston, Massachusetts. Services include vocational counseling, job development, and job placement.

September 1987
to
July 1988

Director of Clinical Services
Comprehensive Medical Rehabilitation Center
Chesapeake, Virginia

Duties included:

- Supervision of an interdisciplinary clinical treatment team providing comprehensive rehabilitation services to injured persons Personnel management including staff recruitment, hiring, orientation and employee reviews
- Budget planning and projection
- Program development and expansion including coordinating the start up of a head injury treatment program
- Supervision of quality service delivery to clinic clients
- Documentation and reporting of treatment results
- Liaison between referring physicians, rehabilitation counselors and nurses, employers and the treatment team
- Provision of vocational counseling, testing and evaluation services to injured persons
- Provision of case management services to Department of Labor referrals

October 1986
to
September 1987

### Rehabilitation Coordinator
Comprehensive Medical Rehabilitation Center
Chesapeake, Virginia

Coordination of all vocational rehabilitation services for each
Center client including:

- Initial vocational assessment of new clients
- Development of a vocational rehabilitation plan
- Liaison between clients, employers and vocational rehabilitation agencies
- Development and supervision of work hardening programs and job seeking skills classes
- Administration, scoring and interpretation of vocational and psychometric tests and work samples, including computerized testing
- Job analysis and job description development
- Coordination of job placement follow-up services
- Case management services including job analysis and job modification; vocational counseling and exploration; job placement; medical management; labor market surveys
- Vocational expert testimony

January 1986
to
September 1986

### Rehabilitation Consultant
OccuSystems, Inc.
Chesapeake, Virginia

As a part-time Rehabilitation Consultant, I provided
vocational rehabilitation services to workers' compensation
recipients, including medical management, vocational
counseling, job analysis and job placement.

1982
to
1984

### Vocational Consultant
Crawford Rehabilitation Services, Inc.
Norfolk, Virginia

As a vocational consultant, I worked with industrially injured
persons, providing services designed to assist them in
returning to employment.   Services included vocational
testing and evaluation, job analysis, job modification,
vocational and motivational counseling, job placement, labor
market surveys, vocational expert testimony and job seeking
skills training.

1980
to
1982

Vocational Evaluator
South Carolina Vocational Rehabilitation
Department
Columbia, South Carolina

As a Vocational Evaluator at a drug and alcohol treatment center, I administered and interpreted psychometric and vocational tests to assist clients in determining job placement goals.  I was a member of a treatment team, which determined the course of rehabilitation for residents of the center.  I also coordinated personal, social adjustment, and job skills training classes.

1976
to
1980

Vocational Evaluator
South Carolina Vocational Rehabilitation Department
Aiken, South Carolina

As the Senior Evaluator at the CETA Assessment Center, I was responsible for budget projection, administration, and coordination of services to clients referred by the State Employment Commission.  I was in charge of psychometric and vocational evaluation of CETA participants and chaired an inter-agency committee, which determined training and placement goals for clients.  I also trained evaluators from across the state in the use of the JEVS Work Sample System.

1975
to
1976

Rehabilitation Counselor
South Carolina Vocational Rehabilitation Department
Aiken, South Carolina

I developed a Family Court Project caseload and developed special services for the rehabilitation of emotionally disturbed youth referred by the Aiken County Family Court. Duties included counseling, evaluation, personal and social adjustment services and job placement resulting in treatment recommendations to the Court.

BARBARA K. BYERS

## PROFESSIONAL ASSOCIATION MEMBERSHIPS

- ◆ Executive Board Member, Virginia Association of Rehabilitation Professionals
  Treasurer 1994 to 2000, 2003 to present
  President Elect May 2000
  Virginia Rehabilitation Professional of the Year 2000
  President May 2001-May 2002

- ◆ National Rehabilitation Association

- ◆ National Rehabilitation Counseling Association

- ◆ Vocational Evaluation and Work Adjustment Association

- ◆ International Association of Rehabilitation Professionals

- ◆ Virginia Rehabilitation Association

- ◆ Virginia Rehabilitation Counselors Association

- ◆ Virginia Vocational Evaluation and Work Adjustment Association

## COMMUNITY SERVICE

- ◆ Chesapeake Community Services Board
  1995 to 2001        Executive Board Member
  1/99 to 12/00        Chairman of the Board

- ◆ Standards Compliance Review Board Member
  International Association of Rehabilitation Professionals
  May 2000 to present

- ◆ Goodwill Industries of Hampton Roads, Inc.
  Executive Board Member
  October 2001 to present

- ◆ Portsmouth Museums and Fine Arts Commission
  Commissioner
  April 2003 to present

# DANIEL J. FREEDENBURG, M.D., CHARTERED

*EMPIRE MEDICAL BUILDING*
*200 HOSPITAL DRIVE, SUITE 116*
*GLEN BURNIE, MD  21061*
*TELEPHONE: 410-761-5011    FAX: 410-761-5013*
*E-MAIL: djfpfd10@aol.com*

*Diplomate of the American Board*
*of Psychiatry and Neurology*

*BY APPOINTMENT ONLY*

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Daniel J. Freedenburg, M.D. |
| **ADDRESS:** | Box 2, Gibson Island, Maryland 21056 |
| **BIRTHPLACE:** | Baltimore, Maryland |
| **BIRTHDATE:** | October 28, 1943 |
| **PRESENT POSITION:** | Solo Practice |

## ADADEMIC RECORD:

| | |
|---|---|
| 1961 - 1963 | Davidson College, Davidson, NC |
| 1963 - 1965 | Bachelor of Arts with Honors<br>University of Maryland<br>College Park, MD<br>Member History Honor Society |
| 1965 - 1969 | Doctor of Medicine<br>University of Maryland<br>Baltimore, MD<br><br>1967 - Treasurer, S.A.M.A.<br>1968 – Vice President, S.A.M.A. |
| 1969 - 1970 | Internship - Internal Medicine<br>U.S. Public Health Service Hospital<br>Baltimore, MD |
| 1970 - 1971 | Residency - Psychiatry<br>National Institute of Mental Health<br>Washington, DC |

Page 2

## ACADEMIC RECORD (continued):

| | |
|---|---|
| 1972 - 1974 | Residency - Psychiatry<br>Henry Phipps Clinic<br>Johns Hopkins Hospital<br>Baltimore, MD |
| 1972 - 1974 | Post-Doctoral Fellowship in<br>Behavioral Science<br>Johns Hopkins Hospital<br>Baltimore, MD |

## RESEARCH INTEREST:

Clinical Psychopharmacology
Psychophysiologic Disorders
Psychiatric Disability

## LICENSURE:

| | |
|---|---|
| 1977 | American Board of Psychiatry & Neurology |
| 1971 | Virginia Board of Medical Examiners |
| 1970 | National Board of Medical Examiners |
| 1970 | Maryland Board of Medical Examiners |

## MILITARY SERVICE:

| | |
|---|---|
| 1969 - 1972 | United States Public Health Service<br>Lieutenant Commander |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 1987 | American Academy of Psychiatry and the Law |
| 1976 | American Psychiatric Association |
| 1976 | Maryland Psychiatric Association |
| 1976 | Medical & Chirurgical Faculty of MD |
| 1976 | Baltimore County Medical Society |
| 1976 | Maryland Liaison Psychiatry Association<br>1979-1981 - President<br>1978-1979 - Secretary/Treasurer |

Page 3

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2002 – Present | Joint Appointment in Medicine & Occupational and Environmental Health Johns Hopkins University Department of Medicine Baltimore, MD |
| 1975 - Present | Assistant Professor in Psychiatry University of Maryland School of Medicine Baltimore, MD |
| 1974 - Present | Instructor of Psychiatry Johns Hopkins University School of Medicine Baltimore, MD |
| 1974 - 1975 | Instructor in Psychiatry University of Maryland School of Medicine Baltimore, MD |

## CLINICAL APPOINTMENTS:

| | |
|---|---|
| 1977 - 1983 | Head, Division of Psychiatry Maryland General Hospital Baltimore, MD |
| 1974 - 1981 | Director, Student Mental Health University of Maryland Baltimore, MD |
| 1974 - 1980 | Psychiatric Liaison Division University Hospital Baltimore, MD |
| 1975 - 1978 | Director, Special Therapies University of Maryland School of Medicine Baltimore, MD |

Page 4

## CONSULTANTSHIPS:

| | |
|---|---|
| 2000 - Present | Medical Consultant<br>State Pension and Retirement Board of Maryland |
| 1986 - Present | Medical Consultant<br>Office of Hearings and Appeals<br>Social Security Administration |
| 1977 - Present | Workmen's Compensation Commission<br>State of Maryland |
| 1974 - Present | Social Security Administration<br>Disability Determination Services |
| 1973 - Present | Armed Forces Examination Entry Station<br>For Maryland, Washington, DC and DE |
| 1974 - 1978 | Clinical Research Consultant<br>Maryland Psychiatric Research Center<br>Catonsville, MD |
| 1974 - 1976 | Consultant<br>Baltimore Cancer Research Center<br>University Hospital<br>Baltimore, MD |

## PUBLICATIONS:

The Law Forum
"Update on Occupational Stress Disorders"
Volume 25.3 - Spring 1995

The Law Forum
"Stress in the Work Place"
Volume 17 - Winter, 1987

Psychiatric Foundations of Medicine
"Psychophysiologic Pathogenic Mechanism"
Volume 3 - October, 1978

Psychiatric Foundations of Medicine
"Psychophysiologic Disorder"
Volume 4 - October, 1978

Page 5

## LECTURES AND COURSES TAUGHT:

| | |
|---|---|
| 2003 | F&P Workers' Compensation Seminar<br>Psychiatric Claims – New Developments<br>Hunt Valley, MD |
| 2002 | Workers' Compensation in Maryland<br>Psychiatric Claims<br>Baltimore, MD |
| 2000 | Workers' Compensation in Maryland<br>Psychiatric Claims<br>Baltimore, MD |
| 1999 | Workers' Compensation in Maryland<br>Psychiatric Claims<br>Baltimore, MD |
| 1998 | Occupational Stress Disorders<br>Liberty Mutual Insurance Company<br>Baltimore Legal Office<br>Baltimore, MD |
| 1998 | MICPEL Program<br>College Park, MD |
| 1997 | Maryland Motor Truck Association<br>Baltimore, MD |
| 1996 | Intracorp<br>Towson, MD |
| 1994 | Practical Decision Making Based on Psychological Make Up<br>and Presentation<br>Maryland Insurance Rehabilitation Co-ordinators<br>Baltimore, MD |
| 1993 | Forensic Psychiatry, and Worker's Comp,<br>Personal Injury & Disability<br>University of Maryland PGY-IV Seminar Series<br>Baltimore, MD |

Page 6

<u>LECTURES AND COURSES TAUGHT</u> (continued):

1992                        Professional Facilitation of Disability
                           Joint Task Force on Injured Workers' Rehabilitation
                           Baltimore, MD

1991                        Stress in the Workplace
                           Maryland Chamber of Commerce
                           Baltimore, MD

1991                        Understanding Closed Head Injury
                           Intracorp
                           Towson, MD

1991                        Psychiatric Compensation Claims
                           National Business Institute
                           Baltimore, MD

1990                        Expert Witness in Mock Trial
                           on Sexual Harassment
                           Defense Research Institute
                           Carmel, CA

1990                        Stress Claims:  Enigmas and Solutions
                           American Bar Association
                           Continuing Law Education

1989                        A Rational Approach to
                           Psychiatric Impairment
                           Workmen's Compensation Commission

1989                        Injured Workers Conference
                           Catonsville Community College
                           Baltimore, MD

1988                        Panic Disorders
                           Life Center
                           North Arundel Hospital
                           Glen Burnie, MD

Page 7

## LECTURES AND COURSES TAUGHT (continued):

| | |
|---|---|
| 1988 | DSM-III-R Diagnosis & Medical Reports<br>Intracorp<br>Towson, MD |
| 1987 | Mental Stress<br>Eastern Association of Workmen's<br>Compensation Boards & Commissions<br>Rehobeth Beach, DE |
| 1986 | Stress Disorders<br>The Workmen's Compensation and<br>Employers' Liability Law Committee<br>American Bar Association<br>New York, NY |
| 1985 | Stress Burn-Out Syndrome<br>American Bar Association Convention<br>Washington, DC |
| 1984 | Receptor Mechanism in Anxiety<br>and Depression<br>Spring Grove State Hospital<br>Continuing Medical Education<br>Baltimore, MD |
| 1983 | Mechanisms of Depression<br>Harford Memorial Hospital Medical Staff<br>Edgemere, MD |
| 1982 | Stress: Recognition & Practical Advice<br>Seminar for Marriott Corporation<br>Hilton Head, NC |
| 1982 | Depression & Anxiety<br>Prince George's County General Hospital<br>Medical Staff |

Page 8

## LECTURES AND COURSES TAUGHT (continued):

| | |
|---|---|
| 1977 - 1982 | Psychiatry Review for Neurology Residents<br>University of Maryland School of Medicine<br>Baltimore, MD |
| 1981 | Senile Dementia's & Delirium<br>North Arundel Hospital Medical Staff<br>Glen Burnie, MD |
| 1977 | Stress & Disease<br>Perry Point Veterans' Hospital<br>Medical Staff<br>Perry Point, MD |
| 1974 - 1977 | Basic Psychopharmacology<br>University of Maryland<br>School of Medicine<br>Baltimore, MD |
| 1976 | Psychophysiologic Mechanisms<br>Sinai Hospital<br>Department of Psychiatry<br>Baltimore, MD |
| 1975 | Basic Psychopharmacology<br>St. Agnes Hospital<br>Medical Staff<br>Baltimore, MD |
| 1974 | Psychophysiologic Disorders<br>Southern Maryland General Hospital<br>Medical Staff<br>La Plata, MD |

05/12/03

# CURRICULUM VITAE

## DAVID BUCHHOLZ, M.D.

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, Maryland 21093
(410) 583-2830
(410) 583-2835 (fax)

## EDUCATION

| | | |
|---|---|---|
| University of Pennsylvania<br>Philadelphia, PA | B.A. | 1973 - 1977 |
| University of Pennsylvania<br>Philadelphia, PA | M.D. | 1975 - 1979 |

## POSITIONS

| | |
|---|---|
| Intern in Medicine<br>Pennsylvania Hospital<br>Philadelphia, PA | 1979 - 1980 |
| Resident in Neurology<br>The Johns Hopkins Hospital | 1980 - 1982 |
| Chief Resident in Neurology<br>The Johns Hopkins Hospital | 1982 - 1983 |
| Assistant Professor of Neurology<br>The Johns Hopkins University | 1983 - 1990 |
| Director, Neurological Consultation Center<br>The Johns Hopkins Outpatient Center | 1983 - 1997 |
| Director of Ambulatory Services<br>Clinical Neurosciences (Neurology and Neurosurgery)<br>The Johns Hopkins Hospital | 1989 - 1997 |

Director, General Neurology Division                    1989 - 1997
Department of Neurology
The Johns Hopkins University

Associate Professor of Neurology                        1991 -
The Johns Hopkins University

Private Practice                                        1997 -
Johns Hopkins at Green Spring Station


## HONORS

Benjamin Franklin Scholar                               1973 - 1975
University of Pennsylvania

University Scholar                                      1974 - 1979
University of Pennsylvania

Phi Beta Kappa                                          1977
University of Pennsylvania

Summa Cum Laude                                         1977
University of Pennsylvania

Alpha Omega Alpha                                       1979
University of Pennsylvania School of Medicine

Dr. Spencer Morris Prize                                1979
University of Pennsylvania School of Medicine


## CERTIFICATIONS

National Board of Medical Examiners                     1980

State of Maryland License #D25089                       1980

Accredited Clinical Polysomnographer                    1983

American Board of Psychiatry and Neurology (Neurology)  1984

American Board of Sleep Medicine                        1991


## SOCIETIES

American Academy of Neurology                           1980 -

| | |
|---|---|
| Sleep Research Society | 1982 - 1999 |
| The Johns Hopkins Medical and Surgical Association | 1983 - |
| Clinical Sleep Society | 1985 - |
| American Academy of Sleep Medicine<br>  Formerly American Sleep Disorders Association | 1987 - 2000 |
| American Association for the Study of Headache | 1991 - |
| Stroke Council | 1991 - |
| Dysphagia Research Society | 1992 - |
| International Headache Society | 1993 - |

<u>COMMITTEES</u>

| | |
|---|---|
| Chairman, Performance Improvement Committee<br>  (formerly Quality Assurance Committee)<br>Clinical Neurosciences (Neurology and Neurosurgery)<br>The Johns Hopkins Hospital | 1984 - 1997 |
| Medical Care Evaluation Committee<br>The Johns Hopkins Hospital | 1984 - 1989 |
| Ad Hoc Neurology Committee<br> on Criteria for Brain Death<br>The Johns Hopkins Hospital | 1986 - 1987 |
| Enteral Feeding Tube Subcommittee<br>The Johns Hopkins Hospital | 1986 - 1987 |
| Ambulatory Care Information Systems<br> Task Force<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Committee to Review Ambulatory Care Plans<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Chairman, Quality Assurance/<br> Risk Management Integration Committee<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Agenda Committee of the Medical Care | 1987 - 1988 |

Evaluation Committee
The Johns Hopkins Hospital

Medical Board (ex officio)                                      1987 - 1988
The Johns Hopkins Hospital

Executive Committee of the Medical Board (ex officio)          1987 - 1988
The Johns Hopkins Hospital

Clinical Data and Documentation Committee                     1987 - 1988
The Johns Hopkins Hospital

Risk Management Committee                              1987 - 1988
The Johns Hopkins Hospital

Ad Hoc Subcommittee on Admission Test Ordering        1989
The Johns Hopkins Hospital

AUTRES Users Group                                            1989 - 1991
The Johns Hopkins Hospital

Financial Advisory Committee                                  1989 - 1991
Department of Neurology

Performance Improvement Committee                             1989 - 1997
   (formerly Physician Advisors Committee)
The Johns Hopkins Hospital

Outpatient Center Advisory Council                      1989 - 1992
The Johns Hopkins Medical Institutions

Outpatient Center Project Team                               1989 - 1992
The Johns Hopkins Medical Institutions
Competitive Performance Committee                1990 - 1991
Department of Neurology

Committee on Outpatient Center Functions                     1990 - 1991
The Johns Hopkins Medical Institutions

Executive Committee                               1990 - 1994
Department of Neurology

Automated Outpatient Record Committee                        1991
The Johns Hopkins Medical Institutions

Governance Committee                                         1993 - 1994
The Johns Hopkins Outpatient Center

Subcommittee on Clinical Services                                    1993 - 1994
The Johns Hopkins Outpatient Center

Quality Council                                                      1993 - 1994
The Johns Hopkins Outpatient Center

Ad Hoc Committee on the Electronic Patient Record                    1993 - 1994
The Johns Hopins Medical Institutions

Outpatient Center Advisory Council                               1996 - 1997
The Johns Hopkins Medical Institutions


## PROFESSIONAL ACTIVITIES

Neurologic Consultant                                                1982 -
The Johns Hopkins Swallowing Center

Editorial Advisory Board                                            1985 - 2002
*Dysphagia*

Reviewer                                                            1985
*Medicine*

Neurologic Consultant                                               1985 - 1987
The Johns Hopkins Facial Pain Clinic

Medical Advisory Board                                             1986 - 1988
Maryland Motor Vehicle Administration

Board of Advisors                                                  1986 - 1988
Post-Polio League, Inc.




Neurologic Consultant                                             1986 - 1990
The Jacob and Hilda Blaustein Pain
 Treatment Center
The Johns Hopkins Hospital

Neurologic Consultant                                             1986 - 1990
The Johns Hopkins Stereotactic Center

Optic Neuritis Study Group                                        1988-
(Optic Neuritis Treatment Trial and
  Longitudinal Optic Neuritis Study)

Reviewer                                                          1989
*Saudi Medical Journal*

Neurologic Consultant                                            1989 -1991
The Johns Hopkins Sleep Disorders Center

Board of Advisors                                               1989 - 1991
*Courts, Health Science and the Law*

Reviewer                                                          1990
*AIDS*

Reviewer                                                          1990
*Journal of Neurologic Rehabilitation*

Course Director                                                  1990
First Annual Johns Hopkins Neurology for the Primary Practitioner

Active Medical Staff                                           1990 - 1992
Francis Scott Key Medical Center

Neurology Section Advisor                                      1990 - 1996
*The Principles and Practice of Medicine*

Coinvestigator                                          1990 -
Young Stroke Incidence Study

Course Director                                                  1991
Second Annual Johns Hopkins Neurology for the Primary Practitioner

Reviewer                                                          1991
The Johns Hopkins University Press

Course Director                                                  1992
Third Annual Johns Hopkins Neurology for the Primary Practitioner

Medical Advisory Board                                         1992 -1998
Restless Legs Syndrome Foundation, Inc.

Coinvestigator                                         1992 -
Stroke Prevention in Young Women

Facilitator                                            1993 -
Assessment of Evaluation and Management of
  Swallowing Dysfunction
TTA Subcommittee, American Academy of Neurology

Course Director                                                          1993
Fourth Annual Johns Hopkins Neurology for the Primary Practitioner

Reviewer                                                                1994
<u>The Neurologist</u>

Course Director                                                          1994
Fifth Annual Johns Hopkins Neurology for the Primary Practitioner

Program Committee                                                       1994
Third Annual Dysphagia Research Society Meeting

Course Director                                                          1995
Sixth Annual Johns Hopkins Neurology for the Primary Practitioner

Program Committee                                                       1995
Fourth Annual Dysphagia Research Society Meeting

Nominating Committee                                                    1995
Dysphagia Research Society

Peer Reviewer                                                         1995 -
Clinical Practice Guidelines on Chronic Pain: Headache
   Agency for Health Care Policy and Research
   and American Academy of Neurology

International Restless Legs Syndrome Study Group                      1995 -

Program Committee                                                       1996
Fifth Annual Dysphagia Research Society Meeting

External Examiner                                                       1996
Higher Degree Committee
The University of New South Wales, Sydney, Australia

Course Director                                                          1996
Seventh Annual Johns Hopkins Neurology for the Primary Practitioner

Councillor                                                            1996 -
Dysphagia Research Society

Reviewer                                                                1996
*Southern Medical Journal*

Reviewer                                                                1997
*Journal of Neurology, Neurosurgery and Psychiatry*

| | |
|---|---|
| Expert Reviewer<br>*The Essentials of Contraceptive Technology* | 1997 |
| Technical Expert<br>Technology Assessment of Diagnosis and<br>   Treatment of Swallowing Disorders in Older Patients<br>Agency for Health Care Policy and Research | 1997 - |
| Course Director<br>Eighth Annual Johns Hopkins Neurology for the Primary Practitioner | 1997 |
| Reviewer<br>*Sleep* | 1998 |
| Program Committee<br>Seventh Annual Dysphagia Research Society Meeting | 1998 |
| Faculty Opponent<br>Dissertation of Håkon Nilsson<br>Malmö, Sweden | 1998 |
| Reviewer<br>*Women's Health in Primary Care* | 1998 |
| Course Director<br>Ninth Annual Johns Hopkins Neurology for the Primary Practitioner | 1998 |
| Course Director<br>Tenth Annual Johns Hopkins Neurology for the Primary Practitioner | 1999 |
| Course Director<br>Eleventh Annual Johns Hopkins Neurology for the Primary Practitioner | 2000 |

## PUBLICATIONS

1. Allen RP, Smith PL, Buchholz DW, Gottleib S:  Sleep terrors associated with severe cardiac brady-arrhythmias in phasic REM during withdrawal from phenelzine (MAO inhibitor) and lithium:  A case report.  Presentation to The Association for the Psycho-physiological Study of Sleep, 1982.  (abstract)

2. Hilt DC, Buchholz D, Krumholz A, Weiss H, Gale A, Wolinsky J:  Post zoster ophthalmicus cerebral angiitis and delayed contralateral hemiparesis:  Diagnosis and treatment.  *Neurology* (NY) 32(2):198, 1982.  (abstract)

3. Buchholz D:  Snoring and sleep apnea.  *Journal of the National Medical Association* 75(5): 456, 1983.  (letter)