IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al*., | * | Civil Action No.: WMN-02-662 |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE REGARDING ATTEMPTED
RESOLUTION OF DISCOVERY DISPUTE**

I, ROBERT B. HOPKINS, attorney for Gypsum Transportation Limited, hereby certify that I mailed and faxed counsel for Jeffrey M. Slaton ("Slaton") a letter dated August 19, 2003 in an effort to resolve a dispute regarding medical and vocational rehabilitation examinations of Slaton. This was followed up by a September 10, 2003 e-mail. Additionally, the undersigned took part in various telephone conversations in the last two weeks with counsel for Slaton in an effort to resolve this dispute.

_____/s/_____
Robert B. Hopkins (No. 06017)
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Attorneys for Gypsum Transportation Limited

RBH 728618.1 9/15/2003 12:15 PM