IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al*., | * | Civil Action No.: WMN-02-662 |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Motion for Physical and Mental Examinations of Jeffrey M. Slaton ("Slaton") and to Shorten Time, Memorandum in support, and any response thereto, it is this ____ day of September, 2003 hereby

ORDERED that Slaton shall submit to the examinations on/at the dates, times and locations set forth below:

| Expert | Date and Time | Location |
|---|---|---|
| Dr. Claudia Thomas<br>Orthopaedic Expert | Friday, September 19, 2003<br>1:00 p.m. | Johns Hopkins Medicine<br>Dept. of Orthopaedic Surgery<br>601 North Caroline Street<br>Suite 5245<br>Baltimore, MD 21287-0882 |
| Dr. David Buchholz<br>Neurologist | Monday, September 22, 2003<br>8:30 a.m. | Johns Hopkins at Green Spring Station<br>10753 Falls Road, Suite 315<br>Lutherville, MD 21093 |
| Dr. Daniel Freedenberg<br>Psychiatrist | Wednesday, September 24, 2003<br>9:00 a.m. | Empire Medical Building<br>200 Hospital Drive<br>Suite 116<br>Glen Burnie, MD 22061 |

| Barbara Byers Vocational Rehabilitation Expert | Monday, September 29, 2003 1:00 p.m. | Atlantic Rehabilitation Services, Inc. 307 County Seat Suite 210 Portsmouth, VA  23704 |
|---|---|---|

_____
United States District Judge