

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120/ Fax 410-547-0699
www.ober.com

Robert B. Hopkins
rbhopkins@ober.com
410-347-7383

Offices In
Maryland
Washington, D.C.
Virginia

September 16, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
3rd Floor, Room 330
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
              Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

      This letter is being written on behalf of Gypsum Transportation Ltd., the Buchanan Trust, Buchanan Marine, L.P., Norfolk Dredging Company and Timothy M. Cober ("Movants") to request that the Court issue an expedited Order requiring that Claimant Jeffrey M. Slaton ("Slaton") submit to examinations by medical experts and a vocational rehabilitation expert selected by Movants.

      As set forth in more detail in the just filed Motion and Memorandum in Support on this issue, on September 9, 2003 Slaton designated various medical experts to testify as to his alleged injuries and a vocational rehabilitation expert to testify as to his diminished ability to seek employment. Slaton also mailed reports for his designated experts to Movants on this date. Pursuant to the Court's Scheduling Order, experts selected by Movants now only have until October 10, 2003 to evaluate such reports, examine Slaton and issue their own reports. Counsel for Slaton has advised that Slaton will not consent to such examinations absent a Court Order. Due to the time constraints facing the experts selected by Movants, the limited availability of such experts and the fact that one of these expert examinations (already postponed once because of this dispute and very difficult to again reschedule) is set for September 19, Movants

The Honorable William M. Nickerson
September 16, 2003
Page 2

respectfully request that the Court hold a brief telephone hearing on this issue this Thursday, September 18 and also order that Slaton be required to respond to Movant's very short Motion on this issue by September 17, 2003.

                                                      Respectfully submitted,

                                                   /S/

RBH:smc                                               Robert B. Hopkins
Enclosure
cc:     Counsel of Record

1903 OBER|KALER 2003
*Forward thinking.*
*For the century ahead.*