IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al*., | * | Civil Action No.: WMN-02-662 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR PHYSICAL, MENTAL AND
VOCATIONAL REHABILITATION EXAMINATIONS
OF JEFFREY M. SLATON AND TO SHORTEN TIME TO RESPOND**

Gypsum Transportation Ltd., the Buchanan Trust, Buchanan Marine, L.P., Norfolk Dredging Company and Timothy M. Cober (collectively "Movants"), by their undersigned counsel hereby move this Court pursuant to Rule 35(a) of the Federal Rules of Civil Procedure for an order requiring Claimant Jeffrey M. Slaton ("Slaton") to submit to physical, mental and vocational rehabilitation examinations by physicians and vocational rehabilitation experts chosen by the Movants, and for an order shortening the time during which Slaton may file an opposition to this Motion, if any. The grounds in support of the Motion are stated in the accompanying Memorandum in Support.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>M. Hamilton Whitman, Jr. (No. 00373)<br>Robert B. Hopkins (No. 06017)<br>Charles A. Diorio (No. 26369)<br>OBER, KALER, GRIMES & SHRIVER<br>A Professional Corporation<br>120 E. Baltimore Street<br>Baltimore, Maryland 21202-1643<br>(410) 685-1120<br>(410) 547-0699 (facsimile)<br>Attorneys for Gypsum Transportation<br>  Limited | _____/s/_____<br>John A. V. Nicoletti<br>Michael J. Carcich<br>NICOLETTI, HORNIG, CAMPISE & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br>(212) 220-3830<br>(212) 220-3780 (facsimile)<br><br>Attorneys for Gypsum Transportation<br>  Limited |
| _____/s/_____<br>James W. Bartlett, III (No. 00017)<br>Alexander M. Giles (No. 25474)<br>Semmes, Bowen & Semmes, P.C.<br>250 W. Pratt Street, 16th Floor<br>Baltimore, MD 21201-2423<br>(410) 539-5040<br><br>Attorneys for Captain Timothy M. Cober | _____/s/_____<br>J. Stephen Simms (No. 4269)<br>Simms Showers LLP<br>20 S. Charles Street, Suite 702<br>Baltimore, MD 21201<br>(410) 783-5795<br><br>Attorneys for Buchanan Marine, L.P. and The Buchanan Trust |
| _____/s/_____<br>Patrick M. Brogan<br>Davey & Brogan, P.C.<br>101 Granby Street, Suite 300<br>Norfolk, VA 23514-3188<br>(757) 622-0100<br><br>Attorneys for Buchanan Marine, L.P.<br>and The Buchanan Trust | _____/s/_____<br>John T. Ward, Esquire<br>Ward Kershaw<br>113 W. Monument Street<br>Baltimore, Maryland 21201<br><br>Attorneys for Buchanan Marine, L.P.<br>and The Buchanan Trust |

| | |
|---|---|
| _____/s/_____<br>David W. Skeen, Esquire<br>Stephen J. White, Esquire<br>Wright, Constable & Skeen, LLP<br>One Charles Center, 16th Floor<br>100 N. Charles Street<br>Baltimore, Maryland 21201-3812<br><br>Attorneys for Norfolk Dredging Company | _____/s/_____<br>David H. Sump, Esquire<br>Crenshaw, Ware & Martin, PLC<br>1200 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510<br><br>Attorneys for Norfolk Dredging Company |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2003, copies of the following documents listed below were served electronically on certain counsel of record by way of the court's electronic filing system and were mailed and faxed to the counsel of record also listed below:

1. Motion for Physical, Mental and Vocational Rehabilitation Examinations of Jeffrey M. Slaton and to Shorten Time to Respond and proposed Orders;

2. Memorandum in Support;

3. Certificate Regarding Attempted Resolution fo Discovery Dispute

| | |
|---|---|
| John A. V. Nicoletti, Esq.<br>Michael J. Carcich, Esq.<br>NICOLETTI, HORNIG, CAMPISE & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br><br>Attorneys for Gypsum Transportation<br> Limited | C. Arthur Rutter, III, Esquire<br>Deborah C. Waters, Esquire<br>Rutter, Walsh, Mills & Rutter, LLP<br>415 St. Paul's Boulevard, Suite 700<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell |

| | |
|---|---|
| Peter G. Decker, Jr., Esquire<br>Decker, Cardon, Thomas, Neskis<br>Decker Building<br>201 E. Plume Street<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of William Thomas Bryant | Ralph Rabinowitz, Esquire<br>Rabinowitz, Swartz, Taliaferro, et al.<br>Town Point Center<br>150 Boush Street<br>Norfolk, VA 23510<br><br>Attorneys for Troy A. Link and Dennis Wallace |
| A. Davis Bugg, Jr., Esquire<br>Rumsey & Bugg, P.C.<br>Irvington Road<br>P.O. Box 720<br>Irvington, VA 22480<br><br>Attorneys for the Estate of Ronald L. Bonniville | Cain Denny, Esquire<br>Cain Denny, P.A.<br>P.O. Box 1205<br>Charleston, SC 29402<br><br>Attorneys for the Estate of Clarence McConnell |
| Thomas B. Shuttleworth, Esquire<br>Shuttleworth, Ruloff, Giordano,<br>4525 South Boulevard, Suite 300<br>Virginia Beach, VA 23452<br><br>Attorneys for the Estate of Justin Maurice Bryant | John Hughes Cooper, Esquire<br>1808 Middle Street<br>P.O. Box 395<br>Sullivan's Island, SC 29482<br><br>Attorneys for the Estate of Clarence McConnell |
| Patrick M. Brogan, Esquire<br>R. Arthur R. Jett, Jr., Esquire<br>Davey & Brogan, P.C.<br>101 Granby Street, Suite 300<br>P.O. Box 3188<br>Norfolk, VA 23514-3188<br><br>Attorneys for Buchanan Marine, L.P. and A.P. Franz, Trustee of The Buchanan Trust | Johnnie L. Cochran, Jr., Esquire<br>J. Farrest Taylor, Esquire<br>Cochran, Cherry, Givens & Smith, P.C.<br>163 West Main Street<br>P.O. Box 927<br>Dothan, AL 36302<br><br>Attorneys for the Estate of Justin Maurice Bryant |

David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

                                                     /s/
                                        M. Hamilton Whitman, Jr.