IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR PHYSICAL,
MENTAL AND VOCATIONAL REHABILITATION EXAMINATIONS
OF JEFFREY M. SLATON AND TO SHORTEN TIME TO RESPOND**

Gypsum Transportation Ltd., the Buchanan Trust, Buchanan Marine, L.P., Norfolk Dredging Company and Captain Timothy M. Cober (collectively "Movants"), by their undersigned counsel hereby submit this Memorandum in support of their Motion for Physical, Mental and Vocational Rehabilitation Examinations of Jeffrey M. Slaton ("Slaton") and to Shorten Time to Respond.

**I.    BACKGROUND**

At approximately 0645 hours on February 25, 2002, a vessel collision occurred in the Elk River in the Upper Chesapeake Bay (the "Collision"). The vessels and equipment involved in the Collision were allegedly owned and/or operated by Movants. Slaton was a seaman on one of these vessels and is seeking damages for injuries allegedly sustained in the Collision against Movants. As a result of the Collision, Slaton claims that he suffers from "post-traumatic stress disorder" ("PTSD") with corresponding depression

and anxiety, as well as "hydrophobia", a fear of water.  *See* Slaton's Memorandum in Opposition to Norfolk Dredging Company's Motion to Approve and Confirm Discontinuance of Maintenance and Cure.  Slaton also claims to have suffered an injury to his right shoulder and has also indicated that he may be suffering from neurological problems.  *Id*.  Additionally, Slaton claims that, because of his injuries, his ability to seek employment has been limited and/or impaired.  *Id.*

Pursuant to the Court's Scheduling Order, on September 9, 2003, Slaton designated various expert witnesses to testify as to his above allegations.  Slaton's designated experts include Dr. Anthony J. DiStatio, an orthopaedist, Dr. Michael L. Stutts, a clinical pyschologist, Dr. Thomas A. Pasquale, a psychiatrist, Dr. Neil L. Pugach, a neurologist and Charles DeMark, a vocational rehabilitation expert.  Reports from these experts were also mailed to Movants on September 9, 2003. Pursuant to the above Order, the medical and vocational rehabilitation experts chosen by Movants now only have until October 10, 2003 to evaluate such reports, examine Slaton and issue their own reports.  Because of the very short time frame available for such activity to be undertaken and the very busy schedules of the various medical and vocational rehabilitation experts selected by Movants, counsel for Movants on August 19, 2003 forwarded a letter to counsel for Slaton (attached hereto as Exhibit A) with available examination dates for some of these experts.  Movants also followed up with a September 11, 2003 e-mail (also attached as Exhibit A). The experts selected by Movants include Dr. Claudia Thomas, an orthopaedist, Dr. Daniel Freedenberg, a psychiatrist, Dr. David

Buchholz, a neurologist and Barbara Byers, a vocational rehabilitation expert. Copies of the CV's for these experts are attached hereto as Exhibit B.

The dates, times and locations of the examinations are set forth below.

| Expert | Date and Time | Location |
|---|---|---|
| Dr. Claudia Thomas<br>Orthopaedic Expert | Friday, September 19, 2003<br>1:00 p.m. | Johns Hopkins Medicine<br>Dept. of Orthopaedic Surgery<br>601 North Caroline Street<br>Suite 5245<br>Baltimore, MD  21287-0882 |
| Dr. David Buchholz<br>Neurologist | Monday, September 22, 2003<br>8:30 a.m. | Johns Hopkins at Green Spring Station<br>10753 Falls Road, Suite 315<br>Lutherville, MD  21093 |
| Dr. Daniel Freedenberg<br>Psychiatrist | Wednesday, September 24, 2003<br>9:00 a.m. | Empire Medical Building<br>200 Hospital Drive<br>Suite 116<br>Glen Burnie, MD  22061 |
| Barbara Byers<br>Vocational Rehabilitation Expert | Monday, September 29, 2003<br>1:00 p.m. | Atlantic Rehabilitation Services, Inc.<br>307 County Seat<br>Suite 210<br>Portsmouth, VA  23704 |

Movants have also advised Slaton's counsel that Movants will pay for and arrange for the travel costs associated with such examinations. Slaton has not worked in the 19 months since the Collision and, as such, these examinations will not interfere with his work schedule. Slaton's counsel has advised that Slaton will not agree to any examinations unless an Order is issued.

## II. DISCUSSION

Pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, a court may order physical and mental examinations if physical and mental conditions are "in controversy" and "good cause" exists for such physical and mental examinations. *Schlagenhauf v. Holder*, 379 U.S. 104, 85 S.Ct. 234 (1964). The Supreme Court in *Schlagenhauf* explained that when a party merely asserts mental or physical injuries, such mental or physical injuries are in controversy and this provides defendants with good cause to undertake examinations "to determine the existence and extent of" such injuries. 379 U.S. at 119. Thus, as Slaton has done much more than make assertions as to physical and mental injuries in his pleadings, it is clearly proper for this Court to Order the above examinations.

The above examination with Dr. Thomas (already postponed once because of this dispute) is set for September 19, 2003. Additionally, because of Dr. Thomas' very busy schedule, it is doubtful that such examination could be further postponed. Accordingly, Movants also request an Order that Slaton must respond to this short Motion by no later than September 17, 2003

## III. CONCLUSION

For the foregoing reasons, it is respectfully requested that this Court Order that:

a. Slaton respond to this Motion no later than September 17, 2003; and

b. Slaton submit to the examinations on the dates, times and places set forth above.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>M. Hamilton Whitman, Jr. (No. 00373)<br>Robert B. Hopkins (No. 06017)<br>Charles A. Diorio (No. 26369)<br>OBER, KALER, GRIMES & SHRIVER<br>A Professional Corporation<br>120 E. Baltimore Street<br>Baltimore, Maryland 21202-1643<br>(410) 685-1120<br>(410) 547-0699 (facsimile)<br><br>Attorneys for Gypsum Transportation<br>  Limited | _____/s/_____<br>John A. V. Nicoletti<br>Michael J. Carcich<br>NICOLETTI, HORNIG, CAMPISE & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br>(212) 220-3830<br>(212) 220-3780 (facsimile)<br><br>Attorneys for Gypsum Transportation<br>  Limited |
| _____/s/_____<br>James W. Bartlett, III (No. 00017)<br>Alexander M. Giles (No. 25474)<br>Semmes, Bowen & Semmes, P.C.<br>250 W. Pratt Street, 16th Floor<br>Baltimore, MD 21201-2423<br>(410) 539-5040<br><br>Attorneys for Captain Timothy M. Cober | _____/s/_____<br>J. Stephen Simms (No. 4269)<br>Simms Showers LLP<br>20 S. Charles Street, Suite 702<br>Baltimore, MD 21201<br>(410) 783-5795<br><br>Attorneys for Buchanan Marine, L.P. and<br>The Buchanan Trust |
| _____/s/_____<br>Patrick M. Brogan<br>Davey & Brogan, P.C.<br>101 Granby Street, Suite 300<br>Norfolk, VA 23514-3188<br>(757) 622-0100<br><br>Attorneys for Buchanan Marine, L.P.<br>and The Buchanan Trust | _____/s/_____<br>John T. Ward, Esquire<br>Ward Kershaw<br>113 W. Monument Street<br>Baltimore, Maryland 21201<br><br>Attorneys for Buchanan Marine, L.P.<br>and The Buchanan Trust |

6

| | |
|---|---|
| _____/s/_____<br>David W. Skeen, Esquire<br>Stephen J. White, Esquire<br>Wright, Constable & Skeen, LLP<br>One Charles Center, 16th Floor<br>100 N. Charles Street<br>Baltimore, Maryland 21201-3812<br><br>Attorneys for Norfolk Dredging Company | _____/s/_____<br>David H. Sump, Esquire<br>Crenshaw, Ware & Martin, PLC<br>1200 Bank of America Center<br>One Commercial Place<br>Norfolk, VA 23510<br><br>Attorneys for Norfolk Dredging Company |