Exhibit B

# CURRICULUM VITAE

## IDENTIFYING INFORMATION

NAME:                 Claudia Lynn Thomas

BIRTH DATE:           February 28, 1950

BIRTHPLACE:           New York City, New York

CITIZENSHIP:          U.S.A.

OCCUPATION:           Physician

SPECIALTY:            Orthopaedic Surgery

## EDUCATION

HIGH SCHOOL:
    1964-1967         The High School of Music and Art,
                      New York City, New York

COLLEGE:
    1967-1971         Vassar College, Poughkeepsie, New York
                      Degree Obtained:  Bachelor of Arts

MEDICAL SCHOOL:
    1971-1975         The Johns Hopkins University
                      School of Medicine, Baltimore, Maryland
                      Degree Obtained:    M.D.

**POST-GRADUATE TRAINING**

INTERNSHIP:

| | |
|---|---|
| 1975-1976 | General Surgery, Yale-New Haven Hospital New Haven, Connecticut |

RESIDENCY:

| | |
|---|---|
| 1976-1977 | General Surgery, Yale-New Haven Hospital |
| 1977-1980 | Orthopaedic Surgery, Yale-New Haven Hospital |

FELLOWSHIPS:

| | |
|---|---|
| 7/80-12/80 | Orthopaedic Trauma & Spine, Maryland Institute for Emergency Medical Services Systems, University of Maryland, Baltimore, Maryland |

**CERTIFICATIONS**

| | |
|---|---|
| 8/4/75 | Medical Licensure, State of Maryland |
| 11/1/86 | Medical Licensure, United States Virgin Islands |
| 9/10/82 | Diplomate, American Board of Orthopaedic Surgeons |
| 1/27/85 | Fellow, American Academy of Orthopaedic Surgeons |
| 5/13/92 | Certified, Specialist in Orthopaedic Surgery, Maryland Board of Physician Quality Assurance |

**PROFESSIONAL ACTIVITY**

| | |
|---|---|
| 1980-1985 | Staff Orthopaedic Surgeon, West Baltimore Community Health Care Center, Baltimore, Maryland |
| 1/81-10/85 | Assistant Professor of Orthopaedic Surgery, Johns Hopkins University, Baltimore, Maryland |
| 1/81-12/83 | Assistant Chief of Orthopaedic Surgery, Baltimore City Hospitals/Francis Scott Key Medical Center, Baltimore, Maryland |
| 1/84-10/85 | Associate Chief of Orthopaedic Surgery, Francis Scott Key Medical Center |
| 1/86-6/90 | Attending Physician, St. Thomas Hospital |

CURRICULUM VITAE          CLAUDIA LYNN THOMAS, M.D.          PAGE 3

|            | St. Thomas, United States Virgin Islands |
|------------|------------------------------------------|
| 1/86-6/92  | Private Practice, Orthopaedic Surgery<br>St. Thomas, United States Virgin Islands |
| 6/92-6/94  | Medical Consultant, Maryland Board of<br>Physician Quality Assurance |
| 7/92-present | Assistant Professor, Orthopaedic Surgery,<br>Johns Hopkins University School of Medicine |

## OTHER HOSPITAL AFFILIATIONS

| 1/81-10/85 | Children's Hospital, Baltimore, Maryland |
|------------|-------------------------------------------|
| 1/85-10/85 | Greater Baltimore Medical Center,<br>Baltimore, Maryland |
| 1/81-10/85 | Provident Hospital, Baltimore, Maryland |

## PROFESSIONAL ASSOCIATIONS

Alpha Omega Alpha Honor Medical Society
American Academy of Orthopaedic Surgeons
American Board of Orthopaedic Surgery
American Medical Association
American Medical Women's Association
Association of Women Surgeons
Eastern Orthopaedic Association
J. Robert Gladden Orthopaedic Society
Johns Hopkins Medical and Surgical Association
Johns Hopkins Women's Medical Alumnae
Maryland Orthopaedic Society
Monumental City Medical Society
National Medical Association
National Medical Fellowships
Newington Alumni Association
Ruth Jackson Orthopaedic Society
Southern Medical Association

CURRICULUM VITAE          CLAUDIA LYNN THOMAS, M.D.          PAGE 4

Yale Orthopaedic Association

**OTHER DISTINCTIONS**

| | |
|---|---|
| 1980 | First African American Female Orthopaedic Surgeon in the United States |
| 1981-1985 | Member, Admissions Committee, Johns Hopkins University School of Medicine |
| 1982-1984 | Standardization Review Committee, Francis Scott Key Medical Center |
| 1982-1986 | Co-Founder and Co-Chairperson, African American Alumnae/ni of Vassar College |
| 1983-1985 | Utilization Review Committee, Francis Scott Key Medical Center |
| 1983-1986 | Member of the Board, Alumnae and Alumni of Vassar College |
| 1983-1985 | Co-Founder and President, Johns Hopkins School of Medicine Minority Faculty Association |
| 1983-1985 | Vice President/President Elect, Monumental City Medical Society |
| 1/83-12/89 | Member, Editorial Staff, Advances in Orthopaedic Surgery |
| 1986-1990 | Chairperson, Education Committee, St. Thomas Hospital |
| 1987-1990 | Member and Quality Coordinator, Virgin Islands Medical Institute (Peer Review Organization) |
| 1/89-12/89 | Vice President/President Elect, Virgin Islands Medical Society |
| 1/90-6/90 | President, Virgin Islands Medical Society |
| 1/93-9/01 | Chairperson, Membership Committee, Monumental City Medical Society |
| 7/93-7/95 | Vice President, Maryland State Medical Society |
| 12/93-present | Member, Medical Board, Maryland State Retirement Agency |

Case 1:02-cv-00662-WMN   Document 182-4   Filed 09/16/2003   Page 5 of 30

| | |
|---|---|
| 7/94-8/98 | Consultant, Orthopedic and Rehabilitation Devices Panel of the Medical Devices Advisory Committee, Center for Devices and Radiological Health, Food and Drug Administration |
| 7/95-6/03 | Preceptor, The Physician and Society Course, Johns Hopkins University, School of Medicine |
| 7/95-7/97 | President, Maryland State Medical Society |
| 7/95-7/97 | Vice President/President Elect, Monumental City Medical Society |
| 7/97-7/99 | President, Monumental City Medical Society |
| 7/99-present | Member, Scholarship Committee, Monumental City Medical Society |
| 1/98-present | Member, Board of Directors, J. Robert Gladden Orthopaedic Society |
| 9/97-present | Member, Advisory Board to the Project on Care at the End of Life, Maryland Office of the Attorney General |
| 9/98-present | Member, Medical Advisory Council, Blue Cross Blue Shield of Maryland |
| 7/99-present | Member, Editorial Review Board, Journal of the National Medical Association |
| 3/01-present | Member, Diversity Committee, American Academy of Orthopaedic Surgeons |
| 8/01-present | Member, Board of Directors, National Medical Fellowships, Inc. |
| 8/01-present | Member, National Orthopaedic Surgery Advisory Board, Merck Pharmaceutical Company |
| 6/02-present | Member, Medical and Chiurgical Faculty of Maryland/Monumental City Medical Society Joint Task Force on Racial and Ethnic Disparities in Health Care |
| 6/02-present | Member, Diversity Council, Johns Hopkins Department of Medicine |

Case 1:02-cv-00662-WMN   Document 182-4   Filed 09/16/2003   Page 6 of 30

| | |
|---|---|
| 10/02–present | Appointee to the Osteoporosis Prevention and Education Task Force of the Governor of Maryland |
| 11/23/02 | Keynote Speaker, *A Woman's Journey*, Johns Hopkins Medicine Annual Health Symposium, Baltimore, Maryland |
| 2/22/03 | Featured Speaker for CME program, *The Latest Treatments in the Management of Pain and Inflammation Caused By Osteoarthritis*, Annapolis, Maryland |
| 5/13/03 | Featured Speaker for CME program, *The Healing Power of Prayer*, Johns Hopkins Institute for Spirituality and Medicine: Spirituality and Crisis, Towson, Maryland |
| 6/18/03 | Featured Speaker for CME program, *Increasing the Awareness, Diagnosis and Treatment of Osteoarthritis in African Americans*, Baltimore, Maryland |

## HONORS AND AWARDS

| | |
|---|---|
| 9/15/99 | Resolution Award, City Council of Baltimore, Laurence A Bell III, President |
| 10/20/99 | Citizen Citation, Kurt Schmoke, Mayor of the City of Baltimore |
| 10/20/99 | Governor's Citation, Paris N. Glendening, State of Maryland |
| 2/13/00 | Unsung Hero Award, Baltimore Branch of the NAACP |
| 2/20/00 | Living Legend Award, Great Blacks in Wax Museum, Baltimore, MD |
| 2/20/00 | Citizen Citation, Martin O'Malley, Mayor of the City of Baltimore |
| 3/25/00 | Women of Achievement Honoree, Gwynn Lake Schools, Baltimore, MD |
| 5/21/00 | Special Guest, Hour of Power Broadcast, Crystal Cathedral Ministries |

| 9/25/00 | Guest Speaker, Opening Session, Baltimore City Council |
| 5/25/01 | Inducted, Alpha Omega Alpha Honor Medical Society, Johns Hopkins University |
| 3/16/02 | Woman of the Year Health Services Award, Zeta Phi Beta Sorority, Inc., Alpha Zeta Chapter |

## FEATURE ARTICLES

| 10/23/99 | *Baltimore Afro-American* Newspaper |
| 1/00 | *Orthopaedics Today,* "Tracing the Minority Experience in Orthopedic Surgery," Charles H. Epps Jr., M.D. |
| 3/24/00 | *The Baltimore Times* |
| 6/00 | *Health Quest* |
| 7/00 | *Gospel Today* |
| 8/01 | *Black Enterprise Magazine,* "America's Leading Black Doctors" |
| 10/01 | 365 Days of Black History, 2002 Engagement Calendar |
| 6/02 | *Essence Magazine,* Foot Care, Shoe Wear |
| 8/02 | American Academy of Orthopaedic Surgeons, American Association of Orthopaedic Surgeons *Bulletin,* "Profiles in Diversity" |
| 11/02 | *Essence Magazine,* November Calendar |

## PUBLICATIONS

White AA, Panjabi MM, Thomas CL. The Clinical Biomechanics of Kyphotic Deformities. *Clinical Orthopaedics and Related Research* 1977; 128:8-17.

White AA, Panjabi, MM, Thomas CL. *Clinical Biomechanics of the Spine.* Pennsylvania: J.B. Lippincott Co., 1978.

Leppert P, Siff E, Thomas C. *Being A Woman: Your Body and Birth Control.* Connecticut: Mead Johnson, 1979.

Thomas CL, Gage FR, Ogden JA.  Treatment Concepts for Proximal Femoral Ischemic Necrosis Complicating Congenital Hip Disease. *Journal of Bone and Joint Surgery* 1982; 64-A:817-828.

Thomas C.  Closed Management of Pelvic Fractures. *Advances in Orthopaedic Surgery* 1984; 7(5):253-257.
Thomas CL.  Fractures of the Pelvis and Hip (Text and Illustrations).  In: Zuidema, GD, editor.  *The Management of Trauma,* 4th Edition.  Pennsylvania: W.B. Saunders Co., 1985:668-680.

Thomas, CL. Monumental City Medical Society *Directory of African American Physicians, Greater Baltimore*, Kansas City, MO: Marion Merrell Dow Inc, 1995.

Thomas, CL.  African Americans and Women in Orthopaedic Surgery:  The Johns Hopkins Experience.  *Clinical Orthopaedics and Related Research* 1999; 362:65-71.

Thomas, CL. *God Spare Life, The Autobiography of Dr. Claudia Lynn Thomas* (In Press).

Update 07/03

**BARBARA K. BYERS**
307 COUNTY STREET, SUITE 210
PORTSMOUTH, VIRGINIA 23704
757-399-0900
BarbaraByers@AtlanticRehabServices.com

## EDUCATION

| | |
|---|---|
| 1975 | Master of Arts in Rehabilitation Counseling<br>University of Alabama |
| 1973 | Bachelor of Science in Psychology<br>University of Alabama |
| 1987 – 1991 | Graduate Psychology Courses (12 semester hours)<br>Old Dominion University |

## PROFESSIONAL LICENSURE AND CERTIFICATIONS

- Licensed Professional Counselor #1904 (April 1993 to present)
  Commonwealth of Virginia
  Department of Health Professions
  Board of Professional Counselors

- Licensed Professional Counselor #1040 (July 1995 to present)
  State of North Carolina
  North Carolina Board of Licensed Professional Counselors
  Raleigh, North Carolina

- Certified Rehabilitation Counselor #15889 (1982 to present)
  Commission on Rehabilitation Counselor Certification

- Certified Vocational Evaluation Specialist #171 (1983 to present)
  Commission on Certification of Work Adjustment and Vocational Evaluation
  Specialists

- Certified Rehabilitation Counselor #05-06 (1983 to present)
  U.S. Department of Labor
  Office of Workers Compensation Programs

- Certified Case Manager #M-10118 (November 1993 to present)
  Commission for Case Management Certification

- Certified Rehabilitation Provider #185 (September 1994 to present)
  Commonwealth of Virginia, Department of Heath Professions

## PROFESSIONAL EXPERIENCE

January 1989
to
Present

**Certified Rehabilitation Counselor**
President
Atlantic Rehabilitation Services, Inc.
Portsmouth, Virginia

Duties include:          −

- Provision of case management and vocational rehabilitation counseling services to injured workers including job placement
- Provision of vocational evaluation and testing services
- Evaluation of wage earning capacity and vocational expert testimony
- Personnel management and administrative duties

October 1997
To
Present

**Vocational Expert**
Social Security Administration
Office of Hearings and Appeals

Duties include:

- Provision of expert vocational testimony in Administrative Law Judge hearings for the Social Security Administration

1993-1998
and
October 2000
To present

**Impartial Hearing Officer**
Commonwealth of Virginia
Department of Rehabilitative Services

Duties included:

Conducting hearings to resolve differing positions between consumers and agency counselors regarding services. Recording the fair hearing proceeding and issuing a written report containing the decision and grounds for the decision.

August 1988
to
December 1988

Certified Rehabilitation Counselor
Self-Employed
Portsmouth, Rhode Island

Duties included:

- Provision of vocational rehabilitation services to injured workers referred by the Department of Labor, Office of Workers Compensation Programs, Boston, Massachusetts. Services include vocational counseling, job development, and job placement.

September 1987
to
July 1988

Director of Clinical Services
Comprehensive Medical Rehabilitation Center
Chesapeake, Virginia

Duties included:

- Supervision of an interdisciplinary clinical treatment team providing comprehensive rehabilitation services to injured persons Personnel management including staff recruitment, hiring, orientation and employee reviews
- Budget planning and projection
- Program development and expansion including coordinating the start up of a head injury treatment program
- Supervision of quality service delivery to clinic clients
- Documentation and reporting of treatment results
- Liaison between referring physicians, rehabilitation counselors and nurses, employers and the treatment team
- Provision of vocational counseling, testing and evaluation services to injured persons
- Provision of case management services to Department of Labor referrals

<u>BARBARA K. BYERS</u>                                                    PAGE 4

October 1986
to
September 1987

<u>Rehabilitation Coordinator</u>
Comprehensive Medical Rehabilitation Center
Chesapeake, Virginia

Coordination of all vocational rehabilitation services for each
Center client including:

- Initial vocational assessment of new clients
- Development of a vocational rehabilitation plan
- Liaison between clients, employers and vocational rehabilitation agencies
- Development and supervision of work hardening programs and job seeking skills classes
- Administration, scoring and interpretation of vocational and psychometric tests and work samples, including computerized testing
- Job analysis and job description development
- Coordination of job placement follow-up services
- Case management services including job analysis and job modification; vocational counseling and exploration; job placement; medical management; labor market surveys
- Vocational expert testimony

January 1986
to
September 1986

<u>Rehabilitation Consultant</u>
OccuSystems, Inc.
Chesapeake, Virginia

As a part-time Rehabilitation Consultant, I provided
vocational rehabilitation services to workers' compensation
recipients, including medical management, vocational
counseling, job analysis and job placement.

1982
to
1984

<u>Vocational Consultant</u>
Crawford Rehabilitation Services, Inc.
Norfolk, Virginia

As a vocational consultant, I worked with industrially injured
persons, providing services designed to assist them in
returning to employment.   Services included vocational
testing and evaluation, job analysis, job modification,
vocational and motivational counseling, job placement, labor
market surveys, vocational expert testimony and job seeking
skills training.

1980
to
1982

**Vocational Evaluator**
South Carolina Vocational Rehabilitation
Department
Columbia, South Carolina

As a Vocational Evaluator at a drug and alcohol treatment center, I administered and interpreted psychometric and vocational tests to assist clients in determining job placement goals. I was a member of a treatment team, which determined the course of rehabilitation for residents of the center. I also coordinated personal, social adjustment, and job skills training classes.

1976
to
1980

**Vocational Evaluator**
South Carolina Vocational Rehabilitation Department
Aiken, South Carolina

As the Senior Evaluator at the CETA Assessment Center, I was responsible for budget projection, administration, and coordination of services to clients referred by the State Employment Commission. I was in charge of psychometric and vocational evaluation of CETA participants and chaired an inter-agency committee, which determined training and placement goals for clients. I also trained evaluators from across the state in the use of the JEVS Work Sample System.

1975
to
1976

**Rehabilitation Counselor**
South Carolina Vocational Rehabilitation Department
Aiken, South Carolina

I developed a Family Court Project caseload and developed special services for the rehabilitation of emotionally disturbed youth referred by the Aiken County Family Court. Duties included counseling, evaluation, personal and social adjustment services and job placement resulting in treatment recommendations to the Court.

BARBARA K. BYERS

## PROFESSIONAL ASSOCIATION MEMBERSHIPS

◆    Executive Board Member, Virginia Association of Rehabilitation Professionals
        Treasurer 1994 to 2000, 2003 to present
        President Elect May 2000
        Virginia Rehabilitation Professional of the Year 2000
        President May 2001-May 2002

◆    National Rehabilitation Association

◆    National Rehabilitation Counseling Association

◆    Vocational Evaluation and Work Adjustment Association

◆    International Association of Rehabilitation Professionals

◆    Virginia Rehabilitation Association

◆    Virginia Rehabilitation Counselors Association

◆    Virginia Vocational Evaluation and Work Adjustment Association

## COMMUNITY SERVICE

◆    Chesapeake Community Services Board
        1995 to 2001        Executive Board Member
        1/99 to 12/00        Chairman of the Board

◆    Standards Compliance Review Board Member
        International Association of Rehabilitation Professionals
        May 2000 to present

◆    Goodwill Industries of Hampton Roads, Inc.
        Executive Board Member
        October 2001 to present

•    Portsmouth Museums and Fine Arts Commission
        Commissioner
        April 2003 to present

# DANIEL J. FREEDENBURG, M.D., CHARTERED

*EMPIRE MEDICAL BUILDING*
*200 HOSPITAL DRIVE, SUITE 116*
*GLEN BURNIE, MD 21061*
*TELEPHONE: 410-761-5011    FAX: 410-761-5013*
*E-MAIL: djfpfd10@aol.com*

*Diplomate of the American Board
of Psychiatry and Neurology*

*BY APPOINTMENT ONLY*

## CURRICULUM VITAE

**NAME:**                     Daniel J. Freedenburg, M.D.

**ADDRESS:**                  Box 2, Gibson Island, Maryland 21056

**BIRTHPLACE:**               Baltimore, Maryland

**BIRTHDATE:**                October 28, 1943

**PRESENT POSITION:**         Solo Practice

**ADADEMIC RECORD:**

1961 - 1963                   Davidson College, Davidson, NC

1963 - 1965                   Bachelor of Arts with Honors
                              University of Maryland
                              College Park, MD
                              Member History Honor Society

1965 - 1969                   Doctor of Medicine
                              University of Maryland
                              Baltimore, MD

                              1967 - Treasurer, S.A.M.A.
                              1968 – Vice President, S.A.M.A.

1969 - 1970                   Internship - Internal Medicine
                              U.S. Public Health Service Hospital
                              Baltimore, MD

1970 - 1971                   Residency - Psychiatry
                              National Institute of Mental Health
                              Washington, DC

Page 2

ACADEMIC RECORD (continued):

| 1972 - 1974 | Residency - Psychiatry<br>Henry Phipps Clinic<br>Johns Hopkins Hospital<br>Baltimore, MD |
|---|---|
| 1972 - 1974 | Post-Doctoral Fellowship in<br>Behavioral Science<br>Johns Hopkins Hospital<br>Baltimore, MD |

RESEARCH INTEREST:    Clinical Psychopharmacology
Psychophysiologic Disorders
Psychiatric Disability

LICENSURE:

| 1977 | American Board of Psychiatry & Neurology |
|---|---|
| 1971 | Virginia Board of Medical Examiners |
| 1970 | National Board of Medical Examiners |
| 1970 | Maryland Board of Medical Examiners |

MILITARY SERVICE:

| 1969 - 1972 | United States Public Health Service<br>Lieutenant Commander |
|---|---|

PROFESSIONAL SOCIETIES:

| 1987 | American Academy of Psychiatry and the Law |
|---|---|
| 1976 | American Psychiatric Association |
| 1976 | Maryland Psychiatric Association |
| 1976 | Medical & Chirurgical Faculty of MD |
| 1976 | Baltimore County Medical Society |
| 1976 | Maryland Liaison Psychiatry Association<br>1979-1981 - President<br>1978-1979 - Secretary/Treasurer |

Page 3

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2002 – Present | Joint Appointment in Medicine & Occupational and Environmental Health Johns Hopkins University Department of Medicine Baltimore, MD |
| 1975 - Present | Assistant Professor in Psychiatry University of Maryland School of Medicine Baltimore, MD |
| 1974 - Present | Instructor of Psychiatry Johns Hopkins University School of Medicine Baltimore, MD |
| 1974 - 1975 | Instructor in Psychiatry University of Maryland School of Medicine Baltimore, MD |

## CLINICAL APPOINTMENTS:

| | |
|---|---|
| 1977 - 1983 | Head, Division of Psychiatry Maryland General Hospital Baltimore, MD |
| 1974 - 1981 | Director, Student Mental Health University of Maryland Baltimore, MD |
| 1974 - 1980 | Psychiatric Liaison Division University Hospital Baltimore, MD |
| 1975 - 1978 | Director, Special Therapies University of Maryland School of Medicine Baltimore, MD |

Page 4

## CONSULTANTSHIPS:

| | |
|---|---|
| 2000 - Present | Medical Consultant<br>State Pension and Retirement Board of Maryland |
| 1986 - Present | Medical Consultant<br>Office of Hearings and Appeals<br>Social Security Administration |
| 1977 - Present | Workmen's Compensation Commission<br>State of Maryland |
| 1974 - Present | Social Security Administration<br>Disability Determination Services |
| 1973 - Present | Armed Forces Examination Entry Station<br>For Maryland, Washington, DC and DE |
| 1974 - 1978 | Clinical Research Consultant<br>Maryland Psychiatric Research Center<br>Catonsville, MD |
| 1974 - 1976 | Consultant<br>Baltimore Cancer Research Center<br>University Hospital<br>Baltimore, MD |

## PUBLICATIONS:

The Law Forum
"Update on Occupational Stress Disorders"
Volume 25.3 - Spring 1995

The Law Forum
"Stress in the Work Place"
Volume 17 - Winter, 1987

Psychiatric Foundations of Medicine
"Psychophysiologic Pathogenic Mechanism"
Volume 3 - October, 1978

Psychiatric Foundations of Medicine
"Psychophysiologic Disorder"
Volume 4 - October, 1978

Page 5

## LECTURES AND COURSES TAUGHT:

| | |
|---|---|
| 2003 | F&P Workers' Compensation Seminar<br>Psychiatric Claims – New Developments<br>Hunt Valley, MD |
| 2002 | Workers' Compensation in Maryland<br>Psychiatric Claims<br>Baltimore, MD |
| 2000 | Workers' Compensation in Maryland<br>Psychiatric Claims<br>Baltimore, MD |
| 1999 | Workers' Compensation in Maryland<br>Psychiatric Claims<br>Baltimore, MD |
| 1998 | Occupational Stress Disorders<br>Liberty Mutual Insurance Company<br>Baltimore Legal Office<br>Baltimore, MD |
| 1998 | MICPEL Program<br>College Park, MD |
| 1997 | Maryland Motor Truck Association<br>Baltimore, MD |
| 1996 | Intracorp<br>Towson, MD |
| 1994 | Practical Decision Making Based on Psychological Make Up<br>and Presentation<br>Maryland Insurance Rehabilitation Co-ordinators<br>Baltimore, MD |
| 1993 | Forensic Psychiatry, and Worker's Comp,<br>Personal Injury & Disability<br>University of Maryland PGY-IV Seminar Series<br>Baltimore, MD |

Page 6

<u>LECTURES AND COURSES TAUGHT</u> (continued):

| | |
|---|---|
| 1992 | Professional Facilitation of Disability<br>Joint Task Force on Injured Workers' Rehabilitation<br>Baltimore, MD |
| 1991 | Stress in the Workplace<br>Maryland Chamber of Commerce<br>Baltimore, MD |
| 1991 | Understanding Closed Head Injury<br>Intracorp<br>Towson, MD |
| 1991 | Psychiatric Compensation Claims<br>National Business Institute<br>Baltimore, MD |
| 1990 | Expert Witness in Mock Trial<br>on Sexual Harassment<br>Defense Research Institute<br>Carmel, CA |
| 1990 | Stress Claims: Enigmas and Solutions<br>American Bar Association<br>Continuing Law Education |
| 1989 | A Rational Approach to<br>Psychiatric Impairment<br>Workmen's Compensation Commission |
| 1989 | Injured Workers Conference<br>Catonsville Community College<br>Baltimore, MD |
| 1988 | Panic Disorders<br>Life Center<br>North Arundel Hospital<br>Glen Burnie, MD |

Page 7

LECTURES AND COURSES TAUGHT (continued):

| | |
|---|---|
| 1988 | DSM-III-R Diagnosis & Medical Reports<br>Intracorp<br>Towson, MD |
| 1987 | Mental Stress<br>Eastern Association of Workmen's<br>Compensation Boards & Commissions<br>Rehobeth Beach, DE |
| 1986 | Stress Disorders<br>The Workmen's Compensation and<br>Employers' Liability Law Committee<br>American Bar Association<br>New York, NY |
| 1985 | Stress Burn-Out Syndrome<br>American Bar Association Convention<br>Washington, DC |
| 1984 | Receptor Mechanism in Anxiety<br>and Depression<br>Spring Grove State Hospital<br>Continuing Medical Education<br>Baltimore, MD |
| 1983 | Mechanisms of Depression<br>Harford Memorial Hospital Medical Staff<br>Edgemere, MD |
| 1982 | Stress: Recognition & Practical Advice<br>Seminar for Marriott Corporation<br>Hilton Head, NC |
| 1982 | Depression & Anxiety<br>Prince George's County General Hospital<br>Medical Staff |

Page 8

## LECTURES AND COURSES TAUGHT (continued):

| | |
|---|---|
| 1977 - 1982 | Psychiatry Review for Neurology Residents<br>University of Maryland School of Medicine<br>Baltimore, MD |
| 1981 | Senile Dementia's & Delirium<br>North Arundel Hospital Medical Staff<br>Glen Burnie, MD |
| 1977 | Stress & Disease<br>Perry Point Veterans' Hospital<br>Medical Staff<br>Perry Point, MD |
| 1974 - 1977 | Basic Psychopharmacology<br>University of Maryland<br>School of Medicine<br>Baltimore, MD |
| 1976 | Psychophysiologic Mechanisms<br>Sinai Hospital<br>Department of Psychiatry<br>Baltimore, MD |
| 1975 | Basic Psychopharmacology<br>St. Agnes Hospital<br>Medical Staff<br>Baltimore, MD |
| 1974 | Psychophysiologic Disorders<br>Southern Maryland General Hospital<br>Medical Staff<br>La Plata, MD |

05/12/03

<u>CURRICULUM VITAE</u>

<u>DAVID BUCHHOLZ, M.D.</u>

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, Maryland  21093
(410) 583-2830
(410) 583-2835 (fax)

## <u>EDUCATION</u>

| | | |
|---|---|---|
| University of Pennsylvania<br>Philadelphia, PA | B.A. | 1973 - 1977 |
| University of Pennsylvania<br>Philadelphia, PA | M.D. | 1975 - 1979 |

## <u>POSITIONS</u>

| | |
|---|---|
| Intern in Medicine<br>Pennsylvania Hospital<br>Philadelphia, PA | 1979 - 1980 |
| Resident in Neurology<br>The Johns Hopkins Hospital | 1980 - 1982 |
| Chief Resident in Neurology<br>The Johns Hopkins Hospital | 1982 - 1983 |
| Assistant Professor of Neurology<br>The Johns Hopkins University | 1983 - 1990 |
| Director, Neurological Consultation Center<br>The Johns Hopkins Outpatient Center | 1983 - 1997 |
| Director of Ambulatory Services<br>Clinical Neurosciences (Neurology and Neurosurgery)<br>The Johns Hopkins Hospital | 1989 - 1997 |

| | |
|---|---|
| Director, General Neurology Division<br>Department of Neurology<br>The Johns Hopkins University | 1989 - 1997 |
| Associate Professor of Neurology<br>The Johns Hopkins University | 1991 - |
| Private Practice<br>Johns Hopkins at Green Spring Station | 1997 - |

## HONORS

| | |
|---|---|
| Benjamin Franklin Scholar<br>University of Pennsylvania | 1973 - 1975 |
| University Scholar<br>University of Pennsylvania | 1974 - 1979 |
| Phi Beta Kappa<br>University of Pennsylvania | 1977 |
| Summa Cum Laude<br>University of Pennsylvania | 1977 |
| Alpha Omega Alpha<br>University of Pennsylvania School of Medicine | 1979 |
| Dr. Spencer Morris Prize<br>University of Pennsylvania School of Medicine | 1979 |

## CERTIFICATIONS

| | |
|---|---|
| National Board of Medical Examiners | 1980 |
| State of Maryland License #D25089 | 1980 |
| Accredited Clinical Polysomnographer | 1983 |
| American Board of Psychiatry and Neurology (Neurology) | 1984 |
| American Board of Sleep Medicine | 1991 |

## SOCIETIES

| | |
|---|---|
| American Academy of Neurology | 1980 - |

| | |
|---|---|
| Sleep Research Society | 1982 - 1999 |
| The Johns Hopkins Medical and Surgical Association | 1983 - |
| Clinical Sleep Society | 1985 - |
| American Academy of Sleep Medicine<br>  Formerly American Sleep Disorders Association | 1987 - 2000 |
| American Association for the Study of Headache | 1991 - |
| Stroke Council | 1991 - |
| Dysphagia Research Society | 1992 - |
| International Headache Society | 1993 - |

COMMITTEES

| | |
|---|---|
| Chairman, Performance Improvement Committee<br>  (formerly Quality Assurance Committee)<br>Clinical Neurosciences (Neurology and Neurosurgery)<br>The Johns Hopkins Hospital | 1984 - 1997 |
| Medical Care Evaluation Committee<br>The Johns Hopkins Hospital | 1984 - 1989 |
| Ad Hoc Neurology Committee<br> on Criteria for Brain Death<br>The Johns Hopkins Hospital | 1986 - 1987 |
| Enteral Feeding Tube Subcommittee<br>The Johns Hopkins Hospital | 1986 - 1987 |
| Ambulatory Care Information Systems<br> Task Force<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Committee to Review Ambulatory Care Plans<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Chairman, Quality Assurance/<br>  Risk Management Integration Committee<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Agenda Committee of the Medical Care | 1987 - 1988 |

Evaluation Committee
The Johns Hopkins Hospital

Medical Board (ex officio)                                          1987 - 1988
The Johns Hopkins Hospital

Executive Committee of the Medical Board (ex officio)              1987 - 1988
The Johns Hopkins Hospital

Clinical Data and Documentation Committee                          1987 - 1988
The Johns Hopkins Hospital

Risk Management Committee                               1987 - 1988
The Johns Hopkins Hospital

Ad Hoc Subcommittee on Admission Test Ordering         1989
The Johns Hopkins Hospital

AUTRES Users Group                                                 1989 - 1991
The Johns Hopkins Hospital

Financial Advisory Committee                                       1989 - 1991
Department of Neurology

Performance Improvement Committee                                  1989 - 1997
  (formerly Physician Advisors Committee)
The Johns Hopkins Hospital

Outpatient Center Advisory Council                         1989 - 1992
The Johns Hopkins Medical Institutions

Outpatient Center Project Team                                     1989 - 1992
The Johns Hopkins Medical Institutions
Competitive Performance Committee                          1990 - 1991
Department of Neurology

Committee on Outpatient Center Functions                           1990 - 1991
The Johns Hopkins Medical Institutions

Executive Committee                                        1990 - 1994
Department of Neurology

Automated Outpatient Record Committee                             1991
The Johns Hopkins Medical Institutions

Governance Committee                                              1993 - 1994
The Johns Hopkins Outpatient Center

| | |
|---|---|
| Subcommittee on Clinical Services<br>The Johns Hopkins Outpatient Center | 1993 - 1994 |
| Quality Council<br>The Johns Hopkins Outpatient Center | 1993 - 1994 |
| Ad Hoc Committee on the Electronic Patient Record<br>The Johns Hopins Medical Institutions | 1993 - 1994 |
| Outpatient Center Advisory Council<br>The Johns Hopkins Medical Institutions | 1996 - 1997 |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| Neurologic Consultant<br>The Johns Hopkins Swallowing Center | 1982 - |
| Editorial Advisory Board<br>*Dysphagia* | 1985 - 2002 |
| Reviewer<br>*Medicine* | 1985 |
| Neurologic Consultant<br>The Johns Hopkins Facial Pain Clinic | 1985 - 1987 |
| Medical Advisory Board<br>Maryland Motor Vehicle Administration | 1986 - 1988 |
| Board of Advisors<br>Post-Polio League, Inc. | 1986 - 1988 |
| Neurologic Consultant<br>The Jacob and Hilda Blaustein Pain<br> Treatment Center<br>The Johns Hopkins Hospital | 1986 - 1990 |
| Neurologic Consultant<br>The Johns Hopkins Stereotactic Center | 1986 - 1990 |
| Optic Neuritis Study Group<br>(Optic Neuritis Treatment Trial and<br>  Longitudinal Optic Neuritis Study) | 1988- |

Reviewer                                                                    1989
*Saudi Medical Journal*

Neurologic Consultant                                                       1989 -1991
The Johns Hopkins Sleep Disorders Center

Board of Advisors                                                          1989 - 1991
*Courts, Health Science and the Law*

Reviewer                                                                    1990
*AIDS*

Reviewer                                                                    1990
*Journal of Neurologic Rehabilitation*

Course Director                                                             1990
First Annual Johns Hopkins Neurology for the Primary Practitioner

Active Medical Staff                                                       1990 - 1992
Francis Scott Key Medical Center

Neurology Section Advisor                                                  1990 - 1996
*The Principles and Practice of Medicine*

Coinvestigator                                                    1990 -
Young Stroke Incidence Study

Course Director                                                             1991
Second Annual Johns Hopkins Neurology for the Primary Practitioner

Reviewer                                                                    1991
The Johns Hopkins University Press

Course Director                                                             1992
Third Annual Johns Hopkins Neurology for the Primary Practitioner

Medical Advisory Board                                                     1992 -1998
Restless Legs Syndrome Foundation, Inc.

Coinvestigator                                                    1992 -
Stroke Prevention in Young Women

Facilitator                                                                1993 -
Assessment of Evaluation and Management of
  Swallowing Dysfunction
TTA Subcommittee, American Academy of Neurology

| | |
|---|---|
| Course Director<br>Fourth Annual Johns Hopkins Neurology for the Primary Practitioner | 1993 |
| Reviewer<br>The Neurologist | 1994 |
| Course Director<br>Fifth Annual Johns Hopkins Neurology for the Primary Practitioner | 1994 |
| Program Committee<br>Third Annual Dysphagia Research Society Meeting | 1994 |
| Course Director<br>Sixth Annual Johns Hopkins Neurology for the Primary Practitioner | 1995 |
| Program Committee<br>Fourth Annual Dysphagia Research Society Meeting | 1995 |
| Nominating Committee<br>Dysphagia Research Society | 1995 |
| Peer Reviewer<br>Clinical Practice Guidelines on Chronic Pain: Headache<br>   Agency for Health Care Policy and Research<br>   and American Academy of Neurology | 1995 - |
| International Restless Legs Syndrome Study Group | 1995 - |
| Program Committee<br>Fifth Annual Dysphagia Research Society Meeting | 1996 |
| External Examiner<br>Higher Degree Committee<br>The University of New South Wales, Sydney, Australia | 1996 |
| Course Director<br>Seventh Annual Johns Hopkins Neurology for the Primary Practitioner | 1996 |
| Councillor<br>Dysphagia Research Society | 1996 - |
| Reviewer<br>Southern Medical Journal | 1996 |
| Reviewer<br>Journal of Neurology, Neurosurgery and Psychiatry | 1997 |

| | |
|---|---|
| Expert Reviewer<br>*The Essentials of Contraceptive Technology* | 1997 |
| Technical Expert<br>Technology Assessment of Diagnosis and<br>   Treatment of Swallowing Disorders in Older Patients<br>Agency for Health Care Policy and Research | 1997 - |
| Course Director<br>Eighth Annual Johns Hopkins Neurology for the Primary Practitioner | 1997 |
| Reviewer<br>*Sleep* | 1998 |
| Program Committee<br>Seventh Annual Dysphagia Research Society Meeting | 1998 |
| Faculty Opponent<br>Dissertation of Håkon Nilsson<br>Malmö, Sweden | 1998 |
| Reviewer<br>*Women's Health in Primary Care* | 1998 |
| Course Director<br>Ninth Annual Johns Hopkins Neurology for the Primary Practitioner | 1998 |
| Course Director<br>Tenth Annual Johns Hopkins Neurology for the Primary Practitioner | 1999 |
| Course Director<br>Eleventh Annual Johns Hopkins Neurology for the Primary Practitioner | 2000 |

## PUBLICATIONS

1. Allen RP, Smith PL, Buchholz DW, Gottleib S: Sleep terrors associated with severe cardiac brady-arrhythmias in phasic REM during withdrawal from phenelzine (MAO inhibitor) and lithium: A case report. Presentation to The Association for the Psycho-physiological Study of Sleep, 1982. (abstract)

2. Hilt DC, Buchholz D, Krumholz A, Weiss H, Gale A, Wolinsky J: Post zoster ophthalmicus cerebral angiitis and delayed contralateral hemiparesis: Diagnosis and treatment. *Neurology* (NY) 32(2):198, 1982. (abstract)

3. Buchholz D: Snoring and sleep apnea. *Journal of the National Medical Association* 75(5): 456, 1983. (letter)