IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE REGARDING ATTEMPTED RESOLUTION OF DISCOVERY DISPUTE

    I, ROBERT B. HOPKINS, attorney for Gypsum Transportation Limited, hereby certify that I mailed and faxed counsel for Jeffrey M. Slaton ("Slaton") a letter dated August 19, 2003 in an effort to resolve a dispute regarding medical and vocational rehabilitation examinations of Slaton. This was followed up by a September 10, 2003 e-mail. Additionally, the undersigned took part in various telephone conversations in the last two weeks with counsel for Slaton in an effort to resolve this dispute.

                                               /s/
                                  Robert B. Hopkins (No. 06017)
                                  OBER, KALER, GRIMES & SHRIVER
                                  A Professional Corporation
                                  120 E. Baltimore Street
                                  Baltimore, Maryland 21202-1643
                                  (410) 685-1120
                                  (410) 547-0699 (facsimile)

                                  Attorneys for Gypsum Transportation Limited