IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| M/V A.V. KASTNER, etc., *et al.*, | * | Consolidated cases under<br>Civil Action No.: WMN-02-662 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of the foregoing Motion for Physical, Mental and Vocational Rehabilitation Examinations of Jeffrey M. Slaton ("Slaton") and to Shorten Time to Respond, Memorandum in support, and any response thereto, it is this ____ day of September, 2003 hereby

ORDERED that the Motion to Shorten Time is GRANTED and Slaton must respond to the above Motion by September 17, 2003.

_____
United States District Judge