**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY | * | |
| Plaintiff, | * | Consolidated |
| | | Civil Action No. WMN-02-662 |
| v. | * | |
| M/V A.V. KASTNER, etc., et al. | * | |
| Defendants. | * | |

### CONSENT MOTION TO ENLARGE TIME FOR JEFFREY M. SLATON TO RESPOND TO MOTION FOR PHYSICAL, MENTAL AND VOCATIONAL REHABILITATION EXAMINATIONS

Jeffrey Slaton, Claimant, by his undersigned attorneys, hereby moves for an enlargement of time until Friday, September 26, 2003, to file his Memorandum in Opposition to Motion for Physical, Mental and Vocational Rehabilitation Examinations, and as grounds states as follows:

1.  The shipping interests have filed a Motion for Physical, Mental and Vocational Rehabilitation Examinations for Claimant, Jeffrey M. Slaton, on September 16, 2003.

2.  In a telephone conference call on Wednesday, September 17, 2003, Judge Nickerson advised Deborah C. Waters, Esquire, one of Jeffrey M. Slaton's attorneys, that she could file his Memorandum in Response to this Motion on or before Wednesday, September 24, 2003. Judge Nickerson further advised Ms. Waters that if she had a problem complying with that deadline due to

circumstances caused by Hurricane Isabel, that the Court would be sympathetic to that situation.

3.     In fact, Hurricane Isabel caused severe damage in the Norfolk, Virginia area, including flooding and power outages, necessitating a brief extension until Friday, September 26, 2003 for filing of Claimant Jeffrey M. Slaton's Memorandum.

4.     Robert B. Hopkins, Esquire, on behalf of the Movants, has consented to this request.

WHEREFORE, it is respectfully requested that Claimant Jeffrey M. Slaton, be allowed to file his Memorandum in Response to the aforesaid Motion on or before Friday, September 26, 2003.

Respectfully submitted,

/s/ Robert M. Schwartzman
    Robert M. Schwartzman
Trial Bar No. 01092
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881

Deborah C. Waters, Esquire
C. Arthur Rutter, III, Esquire
Rutter, Walsh, Mills & Rutter, LLP
415 St. Paul's Boulevard, Ste. 700
Norfolk, Virginia 23510
Telephone 757-622-5000
Facsimile 757-623-9841
Counsel for Jeffrey M. Slaton

cc:   All Counsel of Record


      SO ORDERED THIS _____ day of _____, 2003.

      _____
      Judge, United States District Court

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this  24th  day of Septembert, 2003, a copy of Slaton's Consent Motion to Enlarge Time for Jeffrey M. Slaton to Respond to Motion for Physical, Mental and Vocational Rehabilitation Examinations was electronically filed and mailed, first class, postage prepaid to the following:

>Deborah C. Waters, Esquire
>C. Arthur Rutter, III, Esquire
>Rutter, Walsh, Mills & Rutter, LLP
>Bank of Hampton Roads Building
>415 St. Paul's Boulevard, Suite 700
>Norfolk, VA 23510
>
>A. Davis Bugg, Jr., Esquire
>Rumsey & Bugg, P.C.
>Irvington Road
>P.O. Box 720
>Irvington, VA 22480
>
>Peter G. Decker, Jr., Esquire
>Decker, Cardon, Thomas
>201 East Plume Street
>Norfolk, VA 23510
>
>John Hughes Cooper, Esquire
>John Hughes Cooper, P.C.
>1808 Middle Street
>P.O. Box 395
>Sullivan's Island, SC 29482

Cain Denny, Esquire
Cain Denny, P.A.
P.O. Box 1205
Charleston, SC 29402

Thomas B. Shuttleworth, Esquire
Lisa P. O'Donnell, Esquire
Shuttleworth, Ruloff, Giordano & Swain, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452

Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, Lewis,
Swartz & Goodove, P.C.
Town Point Center, Suite 800
150 Boush Street
P.O. Box 23514
Norfolk, VA 23514

M. Hamilton Whitman, Jr., Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202

Michael J. Carcich, Esquire
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801

J. Stephen Simms, Esquire
Greber, Simms & Showers, LLP
Twenty South Charles Street
Suite 702
Baltimore, MD 21201-3754

Patrick M. Brogan, Esquire
Davey & Brogan, P.C.
101 Granby Street, Suite 300
P.O. Box 3188
Norfolk, VA 23514-3188

David H. Sump, Esquire
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111

Paul D. Bekman, Esquire
Salsbury, Clements, Bekman, Marder
& Adkins, LLC
300 W. Pratt Street, Suite 200
Baltimore, MD 21201

James W. Bartlett, III, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201

Peter Ayers Wimbrow, III, Esquire
4100 Coastal Highway
Ocean City, MD 21842

David W. Skeen, Esquire
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD 21201-3812

Johnnie L. Cochran, Jr., Esquire
J. Farrest Taylor, Esquire
Cochran, Cherry, Givens & Smith, P.C.
163 West Main Street
P.O. Box 927

Donthan, Alabama 36302

William E. Johnson, Esquire
Johnson Law Center
P.O. Box 99
Matthews, VA 23109

W. Charles Bailey, Jr., Esquire
Simms Showers, LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201

John T. Ward, Esquire
Ward/Kershaw, P.C.
113 West Monument Street
Baltimore, MD 21201

                                                */s/* Robert M. Schwartzman
                                                Robert M. Schwartzman