**JEFFREY M. SLATON**                          **DATE OF INJURY  2/21/02**

## STATEMENT OF DAMAGES

| PROVIDER | DATE OF SERVICE |
|---|---|
| University of Maryland Physicians<br>P.O. Box 17383<br>Baltimore, MD 21297-1383<br>443-989-9978 | 2/25/02<br>Diagnostic Interp. |
| Vann-Virginia Ctr for Orthopaedics<br>230 Clearfield Avenue #124<br>Virginia Beach, VA 23462<br>321-3303 | 3/19/02, 4/2/02 |
| MRI & CT Diagnostics<br>P.O. Box 2546<br>Virginia Beach, VA 23450-2546<br>340-2864 | 3/24/02 |
| VA Eye Consultants, Inc.<br>Dr. Stephen V. Scoper<br>403 Medical Tower<br>Norfolk, VA 23507-1970<br>622-2200 | 04/3/02, 09/24/02 |
| Dr. Thomas Pasquale<br>Option III A Psychological Practice<br>215 Brooke Ave, Harbor Place #C<br>Norfolk, VA 23510<br>623-8690 | 04/04/02, 04/08/02, 04/15/02, 04/22/02, 04/29/02, 05/06/02, 05/13/02, 05/20/02, 06/04/02, 06/11/02, 06/21/02, 06/24/02, 07/11/02, 07/18/02, 07/23/02, 08/05/02, 08/13/02, 08/20/02, 08/27/02, 09/16/02, 09/23/02, 10/01/02, 10/10/02, 10/18/02, 10/25/02, 10/30/02, 11/05/02, 11/19/02, 11/27/02, 12/06/02, 12/16/02, 12/30/02, 01/13/03, 01/22/03, 01/29/03, 02/05/03, 02/12/03, 02/19/03, 02/26/03, 03/05/03, 03/12/03, 03/19/03, 03/26/03, 04/02/03, 04/16/03, 04/23/03, 04/30/03, 05/07/03, 05/21/03, 05/29/03, 06/12/03, 06/18/03, 06/25/03, 07/02/03 |

| Prescriptions | |
|---|---|
| Neil L. Pugach, M.D.<br>Neurological Associates of Hampton Roads, P.C.<br>300 Medical Parkway, Suite 212<br>Chesapeake, Virginia 23320<br>547-0508 | 07/09/02, 08/02/02, 09/05/02 12/05/02 |
| Cardiovascular Associates<br>5700 Cleveland Street, Suite 228<br>Virginia Beach, VA 23462<br>499-2825 | 7/18/02 |
| Teofile C. Mascarinas, M.D.<br>Family Doctor, Internal Medicine<br>4551 Professional Circle, Suite 101<br>Virginia Beach, VA 23455<br>490-2639 | 03/18/02, 06/20/02, 08/28/02 |
| Sports Medicine & Ortho Center<br>Anthony J. DiStasio, II, M.D<br>Beth M. Winke, M.D.<br>700 N. Battlefield Blvd., Suite C<br>Chesapeake, VA 23320<br>547-5145<br>549-7195 | 02/26/02, 03/04/02, 03/05/02, 03/07/02, 03/12/02, 03/15/02, 03/21/02, 03/28/02, 04/11/02, 04/16/02, 04/23/02, 04/25/02, 05/10/02, 05/22/02, 05/30/02, 06/06/02, 06/11/02, 06/12/02, 06/14/02, 06/18/02, 06/20/02, 06/21/02, 06/25/02, 06/26/02, 06/28/02, 07/02/02, 07/08/02, 07/11/02, 07/12/02, 07/15/02, 07/17/02, 07/19/02, 07/22/02, 07/24/02, 07/26/02, 07/29/02, 08/02/02, 08/06/02, 08/12/02, 08/13/02, 08/15/02, 08/19/02, 08/21/02, 08/23/02, 09/09/02, 09/10/02, 09/12/02, 09/17/02, 10/03/02, 10/04/02, 10/10/02, 11/06/02, 11/07/02, 11/08/02, 12/04/02, 12/05/02, 12/06/02, 01/16/03, 05/29/03, 07/24/03<br><br>also some priors (not related) |
| Medical Center Radiologists<br>P. O. Box 79795<br>Baltimore, Maryland 21279-0795 | 08/30/02 |

| | |
|---|---|
| 461-3216 | |
| Sentara Bayside Hospital<br>800 Independence Boulevard<br>Virginia Beach, Virginia 23455<br>455-7055 | **requested; will forward upon receipt** |
| Chesapeake General Hospital<br>736 Battlefield Boulevard<br>Chesapeake, Virginia 23320<br>312-6114 | 05/22/00, 07/18/00, 08/06/00 |
| The Therapy Network<br>5163 Cleveland Street<br>Virginia Beach, VA 23462<br>499-6022 | 1/15/03, 1/16/03 |