UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

**NORFOLK DREDGING COMPANY**, *et al*,

Plaintiff,

vs.                                    Civil Action No. WMN-02-CV-00662

**M/V A.V. KASTNER**, her engines, boilers, tackle, etc., *in rem, et al.*,

**Defendants.**

### REQUEST FOR HEARING

The Claimant, Jeffrey M. Slaton, by and through his counsel, hereby requests that a hearing be scheduled on the Motion for Physical, Mental and Vocational Rehabilitation Examinations of Jeffrey M. Slaton and his opposition thereto.

JEFFREY M. SLATON


By s/ Robert M. Schwartzman
Of Counsel

C. Arthur Rutter, III, Esquire, VSB #36827
Deborah C. Waters, Esquire, VSB #28913
Rutter Mills L.L.P.
160 West Brambleton Avenue
Norfolk, Virginia  23510
(757) 622-5000
(757) 623-9189 (fax)

Robert M. Schwartzman, Esquire
Federal Trial Bar # 01092
Lord & Whip, P.A.
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881
(410) 685-6726 (fax)

## CERTIFICATE OF MAILING

On this 25th day of September, 2003, I hereby certify that the foregoing Request for Hearing was electronically filed and delivered via postage prepaid U.S. first class mail to:

M. Hamilton Whitman, Jr., Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202

John A. V. Nicoletti, Esquire
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801

Attorneys for Gypsum Transportation, Limited

J. Stephen Simms, Esquire
Simms Showers, LLP
Twenty South Charles Street, Suite 702
Baltimore, MD 21201-3754

Patrick M. Brogan, Esquire
Davey & Brogan, P.C.
101 Granby Street, Suit 300
P.O. Box 3188
Norfolk, VA 23514-3188

John T. Ward
Ward Kershaw
113 W. Monument Street
Baltimore, MD 21201

Attorneys for Buchanan Marine L.P. and
A.P. Franz Trustee of the Buchanan Trust

David H. Sump, Esquire
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111

David W. Skeen, Esquire
Wright, Constable and Skeen, LLP
100 N. Charles, 16th Floor
Baltimore, MD 21201-3812

Attorneys for Norfolk Dredging Company

A. Davis Bugg, Jr., Esquire
Rumsey & Bugg, P.C.
Irvington Road, P.O. Box 720
Irvington, Virginia 22480

Attorney for Estate of Ronald Bonniville

John Hughes Cooper, Esquire
John Hughes Cooper, P.C.
1808 Middle Street
P.O. Box 395
Sullivan's Island, SC 29482

Cain Denny, Esquire
Cain Denny, P.A.
P.O. Box 1205
Charleston, SC 29402

Attorneys for Estate of Clarence McConnell

Thomas B. Shuttleworth, Esquire
Shuttleworth, Ruloff, Giordano & Swain, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452

Attorney for Estate of Justin Bryant

James W. Bartlett, III, Esquire
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, MD 21202

Attorney for Timothy M. Cober

Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, Swartz & Goodove, P.C.
Town Point Center, Suite 800
150 Boush Street
P.O. Box 3332
Norfolk, VA 23514

Paul D. Bekman, Esquire
Israelson, Salsbury, Clements & Bekman, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Attorneys for Troy Link
and Dennis Wallace

Robert M. Schwartzman, Esquire
Federal Trial Bar # 01092
Lord & Whip, P.A.
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201

Case 1:02-cv-00662-WMN    Document 187    Filed 09/26/2003    Page 5 of 5