# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

September 26, 2003

**BY CM/ECF**

Hon. William M. Nickerson
United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re:   **Norfolk Dredging Co. v. M/V A.V. KASTNER, et al.**
> **Civil Action No. WMN 02 CV 662**

Dear Judge Nickerson:

We write on all parties' behalf to request the Court's approval, to move the rebuttal expert disclosure deadline to October 17th from October 10th.

This will not affect the trial date.

The parties respectfully request that the Court grant this request.

Respectfully Submitted,

J. Stephen Simms

cc:   All Counsel

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA