

| | |
|---|---|
| **Ober, Kaler, Grimes & Shriver**<br>Attorneys at Law | **Robert B. Hopkins**<br>rbhopkins@ober.com<br>410-347-7383 |
| 120 East Baltimore Street<br>Baltimore, MD 21202-1643<br>410-685-1120/ Fax 410-547-0699<br>www.ober.com | **Offices In**<br>Maryland<br>Washington, D.C.<br>Virginia |

September 30, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
3rd Floor, Room 330
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
              Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

      On Friday, September 26, a Memorandum in Opposition to the Motion for Physical, Mental and Vocational Rehabilitation Examinations was filed.  Although a Reply is not due until Monday, October 6, 2003, because of the expedited nature of this matter, Movants will file a Reply by the close of business tomorrow, Wednesday, October 1, 2003.

                              Respectfully submitted,

                                /S/_____
RBH:smc                                  Robert B. Hopkins
Enclosure
cc:    Counsel of Record

1903 OBER|KALER 2003
Forward thinking.
For the century ahead.