Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**JEFFREY M. SLATON,**

        **Plaintiff,**

**v.**                                              **Civil Action No. 2:02cv329**

**GYPSUM TRANSPORTATION, LTD.,**

**BELTSHIP MANAGEMENT, LTD.,**

**BUCHANAN MARINE, L.P.,**

**THE BUCHANAN TRUST, BY AND THROUGH**
**A. P. FRANZ, TRUSTEE,**

        **Defendants.**

### STIPULATION OF DISMISSAL

The Plaintiff, Jeffrey M. Slaton, by counsel, asks this Court to Dismiss without prejudice the above-styled case; and

It appearing to the Court that the Plaintiff is entitled to a dismissal in this matter, pursuant to Rule 41(a)(1)(ii); and

It appearing to the Court that the Defendants agree to the Plaintiff's request; it is

ADJUDGED, ORDERED and DECREED that the above-styled case be, and it hereby is, dismissed from the docket of this Court without prejudice.

ENTER: _Aug 15, 2002_

_Henry Coke Morgan_
United States District Court Judge

I ASK FOR THIS:


Deborah C. Waters, Esquire
Rutter, Walsh, Mills & Rutter, L.L.P.
415 St. Paul's Boulevard, Suite 700
Norfolk, Virginia  23510
(757) 622-5000
(757) 623-9189 facsimile
VSB #28913


SEEN AND AGREED:


Carter T. Gunn, Esquire
Vandeventer Black LLP
500 World Trade Center
Norfolk, Virginia 23510-1699
(757) 446-8600
(757) 446-8670 facsimile
VSB #15756


Patrick M. Brogan, Esquire
Davey & Brogan, P.C.
101 Granby Street, Suite 300
P. O. Box 3188
Norfolk, Virginia 23514-3188
(757) 622-0100
(757) 622-4924 facsimile