IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al*., | * | Civil Action No.: WMN-02-662 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

APPENDIX TO
REPLY TO JEFFREY M. SLATON'S
MEMORANDUM IN OPPOSITION TO THE MOTION FOR
PHYSICAL, MENTAL AND REHABILITATION EXAMINATIONS

| | |
|---|---|
| M. Hamilton Whitman, Jr. (No. 00373) | John A. V. Nicoletti |
| Robert B. Hopkins (No. 06017) | Michael J. Carcich |
| Charles A. Diorio (No. 26369) | NICOLETTI, HORNIG, CAMPISE & SWEENEY |
| OBER, KALER, GRIMES & SHRIVER | Wall Street Plaza |
| A Professional Corporation | 88 Pine Street |
| 120 E. Baltimore Street | New York, New York 10005-1801 |
| Baltimore, Maryland 21202-1643 | (212) 220-3830 |
| (410) 685-1120 | (212) 220-3780 (facsimile) |
| (410) 547-0699 (facsimile) | |
| Attorneys for Gypsum Transportation Limited | Attorneys for Gypsum Transportation Limited |
| | |
| James W. Bartlett, III (No. 00017) | J. Stephen Simms (No. 4269) |
| Alexander M. Giles (No. 25474) | Simms Showers LLP |
| Semmes, Bowen & Semmes, P.C. | 20 S. Charles Street, Suite 702 |
| 250 W. Pratt Street, 16th Floor | Baltimore, MD 21201 |
| Baltimore, MD 21201-2423 | (410) 783-5795 |
| (410) 539-5040 | |
| | Attorneys for Buchanan Marine, L.P. and |
| Attorneys for Captain Timothy M. Cober | The Buchanan Trust |