

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120/ Fax 410-547-0699
www.ober.com

**Robert B. Hopkins**
rbhopkins@ober.com
410-347-7383

**Offices In**
Maryland
Washington, D.C.
Virginia

October 2, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
3rd Floor, Room 330
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:     Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
         Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

This letter is being written on behalf of Gypsum Transportation Ltd., the Buchanan Trust, Buchanan Marine, L.P., Norfolk Dredging Company and Timothy M. Cober (the "Defense Interests"), and on behalf of Claimants Troy A. Link ("Link") and Dennis Wallace ("Wallace"). This letter is written to specifically request that the Court approve an agreement worked out by counsel for these parties pertaining to certain expert deadlines that relate to the claims being asserted by Link and Wallace against the Defense Interests. This requested change will have no impact on the February 1, 2004 trial date and will not require that the December 15, 2003 deadline date for completion of expert depositions be changed.

Pursuant to the Court's Scheduling Order, even though apparently the Court's Local Rules do not require that the treating physicians render expert witness reports, in an abundance of caution, Claimants Link and Wallace forwarded reports from treating physicians about the emotional and orthopedic injuries for which Link and Wallace were being treated. Link and Wallace have now been examined by an orthopedist and psychiatrist chosen by the Defense Interests, said examinations occurring in Baltimore. The Defense Interests have agreed to provide counsel for Link and Wallace reports from these examinations as soon as they are available. Claimants Link and Wallace have forwarded expert reports from an economist pursuant to the Court's Scheduling Order. Claimants Link and Wallace have not to date been examined by any rehabilitation person.

RBH 729762.1 10/2/2003 3:58 PM

The Honorable William M. Nickerson
October 2, 2003
Page 2


Counsel for the Defense Interests, Link and Wallace have agreed as follows:

1.     Link and Wallace will be examined in the next few weeks by vocational rehabilitation expert Barbara Byers in Norfolk, Virginia.

2.     The Defense Interests will pay the travel, hotel and meal costs for Link and Wallace associated with the examinations.

3.     The Defense Interests, as to the Link and Wallace claims, have until November 1, 2003 to designate Ms. Byers and Professor Maccini, an economist, as experts and to provide their reports.

4.     Thirty days from the receipt of Ms. Byers' report, Link and Wallace will designate their own vocational rehabilitation expert, if they choose, and provide reports from such expert.

Accordingly, counsel for the Defense Interests, Link and Wallace respectfully request that the Court approve the above agreement.

Thank you for your consideration.

Respectfully submitted,


/S/_____

RBH:smc                                  Robert B. Hopkins
Enclosure
cc:     Counsel of Record

1903
OBER|KALER
2003
Forward thinking.
For the century ahead.