

| | |
|---|---|
| **Ober, Kaler, Grimes & Shriver**<br>Attorneys at Law | **Robert B. Hopkins**<br>rbhopkins@ober.com<br>410-347-7383 |
| 120 East Baltimore Street<br>Baltimore, MD 21202-1643<br>410-685-1120/ Fax 410-547-0699<br>www.ober.com | **Offices In**<br>Maryland<br>Washington, D.C.<br>Virginia |

October 17, 2003

**VIA ELECTRONIC FILING**
The Honorable William M. Nickerson
United States District Court for
 the District of Maryland
3rd Floor, Room 330
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:    Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
              Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

     This letter is being written on behalf of Gypsum Transportation Ltd., the Buchanan Trust, Buchanan Marine, L.P., Norfolk Dredging Company and Timothy M. Cober (the "Defense Interests"), and on behalf of Claimant Jeffrey Slaton ("Slaton"). This letter is written to specifically request that the Court approve an agreement worked out by counsel for these parties pertaining to certain expert deadlines that relate to the claims being asserted by Slaton against the Defense Interests. This requested change will have no impact on the February 1, 2004 trial date and will not require that the December 15, 2003 deadline date for completion of expert depositions be changed.

     Counsel for the Defense Interests and Slaton have agreed that the Defense Interests (as to Slaton) have until November 12, 2003 to designate Dr. Claudia Thomas, Dr. David Buchholz, Dr. Daniel Freedenburg, Vocational Expert Barbara Byers and Economist Dr. Louis Maccini, as rebuttal experts and provide their reports.

     Accordingly, counsel for the Defense Interests and Slaton respectfully request that the Court approve the above agreement.

     Thank you for your consideration.

The Honorable William M. Nickerson
October 17, 2003
Page 2

                                        Respectfully submitted,

                                        _____/s/_____

RBH:smc                               Robert B. Hopkins
cc:    Counsel of Record



RBH 730630.1 10/17/2003 2:36 PM