

OBER|KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

November 13, 2003

<u>VIA ELECTRONIC FILING</u>

The Honorable William M. Nickerson
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
3rd Floor, Room 330
Baltimore, Maryland  21201

> Re:    Elk River Collision Proceedings
>        Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
>        <u>Cases Consolidated Under Civil Action No. WMN-02-662</u>

Dear Judge Nickerson:

In accordance with your Honor's request in our telephone conference on October 14, 2003, counsel for all parties have conferred in an effort to provide an agreed submission in connection with the overall approach to pretrial and trial procedures for this case. Not unexpectedly, there is substantial disagreement on significant points.

In an effort to provide a framework for discussions at the time of the hearing scheduled for this Friday, November 14, on behalf of the KASTNER interests we have prepared the enclosed Submission on Case Procedures, in which we have attempted to present areas of agreement and, at least in summary form, areas of disagreement.

We trust that this will prove useful and look forward to discussions on Friday at the time of the hearing on recoverability of non-pecuniary damages.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr/pkp
Enclosure



The Honorable William M. Nickerson
United States District Court
 for the District of Maryland
November 13, 2003
Page 2


cc:   <u>VIA FACSIMILE</u>
     David W. Skeen, Esquire
     Michael J. Carcich, Esquire
     C. Arthur Rutter, III, Esquire and Deborah C. Waters, Esquire
     David H. Sump, Esquire and David N. Payne, Esquire
     J. Stephen Simms, Esquire
     Paul D. Bekman, Esquire
     Robert Schwartzman, Esquire
     A. Davis Bugg, Jr., Esquire
     Peter G. Decker, Jr., Esquire
     Patrick M. Brogan, Esquire
     Ralph Rabinowitz, Esquire
     Thomas B. Shuttleworth, Esquire and Lisa P. O'Donnell, Esquire
     John Hughes Cooper, Esquire and Cain Denny, Esquire
     Peter A. Wimbrow, III, Esquire,
     James W. Bartlett, III, Esquire
     John T. Ward, Esquire
     Johnnie L. Cochran, Jr., Esquire and J. Farrest Taylor, Esquire