# W&S

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

November 13, 2003

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone    410-825-0750
  Fax      410-825-0715

www.wcslaw.com

WRITER'S DIRECT DIAL/E-MAIL
(410)659-1336/dskeen@wcslaw.com

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland   21202

  Re: Norfolk Dredging Company v.
    M/V A.V. KASTNER, etc., et al.
    Consolidated Cases Under
    <u>Civil Action No. WMN-02-662</u>

Dear Judge Nickerson:

  We are filing on behalf of Norfolk Dredging Company and Buchanan Towing Company Proposed Order of Proceedings in this matter for your consideration at tomorrow's hearing.

            Very truly yours,

              /s/

            David W. Skeen

cc: All Counsel via facsimile

DWS.NORFOLK.KASTNER.NICK.LTR.lan

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

137213 v. (10065.00001)