# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

November 13, 2003

**BY CM/ECF**

Hon. William M. Nickerson
United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re: **Norfolk Dredging Co. v. M/V A.V. KASTNER, et al.
            Civil Action No. WMN 02 CV 662**

Dear Judge Nickerson:

    On behalf of Buchanan, following up Mr. Skeen's letter of this afternoon and proposed proceedings order, Buchanan wants to make clear that while it does agree with Norfolk Dredge's proposed order of proceedings, it does not agree with or sponsor all of the rationale that Norfolk Dredge gives for that order.

    In particular, Buchanan does not agree that "Norfolk was not operating and navigating any of the vessels directly responsible for the collision," or that Norfolk was not primarily responsible for the safe navigation of its vessels.

                                                          Respectfully Submitted,

                                                          J. Stephen Simms

cc:    All Counsel (by CM/ECF)