IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Elk River Collision Proceedings | * | |
| | | Civil Action No. WMN 02-662 |
| Norfolk Dredging Company, et al. | * | (Consolidated Cases) |
| Plaintiffs, | * | |
| v. | * | |
| M/V A.V. KASTNER, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**BUCHANAN**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**ON THE QUESTION OF TUGS' "DOMINANT MIND"**
**AND NUMBER OF TOWS**

Buchanan Marine hereby moves pursuant to Fed. R. Civ. P. 56 for partial summary judgment, on the question of the "dominant mind" of the tugs BUCHANAN 14 and SWIFT, and to establish that there were two tows at the time of the accident. Buchanan's accompanying, supporting memorandum confirms that there is no genuine dispute of material facts and that Buchanan is entitled to summary judgment as a matter of law.

WHEREFORE, Buchanan respectfully requests this Court to grant its motion.

Dated: November 14, 2003.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#23580)
Simms Showers LLP
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

| | |
|---|---|
| John T. Ward (# 1507) | Patrick M. Brogan |
| WARD KERSHAW, P.A. | Mark E. Newcomb |
| 113 West Monument Street | Davey & Brogan P.C. |
| Baltimore, Maryland 21201 | 101 Granby Street, Suite 300 |
| Telephone: (410) 685-6700 | Norfolk, Virginia 23514-3188 |
| Facsimile: (410) 685-6704 | Telephone: (757) 622-0100 |
| | Facsimile: (757) 622-4924 |

Buchanan Counsel