UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

November 21, 2003

All Counsel

    Re:    Norfolk Dredging v. M/V A.V. Kastner, et al.
              Civil Case No. WMN-02-662

This will confirm that the pretrial conference in this matter has been moved to Tuesday, January 20, 2004 at 9:30 a.m., with exhibit lists due at that time.

The pretrial order is due in chambers by January 16, 2004.

                        Very truly yours,

                        /s/

                        William M. Nickerson
                        Senior United States District Judge

WMN:ce

cc:    Court File