IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING COMPANY            *
           **Plaintiff(s)**            *
                                  Case No.: WMN-02-662
           **vs.**            *

M/V A.V. KASTNER, etc., et al.      *
           **Defendant(s)**
                            ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert B. Hopkins, am a member in good standing of the bar of this Court. My bar number is 06017. I am moving the admission of Terry L. Stoltz to appear *pro hac vice* in this case as counsel for Gypsum Transport Limited & Beltship Management Limited.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | January 26, 1976 |
| U.S. District Court for the E.D.N.Y and S.D.N.Y | March 2, 1976 |
| U.S. Court of Appeals for the Second Circuit | October 14, 1980 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                                  Page 1 of 3

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or M. Hamilton Whitman (Trial Bar 00373), is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Robert B. Hopkins (Trial Bar 06017) | Terry L. Stoltz |
| Printed Name | Printed Name |
| Ober, Kaler, Grimes & Shriver | Nicoletti Hornig Campise Sweeney et al. |
| Firm | Firm |
| 120 E. Baltimore St., Balt. Md 21202 | 88 Pine Street, N.Y. N.Y. 10005 |
| Address | Address |
| 410-685-1120 | 212-220-3830 |
| Telephone Number | Telephone Number |
| 410-547-0699 | 212-220-3780 |
| Fax Number | Fax Number |

*********************************************************************

## ORDER

☐ GRANTED     ☐ DENIED

_____     _____
Date                                Clerk, United States District Court





For The
*District
of Maryland*

**Electronic Case Files
Attorney/Participant Registration
Form**

This form is to be used to register for a *Pro Hac Vice* account on the Court's Electronic Case Files (ECF) System. Registered attorneys will be able to electronically file documents. The following information is required for registration:

First Name  Terry                              Middle Name  L.

Last Name  Stoltz                              Generation  _____

Last four digits of Social Security Number (for Security Verification)  7650

Firm Name  Nicoletti Hornig Campise Sweeney & Paige

Firm Address  Wall Street Plaza, 88 Pine Street, Seventh Floor, New York, New York 10005

Voice Phone Number  212-220-3830

Fax Number  212-220-3780

Internet E-Mail Address  TStoltz@NHCSLaw.Com

1. This system is for use only in cases before the *U.S. District Court for the District of Maryland*. It may be used to file electronic documents.

2. An attorney's/participant's password issued by the court combined with the user's login serves as and constitutes the attorney's/participant's signature.

3. An attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect that the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the Electronic Case Filing System and issue a new password.

4. Registration as a user constitutes:
   a) Consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and
   b) Consent to electronic service and waiver of service by any other means, except for original process.

5. Attorneys must be members in good standing of the bar of this court, or permitted by statute or Local Rule to appear without being a member of the bar, to file papers electronically.

**Please include this completed form with your Motion for Admission *Pro Hac Vice*.**