IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING CO.            :
                                :
v.                              :   Civil Action WMN-02-662
                                :
M/V A.V. KASTNER, <u>et. al.</u>   :
                                :

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 1st day of December, 2003, by the United States District Court for the District of Maryland, ORDERED:

1.  That Norfolk Dredging Company's Motion to Approve and Confirm Discontinuance of Maintenance and Cure, Paper No. 150, is DENIED;

2.  That Claimants Motion for Leave to File a Surreply, Paper No. 173, is DENIED; and

3.  That the Clerk of Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

                                        _____/s/_____
                                        William M. Nickerson
                                        Senior United States District Judge

Dated: December 1, 2003