IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NORFOLK DREDGING COMPANY,         )
      Plaintiff,                  )
                                    )
  v.                            ) Consolidated No.
                                    ) WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,   )
                                    )
      Defendants.                 )

EXHIBIT 1

DEPOSITION UPON ORAL EXAMINATION OF

DAVID RICHARD McLAMB

TAKEN ON

BEHALF OF THE DEFENDANTS

NORFOLK, VIRGINIA

OCTOBER 9, 2002

**ORIGINAL**

ZAHN, HALL & ZAHN
(757) 627-6554

1  as I think -- the way we make it up, it's up to the
2  tugboat that's going to pull the tow to look at the tow
3  and see if it's -- if he agrees to it, or needs to make
4  any changes, or he wants to make any changes.  If he
5  doesn't, then he puts his cable on it, and it's his tow
6  from there on.
7           I make the tow up for the company, for my
8  job, the way we always make it up, and the safe -- our
9  safest way we knew how to pull the tow and the easiest
10 way to pull it.
11     Q.   Once the -- once you have made the tow up,
12 before the tug gets involved, is there anyone above you
13 from Norfolk who comes on and says we'll inspect the
14 tow?
15     A.   If Mr. Knowles or the Yard Superintendent
16 is around, and I think, you know, I want him to look at
17 it, I will go get them.  In my experience, they don't
18 come out and check it behind us, no.
19     Q.   For this tow, did Mr. Knowles or anyone
20 above you inspect the tow once you had made it up?
21     A.   No, sir.
22     Q.   And I'm going to ask you to describe how
23 you made up -- I believe there were two tows initially
24 made up?
25     A.   Two tows, yes.




```
 1        Q.    And what did you talk about?
 2        A.    I talked about the -- about what happened
 3   in the locks, and did he have his engines -- or what the
 4   problem was -- straightened out, could he continue on.
 5   He said that he had it straightened out.
 6        Q.    Okay.
 7        A.    He didn't tell me exactly what it was.
 8        Q.    Did you call anyone at Norfolk, at the
 9   Norfolk office, about this problem?
10        A.    Yes, sir.
11        Q.    Who did you call?
12        A.    I called Paul Knowles.
13        Q.    And what did you tell Paul Knowles?
14        A.    I told him that the man lost his engine in
15   the locks, the BUCHANAN 14, and that he -- we got -- we
16   pulled him out, got him hooked back up, he said his boat
17   was all right, that he could continue on with no
18   problem.
19        Q.    Did Paul Knowles express any concern?
20        A.    Yes.  He said, you know, to go back to
21   him, ask him was he going to be all right; if not, give
22   him a call back, and we'd make different arrangements.
23              And I did go back and talk with Mike,
24   Captain Mike, on the BUCHANAN 14, and he assured --
25   that's when he told me he had made several tows up the
```

1  bay.  He had pushed a lot of tows, but he hadn't made
2  but several -- just a couple tows.  And I asked him, you
3  know, was he going to be able to make the trip, and he
4  said that he wouldn't have no problem once he got out of
5  all the bridges, that he just gets a little nervous
6  under the bridges, more or less, towing the bridges,
7  because he hadn't did a lot.  He didn't have experience
8  in it.
9             But as far as going up and down the bay,
10 he had a lot of experience, but it's just a little
11 different towing.  He assured me he would be all right
12 to make the trip.
13            I told him I would -- let him know that I
14 called up my boss, and he wanted to know -- and so we
15 could make different arrangements -- if he wasn't going
16 to be able to make the tow.  And I called -- he assured
17 me he was okay, and there would be no problem, so I went
18 back.
19            I left his tow, went back to towing.  I
20 called my boss back and told him what Mike had told me.
21      Q.    And what did Paul Knowles then say?
22      A.    Paul said -- Paul said how did I feel
23 about it?  And I told him, you know, the man did -- he
24 was doing good there, we'd see how he did in the Craney
25 Island through the bridge, and I'd give him a call back.

```
 1        Q.    When you met with Captain Mike, this is
 2   Captain Welch?
 3        A.    Sir?
 4        Q.    You met with Captain Mike, you described,
 5   as the captain --
 6        A.    Yes.
 7        Q.    Do you know his last name?
 8        A.    No, I don't recall his last name.
 9        Q.    Do you remember what he looked like?
10        A.    Yes, sir.  He was short, heavyset.  That's
11   about all -- short, heavyset.
12        Q.    Do you remember if he had a goatee or a
13   beard?
14        A.    I can't remember.  I don't think so.
15        Q.    He indicated that he was a little nervous
16   going through the locks?
17        A.    Through the bridges, yes.
18        Q.    Through the bridges?
19        A.    Yes.
20        Q.    And he indicated that he hadn't had that
21   much experience going through the bridges?
22        A.    Yes, sir.
23        Q.    And you relayed these concerns to
24   Mr. Knowles?
25        A.    Yes, sir.
```



```
 1        Q.      Did he indicate -- he indicated that he
 2   had pushed tows--
 3        A.      He pushed tows, yes.
 4        Q.      -- through the C & D Canal or just through
 5   the bay?
 6        A.      Through the -- both up the bay and the
 7   C & D.
 8        Q.      Did he tell you how many times --
 9        A.      No, sir, I didn't ask him.
10        Q.      Did he indicate whether he ever pulled
11   astern tows through the upper reaches of the bay?
12        A.      Yes, sir.
13        Q.      What did he say about that?
14        A.      He said he made several -- towed barges
15   several times, a couple times, but not -- that's about
16   all.
17        Q.      It was just a couple times?
18        A.      A couple trips.
19        Q.      And did you relay that to Mr. Knowles?
20        A.      Well, I don't think so.  I don't think I
21   told him -- I just told him he had the trouble there in
22   the locks.
23        Q.      And this was your second conversation with
24   Captain Mike; the first conversation was when the tow
25   started out in Norfolk?
```

