1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NORFOLK DREDGING COMPANY,            )
        Plaintiff,                   )
                                     )
    v.                               ) Consolidated No.
                                     ) WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,      )
                                     )
        Defendants.                  )


EXHIBIT 2

DEPOSITION UPON ORAL EXAMINATION OF

DENNIS WALLACE

TAKEN ON

BEHALF OF THE PLAINTIFF

NORFOLK, VIRGINIA

JANUARY 16, 2003

ZAHN, HALL & ZAHN, LTD.
**(757) 627-6554**

```
 1        Q.    Do you remember seeing the -- at the
 2  time you went off watch, you knew -- did you know that
 3  a vessel was approaching?
 4        A.    Yes, sir, I knew the ship was coming.
 5        Q.    Could you see the vessel on the radar?
 6        A.    No, sir.  I mean, if he's making 13, 14
 7  miles an hour, he's 14, 15 miles away.
 8        Q.    I wanted to talk to you about what you
 9  recall as to conversations between the BUCHANAN 14 and
10  the KASTNER.
11        A.    I don't recall all that much about the
12  conversations except, you know, normal conversation
13  that we're such and such a buoy and northbound.  We'll
14  -- we get a little closer, we might pass it in a few
15  minutes.
16        Q.    So you just recall one conversation?
17        A.    That's all I recall, yes.  I'm not
18  saying that there wasn't more, but--
19        Q.    And I believe earlier you testified that
20  the KASTNER attempted to contact the BUCHANAN 14?
21        A.    Yes, I think it did.
22        Q.    And a period of time went by and there
23  was not a response?
24        A.    Yes, just -- and I answered and got the
25  BUCHANAN on the radio to talk to him.
```

```
 1        Q.    So you had to remind the BUCHANAN to
 2   communicate with the KASTNER?
 3        A.    I didn't really have to remind him.  I
 4   think he just -- he just didn't hear the call when the
 5   man called him, you know.  He could have been talking
 6   or whatever; he just didn't catch the radio
 7   transmission.
 8        Q.    And after you did that, that's when this
 9   conversation occurred that you overheard?
10        A.    Yes.
11        Q.    Do you remember about what time that
12   was?
13        A.    No, sir. I don't. I don't.  It was
14   between three and -- it was after three.  I don't know
15   what time.
16        Q.    Do you remember how long after three?
17        A.    No.  I don't know.  I don't--
18        Q.    Typically, on prior occasions, when
19   you're part of a large tow like this, and you're in a
20   narrow channel, and a vessel is approaching, do you
21   just typically get out of the channel?
22        A.    Yes, sir, that's what I do.  If there's
23   room.  If there's enough water for us to float and
24   maneuver safely, I get out of the channel.
25        Q.    Even in clear weather?
```

1   Q.   But you were content to follow what he
2 was doing despite that?
3   A.   Well, we'd been running up and down the
4 Chesapeake Bay out there, you know, we done made a few
5 trips, we just got back from -- we worked in Maryland
6 and up there.  There was -- yes, I had faith in him
7 navigating us up the channel, I mean up the bay.
8   Q.   And from your radar, you could tell he
9 was doing fine?
10   A.   Yes, yes, he was doing okay.  He was
11 running a straight line according to the compass.
12 It's just he didn't know a lot about -- see, those
13 things -- this stuff don't react.  When you turn this
14 boat here, it takes a long time for this way back here
15 to fall into place and fall in behind you.  And I
16 think that was the main thing that the man didn't know
17 much about was what the -- where all this stuff was
18 going to be.  I mean, you could have the boat over
19 here and the stern of this could be over here, and you
20 still wouldn't be going across the channel, you know,
21 you just--
22   Q.   When Captain -- when Captain Bo came on
23 and relieved you, did you tell him where you were in
24 the Elk River, the position?
25   A.   I told him I didn't know exactly where




```
 1   we were.  I didn't; I didn't know where we were.
 2        Q.   Was it -- was it light by that time?
 3        A.   No, it was still dark.
 4        Q.   And when you came off, you hadn't heard
 5   anything about fog?
 6        A.   No, not a word.
 7        Q.   So when you or -- Captain Bo's relieving
 8   you, you're in the middle of the channel; were you
 9   doing about 5 knots?
10        A.   Yes.
11        Q.   In your experience, how long would it
12   have taken at 5 knots for the flotilla to get to the
13   far right-hand side of a channel?
14        A.   Not very long.
15        Q.   Okay.
16        A.   If he would have pulled over, for all of
17   this to fall in behind him, the whole ordeal, like if
18   he said, All right, I'm going to pull over to the red
19   side, the whole ordeal shouldn't have took over ten
20   minutes for him to move over and everything to fall in
21   behind him.  I mean, this stuff follows you like a car
22   trailer, you know.
23        Q.   So when you -- when Captain Bo relieved
24   you, in your mind, there was plenty of time to get
25   over to the right?
```