IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NORFOLK DREDGING COMPANY,  )
    Plaintiff,  )
      )
  v.  ) Consolidated No.
    ) WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,  )
    )
    Defendants.  )

EXHIBIT 3

DEPOSITION UPON ORAL EXAMINATION OF

ERIC McMAHAN

TAKEN ON

BEHALF OF THE PLAINTIFF

NORFOLK, VIRGINIA

OCTOBER 2, 2002

ZAHN, HALL & ZAHN, LTD.
(757) 627-6554

```
 1       the Chesapeake & Delaware Canal?
 2            A.      Yes, sir.
 3            Q.      Okay.  Do you recall when you made that
 4       call?
 5            A.      Worton Point.
 6            Q.      So--
 7            A.      Four o'clock in the morning.
 8            Q.      Once you were together and proceeding, you
 9       made the call?
10            A.      Yes, sir.
11            Q.      And what did you tell the Army?
12            A.      I gave the WB33 all the -- you give them
13       the captain's name, the name of the boat, and your tow,
14       and how you're towing it.
15            Q.      What did you tell them in that
16       conversation?
17            A.      Well, I first called the tug SWIFT and got
18       the dimensions of the barges and the names of the
19       barges.  And then I made the call to WB33, let him know
20       I was roughly two hours away from Town Point.
21            Q.      Did they give you any input back in that
22       conversation?
23            A.      Who?
24            Q.      WB33.
25            A.      No, sir.  He gave -- he told me that there
```

```
 1  would be a -- there would be a ship coming through the
 2  canal opposite me.  I can't remember if it's east or
 3  west; I'm trying to think.  I believe it's west.  There
 4  was a westbound ship or something.
 5      Q.  In that radio conversation with WB33, was
 6  there any discussion about how or if the tow would be
 7  divided up to go through the canal?
 8      A.  I don't remember.
 9      Q.  Okay.  Did you anticipate that the tow
10  would be broken up to go through the canal?
11      A.  No, sir.
12      Q.  You believed you were going to go through
13  the canal as one?
14      A.  Yes, sir, I believe so.
15      Q.  Okay.
16      A.  I mean, that's the way I call to WB33 is I
17  called all the equipment as I was -- how I was towing
18  it.
19      Q.  All right.  Did you tell WB33 that the tug
20  SWIFT was latched to the dredge?
21      A.  Yes.
22      Q.  Okay.  Did you have any other radio
23  communications with any parties from the time you left
24  Worton Point until the time you left watch at 6:25?
25      A.  Did I have any more radio communication?
```



| | | |
|---|---|---|
| 1 | | communication you had of any kind after that |
| 2 | | communication with the KASTNER? |
| 3 | A. | One more time the question. |
| 4 | Q. | After your communication with the KASTNER |
| 5 | | around five o'clock, whenever that was, what was the |
| 6 | | next radio communication you had of any kind? |
| 7 | A. | I believe it was with the SWIFT. |
| 8 | Q. | All right.  And what was the context of |
| 9 | | that? |
| 10 | A. | I'm sorry.  No, sir, it wasn't the SWIFT. |
| 11 | Q. | Okay. |
| 12 | A. | I believe it was the KASTNER again. |
| 13 | Q. | What do you recall about that |
| 14 | | communication with the KASTNER? |
| 15 | A. | That was when we had set up passing |
| 16 | | agreements. |
| 17 | Q. | Okay.  Do you have a recollection as to |
| 18 | | how long it was between your first discussion with the |
| 19 | | KASTNER and your second discussion with the KASTNER? |
| 20 | A. | No, sir, I don't.  No, I don't. |
| 21 | Q. | Do you have any recollection of where you |
| 22 | | may have been geographically when you had that second |
| 23 | | discussion? |
| 24 | A. | Yes, sir. |
| 25 | Q. | Where would that have been? |

```
 1         A.    Buoys 11 and 12.
 2         Q.    Okay.
 3         A.    -- or just before buoys 11 and 12.
 4         Q.    Did you initiate that radio call or did
 5   the KASTNER?
 6         A.    I can't remember.
 7         Q.    Do you remember what channel you might
 8   have been making that call on?
 9         A.    Oh, yes.  I made it on 13.
10         Q.    And what was the substance of that
11   conversation?
12         A.    We agreed to meet each other one whistle
13   port-to-port.
14         Q.    Do you recall whether you proposed that
15   passage or whether the KASTNER did?
16         A.    No, sir, I can't recall.
17         Q.    Was there any discussion as to why you
18   chose a one-whistle pass?
19         A.    I mean, it's just kind of like normal
20   procedure.
21         Q.    I understand that.
22               I'm just asking whether there was any
23   discussion as to why you were going to do a one-whistle
24   pass.
25         A.    No, sir.
```