```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3

 4    NORFOLK DREDGING COMPANY,         )
              Plaintiff,                )
 5                                      )
         v.                             ) Consolidated No.
 6                                      ) WMN-02-CV-00662
      M/V A.V. KASTNER, etc., et als,   )
 7                                      )
              Defendants.               )
 8
                                               EXHIBIT
 9                                                4

10

11

12             DEPOSITION UPON ORAL EXAMINATION OF

13                      MICHAEL D. WELCH

14                         TAKEN ON

15                 BEHALF OF THE PLAINTIFF

16                   NORFOLK, VIRGINIA

17                    OCTOBER 1, 2002

18

19

20

21                         COPY

22

23

24

25
```

```
 1        Q.    Did you contact the Chesapeake & Delaware
 2  Canal to announce the arrival of the tow?
 3        A.    No, I didn't.  I think Rick had already
 4  done that.
 5        Q.    All right.  So that had already previously
 6  been done?
 7        A.    Yes.
 8        Q.    When did you become aware that there was a
 9  vessel coming out of the Chesapeake & Delaware Canal?
10        A.    When I got up.  When I went up to relieve
11  Eric, he told me.
12        Q.    Did you have a good idea about where in
13  the Elk River that vessel would have been?
14        A.    Yes.
15        Q.    Did you make radio contact with the
16  vessel?
17        A.    Yes.
18        Q.    How long after you took the watch do you
19  think you spoke with the KASTNER?
20        A.    Probably shortly after I got up there.
21  Five minutes or so.  Because Eric had just talked to him
22  before I came up, so he told me we had a port-to-port
23  passage.
24        Q.    6:05, would that be a fairly good target
25  for time on this, do you think?
```

```
 1          A.      No.  It would have probably been around
 2   6:25 or somewhere around there, because I didn't get up
 3   there that morning exactly at six.  I had breakfast and
 4   I had to use the bathroom or something.
 5          Q.      So you personally made contact with the
 6   KASTNER at approximately 6:25; is that correct?
 7          A.      Somewhere near that.
 8          Q.      Okay.  Now, you encountered fog that
 9   morning near the transit; correct?
10          A.      Correct.
11          Q.      Were you in fog when you took the watch?
12          A.      No.
13          Q.      I have a chart.
14                  (Discussion off the record.)
15   BY MR. SUMP:
16          Q.      I'm going to show you the chart 12274.
17                  MR. WOODWARD:  12274.
18                  MR. SUMP:  12274.
19                  MR. BARTLETT:  Can we get a date?  What's
20   the date of the chart?
21                  MR. SUMP:  I think it's in the 1880s.
22                  MR. BROGAN:  When are we going to break
23   for lunch?
24                  MR. SUMP:  One, I'm hoping.
25   BY MR. SUMP:
```



```
 1        A.    Myself.
 2        Q.    Did you ever inform Bo Bryant that there
 3  was a vessel approaching?
 4        A.    Yes.
 5        Q.    When did you do that?
 6        A.    When I came on watch, Bo and I discussed
 7  the situation.  I told him I was as far over to the red
 8  as I could go.  Going buoy for buoy.  Everything was
 9  good with him.  He informed the guys, or Ricky, or
10  somebody on board their boat informed the guys to keep
11  the pipe checked up with the rest of the tow.
12        Q.    All right.  And that was after your
13  conversation with Bo Bryant; correct?
14        A.    I don't know when Bo told them when to
15  check it up.  I would -- I don't know.
16        Q.    But you know he did tell them that?
17        A.    Well, I don't know that.
18        Q.    Did you hear it?
19        A.    I didn't hear him.
20        Q.    Okay.  But you did have a conversation
21  with Bo Bryant about the approaching vessel?
22        A.    Correct.
23        Q.    How long after you were on watch did you
24  have that conversation with Bo?
25        A.    Probably a couple minutes afterwards.
```

```
 1  determine that that's where you were?  What did you use
 2  to make that determination that that's where you were.
 3       A.    Am I still seeing or I'm not seeing?
 4       Q.    Yes.  Yes, you are.
 5       A.    Because I could see buoy 16 in front of me
 6  and 14 was behind me.
 7       Q.    Did you use any other landmarks to
 8  establish your position at that point?
 9       A.    No.
10       Q.    Were you able to use any ranges?
11       A.    The ranges I was using was from 14 to
12  16.
13       Q.    But you didn't use any shoreside ranges--
14       A.    No.
15       Q.    -- to establish your position?
16       A.    No.  No.
17       Q.    Once you entered the fog--
18       A.    Okay.
19       Q.    -- how did you navigate the tow?
20       A.    With the radar.
21       Q.    How did you use the radar to navigate the
22  tow?
23       A.    I was going from buoy to buoy, from -- I
24  was going from 14 to 16.
25       Q.    How were you able to identify the buoys on
```

