IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)



EXHIBIT 6

| | |
|---|---|
| NORFOLK DREDGING COMPANY, * | |
| Plaintiff, * | |
| v. * | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, * | Civil Action No.: WMN-02-662 |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF PAUL KNOWLES

COMMONWEALTH OF VIRGINIA:

CITY OF NORFOLK, to wit:

This day personally appeared before me, a Notary Public in the aforesaid jurisdiction, Paul Knowles, who after first being duly sworn, stated and deposed as follows:

1. My name is Paul Knowles and I am employed by Norfolk Dredging Company ("NDC") as Vice President and General Superintendent.

2. As Vice President of Norfolk Dredging Company I am authorized to make this affidavit setting forth the positions various equipment was recovered.

3. Based on the best information available to Norfolk Dredging Company, its equipment was recovered from the following locations in the Elk River:

| | | X | Y |
|---|---|---|---|
| a. | Spud | 1612477.0 | 666506.0 |
| b. | Anchor | 1612630.0 | 666702.0 |
| c. | Barge RC-811 | 1613919.0 | 667307.0 |
| d. | Tug Swift | 1614541.7 | 668610.9 |

4. The anchor and the Barge RC-811 are precise fixes of the found location for these objects. The spud and Tug Swift were within 25 feet of the recorded location.

5. All of the information contained above was compiled based on information personally known to me from documentation that I maintain in the regular course of my employment as Vice President and General Superintendent for NDC.

6. I reside in Suffolk, Virginia.

Further the affiant sayeth not.

PAUL KNOWLES

Paul Knowles

Subscribed and sworn to before me this 30TH day of May, 2003.

Alethea A. Hardy
Notary Public

My Commission Expires: Dec. 31, 2006