IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


NORFOLK DREDGING COMPANY,        )
        Plaintiff,        )
                        )
    v.                 )  Consolidated No.
                        )  WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,   )
                        )
        Defendants.       )




DEPOSITION UPON ORAL EXAMINATION OF

**PAUL KNOWLES**

TAKEN ON

BEHALF OF THE DEFENDANTS

NORFOLK, VIRGINIA

APRIL 3, 2003

1    the third page.

2         A.    Yes, sir.

3         Q.    What was the spud placed on?

4         A.    On the end, the stern end of the DMT

5    402.

6         Q.    And Dan Marine was involved in the

7    salvage operations?

8         A.    Not involved, we just used one of their

9    barges and one of their boats.

10        Q.    Okay.  We're done with all this spud

11   material.

12        A.    Coordinates?

13        Q.    Yes.

14              Okay.  We're going on to 12.

15              Who was involved with hiring Buchanan

16   Marine for the voyage?

17        A.    Myself.

18        Q.    Had you ever hired Buchanan Marine

19   before?

20        A.    No, sir.

21        Q.    Was there a tug company you typically

22   worked with to move, at the time of the voyage, to

23   move your tows up and down the bay?

24        A.    There's several companies that we use.

25        Q.    Who were they?

1           A.       There's Bay Towing, Ireland Marine,

2   C & P Towing, Norfolk Towing, there's quite a few.

3           Q.       Did you make any effort to contact them

4   for this--

5           A.       No, sir.

6           Q.        -- this voyage?

7                    Why did you hire Buchanan?

8           A.       I'm always looking for new vessels that

9   I can put in my fleet.  I look for --

10          Q.       What did you do to check out the

11  competency of Buchanan?

12          A.       I didn't do anything to check out the

13  competency.  If there was a problem with Buchanan

14  Marine as far as their boats, it would have been known

15  around the water.

16          Q.       What was the actual agreement you

17  entered into with Buchanan?

18          A.       It was to tow our equipment from

19  Chesapeake, Virginia, to Delaware City, Delaware, for

20  $3,000 a day.

21          Q.       Was it to tow all of your equipment?

22          A.       Yes, sir.

23          Q.       All of the equipment --

24          A.       Our dredge equipment.

25          Q.        -- that's involved in the tow that we've

1    talked about?

2         A.    Yes, sir.

3         Q.    And who did you negotiate with over at

4    Buchanan over this?  Who did you reach the agreement

5    with?

6         A.    Ed Hardison.

7         Q.    Was it over the phone?

8         A.    Yes, sir.

9         Q.    In person?

10        Had you ever met Mr. Hardison before?

11        A.    No, sir.

12        Q.    So you just called him up?

13        A.    No, sir.  One of our superintendents was

14   over at the old Carter Marine Division, and they ran

15   into Mr. Hardison.  And they got to talking, and he

16   was in town with his boats.  So our superintendent

17   gave him my number, and I told him the first

18   opportunity I got a chance to use him, we would.

19        Q.    And was this -- this agreement, this was

20   an oral agreement you reached over the phone?

21        A.    For all practical purposes, it was an

22   oral agreement.  I wrote a P.O. for it, but I forgot

23   to fax it.

24        Q.    Okay.  Let's take a look at that.

25             MR. HOPKINS:  I'm going to have this

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


NORFOLK DREDGING COMPANY,                    )
        Plaintiff,                           )
                                             )
   v.                                        )  Consolidated No.
                                             )  WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,              )
                                             )
      Defendants.                          )


DEPOSITION UPON ORAL EXAMINATION OF

DAVID RICHARD McLAMB

TAKEN ON

BEHALF OF THE DEFENDANTS

NORFOLK, VIRGINIA

OCTOBER 9, 2002


COPY

1    Q.    Okay.

2    A.    Yes.

3    Q.    Do you know who the contract was with, the

4    entity?

5    A.    I knew that we were going to Montiva job.

6    Q.    Okay.  But you don't know the legal name

7    of the company that Norfolk had contracted with--

8    A.    No.

9    Q.     -- to do the job?

10    A.    I knew Montiva.  That's the job that we

11    were going to.

12    Q.    Does this plant have a name?

13    A.    Montiva is the plant.

14    Q.    Okay.  Who was going to be in charge of

15    the dredge operation once you got there?

16    A.    David Willard.

17    Q.    He was your superintendent?

18    A.    Superintendent, yes, sir.

19    Q.    I wanted to talk about the initial tow

20    makeup for this trip up to the Delaware River.

21         I think you indicated earlier that you

22    were the person responsible for designing the tow before

23    any tugs hooked up; is that correct?

24    A.    Well, not necessarily.  I make the tow up

25    -- my job is to make the tow up for the company as safe

1    as I think -- the way we make it up, it's up to the

2    tugboat that's going to pull the tow to look at the tow

3    and see if it's -- if he agrees to it, or needs to make

4    any changes, or he wants to make any changes.  If he

5    doesn't, then he puts his cable on it, and it's his tow

6    from there on.

7              I make the tow up for the company, for my

8    job, the way we always make it up, and the safe -- our

9    safest way we knew how to pull the tow and the easiest

10   way to pull it.

11             Q.    Once the -- once you have made the tow up,

12   before the tug gets involved, is there anyone above you

13   from Norfolk who comes on and says we'll inspect the

14   tow?

15             A.    If Mr. Knowles or the Yard Superintendent

16   is around, and I think, you know, I want him to look at

17   it, I will go get them.  In my experience, they don't

18   come out and check it behind us, no.

19             Q.    For this tow, did Mr. Knowles or anyone

20   above you inspect the tow once you had made it up?

21             A.    No, sir.

22             Q.    And I'm going to ask you to describe how

23   you made up -- I believe there were two tows initially

24   made up?

25             A.    Two tows, yes.

1    Q.    I'm going to ask you to describe those two

2    tows.

3    A.    The -- how I made them up?

4    Q.    Yes.

5    A.    We had the 111 barge and the JEKYLL ISLAND

6    behind it made it up.  We had 3-inch line doubled up on

7    them, and then the KASTNER -- I mean the -- excuse me --

8    the BUCHANAN 14, take that tow.

9    Q.    Okay.

10    A.    And the pipeline, we had 12 pieces of pipe

11    on it, and they were down on the deck of the derrick

12    fastened to the deck, and the SWIFT took that tow.

13    Q.    I wanted to talk about the equipment barge

14    tow.

15          Do you know which tow was made up first?

16    A.    Which tow was made first?

17    Q.    Yes.

18    A.    Well, they were both made -- were being

19    made up at the same time.  They were both probably

20    finished about the same time.

21    Q.    Where were they made up?

22    A.    In our yard.  Great Bridge yard.

23    Q.    And you were supervising both tows being

24    made up?

25    A.    Roy was on the pipeline tow, I was on the

1  barge tow, dredge tow.

2       Q.    Did you ever inspect the pipeline tow

3  before the SWIFT hooked up?

4       A.    Yes.  Oh, yes.

5       Q.    And you were satisfied with it?

6       A.    Yes, sir.

7       Q.    The BUCHANAN 14 connected to the barge at

8  some point?

9       A.    Yes.

10      Q.    How was the BUCHANAN 14 connected to the

11 equipment barge initially?

12      A.    How did he connect up?

13      Q.    Yes.

14      A.    He put two cables from his stern to the

15 stern -- I mean the bow of the RC-111.

16      Q.    Okay.

17      A.    Cable on each side.

18      Q.    Do you know what the distance was

19 between --

20      A.    He made it pretty close because we were

21 going through the locks, so I would say just a cable

22 length.  Probably 30 foot.

23      Q.    And what about the barge with the JEKYLL

24 ISLAND, do you remember how close -- what was the

25 distance?

1  nobody said anything about any anyway.

2      Q.    And your watch went to 6 p.m. that--

3      A.    Six.

4      Q.      -- that Sunday night?

5      A.    6 a.m.

6      Q.    6 a.m. to --

7      A.    6 a.m. in the morning to 6 p.m. in the

8  afternoon.

9      Q.    Anything else you recall happening?  Any

10  other events that you remember?

11          Okay.  It's 6 p.m. when you went off

12  watch; was the configuration the same way as you've

13  drawn it in Exhibit 7?

14      A.    Yes, sir.

15      Q.    It hadn't changed at all?

16      A.    It hadn't changed at all.

17      Q.    You went to sleep or did you get dinner?

18      A.    What?

19      Q.    At six.  You went off watch at 6 p.m.?

20      A.    At six, I washed up, ate, went over to the

21  JEKYLL, and I laid down.

22      Q.    About what time?

23      A.    I don't know.

24      Q.    What do you remember next?

25      A.    Going to sleep.

1   Q.      Did you do that?  Were you involved in

2   that operation?

3   A.      No.  No.  I was off watch.

4   Q.      You indicated that the two tows broke down

5   or break apart at some point?

6   A.      When they got to the Bay Bridge, yes, sir.

7   Sometime, as far as I know, that's the --

8   Q.      Okay.

9   A.      They had broke apart, took in the hawser,

10  shortened the hawser up, and then they had come back

11  alongside and tied off.

12  Q.      Okay.  Do you know what the hawsers were

13  shortened to?

14  A.      No, sir, I don't.  Like I said, I wasn't

15  on watch.

16  Q.      And you don't know what time the hawsers

17  were shortened?

18  A.      No, sir.  I wasn't on watch.

19  Q.      Did you ever inspect the hawsers of either

20  tug at the time you woke up to see how much -- how they

21  had been shortened?

22  A.      No, sir.  I didn't really.  Like I say,

23  that's the morning--

24  Q.      Why were they shortened?

25  A.      They shortened them to -- they shorten

1　them on up the river because the river narrows, the

2　channel gets narrow, got a little more buoys, and you're

3　closer.

4　　　　Q.　　It's easier to navigate and control the

5　vessel?

6　　　　A.　　Yes.

7　　　　Q.　　Do you know who ordered that be done?

8　　　　A.　　The tugboats.

9　　　　Q.　　Is that standard practice?

10　　　　A.　　Yes, sir, as far as I know.　Every tow I

11　have ever been on, when they get out in the bay, they

12　put out hawsers to make speed.　And then they, when they

13　get around the Bay Bridge, the other side of the Bay

14　Bridge, they usually stop around that area and take in

15　their hawser.

16　　　　Q.　　That's typically just beyond the Bay

17　Bridge?

18　　　　A.　　Yes, sir.

19　　　　Q.　　Is it done outside of the shipping

20　channel?

21　　　　A.　　Yes, sir.

22　　　　Q.　　Do you know exactly?

23　　　　A.　　No, I don't.　Different places.　Some of

24　them do it according to if you got traffic, some them

25　just stop.　It don't take long to do it.

1          Q.      But, typically, that's where Norfolk does

2    it?

3          A.      No; Norfolk don't do it.

4          Q.      That's where typically the rental tug--

5          A.      The rental tug or the tug that's towing,

6    yes, sir.

7          Q.      The BUCHANAN 14 shortened up its hawser?

8          A.      Yes, sir.

9          Q.      Did the tug SWIFT?

10         A.      The tug SWIFT never put out much.  Unless

11   he put it out that Sunday night, he hadn't -- he had not

12   put out any Sunday.

13         Q.      So there wasn't much distance?

14         A.      Distance between him, no.

15         Q.      There wasn't a need?

16         A.      Yes.

17         Q.      So you think it was just the BUCHANAN 14

18   --

19         A.      Yes.

20         Q.      -- that shortened it?

21         A.      He stayed about the same the whole trip,

22   as far as, you know, I know.

23         Q.      What about -- we talked before about the

24   SWIFT, the configuration to the port -- to the port

25   stern of the derrick.  The line was to the port stern of

1    the derrick, is that correct, from the SWIFT?

2         A.    The port stern, yes, sir.

3         Q.    Okay.  Was that changed in any way when

4    they shortened up?

5         A.    Yes, sir.  They had switched it back over,

6    put a cable on each side of it.

7         Q.    Okay.  So you had a line on both the port

8    and starboard stern?

9         A.    Yes, sir.

10        Q.    Why was that done?

11        A.    I think it was, you know, as far as

12   handling the derrick going up in that C & D Canal.  When

13   they got there, they had to have both bridles -- both

14   cables on it.  I don't know.

15        Q.    This was done when you were asleep?

16        A.    Yes, sir.  I don't -- you know, it's like

17   I say, all that was done when I was off watch, asleep.

18   I don't know why it was done or--

19        Q.    So you woke up, and did someone tell you

20   this had been done, or did you just observe it?

21        A.    I seen the -- when I got up that Monday

22   morning, I seen the--

23        Q.    And--

24        A.    As I was going back to check the derrick,

25   I looked over, and I could see those two had been

1    switched.

2        Q.    And you also indicated that the tows broke

3    apart?

4        A.    Well, I assumed that at the time.

5        Q.    You assumed.

6        A.    I didn't know.

7        Q.    And I think you indicated the SWIFT was

8    configured in a different -- it was attached to a

9    different bit at the point you woke up?

10       A.    Yes, sir.

11       Q.    Okay.  How was she attached to the JEKYLL

12   ISLAND?

13       A.    It was more or less the same way, except

14   they had moved it up a bit.

15       Q.    She was up a bit?

16       A.    Up a bit, ahead -- towards the stern.

17       Q.    So she was up another bit on the dredge?

18       A.    On the dredge, moved up a bit, in other

19   words.

20       Q.    Okay.  But they were still using her same

21   bit, the SWIFT's same bit?

22       A.    Yes.  Yes.

23       Q.    Okay.  Do you know the distance -- how far

24   up they moved her?

25       A.    About 20 -- about 10, 15 foot.  The bits

1  are not very far apart.

2         Q.      Was she closer to amidships now as opposed

3  to being closer to the stern?

4         A.      Yes.

5         Q.      When you woke up, do you know where the

6  tow configuration was at that point?

7         A.      When I woke up Monday morning, no, sir.

8  The fog was in.  I didn't -- I couldn't see anything.  I

9  didn't know where we were at, just where they told me

10 where we were at.

11        Q.      Okay.  Who told you?

12        A.      I think it was Roy.  When I walked down to

13 change watches with him, he said we had a ship coming.

14 We were getting -- when we get close to the canal.  He

15 didn't tell me exactly where we were at; I didn't ask

16 him either.

17        Q.      Was Roy in charge of your crew when you

18 were asleep?

19        A.      Roy was in charge of his crew.

20        Q.      His crew?

21        A.      He was in charge of night crew, I was in

22 charge during the day.

23        Q.      Was Roy a deck captain?

24        A.      Yes.

25        Q.      And you were a deck captain also, or you

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


NORFOLK DREDGING COMPANY,                    )
       Plaintiff,                            )
                                )
   v.                                        )   Consolidated No.
                                )   WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,              )
                                )
       Defendants.                           )


DEPOSITION UPON ORAL EXAMINATION OF

MICHAEL D. WELCH

TAKEN ON

BEHALF OF THE PLAINTIFF

NORFOLK, VIRGINIA

OCTOBER 1, 2002


**ORIGINAL**

1    Q.    Okay.  What happened when you arrived at

2  Norfolk Dredging?

3    A.    We were told to stand by until they had

4  everything out and ready to go.

5    Q.    What did you do during that time?

6    A.    Threw a line up and just was standing by

7  for orders.

8    Q.    Did anybody come on board and greet you?

9    A.    Bo Bryant came aboard and somebody from

10  Norfolk Dredge that was going to be giving the orders.

11    Q.    And what was the activity around the yard

12  relative to this tow while you were there?

13    A.    They were just shifting barges and

14  equipment around.

15    Q.    And did you observe what they were

16  doing?

17    A.    Yes.

18    Q.    Were you told anything about the tow when

19  you arrived?

20    A.    I'm not sure.  They just said they were

21  going to get stuff ready and then we would get

22  underway.

23    Q.    Once everything was made up and ready to

24  go, did you take a look at it?

25    A.    Yes.

1    Q.    What did you see?

2    A.    Well, I saw the barge I was going to take,

3    the equipment that was on it, you know.  We looked

4    things over, and everything looked like it was ready to

5    go, and we were given the order to "let's go" with it.

6    Q.    Did you examine the vessels that you were

7    towing?

8    A.    Somewhat, yes.

9    Q.    Were you satisfied it was a seaworthy

10    tow?

11    A.    Yes.

12    Q.    And once the tow was ready to go, what did

13    you do?

14    A.    We threw the line off, we made up to it

15    with our tow and bridles, and we left.

16    Q.    Okay.  And were you supervising the towing

17    rig between you and the equipment barge?

18    A.    I don't understand what you're asking.

19    Q.    Did your crew, did you and your crew set

20    the towing equipment for the linkage between the

21    BUCHANAN 14 and the equipment barge?

22    A.    Yes.

23    Q.    And what did you have astern of your

24    vessel as you left Norfolk Dredging Company, what

25    vessels?

1      A.      Well, it doesn't say right here.  I had

2   the equipment, the deck barge, and the dredge.

3      Q.      Anything else?

4      A.      That was all.

5      Q.      Okay.  Did you make any requests that they

6   change anything about the way the tow was made up?

7      A.      Not that I'm aware of.  I really can't

8   remember.  It's been a while.

9      Q.      Were there people from Norfolk Dredging

10  available to discuss this tow with if you felt like you

11  needed some questions asked about it -- answered about

12  it?

13     A.      Yes.

14     Q.      And when you departed the Norfolk Dredging

15  yard, was it your understanding that you were

16  responsible for the safe navigation of those two vessels

17  to Delaware City?

18          MR. SIMMS:  Objection, that calls for a

19  legal conclusion.

20          You can answer.

21     A.      Ask the question again please.

22     Q.      Sure.

23          Was it your understanding when you left

24  the Norfolk Dredging yard that you were responsible for

25  the safe navigation of those vessels under your tow to

1      A.      Myself.

2      Q.      Did you ever inform Bo Bryant that there

3  was a vessel approaching?

4      A.      Yes.

5      Q.      When did you do that?

6      A.      When I came on watch, Bo and I discussed

7  the situation.  I told him I was as far over to the red

8  as I could go.  Going buoy for buoy.  Everything was

9  good with him.  He informed the guys, or Ricky, or

10  somebody on board their boat informed the guys to keep

11  the pipe checked up with the rest of the tow.

12      Q.      All right.  And that was after your

13  conversation with Bo Bryant; correct?

14      A.      I don't know when Bo told them when to

15  check it up.  I would -- I don't know.

16      Q.      But you know he did tell them that?

17      A.      Well, I don't know that.

18      Q.      Did you hear it?

19      A.      I didn't hear him.

20      Q.      Okay.  But you did have a conversation

21  with Bo Bryant about the approaching vessel?

22      A.      Correct.

23      Q.      How long after you were on watch did you

24  have that conversation with Bo?

25      A.      Probably a couple minutes afterwards.

1      Q.      After you had shortened and after the

2   SWIFT had shortened, what happened next?

3      A.      I went to bed, and Eric went back with his

4   watch.

5      Q.      About what time was that, do you recall?

6      A.      It was somewhere around four o'clock, 4,

7   4:15, 4:20.

8      Q.      And is that --

9      A.      Because four o'clock we were at Worton

10  Point, and that's when we did that.

11     Q.      After you went to bed, between then and

12  the time you went on watch, it was about two hours or

13  so; is that right?

14     A.      Two hours, give or take a little bit.

15     Q.      All right.  When you went to bed, what was

16  your understanding of whether the SWIFT was going to

17  proceed independently or whether she was going to tie up

18  again to your tow?

19     A.      My understanding when I went to bed, we

20  were two separate tows.

21     Q.      And what was that understanding based

22  on?

23     A.      Just because we were going through the

24  canal two separate tows.  We had talked that once we

25  shortened up, we were going to proceed on as two

1    separate tows.

2        Q.    Who had you talked with about that?

3        A.    Bo.  And Bo told me he had talked to

4    Ricky, and that was the way we were going to do it.

5        Q.    So in your conversations with Bo, either

6    at or shortly before Worton Point, the conversations

7    included a discussion of proceeding independently from

8    there through the canal?

9        A.    Correct.

10        Q.    And it's your understanding that that was

11    something confirmed to you by Bo?

12        A.    Yes.

13        Q.    And is it your understanding --

14        A.    Anything I would talk to Bo about, he

15    would firm it up with Captain Ricky.

16        Q.    Okay.

17        A.    And then he would call me back.

18        Q.    All right.  When were you awakened to go

19    on watch?

20        A.    Somewhere around 6, 5:30 or 6.

21        Q.    Who woke you up?

22        A.    I'm not sure who woke me up.  Normally

23    Eric would holler down there, but I can't say for sure

24    that he woke me up or who woke me up.

25        Q.    After you woke up, what did you do between

1    told you what was going on.  And he told you that, at

2    that time, the SWIFT was secured to your tow; is that

3    right?

4           A.    Correct.

5           Q.    And that was a surprise to you; is that

6    right?

7           A.    Right then it was, yes.  Because I thought

8    we were two units.

9           Q.    And did you say anything to Eric to

10   express your surprise about that?

11          A.    I don't know if I did or not.

12          Q.    Do you know -- sorry.

13                Did you know at that time, either from

14   looking or from Eric, what part of your tow the SWIFT

15   was tied up to?

16          A.    I'm not sure.  Eric probably told me, but

17   I'm really not sure.

18          Q.    Do you know now from anything else that

19   you have learned where the SWIFT was tied up to on your

20   tow?

21          A.    Yes.

22          Q.    What is your understanding of where the

23   SWIFT was tied?

24          A.    On the JECKLE ISLAND.

25          Q.    Is the SWIFT shorter than the JECKLE

1   ISLAND?

2       A.      I don't know.

3       Q.      Do you know whether the SWIFT was tied up

4   close to the bow, close to the stern, or amidships on

5   the JECKLE ISLAND?

6       A.      I was told he was alongside of the JECKLE

7   ISLAND, so--

8       Q.      Did you make any effort at that point

9   yourself to determine where the SWIFT was alongside the

10  JECKLE ISLAND?

11      A.      I'm not sure if I did or not.

12      Q.      Did you make any effort to find out

13  whether the SWIFT was, again, using her engines to

14  provide propulsion power?

15      A.      No.

16      Q.      Did you make any effort at that time to

17  find out whether the SWIFT, again, was keeping her

18  rudders amidships?

19      A.      Not that I recall.

20      Q.      Did it occur to you at that time that

21  having the SWIFT alongside as you were about to enter

22  the Chesapeake & Delaware Canal might not be a good

23  idea?

24      A.      Ask that question again please.

25      Q.      Yes, sir.

1      Q.      It's the gentleman you referred to earlier

2    as Captain Ricky?

3      A.      Yes.

4      Q.      How did you come to the understanding that

5    you were to follow the orders of Captain Ricky?

6      A.      Well, because any time I ever had any

7    conversation with Bo, he would always have to confirm it

8    or okay it with the captain of the dredge.

9      Q.      Before you left the dock, did somebody

10   tell you that that would be the chain of command?

11     A.      I really don't know if anybody

12   specifically said that, but I guess it was kind of an

13   understanding.  Because he was the captain of the

14   dredge.  I would ask Bo such and such, or this or that,

15   whatever it might have been.  And it was always said,

16   Let me confirm that with Captain Ricky.

17     Q.      Did anyone from Buchanan Marine tell you

18   that you were to take your orders and direction from

19   Captain Ricky?

20     A.      No.

21     Q.      Did anyone from Norfolk Dredge

22   specifically tell you that you were to take your orders

23   from Captain Ricky?

24     A.      I really don't know if anybody -- Paul

25   Knowles might have said that Captain Ricky was the man

1    in charge, but I really can't say yes or no because I'm

2    not sure.

3        Q.    He said he is the man to trust; is that

4    what you just said?

5        A.    No, no, no, no.  I said I don't really

6    know if Paul Knowles said Ricky was in charge, because

7    he was the dredge captain, or not.  I really don't know

8    if anybody specifically said that he was the boss.

9        Q.    Okay.  Let's talk about -- let's rewind

10   back to the Norfolk Dredging dock, the first day that

11   you were there, and you were told to stand by while they

12   -- while Norfolk Dredge did the things it had to do.

13       A.    Okay.

14       Q.    You testified earlier that Bo Bryant and

15   Paul Knowles came aboard -- went aboard your vessel.

16       A.    That's correct.

17       Q.    I would like you to tell us everything you

18   can recall about what the three of you discussed in that

19   conversation when they boarded the BUCHANAN 14.

20       A.    Well, when they first came on, they were

21   discussing that they were making up everything to get

22   ready to go, you know, with the dredge tow.

23       Q.    And when you say "they," you mean Bo

24   Bryant and Paul Knowles?

25       A.    Correct.

1

1         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
2                  NORTHERN DIVISION

3

4   NORFOLK DREDGING COMPANY,        )
              Plaintiff,             )
5                                    )
        v.                           ) Consolidated No.
6                                    ) WMN-02-CV-00662
    M/V A.V. KASTNER, etc., et als,  )
7                                    )
          Defendants.                )
8

9

10

11

                DEPOSITION UPON ORAL EXAMINATION OF
12
                         DENNIS WALLACE
13
                          TAKEN ON
14
              BEHALF OF THE PLAINTIFF
15
                  NORFOLK, VIRGINIA
16
                  JANUARY 16, 2003
17

18

19

20

21

22

23

24

25

                    ZAHN, HALL & ZAHN, LTD.
                       (757) 627-6554

35

1    tow?

2          A.    Very well.  We were making very good

3    time.  We had all the equipment together, that's the

4    way the dredge captain likes it.

5          Q.    Did you communicate at all with the

6    master or mate of the BUCHANAN 14 about how the tow

7    was riding?

8          A.    Not to my knowledge, no.  I didn't -- I

9    don't -- didn't talk very much on the radio.

10          Q.    Do you recall ever being called by the

11    crew of the BUCHANAN 14 in which they communicated to

12    you they were having any trouble with the tow?

13          A.    Not that I recall.  The main thing we

14    talked about was trying to get our speeds adjusted to

15    where everybody was pulling right.  That's about all I

16    remember talking about.

17          Q.    As you were moving as a combined tow,

18    what did you do with the engines on the SWIFT?

19          A.    I had them set it up RPM that the boat

20    was -- minimal shakes, and he was pulling.  I had my

21    rudders set pretty much dead center, throttle set, he

22    was guiding us.  He was leading us through everything

23    or he was guiding us.  There was nothing to lead us

24    through, just way point to way point.

25          Q.    What happened during your watch on the

37

1        A.    I just don't understand why, unless

2    Ricky asked him to keep it all together because of the

3    fog and trying to keep the boats together or -- I

4    don't understand why Bo didn't take the line off.

5        Q.    Well, you said it was supposed to happen

6    before the ship came.  Why do you say it was supposed

7    to happen before the ship came?

8        A.    So we would have control of our own tow.

9        Q.    But you said it was supposed to as if

10    there was some agreement that it would happen before

11    the ship came.  Was there any agreement between--

12        A.    Between me and Bo there was.

13        Q.    All right.  When did you and Bo make

14    that agreement?

15        A.    Early in the night -- early in the

16    night.  Probably when I was taking -- when I was

17    relieving him at twelve.  I said early in the night --

18    early in my shift when I was relieving him at twelve.

19        Q.    What was the agreement when you relieved

20    him at twelve?

21        A.    That we were to stop and shorten up the

22    hawser when we got up in the river and separate the

23    tows before we entered the canal.

24        Q.    Okay.  There was no knowledge of any

25    vessel coming at that time; correct?

ZAHN, HALL & ZAHN, LTD.
(757) 627-6554

38

1          A.     Not at that time, no, sir.

2          Q.     All right.   So the tow was supposed to

3    break apart -- was supposed to break apart before you

4    entered the canal?

5          A.     Yes.

6          Q.     I understand.

7                 Where was the tow when the vessels were

8    broken apart to shorten tow?

9          A.     It was before you reached Town Point,

10   when -- ask me again.

11         Q.     Sure.

12                Where was the tow when you stopped and

13   separated to shorten tow?

14         A.     It was before we reached Town Point.   It

15   was -- I don't remember the name of the bend.   It was

16   up -- we had done -- came out what I considered to be

17   out of the Chesapeake Bay into the river.

18         Q.     Okay.   Was there a bridge or some other

19   landmark in the direct vicinity of where you--

20         A.     No, sir.   Not to my knowledge.   There

21   was land on each side or marsh or land.

22         Q.     Once you shortened tow, did you bring

23   the vessels back together?

24         A.     Yes.

25         Q.     And tie them off?

39

1          A.    Yes, sir.

2          Q.    Did you confer with the person in charge

3    of the BUCHANAN 14 before you brought them together?

4          A.    Yes, sir.  He asked me, Are you going to

5    come back up and tie onto the JEKYLL ISLAND?  I'm

6    sitting -- I got it knocked down waiting for you to

7    hook it back up.

8          Q.    All right.  And how did you respond?

9          A.    I told him, Okay, I'll be up there, just

10   hold tight, I'm on the way.  We've got our line

11   shortened up.

12              I was probably as far as from -- here to

13   amidship out there, maybe to the stern of the ship

14   from him, and I ran up that distance.

15         Q.    Can you estimate those distances?  It

16   won't come out on the record.

17         A.    Well, okay.  1600 feet, 1800 feet.

18         Q.    Okay.

19         A.    Maybe 1600, 15/1600 feet.

20         Q.    When you did this, could you see the

21   BUCHANAN 14 ahead of you?

22         A.    Yes, sir.

23         Q.    It was visibility for you to see it?

24         A.    Great visibility.  It was visible when I

25   knocked off at 5:45.

40

```
1          Q.    How was the tow handling at the time you
2    knocked off?
3          A.    Good.  We had -- we never had to touch
4    our wheel.  The man was holding it dead down the
5    center of the channel.  We were going right down the
6    center of the channel, just like you're supposed to.
7          Q.    And how do you know that?
8          A.    My eyes, and just looking at my radar
9    and the buoys and range lights and everything that
10   shows you you're in the center of the channel.
11         Q.    So at least from everything that you
12   could see, the tow was handling well?
13         A.    Yes, sir.  No problem at all.
14         Q.    When did you leave your watch?
15         A.    Bo got up there about 5:45.  We had a
16   short discussion on the ship coming, and I went down
17   and ate a couple of sandwiches and went and jumped in
18   the bunk and went to sleep.
19         Q.    Did you have a sense for when you may
20   have left the pilothouse?
21         A.    Yes, ten -- ten or eight minutes until,
22   five minutes until.  I sat up there with him for a few
23   minutes and we talked.
24         Q.    So maybe around 5:55 a.m.
25         A.    Yes.
```

ZAHN, HALL & ZAHN, LTD.
(757)627-6554

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


NORFOLK DREDGING COMPANY,        )
       Plaintiff,             )
                            )
   v.                       ) Consolidated No.
                            ) WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,   )
                            )
      Defendants.           )


DEPOSITION UPON ORAL EXAMINATION OF

ERIC McMAHAN

TAKEN ON

BEHALF OF THE PLAINTIFF

NORFOLK, VIRGINIA

OCTOBER 2, 2002


ORIGINAL


ZAHN, HALL & ZAHN, LTD.
(757) 627-6554

1       Q.      Okay.   Why did you have to wake up the

2   captain to shorten tow?

3       A.      Because he's the one that shortens up the

4   tow.

5       Q.      Is that a company rule?

6       A.      No.  No, sir.

7       Q.      So is that his preference?

8       A.      Yes, sir.  And my preference.

9       Q.      All right.  Once you got to Worton Point,

10  then you did the tow shortening.  How long do you think

11  that took?

12      A.      About an hour, maybe 45 minutes to an

13  hour.  They had to reel their stuff in.  We have a motor

14  that sucks our cable in.   I mean, I was trying to

15  visually see how they were doing it, but it looked like

16  their hawser was on a spool, or something, and it was

17  taking them a little bit of time.

18      Q.      Once the tow shortening was completed for

19  both the BUCHANAN 14 and the tug SWIFT, what happened

20  after that?

21      A.      We got ready to get going again.  And I

22  got ready to get going again, and the SWIFT called me

23  back and said that whoever on the dredge or something,

24  wanted to get back as one unit again.  I was like, Okay,

25  whatever.

1      Q.      Did you agree with that?

2      A.      It's their -- they are the one that

3  designated how the tow was set up and how they wanted to

4  run it.  It was fine by me.  We had been making good

5  time, so I was, like, sure.

6      Q.      Were you having any trouble handling the

7  flotilla, or the unit, or the tow?

8      A.      No.  No.  You got three boats tending it.

9  I mean, no, you don't have any trouble.

10     Q.      All right.  And then at that point you

11 proceeded up the Elk River; is that correct?

12     A.      Yes, sir, After I -- after they called me

13 and let me know when they wanted me to go back full on.

14     Q.      Were you able to see the tug SWIFT from

15 your position on the BUCHANAN 14?

16     A.      Yes, sir.

17     Q.      How far away do you think the tug SWIFT

18 was from you?

19     A.      Well, essentially, when you made up short

20 --

21          MR. BROGAN:  Can you clarify at what point

22 you're talking about?

23          MR. SUMP:  After they have rejoined and

24 they are proceeding up the Elk River.

25     A.      I would say --

1        THE DEPONENT:  Can I use your pen?

2        MR. SIMMS:  Um-hum.

3    A.    How many feet he was behind me?

4    Q.    Yes.

5    A.    250, 275.  275 feet.

6    Q.    All right.  So it wasn't that far astern

7  of you?

8    A.    No, sir.  He was back on the -- he was

9  tied up to the dredge.

10   Q.    As you recall -- hopefully you have a

11  visual picture of what it looked like behind you.

12        First of all, did the BUCHANAN 14 have

13  deck lights on?

14   A.    Yes, sir.

15   Q.    All right.  Did the SWIFT have deck lights

16  on?

17   A.    Yes, sir.

18   Q.    Did the dredge have deck lights on?

19   A.    I can't remember.

20   Q.    Okay.  But at least we know that the

21  BUCHANAN 14 and the SWIFT had their deck lights as well

22  as their navigation lights on?

23   A.    Yes, sir.

24   Q.    Did there come a time when you made a call

25  to the Army Corps of Engineers regarding an entrance to