IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING CO.           :
                               :
v.                             :      Civil Action WMN-02-662
                               :
M/V A.V. KASTNER, et. al.      :
                               :

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 13th day of January, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That Buchanan Marine's Motion for Partial Summary Judgment on the Question of Tugs' "Dominant Mind" and Number of Tows, Paper No. 203, is DENIED; and

2. That the Clerk of Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

                                    _____/s/_____
                                    William M. Nickerson
                                    Senior United States District Judge