

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

January 13, 2004

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

VIA ELECTRONIC FILING

The Honorable William M. Nickerson
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
3rd Floor, Room 330
Baltimore, Maryland 21201

Re: Elk River Collision Proceedings
Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

I write on behalf of all counsel in connection with timing for submission of voir dire and jury instructions.

The Court's Amended Scheduling Order dated January 14, 2003 calls for submission of voir dire and jury instructions at the pretrial conference, which is now scheduled for January 20, 2004. All counsel have recently received your Honor's memorandum dated January 7, 2004, and it appears to counsel that submission of voir dire and jury instructions at the pretrial conference would likely be premature in light of the rulings and comments contained in that memorandum. On behalf of all counsel, I request that submission of voir dire and jury instructions be deferred until some time after the pretrial conference, and that discussion of timing for submission of voir dire and jury instructions be placed on the agenda for the pretrial conference.

Thank you for your attention and consideration with regard to this request.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr/pkp
cc: All Counsel of Record (Via E-mail)