IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NORFOLK DREDGING COMPANY,        *

                                 *

v.                               *

                                         Consolidated cases under
M/V A.V. KASTNER, etc., *et al.*,        * Civil Action No.:  WMN-02-662

                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *

**MOTION TO COMPEL THE BUCHANAN TRUST AND
BUCHANAN MARINE, L.P. TO PRODUCE DOCUMENTS**

Gypsum Transportation Limited, Beltship Management Limited and Captain Timothy M.
Cober, by their undersigned counsel, hereby move this Court for an order compelling Buchanan
Marine, L.P. and The Buchanan Trust to produce:

1.  All vessel logs, vessel plans and invoices  for vessels operated by Captain Michael
Welch during his employment with Buchanan; and

2.  Captain Welch's personal log.

The grounds in support of the Motion are stated in the accompanying Memorandum in
Support.

RBH 734351.1 12/16/2003 9:53 AM

Respectfully submitted,


_____/s/_____                    _____/s/_____
M. Hamilton Whitman, Jr. (No. 00373)          John A. V. Nicoletti
Robert B. Hopkins (No. 06017)                 Michael J. Carcich
Charles A. Diorio (No. 26369)                 NICOLETTI, HORNIG, CAMPISE & SWEENEY
OBER, KALER, GRIMES & SHRIVER                 Wall Street Plaza
A Professional Corporation                    88 Pine Street
120 E. Baltimore Street                        New York, New York 10005-1801
Baltimore, Maryland 21202-1643                 (212) 220-3830
(410) 685-1120                                 (212) 220-3780 (facsimile)
(410) 547-0699 (facsimile)
Attorneys for Gypsum Transportation            Attorneys for Gypsum Transportation
  Limited and Beltship Management                Limited

Limited


_____/s/_____
James W. Bartlett, III (No. 00017)
Alexander M. Giles (No. 25474)
Semmes, Bowen & Semmes, P.C.
250 W. Pratt Street, 16th Floor
Baltimore, MD  21201-2423
(410) 539-5040

Attorneys for Captain Timothy M. Cober