1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NORFOLK DREDGING COMPANY,  )
                           )
        Plaintiff,         )
                           )  Consolidated No.
v.                         )  WMN-02-CV-00662
                           )
M/V A.V. KASTNER, etc.,    )
et als.,                   )
                           )
        Defendants.        )

DEPOSITION UPON ORAL EXAMINATION
OF EDWARD THOMAS HARDISON
TAKEN ON BEHALF OF THE DEFENDANTS

Norfolk, Virginia

April 16, 2003

Appearances:

    CRENSHAW, WARE & MARTIN, PLC
    By: GUILFORD D. WARE, ESQUIRE
        1200 Bank of America Center
        Norfolk, VA  23510-2111

    -and-

    WRIGHT, CONSTABLE & SKEEN, LLP
    By: DAVID W. SKEEN, ESQUIRE
        One Charles Center, 16th Floor
        100 N. Charles Street
        Baltimore, MD  21201-3812
        COUNSEL FOR PLAINTIFF

---

Appearances (cont.)

    OBER KALER
    By: ROBERT B. HOPKINS, ESQUIRE
        M. HAMILTON WHITMAN, JR., ESQUIRE
        120 E. Baltimore Street
        Baltimore, MD  21202-1643

    -and-

    NICOLETTI, HORNIG, CAMPISE & SWEENEY
    By: ROBERT A. NOVAK, ESQUIRE
        Wall Street Plaza
        88 Pine Street
        New York, NY  10005-1801
        COUNSEL FOR GYPSUM TRANSPORTATION,
        M/V KASTNER & BELTSHIP MANAGEMENT,
        LTD

    SEMMES, BOWEN & SEMMES
    By: JAMES W. BARTLETT, III, ESQUIRE
        250 West Pratt Street
        Baltimore, MD  21201
        COUNSEL FOR CAPTAIN TIMOTHY COBER

    RUTTER, WALSH, MILLS & RUTTER, LLP
    By: DEBORAH C. WATERS, ESQUIRE
        Bank of Hampton Roads Bldg
        415 St. Paul's Blvd., Suite 700
        Norfolk, VA  23510
        COUNSEL FOR JEFFREY SLATON,
        ESTATES OF RONALD BONNIVILLE,
        CLARENCE McCONNELL and WILLIAM
        BRYANT

    SHUTTLEWORTH, RULOFF, GIORDANO and
    SWAIN, PC
    By: PAUL D. MERULLO, ESQUIRE
        4525 South Blvd., Suite 300
        Virginia Beach, VA  23452-1137
        COUNSEL FOR JUSTIN BRYANT

    DAVEY & BROGAN, PC
    By: PATRICK M. BROGAN, ESQUIRE
        101 Granby Street, Suite 300
        Norfolk, VA  23514-3188

    -and-

---

Appearances (cont.)

    SIMMS SHOWERS, LLP
    By: J. STEPHEN SIMMS, ESQUIRE
        Twenty South Charles Street
        Baltimore, MD  21201
        COUNSEL FOR BUCHANAN MARINE

EXHIBIT 1

---

I N D E X

| DEPONENT | PAGE |
|---|---|
| EDWARD THOMAS HARDISON | |
| By Mr. Hopkins | 6, 226 |
| By Mr. Bartlett | 192, 230 |
| By Mr. Skeen | 216 |
| By Ms. Waters | 218, 230 |
| By Mr. Merullo | 225 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 8 |
| 2 | Hardison employment file | 21 |
| 3 | Policy manual | 54 |
| 4 | Welch employment file | 96 |
| 5 | Welch Coast Guard license | 107 |
| 6 | McMahan employment file | 114 |
| 7 | Russell employment file | 121 |
| 8 | Custis employment file | 125 |
| 9 | Supplemental response | 141 |
| 10 | Certificate of documentation | 154 |
| 11 | Northstar Marine Report | 158 |
| 12 | Work order | 163 |


1    A. That's correct.
2    Q. And when did you hire Mr. Welch?
3    A. Is the date of hire -- he filled out the
4 application on February 6, '01, so I would say within
5 a couple weeks of that.
6    Q. And I'm looking at page 1, and he lists
7 some people he's worked for, Back River Towing and
8 Hornblower Marine.
9        At the time did you call either of those
10 entities to make -- that are listed here to check
11 into his competency and his experience?
12    A. Yes. At that time Back River Towing was
13 operating right next door to us. So for several
14 months I watched him operate coming and going with
15 usually tandem tows going down the inland waterway,
16 sometimes up the bay.
17    Q. Did you ever see him towing behind?
18    A. Well, I knew that he had experience
19 towing behind.
20    Q. How did you know that?
21    A. Because I had talked to him when I first
22 hired him, and I was asking him what they were doing.
23    Q. But you never actually saw him towing
24 behind?
25    A. No.

                                                97

1    Q. But my question is did you ever call
2 anyone at Back River Towing?
3    A. I talked to the owners and -- well, their
4 owner/operator. It's a small company. I spoke with
5 Robert Pollard.
6    Q. Before you hired him?
7    A. That's correct.
8    Q. And what do you recall that Mr. Pollard
9 told you?
10    A. That he was a good man, dependable,
11 didn't want to lose him.
12    Q. What about Hornblower Marine Services?
13    A. I left a couple of messages with them and
14 never received any feedback from them.
15    Q. Did you check any other references? It
16 looks like on the second page, 10568 he lists Richard
17 Jones, Dave Anpatch and Hugh West. Did you call
18 them?
19    A. No.
20    Q. Did you call anyone else?
21    A. Yes.
22    Q. Who?
23    A. Captain Bradberry, who works for me
24 part-time and had worked with Mike on the ferries
25 locally. And he gave him strong references.

                                                98

1    Q. Did you inquire about his towing
2 experience?
3    A. Only to him directly.
4    Q. What did he tell you about his towing
5 experience?
6    A. That he had been working for Back River,
7 that he had come over from the fishing boats. Most
8 of his experience was on fishing boats. He towed
9 long line gear.
10    Q. And just to back up, these references
11 we've talked about, you did not inquire as to his
12 actual towing experience with them?
13    A. No.
14    Q. They just said he was a good man,
15 essentially?
16    A. Well, not his references. I checked with
17 his employer who would know firsthand of his towing
18 experience.
19    Q. Right. You did check with these people,
20 his employers about his towing experience?
21    A. I did.
22    Q. What did they tell you?
23    A. That he was a good captain.
24    Q. Did they tell you what kind of tows he
25 had been part of?

                                                99

1    A. Well, I knew what type of tows. They
2 were primarily moving sand and gravel tows for Tarmac
3 at that time.
4    Q. Did those tows involve pushing, pulling
5 behind?
6    A. Both.
7    Q. But you only recall him actually working
8 a tandem tow, right, seeing him actually work a
9 tandem tow?
10    A. No, single tows, tandem tows. They did
11 general towing. They would move big crane barges.
12    Q. My question is what do you recall prior
13 to hiring him -- you said you remember seeing him
14 operate a tug; right?
15    A. That's correct.
16    Q. What type of tow was involved?
17    A. When I watched him go by in the harbor,
18 he was pushing.
19    Q. And at some point you met with him to
20 talk about his experience towing?
21    A. He came to me and said he was interested
22 in working with our company, that the pay was better,
23 the benefits were better. I sat down with him and
24 talked with him for a while about his experience.
25    Q. What did he tell you about his towing

                                                100

```
 1  behind experience?
 2       A.  He didn't specify one way or the other,
 3  just that he was comfortable working with a tugboat
 4  and all types of tows.
 5       Q.  Was Captain Welch hired for a particular
 6  position?
 7       A.  He was hired as a mate, slash, captain to
 8  go on whatever job I needed him to go on.
 9       Q.  He initially worked as a mate?
10       A.  Yes.
11       Q.  What tug was he assigned to?
12       A.  The Buchanan 14.
13       Q.  Did he work with any other tugs during
14  his employment with Buchanan?
15       A.  Operating any other Buchanan tugs?
16       Q.  Right?
17       A.  Yes.  He worked on the False Cape.  He
18  worked on the Buchanan 11.  He worked as mate up
19  there helping them push and tow sand and gravel
20  barges up to Havre de Grace.
21       Q.  When was that?
22       A.  Within his first year, within the year
23  that he was working with us.
24       Q.  Did he have a 60-day trial period?
25       A.  Everyone has a 60-day probationary
                                                     101

 1  period.
 2       Q.  Probationary period.  What tug was he
 3  assigned to in that period?
 4       A.  He worked on the Buchanan 14 and the
 5  Buchanan 11.
 6       Q.  Who supervised him?
 7       A.  Captain Bruce Phillips, Captain Dan
 8  Tillman.
 9       Q.  Are they both still employed by you?
10       A.  No.
11       Q.  Captain Phillips, who is he employed by
12  now?
13       A.  Salisbury Towing.
14       Q.  Where are they located?
15       A.  I believe in Havre de Grace, Maryland.
16       Q.  And the other captain, Dan --
17       A.  Tillman?  I don't know where he is
18  working now.
19       Q.  When did he leave?
20       A.  I think I -- we had a slow period this
21  winter, so I think he was officially discharged in
22  February of this year.
23       Q.  Did either of those individuals fill out
24  evaluations?
25       A.  They did not fill out evaluations.  They
                                                     102

 1  gave me verbal evaluations.
 2       Q.  What did they tell you?
 3       A.  Nothing but positive feedback.
 4       Q.  So during that 60-day probationary period
 5  it was the B11 and B14?
 6       A.  That's correct.
 7       Q.  If we wanted to see what type of tows he
 8  was involved in, how would we do that?  We would have
 9  to look at the log books from the B14 and the B11; is
10  that correct?
11       A.  Yes.
12       Q.  And the voyage plans?
13       A.  And voyage plans.
14       Q.  And invoices?
15       A.  I don't think you would get much off of
16  invoices, but we may be able to have some.
17       MR. HOPKINS:  And I'm going to ask -- I
18  believe I'm going to -- we have some B14 logs.  We do
19  not have any B11 logs, which I'm going to ask for
20  those for the time period of his employment --
21       MR. SIMMS:  Okay.  I'll look at the
22  production request.
23       MR. HOPKINS:  -- as well as voyage plans.
24  Well, I'm asking you for them, and if you're telling
25  me you're not going to produce them --
                                                     103

 1       MR. SIMMS:  I hear you're asking for
 2  them.
 3  BY MR. HOPKINS:
 4       Q.  And he worked on the False Cape during
 5  his employment; is that correct?
 6       A.  That's correct.
 7       Q.  Any other vessels?
 8       A.  We have a launch, Christine J.  It's a
 9  45-foot crew boat that we use on construction jobs.
10  We were assisting in some -- standing by for oil
11  spill recovery.
12       Q.  Was the Christine J. involved in tow
13  operations?
14       A.  No.
15       Q.  Once again, we're going to ask for the
16  log books and the invoices and the voyage plans for
17  the False Cape for when he was employed.
18       A.  Okay.  I doubt that there will be any
19  voyage plans for the False Cape, because primarily
20  the work was done in the harbor.  We do not fill out
21  a voyage plan if they're just doing a shift in the
22  harbor.
23       Q.  Are there any other documents that you
24  can think of that we could look at to see what he did
25  with you, to see what types of tows he was involved
                                                     104
```