```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MARYLAND
           NORTHERN DIVISION

NORFOLK DREDGING COMPANY,    )
        Plaintiff,           )
                             )
    v.                       ) Consolidated No.
                             ) WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als, )
                             )
        Defendants.          )


         DEPOSITION UPON ORAL EXAMINATION OF

                  MICHAEL D. WELCH

                     TAKEN ON

              BEHALF OF THE PLAINTIFF

                NORFOLK, VIRGINIA

                OCTOBER 1, 2002
```

Appearances:

```
CRENSHAW, WARE & MARTIN, PLC
BY: DAVID H. SUMP, ESQUIRE
    GUILFORD D. WARE, ESQUIRE
    1200 Bank of America Center
    Norfolk, VA  23510-2111
-and-
WRIGHT, CONSTABLE & SKEEN, LLP
BY: DAVID W. SKEEN, ESQUIRE
    One Charles Center, 16th Floor
    100 N. Charles Street
    Baltimore, MD  21201-3812
    COUNSEL FOR PLAINTIFF

OBER KALER
BY: M. HAMILTON WHITMAN, JR., ESQUIRE
    ROBERT B. HOPKINS, ESQUIRE
    120 E. Baltimore Street
    Baltimore, MD  21202-1643
-and-
NICOLETTI, HORNIG, CAMPISE & SWEENEY
BY: MICHAEL J. CARCICH, ESQUIRE
    Wall Street Plaza
    88 Pine Street
    New York, New York  10005-1801
    COUNSEL FOR GYPSUM TRANSPORTATION,
    M/V KASTNER & BELTSHIP MANAGEMENT
    LTD.

SEMMES, BOWEN & SEMMES
BY: JAMES W. BARTLETT, III, ESQUIRE
    250 West Pratt Street
    Baltimore, MD  21201
    COUNSEL FOR CAPTAIN TIMOTHY COBER

RUTTER, WALSH, MILLS & RUTTER, LLP
BY: DEBORAH C. WATERS, ESQUIRE
    ARTHUR RUTTER, JR., ESQUIRE
    Bank of Hampton Roads Bldg.
    415 St. Paul's Blvd., Suite 700
    Norfolk, VA  23510
```

Appearances continued:

```
SHUTTLEWORTH, RULOFF, GIORDANO & SWAIN,
PC
BY: LAWRENCE H. WOODWARD, JR., ESQUIRE
    4525 South Blvd., Suite 300
    Virginia Beach, VA  23452-1137
    COUNSEL FOR JUSTIN BRYANT

DAVEY & BROGAN, PC
BY: PATRICK M. BROGAN, ESQUIRE
    101 Granby Street, Ste. 300
    Norfolk, VA  23514-3188
-and-
WARD KERSHAW
BY: JOHN T. WARD, ESQUIRE
    113 West Monument Street
    Baltimore, MD  21201-4713
-and-
SIMMS SHOWERS, LLP
BY: J. STEPHEN SIMMS, ESQUIRE
    Twenty South Charles Street
    Baltimore, MD  21201
    COUNSEL FOR BUCHANAN MARINE

Also Present:   Eric McMahan, Buchanan Marine
```

EXHIBIT 2

INDEX

| DEPONENT | PAGE |
|---|---|
| MICHAEL D. WELCH | |
| Examination by Mr. Sump | 7, 293 |
| Examination by Mr. Whitman | 126, 295 |
| Examination by Mr. Bartlett | 224, 298 |
| Examination by Ms. Waters | 240, 300 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 8 |
| 2 | Application for Employment | 16 |
| 3 | USCG License | 17 |
| 4 | Written Policies and Procedures | 32 |
| 5 | Work Order Form | 57 |
| 6 | Voyage Plan 2001, 2/23/02 | 57 |
| 7 | Log | 59 |
| 8 | Written Statement to the USCG | 106 |
| 9 | Chart Number 12221 | 143 |
| 10 | Inland Rules | 299 |

**Page 9**

1        If from time to time you need a break,
2  please let me know and we'll give you one as soon as we
3  can after that. Okay? Any questions?
4     A.   No questions.
5     Q.   Okay. Mr. Welch, by whom are you
6  employed?
7     A.   Right now?
8     Q.   Yes.
9     A.   Seawolf Marine & Salvage, Bayonne, New
10 Jersey.
11    Q.   And what are your duties for Seawolf?
12    A.   I'm a captain of a tug.
13    Q.   Are you assigned to a particular tug?
14    A.   Normally I am.
15    Q.   And what tug is that?
16    A.   The IRON WOLF.
17    Q.   And how long have you been employed by
18 Seawolf?
19    A.   A month or so, since I left Buchanan.
20    Q.   And when did you leave Buchanan?
21    A.   I think it was -- I think it was
22 July 28th, if I'm not mistaken.
23    Q.   You left Buchanan on July 28th of 2002,
24 this year?
25    A.   I think so.

**Page 10**

1     Q.   And joined Seawolf around August 28th of
2  this year?
3     A.   Correct.
4     Q.   Okay. Why did you leave Buchanan?
5     A.   Just a business decision. I was going to
6  make a lot more money, and my family's from -- my wife's
7  family's from New Jersey. Our children's grandparents
8  and cousins and everything are up there.
9     Q.   Did you sail for Buchanan after the
10 incident in the Elk River?
11    A.   Yes.
12    Q.   You did.
13         And on what vessel did you sail?
14    A.   The BUCHANAN 14.
15    Q.   Any other vessels?
16    A.   Probably the CHRISTINE J, also.
17    Q.   How long were you employed with Buchanan
18 Marine?
19    A.   A year and a half or so.
20    Q.   Were you a master during that entire
21 period, the year and a half?
22    A.   Most of that time I was. I was up -- I
23 was the mate on the BUCHANAN 11 for a month or two up in
24 Seaford, Delaware.
25    Q.   Was that when you first began your

**Page 11**

1  employment?
2     A.   No. That was afterwards. I started out
3  as the master on the BUCHANAN 14.
4     Q.   Have you sailed as a mate after
5  February 25th?
6     A.   After I started at Buchanan I sailed as
7  mate on the BUCHANAN 11.
8     Q.   Do you know when that was?
9     A.   Not right off. I mean, I could find out,
10 but I don't know the exact dates.
11    Q.   Just sitting here you don't --
12         Mr. Welch, what is your educational
13 background?
14    A.   Well, I went to twelve years of high
15 school. I've had -- I went to Houston Marine Training
16 Center in Battery Park, New York, where I got my
17 captain's license. I've also gone to Chesapeake Marine
18 Training to get radar endorsement.
19    Q.   All right. Any college courses?
20    A.   No.
21    Q.   Were you assigned to any other
22 responsibilities at Buchanan Marine besides mate and
23 master?
24    A.   Is that when we were on the boat or around
25 the dock or--

**Page 12**

1     Q.   Around the dock.
2     A.   -- at any given time?
3         Yes, I would do maintenance, oil changes,
4  you know, repair, maintenance.
5     Q.   Were you a full-time employee for
6  Buchanan?
7     A.   Yes.
8     Q.   So even if you weren't assigned to a tug
9  you had responsibilities at the dock or at the yard?
10    A.   Correct.
11    Q.   Did you ever sail in a capacity other than
12 a mate or a master for Buchanan Marine?
13    A.   I think I went engineer on one of the
14 boats one trip when he was breaking somebody else in.
15    Q.   Okay. Let's talk a little bit about your
16 maritime experience.
17         When did you begin sailing in any
18 capacity?
19    A.   Probably around 1988.
20    Q.   Did you have a trade before 1988?
21    A.   I ran heavy equipment. When I was still
22 in high school, I worked with my uncle on a pile driving
23 barge he had.
24    Q.   What made you go to getting underway in
25 1988?

```
 1    Q.   And that was when you were applying for
 2 employment with Buchanan Marine?
 3    A.   Correct.
 4    Q.   And can you recall at this point about how
 5 long you had worked for Back River Towing up until
 6 then?
 7    A.   About three months.
 8    Q.   About three months, okay.
 9         And Back River Towing, is that based in
10 the Norfolk area?
11    A.   Yes.
12    Q.   While you were employed with Back River
13 Towing, did you have any trips through the Chesapeake &
14 Delaware Canal?
15    A.   No.
16    Q.   Any trips into the Elk River?
17    A.   No.
18    Q.   Best of your recollection, had you ever
19 had a trip into the Elk River or through the Chesapeake
20 & Delaware Canal before you went to work for Buchanan
21 towing?
22    A.   No.
23    Q.   Since the time that you have gone to work
24 for Buchanan towing, which is now about a year and a
25 half, or a little bit more, let's go back to the
                                                    133

 1 beginning of your time with Buchanan towing, February or
 2 so of 2001.
 3         What was your first job with Buchanan
 4 towing?
 5    A.   I went down to Carolina Beach, light tug,
 6 worked for weeks, a couple weeks, and then I towed a
 7 derrick barge and 5- or 600 foot of dredge pipe down to
 8 Fort Pierce, Florida.
 9    Q.   And after that first trip -- was that on
10 the BUCHANAN 14?  I'm sorry.  Was that on the BUCHANAN
11 14, that first trip?
12    A.   Yes.
13    Q.   From then until the time of this accident,
14 can you recall any trip through the Chesapeake &
15 Delaware Canal?
16    A.   Yes.
17    Q.   And how many such trips through the
18 Chesapeake & Delaware Canal can you recall?
19    A.   Several.
20    Q.   Several.
21    A.   I'm not sure exactly how many.
22    Q.   If we wanted to find out how many, could
23 we consult -- for instance, do you keep a personal log
24 or a personal diary of your own employment?
25    A.   I keep track of my days, days at sea.
                                                    134

 1    Q.   Do you have that in the form of a notebook
 2 or a diary?
 3    A.   It's a diary.
 4    Q.   And does that tell us generally where you
 5 have been in your days at sea?
 6    A.   It may.  Sometimes it does.
 7    Q.   And do you believe that you have that
 8 diary in existence for the period from when you started
 9 with Buchanan until the time of this accident?
10    A.   I'm not sure.  But if I don't on the boat,
11 there is a diary.
12    Q.   Well, we would certainly ask Mr. Simms to
13 produce your diary if that's something that's in
14 existence, if you are amenable of that.  And if there
15 are diaries on the vessel, are you referring basically
16 to the log on the vessel?
17    A.   Yes.
18    Q.   So the logs on the BUCHANAN 14 could be
19 referred to to see where the BUCHANAN 14 has been or had
20 been during that period of time; is that right?
21    A.   Correct.
22    Q.   Were your trips through the Chesapeake &
23 Delaware Canal all on the BUCHANAN 14, so far as you
24 know?
25    A.   Yes.
                                                    135

 1    Q.   None on the BUCHANAN 11 --
 2    A.   No.
 3    Q.   -- through the Chesapeake and--
 4    A.   No.
 5    Q.   So if we went back and looked at the logs
 6 on the BUCHANAN 14 for the period from February 2001
 7 through February 2002, they would show us when you were
 8 on board and they would show us where the vessel went;
 9 is that right?
10    A.   They would.
11    Q.   Okay.  You mentioned trips from Havre De
12 Grace to Seaford, Delaware?
13    A.   Correct.
14    Q.   Do those trips involve going through the
15 Chesapeake & Delaware Canal?
16    A.   No.
17    Q.   So they involve what?
18    A.   You come out to Turkey Point where you go
19 up to go up towards the Elk River.  And when you're
20 going up, instead of going into the Elk River, you would
21 go to the left.
22    Q.   So instead of going to the right to the
23 Elk River --
24    A.   Right.
25    Q.   -- you go left to Havre De Grace?
                                                    136
```