Hopkins, Robert

EXHIBIT
5

| | |
|---|---|
| From: | Hopkins, Robert |
| Sent: | Tuesday, November 18, 2003 2:41 PM |
| To: | 'J. Stephen Simms'; 'Ralph Rabinowitz@+1 (040)757) 626-1003@/FN=+1 (040)757) 626-1003' |
| Cc: | 'pbekman@aol.com'; 'wimbrowlaw@beachin.net'; 'ftaylor@cochranfirm.com'; 'johnnie@cochranfirm.com'; 'dsump@cwm-law.com'; 'rms@lordwhip.com'; 'agiles@mail.semmes.com'; 'jbartlett@mail.semmes.com'; 'mcarcich@nhcslaw.com'; Diorio, Charles, Jr.; Whitman, M. Hamilton Jr.; Miller, Michelle; Palmere, Paula K; Hopkins, Robert; 'adb@rumseyandbugg.com'; 'acarawan@rutterlaw.com'; 'DWaters@rutterlaw.com'; 'pmerullo@srgslaw.com'; 'tshuttleworth@srgslaw.com'; 'dwskeen@wcsllp.com'; 'WardTom@aol.com'; 'mnewcomb@daveybroganpc.com'; 'pbrogan@daveybroganpc.com'; Ches, Susan |
| Subject: | RE: Buchanan / KASTNER - document production |

Steve:

As a follow up to Jim's e-mail as to other documents not yet produced, I refer to my e-mail of June 3 and your e-mail of July 28, in which you indicate additional documents would be produced in a week. As far as I can tell, we have not received anything. I also note that I have had various communications with Mark Newcomb over the last month asking for the radar manual. We still have not received the manual.

Also, we had previously discussed having Buchanan sign an Affidavit with regard to certain issues that your corporate designee was unable to answer (no 2692, never a member of American Waterways Operators etc.). We need to get this resolved shortly.

Both Tony and I will accompany Jim for the document review. We trust you will have the long requested documents available.

Best regards.


Robert B. Hopkins
410-347-7383
rbhopkins@ober.com

O B E R | K A L E R
Attorneys at Law
www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202



-----Original Message-----
From: Bartlett, James [mailto:jbartlett@semmes.com]
Sent: Tuesday, November 18, 2003 1:55 PM
To: 'J. Stephen Simms'
Cc: Robert B. Hopkins (E-mail)
Subject: RE: Buchanan / KASTNER - document production


Steve:

I of course have all of the documents produced on September 26, 2002 and January 10, 2003 (and January 31, 2003, for that matter). What I am interested in is documents that are (1) within the scope of document requests served on Buchanan Marine (BM) (2) mentioned in the depositions of BM witnesses (3) that BM has not produced. Specifically, these include (a)

the operators manual for the radar on the Tug BUCHANAN 14, (b) the personal
journals kept by Custis (Tr. 97) and Welch (Tr. 135), and (c) the chartbook
being used on the bridge of the Tug BUCHANAN 14 at the time of the collision
(McMahon Tr. 141).  In addition, I believe Rob Hopkins has requested other
categories of documents that have not been produced.

Please advise whether I can come by at 4:00 p.m. today to inspect these
documents.

Jim

James W. Bartlett, III
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
Tel:  410-576-4833
Fax: 410-539-5223
jbartlett@semmes.com


-----Original Message-----
From: J. Stephen Simms [mailto:jssimms@simmsshowers.com]
Sent: Tuesday, November 18, 2003 12:21 PM
To: jbartlett@mail.semmes.com
Cc: wardtom@aol.com; mnewcomb@daveybroganpc.com;
pbrogan@daveybroganpc.com; agiles@mail.semmes.com
Subject: Buchanan / KASTNER - document production


Jim, thanks for your call this morning about going through Buchanan's
document production today at 4pm.

Going back through things, the Buchanan side sent its production, in imaged
format, to all (including to your and Alex's email addresses), in a series
of messages on January 10, 2003, and September 26, 2002 (the file sizes were
pretty large, thus the series of messages).  There may have been some engine
logs and other sorts of things which were so superfluous that weren't imaged
and sent - those may still be back in Norfolk.  Buchanan had made those
available quite awhile ago but no one (understandably) took Buchanan up on
that.  But, as far as we can tell without a couple more hours of digging
through, what was sent on 1/10 and 9/26 is the Buchanan production.

If for some reason the 1/10 and 9/26 messages and attachments didn't come
through, just let us know and we can re-send.  If there are other materials
that seem to be missing from those or something else specifically that the
Pilots' side had in mind that they didn't include and that Buchanan said it
would produce, please also let us know and we'll hunt for it as well.


Best regards, Steve
J. Stephen Simms
Simms Showers LLP
410-783-5795
410-510-1789 (f)
410-365-6131 (m)
410-560-9889 (h)
http://www.simmsshowers.com