Hopkins, Robert

EXHIBIT 6

| | |
|---|---|
| From: | J. Stephen Simms [jssimms@simmsshowers.com] |
| Sent: | Wednesday, November 19, 2003 4:57 PM |
| To: | rbhopkins@ober.com; jbartlett@semmes.com |
| Cc: | pbekman@aol.com; WardTom@aol.com; wimbrowlaw@beachin.net; ftaylor@cochranfirm.com; johnnie@cochranfirm.com; dsump@cwm-law.com; mnewcomb@daveybroganpc.com; pbrogan@daveybroganpc.com; rms@lordwhip.com; agiles@mail.semmes.com; jbartlett@mail.semmes.com; mcarcich@nhcslaw.com; cadiorio@ober.com; mhwhitman@ober.com; mmmiller@ober.com; pkpalmere@ober.com; smches@ober.com; adb@rumseyandbugg.com; acarawan@rutterlaw.com; DWaters@rutterlaw.com; pmerullo@srgslaw.com; tshuttleworth@srgslaw.com; dwskeen@wcsllp.com |
| Subject: | Buchanan / KASTNER - document production |

Jim, Rob, following up further, Buchanan has searched again for the chart book and radar operators manual, and believes that the Coast Guard has them (Buchanan revises its document request responses accordingly), along with Mike Welsh's radar certificate (although, the endorsement is on Captain Welsh's license, which has been produced).

Mike Custis no longer works for Buchanan, so, we will need to track him down separately to see if he still has his diary pages.

The request for all vessel logs, voyage plans and invoices for all vessels operated by Captain Welch during his employment was not in the document requests and at any rate is overly broad. The checklist used in hiring was produced awhile ago. Our July 28th message addressed the remaining documents.

Best regards, Steve
J. Stephen Simms
Simms Showers LLP
410-783-5795
410-510-1789 (f)
410-365-6131 (m)
410-560-9889 (h)
http://www.simmsshowers.com

1