IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)



NORFOLK DREDGING COMPANY,   *

    v.   *

                                    Consolidated cases under

M/V A.V. KASTNER, etc., *et al*.,   *   Civil Action No.: WMN-02-662

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF ROBERT B. HOPKINS

1. I, Robert B. Hopkins, certify that, as counsel for Gypsum Transportation Limited and Beltship Management Limited I have had numerous conversations with J. Stephen Simms, counsel for Buchanan Marine, L.P. and The Buchanan Trust (collectively referred to hereafter as "Buchanan").

2. In these conversations, Mr. Simms was reminded on numerous occasions that Buchanan must produce Captain Michael Welch's personal log if it obtains this document.

3. After receiving a November 19, 2003 e-mail from Mr. Simms, I was advised that Buchanan has now obtained a copy of Captain Welch's personal log.

4. Buchanan has since refused to produce the entire personal log and is only willing to produce the page of the personal log that covers the date of the Collision.

5. I further certify that I have made numerous good faith attempts to attempt to resolve this discovery dispute, as well as the discovery dispute involving vessel logs, vessel plans and invoices for vessels operated by Captain Welch during his employment with Buchanan.

DATE: 12/16/03

_____
Robert B. Hopkins

RBH 734394.1 12/16/2003 2:00 PM