IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | Consolidated cases under |
| | | Civil Action No.: WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **LOCAL RULE 104.7 CERTIFICATE**

I, Robert B. Hopkins, attorney for Gypsum Transportation Limited and Beltship Management Limited, hereby certify that I have participated in a conference with J. Stephen Simms, the attorney for the Buchanan Trust and Buchanan Marine, L.P. in an effort to resolve the discovery dispute that is the subject of the foregoing Motion to Compel. The parties have been unable to resolve this dispute.

Respectfully submitted,

_____/s/_____
Robert B. Hopkins (No. 06017)
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)
Attorneys for Gypsum Transportation
  Limited and Beltship Management
  Limited

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al*., | * | Civil Action No.: WMN-02-662 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2004, a copy of the foregoing Local Rule 104.7 Certificate was served on the following counsel of record by the manner indicated below.

**VIA E-MAIL**

David W. Skeen, Esquire
Stephen J. White, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812

Attorneys for Norfolk Dredging Company

David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

Paul D. Bekman, Esquire
Israelson, Salsbury, Clements & Bekman, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Attorneys for Troy A. Link and Dennis Wallace

John T. Ward, Esquire
Ward Kershaw
113 W. Monument Street
Baltimore, Maryland 21201

Attorneys for Buchanan Marine, L.P. and A.P. Franz, Trustee of The Buchanan Trust

| | |
|---|---|
| Robert M. Schwartzman, Esquire<br>Lord & Whip<br>Charles Center South, 10th Floor<br>36 South Charles Street<br>Baltimore, Maryland 21201-3020<br><br>Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell | C. Arthur Rutter, III, Esquire<br>Deborah C. Waters, Esquire<br>Rutter, Mills<br>160 West Brambleton Avenue<br>Norfolk, Virginia 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell |
| Peter G. Decker, Jr., Esquire<br>Decker, Cardon, Thomas, Neskis<br>Decker Building<br>201 E. Plume Street<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of William Thomas Bryant | A. Davis Bugg, Jr., Esquire<br>Rumsey & Bugg, P.C.<br>Irvington Road<br>P.O. Box 720<br>Irvington, VA 22480<br><br>Attorneys for the Estate of Ronald L. Bonniville |
| William E. Johnson, Esquire<br>Johnson Law Center<br>P.O. Box 99<br>Mathews, VA 23109<br><br>Attorneys for the Estate of Ronald L. Bonniville | John Hughes Cooper, Esquire<br>1808 Middle Street<br>P.O. Box 395<br>Sullivan's Island, SC 29482<br><br>Attorneys for the Estate of Clarence McConnell |
| Cain Denny, Esquire<br>Cain Denny, P.A.<br>P.O. Box 1205<br>Charleston, SC 29402<br><br>Attorneys for the Estate of Clarence McConnell | Peter Ayers Wimbrow, III, Esquire<br>4100 Coastal Highway<br>Ocean City, Maryland 21842<br><br>Attorneys for the Estate of Justin Maurice Bryant |

| | |
|---|---|
| Thomas B. Shuttleworth, Esquire<br>Shuttleworth, Ruloff, Giordano,<br>4525 South Boulevard, Suite 300<br>Virginia Beach, VA 23452<br><br>Attorneys for the Estate of Justin Maurice Bryant | Johnnie L. Cochran, Jr., Esquire<br>J. Farrest Taylor, Esquire<br>Cochran, Cherry, Givens & Smith, P.C.<br>163 West Main Street<br>P.O. Box 927<br>Dothan, AL 36302<br><br>Attorneys for the Estate of Justin Maurice Bryant |
| Patrick M. Brogan, Esquire<br>R. Arthur R. Jett, Jr., Esquire<br>Davey & Brogan, P.C.<br>101 Granby Street, Suite 300<br>P.O. Box 3188<br>Norfolk, VA 23514-3188<br><br>Attorneys for Buchanan Marine, L.P. and A.P. Franz, Trustee of The Buchanan Trust | James W. Bartlett, III, Esquire<br>Alexander M. Giles, Esquire<br>Semmes, Bowen & Semmes<br>250 W. Pratt Street, 16th Floor<br>Baltimore, Maryland 21202<br><br>Attorneys for Maryland Bay Pilot,<br>Timothy M. Cober |
| **VIA FEDERAL EXPRESS:**<br>Ralph Rabinowitz, Esquire<br>Rabinowitz, Swartz, Taliaferro, et al.<br>Town Point Center<br>150 Boush Street<br>Norfolk, VA 23510<br><br>Attorneys for Troy A. Link and Dennis Wallace | **VIA E-MAIL AND HAND DELIVERY**<br>J. Stephen Simms, Esquire<br>Simms Showers, LLP<br>20 South Charles Street, Suite 702<br>Baltimore, Maryland 21201<br><br>Attorneys for Buchanan Marine, L.P. and A.P. Franz, Trustee of The Buchanan Trust |

_____/S/_____
Robert B. Hopkins