IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING CO.              :
                                  :
v.                                :     Civil Action WMN-02-662
                                  :
M/V A.V. KASTNER, <u>et. al.</u>        :
                                  :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 15th day of January, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That Gypsum Transportation Ltd., Beltship Mgmt. Ltd. and Captain Timothy Cober's Motion To Compel The Buchanan Trust And Buchanan Marine, L.P. To Produce Documents, Paper No. 220, is GRANTED as to the vessel logs, vessel plans and invoices for vessels operated by Captain Welch during his employment with Buchanan, and DENIED as to Captain Welch's personal log; and

2. That the Clerk of Court shall transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                                        _____/s/_____
                                                        William M. Nickerson
                                                        Senior United States District Judge