Norfolk Dredging Company

vs.

M/V A.V. KASTNER, her engines, boilers, tackle, etc., *in rem*, et al.

Civil/Criminal Case No.:  Consolidated Cases under Civil Action No. WMN-02-CV-00662

Exhibits:  On behalf of Plaintiff Gypsum Transportation Limited, Cross Claim Defendant Beltship Management Limited and Third-Party Defendant Captain Timothy M. Cober

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Buchanan Marine Application for Employment (Welch Depo Ex. 2) |
| 2 | | | USCG License No. 812734 (Welch Depo Ex. 3) |
| 3 | | | Buchanan Marine Policies and Procedures (Welch Depo Ex. 4) |
| 4 | | | Buchanan Marine LP Work Order Form (Welch Depo Ex. 5) |
| 5 | | | B-14 Voyage Plan for 2-23-02 through 2-26-02 (Welch Depo Ex. 6) |
| 6 | | | Log of B-14 for February 23 through February 27, 2002 (Welch Depo Ex. 7) |
| 7 | | | Welch written statement dated 2-25-02 (Welch Depo Ex. 8) |
| 8 | | | McMahon written statement dated 2-25-02 (McMahon Depo Ex. 2) |
| 9 | | | Buchanan Marine Application for Employment (McMahon Depo Ex. 3) |
| 10 | | | Buchanan Marine L.P. Employee Form (McMahon Depo Ex. 4) |
| 11 | | | USCG License No. 858161 (McMahon Depo Ex. 5) |
| 12 | | | USCG License No. 907403 (Custis Depo Ex. 2) |
| 13 | | | Buchanan Marine Application for Employment (Custis Depo Ex. 3) |
| 14 | | | Custis written statement dated 2-25-02 (Custis Depo Ex. 4) |
| 15 | | | Sketch (Custis Depo Ex. 5) |
| 16 | | | Sketch (Custis Depo Ex. 6) |
| 17 | | | Sketch (Custis Depo Ex. 7) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 18 | | | Sketch (Custis Depo Ex. 8) |
| 19 | | | Buchanan Marine Application for Employment (Russell Depo Ex. 2) |
| 20 | | | Buchanan Marine LP Consent for Release of Information and attached documents (Russell Depo Ex. 4) |
| 21 | | | Russell written statement (Russell Depo Ex. 5) |
| 22 | | | Sketch (Russell Depo Ex. 6) |
| 23 | | | Sketch (Russell Depo Ex. 7) |
| 24 | | | U.S. Coast Guard license (Cober Depo Ex. 2) |
| 25 | | | Ship paper log (Cober Depo Ex. 4) |
| 26 | | | Master & Pilot Information Exchange Card dated 2-24-02 (Cober Depo Ex. 5) |
| 27 | | | Sketch (Cober Depo Ex. 6) |
| 28 | | | C&D Canal Chart 12277 (Cober Depo Ex. 7) |
| 29 | | | T&O Manual (Castellino Depo Ex. 2) |
| 30 | | | Handover notes (Castellino Depo Ex. 3) |
| 31 | | | Copy of bell book (Gouchtchin 3-2-02 deposition Depo Ex. 1) |
| 32 | | | Copy of chart (Gouchtchin 3-2-02 deposition Depo Ex. 2) |
| 33 | | | Copy of chart (Gouchtchin 3-2-02 deposition Depo Ex. 3) |
| 34 | | | Deck log (Gouchtchin 3-2-02 deposition Depo Ex. 4) |
| 35 | | | Handwritten notes (Gouchtchin 3-2-02 deposition Depo Ex. 5) |
| 36 | | | Official log (Gouchtchin 3-2-02 deposition Depo Ex. 6) |
| 37 | | | Result of Marine Accident, Injury or Death (Gouchtchin 3-2-02 deposition Depo Ex. 7) |
| 38 | | | Ship's Particulars (Gouchtchin 3-2-02 deposition Depo. 8) |
| 39 | | | Master and Pilot Info Exchange (Gouchtchin 3-2-02 deposition Depo Ex. 9) |
| 40 | | | Master and Pilot Info Exchange, completed (Gouchtchin 3-2-02 deposition Depo Ex. 10) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 41 | | | Page from deck log (Gouchtchin 3-2-02 deposition Depo Ex. 11) |
| 42 | | | Log sheet (Gouchtchin 3-2-02 deposition Depo Ex. 12) |
| 43 | | | Handwritten piece of paper (Gouchtchin 3-2-02 deposition Depo Ex. 13) |
| 44 | | | Scrap paper entries (Gouchtchin 3-2-02 deposition Depo Ex. 15) |
| 45 | | | Drawing of the ship (Gouchtchin 3-2-02 deposition Depo Ex. 16) |
| 46 | | | Form for soundings around ship (Gouchtchin 3-2-02 deposition Depo Ex. 17) |
| 47 | | | Captain's notes (Gouchtchin 3-2-02 deposition Depo Ex. 18) |
| 48 | | | Copy of maneuvering characteristics (Gouchtchin 3-2-02 deposition Depo. Ex. 21) |
| 49 | | | Crew list (Gouchtchin 3-2-02 deposition Depo Ex. 22) |
| 50 | | | Coy of engine log book (Gouchtchin 3-2-02 deposition Depo Ex. 24) |
| 51 | | | Chart (Gouchtchin 3-2-02 deposition Depo Ex. 25) |
| 52 | | | Endorsement certificates (Gouchtchin 12-6-02 deposition Depo Ex. 2) |
| 53 | | | Beltship Ship Administration Manual, Ship Manual No. 2 excerpt (Gouchtchin 12-6-02 deposition Depo Ex. 3) |
| 54 | | | Hand-drawn diagram (Gouchtchin 12-6-02 deposition Depo Ex. 5) |
| 55 | | | Beltship Technical and Operations Manual, Ship Manual No. 3 excerpt (Gouchtchin 12-6-02 deposition Depo Ex. 6) |
| 56 | | | Ship log |
| 57 | | | Company Bridge Watchkeeping Standing Orders (Gouchtchin 12-6-02 deposition Depjo Ex. 8) |
| 58 | | | Hand-drawn diagram (Gouchtchin 12-6-02 deposition Depo Ex. 9) |
| 58 | | | Inspection/Meeting forms produced at Gouchtchin's 12-6-02 deposition (GTL013494-496; GTL014315-317; GTL014461-463; GTL014585-587; GTL014589-592; GTL015222-224) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 59 | | | Endorsement Certificate (Lawendowski Depo Ex. 2) |
| 60 | | | Beltship Ship Administration Manual, Ship Manual No. 2 (Lawendowski Depo Ex. 3) |
| 61 | | | Chief engineer log, 2-23 to 2-25-02 (Lawendowski Depo Ex. 6) |
| 62 | | | Hand-drawn diagram (Lawendowski Depo Ex. 7) |
| 63 | | | Hand-drawn diagram (Lawendowski Depo Ex. 9) |
| 64 | | | Hand-drawn diagram (Lawendowski Depo Ex. 10) |
| 65 | | | Invoices (Lawendowski Depo Ex. 11) |
| 66 | | | Policy manual (Hardison Depo Ex. 3) |
| 67 | | | Certificate of documentation (Hardison Depo Ex. 10) |
| 68 | | | Work order (Hardison Depo Ex. 12) |
| 69 | | | Voyage plan for trip (Hardison Depo Ex. 13) |
| 70 | | | Voyage plans for B14 (Hardison Depo Ex. 14) |
| 71 | | | B14 log, Feb 23-26 (Hardison Depo Ex. 15) |
| 72 | | | B14 2001 log (Hardison Depo Ex. 17) |
| 73 | | | 2002 replacement log for B14 (Hardison Depo Ex. 18) |
| 74 | | | Insurance policy #B056301 (Hardison Depo Ex. 21) |
| 75 | | | Insurance policy #B1839 (Hardison Depo Ex. 22) |
| 76 | | | Insurance policy #B056201 (Hardison Depo Ex. 23) |
| 77 | | | Invoice for $2,977 (Hardison Depo Ex. 24) |
| 78 | | | Purchase order for $2,075.02 (Hardison Depo Ex. 25) |
| 79 | | | Invoice for $2,075.02 (Hardison Depo Ex. 26) |
| 80 | | | Handwritten notes (Haverty Depo Ex. 2) |
| 81 | | | Handwritten notes (Haverty Depo Ex. 3) |
| 82 | | | Clamshell Operators Report (Haverty Depo Ex. 4) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 83 | | | SwiftdebrisSideScan (Haverty Depo Ex. 5) |
| 84 | | | Swiftdebris (Haverty Depo Ex. 6) |
| 85 | | | SwiftAll (Haverty Depo Ex. 7) |
| 86 | | | FoundObjects (Haverty Depo Ex. 8) |
| 87 | | | Coordinates (Haverty Depo Ex. 9) |
| 88 | | | Map (Haverty Depo Ex. 10) |
| 89 | | | Map (Haverty Depo Ex. 11) |
| 90 | | | Map (Haverty Depo Ex. 12) |
| 91 | | | Map (Haverty Depo Ex. 13) |
| 92 | | | Follow-up survey (Haverty Depo Ex. 14) |
| 93 | | | Letter 3-8-02 re: geophysical survey (Haverty Depo Ex. 15) |
| 94 | | | Diagram (Knowles Depo Ex. 34) |
| 95 | | | Handwritten notes (Knowles Depo Ex. 37) |
| 96 | | | Swift Debris Side Scan (Knowles Depo Ex. 38) |
| 97 | | | Handwritten notes (Knowles Depo Ex. 39) |
| 98 | | | Swift debris (Knowles Depo Ex. 40) |
| 99 | | | Swift overlay (Knowles Depo Ex. 41) |
| 100 | | | Depiction of channel (Knowles Depo Ex. 42) |
| 101 | | | Clamshell Operators Report (Knowles Depo Ex. 43) |
| 102 | | | Found Objects (Knowles Depo Ex. 44) |
| 103 | | | Coordinates (Knowles Depo Ex. 45) |
| 104 | | | NDC purchase order (Knowles Depo Ex. 46) |
| 105 | | | Buchanan Marine Work Order Form (Knowles Depo Ex. 47) |
| 106 | | | Accident Prevention Plan (Newton Depo Ex. 8) |
| 107 | | | USCG License (W. Bryant) (Newton Depo Ex. 15) |
| 108 | | | Basic Safety Rules (Newton Depo Ex. 25) |
| 109 | | | Insurance policies (Newton Depo Ex. 29) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 110 | | | Report of Marine Accident, Injury, Death (Newton Depo Ex. 30) |
| 111 | | | Report of Marine Accident, Injury, Death (Newton Depo Ex. 31) |
| 112 | | | Diagram (Roberts Depo Ex. 1) |
| 113 | | | Endorsement (Dobek 11-15-02 deposition Depo Ex. 2) |
| 114 | | | Ship Particulars (Dobek 11-15-02 deposition Depo Ex. 3) |
| 115 | | | Ship Administration Manual Ship Manual 2 excerpt (Dobek 11-15-02 deposition Depo Ex. 4) |
| 116 | | | Technical and Operations Manual Ship Manual 3 excerpt (Dobek 11-15-02 deposition Depo Ex. 5) |
| 117 | | | Company Bridge Watchkeeping Standing Orders (Dobek 11-15-02 deposition Depo Ex. 6) |
| 118 | | | Crew list (Dobek 11-15-02 deposition Depo Ex. 7) |
| 119 | | | Navigation Equipment Condition (Dobek 11-15-02 deposition Depo Ex. 9) |
| 120 | | | Defect Report Form  (Dobek 11-15-02 deposition Depo Ex. 10) |
| 121 | | | Maryland Pilot Order and invoice (Dobek 11-115-02 deposition Depo Ex. 12) |
| 122 | | | Statement (Shapleigh Depo Ex. 1) |
| 123 | | | Statement (Putney Depo Ex. 1) |
| 124 | | | Statement (Lux Depo Ex. 1) |
| 125 | | | C&D Canal traffic log (Browne Depo Ex. 1) |
| 126 | | | Daily log (Browne Depo Ex. 3) |
| 127 | | | Statement (Browne Depo Ex. 4) |
| 128 | | | List of pilots and vessels for Mr. Browne to search (Browne Depo Ex. 5) |
| 129 | | | Mr. Browne's owner/operator search results (Browne Depo Ex. 6) |
| 130 | | | Mr. Browne's vessel search results (Browne Depo Ex. 7) |
| 131 | | | Sketch (Young Depo Ex. 1) |
| 132 | | | Sketch (Young Depo Ex. 2) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 133 | | | Sketch (Young Depo Ex. 3) |
| 134 | | | Statement (Young Depo Ex. 4) |
| 135 | | | Statement (Gaskill Depo Ex. 1) |
| 136 | | | Sketch (Gaskill Depo Ex. 2) |
| 137 | | | Sketch (Gaskill Depo Ex. 3) |
| 138 | | | Sketch (Gaskill Depo Ex. 4) |
| 139 | | | Sketch (Slaton Depo Ex. 3) |
| 140 | | | Sketch (Slaton Depo Ex. 5) |
| 141 | | | Sketch (Slaton Depo Ex. 6) |
| 142 | | | Sketch (Slaton Depo Ex. 7) |
| 143 | | | Sketch (Slaton Depo Ex. 8) |
| 144 | | | Photo of red buoy (GTL010616) |
| 145 | | | Photo of green buoy (GTL010621) |
| 146 | | | USCG information on No. 15 and No. 16 buoys (GTL016137-138) |
| 147 | | | Coast Guard application (McLamb's Depo Ex. 3) |
| 148 | | | Sketch (McLamb Depo Ex. 6) |
| 149 | | | Sketch (McLamb Depo Ex. 7) |
| 150 | | | Sketch (McLamb Depo Ex. 8) |
| 151 | | | Sketch (McLamb Depo Ex. 9) |
| 152 | | | Sketch (McLamb Depo Ex. 10) |
| 153 | | | Statement (McLamb Depo Ex. 12) |
| 154 | | | Coast Guard license (Wallace Depo Ex. 2) |
| 155 | | | Physical form (Wallace Depo Ex. 3) |
| 156 | | | Statement (Wallace Depo Ex. 4) |
| 157 | | | Sketch (Wallace Depo Ex. 11) |
| 158 | | | Sketch (Wallace Depo Ex. 12) |
| 159 | | | Sketch (Wallace Depo Ex. 14) |
| 160 | | | Statement (Mills Depo Ex. 1) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 161 | | | Sketch (Mills Depo Ex. 2) |
| 162 | | | Sketch (Mills Depo Ex. 3) |
| 163 | | | Troy Link drug test records (NDC002349-2351) |
| 164 | | | Management Agreement (McMillan Depo Ex. 2) |
| 165 | | | Crew Management Agreement (McMillan Depo Ex. 3) |
| 166 | | | Ship manual 2 (McMillan Depo Ex. 4) |
| 167 | | | Ship manual 3 (McMillan Depo Ex. 5) |
| 168 | | | Orders (McMillan Depo Ex. 6) |
| 169 | | | Night order book (McMillan Depo Ex. 7) |
| 170 | | | Documents re: gypsum rock (McMillan Depo Ex. 12) |
| 171 | | | Certificate re: Particulars of Ship (McMillan Depo Ex. 14) |
| 172 | | | Invoice (McMillan Depo Ex. 15) |
| 173 | | | Salvage report (McMillan Depo Ex. 16) |
| 174 | | | Photograph (McMillan Depo Ex. 17) |
| 175 | | | Photograph (McMillan Depo Ex. 18) |
| 176 | | | Photograph (McMillan Depo Ex. 19) |
| 177 | | | Photograph (McMillan Depo Ex. 20) |
| 178 | | | E-mails between John McMillan and Art Thomas of Seacoast Electronics (McMillan Depo Ex. 21) |
| 179 | | | ISN Inspection/Meeting Form dated 12/31/01 (McMillan Depo Ex. 22) |
| 180 | | | Delay and Deviation Statement (McMillan Depo Ex. 23) |
| 181 | | | Beltship Management Limited Delay and Deviation Statement (Vallender Depo Ex. 1) |
| 182 | | | Charter rate (Vallender Depo Ex. 2) |
| 183 | | | Gypsum Transportation Limited Summary of Rock Transportation Costs by Plant (Vallender Depo Ex. 3) |
| 184 | | | Gypsum Transportation Limited Summary of 2002 Billing Rates (Vallender Depo Ex. 4) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 185 | | | Cargo Survey (Vallender Depo Ex. 5) |
| 186 | | | Enclosure 1(a) Elk River collision drawing (Austin Depo Ex. 3) |
| 187 | | | Enclosure 1(b) Elk River collision drawing (Austin Depo Ex. 4) |
| 188 | | | Enclosure 1(c) Elk River collision drawing (Austin Depo Ex. 5) |
| 189 | | | NDC004762 photograph (Austin Depo Ex. 9) |
| 190 | | | NDC004763 photograph (Austin Depo Ex. 10) |
| 191 | | | NDC004764 photograph (Austin Depo Ex. 11) |
| 192 | | | NDC004765 photograph (Austin Depo Ex. 12) |
| 193 | | | NDC004766 photograph (Austin Depo Ex. 13) |
| 194 | | | 10-15-03 letter to Sump from Austin (Austin Depo Ex. 14) |
| 195 | | | CFR Sections 164.76 and 164.78 (Austin Depo Ex. 15) |
| 196 | | | Photographs (Austin Depo Ex. 16 to 35) |
| 197 | | | Full-size Enclosure 1(c) (Austin Depo Ex. 37) |
| 198 | | | Full-size Enclosure 1(b) (Austin Depo Ex. 38) |
| 199 | | | Full-size Enclosure 1(a) (Austin Depo Ex. 39) |
| 200 | | | Enclosure 1(c) anchor location (Austin Depo Ex. 40) |
| 201 | | | Enclosure 1(c) spud location (Austin Depo Ex. 41) |
| 202 | | | Photographs from BMT Salvage Limited survey report NY-02-30188 |
| 203 | | | Photographs from BMT Salvage Limited survey report NY-02-30139 |
| 204 | | | Photographs from BMT Salvage Limited survey report NY-02-30173 |
| 205 | | | Photographs from BMT Salvage Limited survey report NY-02-30215 |
| 206 | | | Photographs from BMT Salvage Limited survey report NY-02-30214 |
| 207 | | | Photographs from BMT Salvage Limited survey report GSS-241500 |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 208 | | | Photographs from Captain Heiner Popp, Inc. survey report 02-079 |
| 209 | | | Figures 1-9 of report of Dr. Haruzo Eda |
| 210 | | | Figures 1-5 of report of Enviroscan, Inc. |
| 211 | | | Table 1 of report of Enviroscan, Inc. |
| 212 | | | Affidavit of Paul Knowles dated May 30, 2003 |
| 213 | | | M/V A.V. KASTNER characteristics from report of Jacq. Pierot Jr. & Sons, Inc. |
| 214 | | | Summary of Bulkcarrier Sales 2002 (Exhibit B to report of Jacq. Pierot Jr. & Sons, Inc.) |
| 215 | | | *Lloyds Shipping Economist* article (Exhibit C to report of Jacq. Pierot Jr. & Sons, Inc.) |
| 216 | | | M/V GYPSUM CENTENNIAL characteristics (Exhibit D to report of Jacq. Pierot Jr. & Sons, Inc.) |
| 217 | | | Martin Ottaway letter dated October 17, 2003 (Exhibit 2 to deposition of David Tantrum) |
| 218 | | | Efficient Deck Hand Certificate for Patrick Ferrer (GTL008408) |
| 219 | | | David Barto photographs (GTL009884-9941) |
| 220 | | | David Barto photographs (GTL010271-10336) |
| 221 | | | Baltimore Marine Industries invoice (GTL009432) |
| 222 | | | Invoice re: off-hire costs (GTL009465) |
| 223 | | | Lloyd's Register invoice (GTL009433) |
| 224 | | | Seacoast Electronics invoices (GTL009434-9435) |
| 225 | | | Moss Marine invoices (GTL009440-9441) |
| 226 | | | Davis Ship Service invoices (GTL009442-9452) |
| 227 | | | McAllister Towing invoices (GTL009453-9457) |
| 228 | | | Jotun Paint invoice (GTL009437) |
| 229 | | | Guardian Moving & Storage invoice (GTL009438) |
| 230 | | | Drug Testing International invoice |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | (GTL009439) |
| 231 | | | Cash expenses from vessel (GTL009436) |
| 232 | | | Victualling invoices (GTL009466-77) |
| 233 | | | Franklin Travel invoices (GTL009485-9464) |
| 234 | | | Invoice for air travel for John McMillan in the amount of $572.70 |
| 235 | | | Dann Marine Towing invoice for $2,400 |
| 236 | | | Captain Heiner Popp Inc. invoice for $7,924.12 |
| 237 | | | Beltship Management invoice for travel and attendance |
| 238 | | | Bell Book (GTL011459-463) |
| 239 | | | Bell Book (GTL004548-4550) |
| 240 | | | Bell Book (GTL004553-4555) |
| 241 | | | Bell Book (GTL004558-4560) |
| 242 | | | Rough Log (GTL004563-4564) |
| 243 | | | Bell Book (GTL004567-4569) |
| 244 | | | Bell Book (GTL004571-4573) |
| 245 | | | Bell Book (GTL004576-4579) |
| 246 | | | Bell Book (GTL004582-4584) |
| 247 | | | Bell Book (GTL004587-4589) |
| 248 | | | Bell Book (GTL004593-4595) |
| 249 | | | Bell Book (GTL011468-470) |
| 250 | | | Bell Book (GTL004712-4716) |
| 251 | | | Bell Book (GTL004598-4600) |
| 252 | | | Bell Book (GTL004487-4492) |
| 253 | | | Bell Book (GTL008704-8705) |
| 254 | | | Bell Book (GTL004493-4499) |
| 255 | | | Bell Book (GTL004500-4503) |
| 256 | | | Bell Book (Arriving Baltimore) (GTL004507-4512) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 257 | | | Bell Book (GTL004513-4514) |
| 258 | | | Bell Book (GTL004518-4520) |
| 259 | | | Bell Book (GTL004524-4526) |
| 260 | | | Bell Book (GTL004530-4534) |
| 261 | | | Bell Book (GTL004540-4543) |
| 262 | | | Bell Book (GTL011459-463) |
| 263 | | | Bell Book (GTL004551-4552) |
| 264 | | | Bell Book (GTL004556-4557) |
| 265 | | | Bell Book (GTL004561-4562) |
| 266 | | | Bell Book (GTL004565-4566) |
| 267 | | | Bell Book (GTL004569-4570) |
| 268 | | | Bell Book (GTL004574-4575) |
| 269 | | | Bell Book (GTL004579-4581) |
| 270 | | | Bell Book (GTL011468-470) |
| 271 | | | Bell Book (GTL004584-4586) |
| 272 | | | Bell Book (GTL004590-4592) |
| 273 | | | Bell Book (GTL004596-4597) |
| 274 | | | Bell Book (GTL004712-4716) |
| 275 | | | Bell Book (GTL004601-4603) |
| 276 | | | Bell Book (GTL008692-8695) |
| 277 | | | Bell Book (GTL008708-8711) |
| 278 | | | Bell Book (GTL008755-8757) |
| 279 | | | Bell Book (GTL004504-4506) |
| 280 | | | Bell Book (GTL008572-8574) |
| 281 | | | Bell Book (GTL004515-4517) |
| 282 | | | Bell Book (GTL004521-4523) |
| 283 | | | Bell Book (GTL004527-4529) |
| 284 | | | Bell Book (GTL004544-4547) |
| 285 | | | United States Coast Pilot 3 Atlantic Coast: Sandy Hook |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | Coast: Sandy Hook |
| 286 | | | Maptech ChartKit Chesapeake and Delaware Bays Region 4 8th Edition |
| 287 | | | Brochure for Furuno Radar Model 1942 Mark 2 (GTL016143-44) |
| 288 | | | Operator's Manual for Furuno Marine Radar Model 1932 Mark-2/1942 Mark-2 (GTL016145-190) |
| 289 | | | Brochure for Furuno Compact Rasterscan Radar Model 1751 Mark-2 (GTL016191-92) |
| 290 | | | Operator's Manual for Furuno Marine Radar Model 1751 Mark-2 (GTL016193-283) |
| 291 | | | Letter dated 3-8-02 from Linn Prince to Douglas Moore (Prince 2-6-03 deposition Depo Ex. 1) |
| 292 | | | NDC002710-2719 (Prince 2-6-03 deposition Depo Ex. 2) |
| 293 | | | NDC002720-2722 (Prince 2-6-03 deposition Depo Ex. 3) |
| 294 | | | Drawing number 544490 (Prince 2-6-03 deposition Depo Ex. 4) |
| 295 | | | Drawing number 59489 (Prince 2-6-03 deposition Depo Ex. 5) |
| 296 | | | Drawing number 59488 (Prince 2-6-03 deposition Depo Ex. 6) |
| 297 | | | Drawing number 59491 (Prince 2-6-03 deposition Depo Ex. 7) |
| 298 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 8) |
| 299 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 9) |
| 300 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 10) |
| 301 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 11) |
| 302 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 12) |
| 303 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 13) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 304 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 14) |
| 305 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 15) |
| 306 | | | Tube roll (Prince 2-6-03 deposition Depo Ex. 16) |
| 307 | | | NDC003457 (Prince 2-6-03 deposition Depo Ex. 17) |
| 308 | | | FoundObjects NDC003453 (Prince 2-6-03 deposition Depo Ex. 18) |
| 309 | | | Swiftdebris NDC003454 (Prince 2-6-03 deposition Depo Ex. 19) |
| 310 | | | SwiftdebrisSideScan NDC003455 (Prince 2-6-03 deposition Depo Ex. 20) |
| 311 | | | SwiftAll NDC003456 (Prince 2-6-03 deposition Depo Ex. 21) |
| 312 | | | E-mail dated 3-7-02 from Walter DePrefontaine to Stacy Coppinger (Prince 2-6-03 deposition Depo Ex. 22) |
| 313 | | | 2-11-03 letter (Prince 4-15-03 deposition Depo Ex. 24) |
| 314 | | | Side Scan (Prince 4-15-03 deposition Depo Ex. 25) |
| 315 | | | Tube roll (Prince 4-15-03 deposition Depo Ex. 26) |
| 316 | | | Tube roll (Prince 4-15-03 deposition Depo Ex. 27) |
| 317 | | | Tube roll (Prince 4-15-03 deposition (Depo Ex. 28) |
| 318 | | | Hydrographic Survey Data Sheet 2-26-02 (Prince 4-15-03 deposition Depo Ex. 29) |
| 319 | | | Handwritten notes (Prince 4-15-03 deposition Depo Ex. 30) |
| 320 | | | Handwritten notes (Prince 4-15-03 deposition Depo Ex. 31) |
| 321 | | | Handwritten notes (Prince 4-15-03 deposition Depo Ex. 32) |
| 322 | | | Extract of Tube Roll (Prince 4-15-03 deposition Depo Ex. 33) |
| 323 | | | Photocopy of Exhibit 33 (Prince 4-15-03 deposition Depo Ex. 33A) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 324 | | | Survey Section Hydrographic Survey Data Sheet (Prince 4-15-03 deposition Depo Ex. 34) |
| 325 | | | Side Scan Data Sheet (Prince 4-15-03 deposition Depo Ex. 35) |
| 326 | | | Oversized Roll (Prince 4-15-03 deposition Depo Ex. 36) |
| 327 | | | Oversized Roll (Prince 4-15-03 deposition Depo Ex. 37) |
| 328 | | | Oversized Roll (Prince 4-15-03 deposition Depo Ex. 38) |
| 329 | | | Disc (Prince 4-15-03 deposition Depo Ex. 39) |
| 330 | | | Hydrographic Survey Data Sheet 3-6-02 (Prince 4-15-03 deposition Depo Ex. 40) |
| 331 | | | Daily Report of Surveys (Prince 4-15-03 deposition Depo Ex. 41) |
| 332 | | | Handwritten notes (Prince 4-15-03 deposition Depo Ex. 42) |
| 333 | | | Maryland-NAD83 (Prince 4-15-03 deposition Depo Ex. 43) |
| 334 | | | Handwritten notes (Prince 4-15-03 deposition Depo Ex. 44) |
| 335 | | | Side scan data sheet 3-6-02 (Prince 4-15-03 deposition Depo Ex. 45) |
| 336 | | | Daily Rejport of Surveys 2-26-02 (Prince 4-15-03 deposition Depo Ex. 46) |
| 337 | | | Project Information (Prince 4-15-03 deposition Depo Ex. 47) |
| 338 | | | Tide Observation 2-26-02 (Prince 4-15-03 deposition Depo Ex. 48) |
| 339 | | | Tide Observation 2-26-02 (Prince 4-15-03 deposition Depo Ex. 49) |
| 340 | | | Hydrographic Survey Data Sheet2-26-02 (Prince 4-15-03 deposition Depo Ex. 50) |
| 341 | | | Hydrographic Survey Data Sheet (Prince 4-15-03 deposition Depo Ex. 51) |
| 342 | | | Shuman Side Scan 3-6-02 (Prince 4-15-03 deposition Depo Ex. 52) |
| 343 | | | Tube Roll (Prince 4-15-03 deposition Depo Ex. 53) |
| 344 | | | Tube Roll (Prince 4-15-03 deposition Depo Ex. 54) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | Depo Ex. 54) |
| 345 | | | Tube Roll (Prince 4-15-03 deposition Depo Ex. 55) |
| 346 | | | Tube Roll (Prince 4-15-03 deposition Depo Ex. 56) |
| 347 | | | Tube Roll (Prince 4-15-03 deposition Depo Ex. 57) |
| 348 | | | Tube Roll (Prince 4-15-03 deposition Depo Ex. 58) |
| 349 | | | Eight-millimeter Tape (Prince 4-15-03 deposition Depo Ex. 59) |
| 350 | | | Eight-millimeter Tape (Prince 4-15-03 deposition Depo Ex. 60) |
| 351 | | | Statement pilot bill and personal log of Richard L. Beebe (GTL012362-364) |
| 352 | | | Crew Alcohol and Drug Testing Forms (GTL008346-47; GTL008352-376; GTL008377-8401) |
| 353 | | | General Arrangement Plan |
| 354 | | | Curriculum Vitae of William Palmer |
| 355 | | | Curriculum Vitae of David Barto |
| 356 | | | Curriculum Vitae of Captain Heiner Popp |
| 357 | | | Curriculum Vitae of Captain Russell McVay |
| 358 | | | Curriculum Vitae of Captain Michael Lawson |
| 359 | | | Curriculum Vitae of Dr. Haruzo Eda |
| 360 | | | Curriculum Vitae of Vincent Capone |
| 361 | | | Curriculum Vitae of William Mollard |
| 362 | | | Curriculum Vitae of John J. Kim, CPA |
| 363 | | | Curriculum Vitae of Dr. Claudia Thomas |
| 364 | | | Curriculum Vitae of Dr. Daniel J. Freedenburg |
| 365 | | | Curriculum Vitae of Dr. Louis Maccini |
| 366 | | | Curriculum Vitae of Barbara K. Byers |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 367 | | | Snow medical records re: Dennis Wallace (Snow Depo Ex. 4) |
| 368 | | | Dr. Greene July 10, 2002 letter (Dominguez Depo Ex. 2) |
| 370 | | | Tables I and II from Dr. Maccini's Report on Troy Link |
| 371 | | | Tables I and II (improperly called Table I) from Dr. Maccini's report on Dennis Wallace |
| 372 | | | Tables I and II from Dr. Maccini's report on Jeffrey Slaton |
| 373 | | | Coast Guard Qualship 21 Certificate (GTL004109) |
| 374 | | | Signed Pilot Card for 2-24-02 and OPS 18 (GTL004483-4486) |
| 375 | | | Veldez Certificate for Rating Forming Part of A Navigational Watch (GTL008403-8404) |
| 376 | | | Abaga Certificate for Rating Forming Part of Navigational Watch (GTL008406) |
| 377 | | | Ferrer Certificate for Rating Forming Part of Navigational Watch (GTL008407) |
| 378 | | | Ferrer Efficient Deck Hand Certificate (GTL008408) |
| 379 | | | Ferrer Certificates (GTL008409-8414) |
| 380 | | | Valdez Efficient Deck Hand Certificate (GTL008426) |
| 381 | | | Abaga Efficient Deck Hand Certificate (GTL008427) |
| 382 | | | Statement of Jeff Slaton (GTL009484) |
| 383 | | | Statement of Ben Dickey (GTL009485-9486) |
| 384 | | | Britannia Steamship Certificate of Entry 2002 (GTL009585-9591) |
| 385 | | | BML Purchase Order for Storage of Steel Plates (GTL009729) |
| 386 | | | Statement of Christopher Dobek (GTL010010-10011) |
| 387 | | | Statement of Oleg Gouchtchin (GTL010012-10013) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | (GTL010012-10013) |
| 388 | | | Statement of Andrzej Lawendowski (GTL010014) |
| 389 | | | Statement of Andrzej Lawendowski (with correction) (GTL010015) |
| 390 | | | Statement of Mario S. Valdez (GTL010017) |
| 391 | | | Statement of Patrick D. Ferrer (GTL010018) |
| 392 | | | Statement of Victorino P. Abaga (GTL010019) |
| 393 | | | Statement of Capt. Timothy M. Cober (GTL010024-10025) |
| 394 | | | Soundings (GTL010037) |
| 395 | | | Chief Engineer's Notes of February 23, 24 and 25, 2002 (GTL010043-10044) |
| 396 | | | Photos of manoeuvring characteristics (GTL010084-10085) |
| 397 | | | Photographs of Jim Folkes (GTL010195-10214) |
| 398 | | | Tug BUCHANAN 14 photos (GTL010215-10270) |
| 399 | | | Tug BUCHANAN 14 photos (GTL010271-10336) |
| 400 | | | KASTNER photos (GTL010337-10411) |
| 401 | | | KASTNER steel plate photos (GTL010412-10427) |
| 402 | | | KASTNER photos (GTL010428-10509) |
| 403 | | | Tug SWIFT photos (GTL010510-10549) |
| 404 | | | Photographs of Dredge JEKYLL ISLAND (GTL010550-10566) |
| 405 | | | Photographs of Barge RC-811 (GTL010567-10584) |
| 406 | | | Photographs of KASTNER (GTL010585-10606) |
| 407 | | | Photographs of Barge RC-811 recovered equipment (GTL010607-10612) |
| 408 | | | Photographs of accident scene (GTL010613-10622) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 409 | | | Tug SWIFT photographs (GTL010623-10691) |
| 410 | | | Photographs of Barge RC-811 (GTL010692-10713) |
| 411 | | | Barge RC-811 pictures (GTL010721-10743) |
| 412 | | | Dredge Jekyll Island photos (GTL010744-10833) |
| 413 | | | Chart 12274 Head of Chesapeake Bay (GTL010835) |
| 414 | | | Record of corrections to radio navigational aides (GTL010874) |
| 415 | | | Record of changes to US Coast Pilot Volume 3 (GTL010875) |
| 416 | | | Record of changes to Light List Volume 2 (GTL010876) |
| 417 | | | Charts 12274 and 12277 corrections card (GTL011368) |
| 418 | | | Voyage No. 553 log abstract (GTL011370) |
| 419 | | | Sonar reports (produced by ACOE) (GTL012438-446) |
| 420 | | | Charts produced by ACOE (GTL012447-450) |
| 421 | | | ACOE Notice to Mariners dated 8-14-86 (GTL012453) |
| 422 | | | ACOE Notices to Mariners dated 3-27-85 (GTL012454) |
| 423 | | | Photographs (GTL015893-898) |
| 424 | | | Photos of KASTNER (GTL015938-941) |
| 425 | | | Photos of KASTNER  (GTL015942-947) |
| 426 | | | KASTNER Audit Reports (GTL016005-036) |
| 427 | | | Letter from Coast Guard dated 1-6-03 re: licenses of McMahan, Wallace and Welsh (GTL015964-966) |
| 428 | | | DERRICK #4 Annual Certification dated 7-26-01 (NDC002357) |
| 429 | | | Certificate of Documentation for Pusher No. 10 dated 4-13-99 (NDC002331) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 430 | | | Pusher No. 1 Certificate of Title dated 8-23-83 (NDC002326) |
| 431 | | | Tug SWIFT Certificate of Documentation dated 7-30-93 (NDC000330) |
| 432 | | | JEKYLL ISLAND Certificate of Documentation dated 11-19-82 (NDC002322-2323) |
| 433 | | | Barge RC-811 Certificate of Documentation dated 9-28-82 (NDC002324-2325) |
| 434 | | | Report of Required Chemical Drug and Alcohol Testing (CG-2692B) for McLamb, Link and Young (NDC002346-2353) |
| 435 | | | License for William T. Bryant (NDC000418-419) |
| 436 | | | Personnel file of William T. Bryant (NDC001219-1334) |
| 437 | | | Personnel file of Dennis Wallace (NDC000720-764) |
| 438 | | | Personnel file of David McLamb (NDC002080-2321) |
| 439 | | | Various color photographs (NDC000001-291) |
| 440 | | | Cable and wireless bill with call detail report 2-21-02 to 3-20-02 (NDC002869-873) |
| 441 | | | Cable and wireless bill with call detail report (NDC002874-876) |
| 442 | | | Summary of damages for salvage of Tug SWIFT and RC-811 (NDC003776) |
| 443 | | | USCG acknowledgement of payment re: oil pollution (NDC003684-3685) |
| 444 | | | USCG 11-21-02 letter to NDC re: SWIFT oil pollution (NDC003777-3801) |
| 445 | | | William T. Bryant radar certification (NDC004567-4570) |
| 446 | | | Additional expense claim for loss of Tug SWIFT (NDC004616-4717) |
| 447 | | | Photographs of rope, anchor, spud, container (NDC004762-4766) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | container (NDC004762-4766) |
| 448 | | | Tide and current chart (NDC004778-4779) |
| 449 | | | Buchanan marine work order form dated 2-21 (10624) |
| 450 | | | Seized property receipt for Tug's deck log (10625) |
| 451 | | | Drug test results for crew of BUCHANAN 14 (10317-324) |
| 452 | | | Call record for 757-620-8414 (pages 4-12 of 37) |
| 453 | | | Hours worked for week of 2-24 and 3-3 (10555-556) |
| 454 | | | Employment records for Welch (10567-576) |
| 455 | | | Employment record for McMahan (10592-10600) |
| 456 | | | Employment record for Custis (10577-591) |
| 457 | | | Employment record for Russell (10557-565) |
| 458 | | | Employment record of Hardison (10631-653) |
| 459 | | | Purchase order for charts and navigation publications (1 page – Item 10) |
| 460 | | | BUCHANAN 14 log for 2000 (10722-10880) |
| 461 | | | BUCHANAN 14 log for 1-2-02 to 1-15-02 (11094-11102) |
| 462 | | | BUCHANAN 14 engineering log for 2000-2001 (11232-11626) |
| 463 | | | BUCHANAN 14 engineering log for 2002 (11627-11864) |
| 464 | | | Starlink DGPS system used by Captain Cober, which may also be used for demonstration |
| 465 | | | Operating Manual for Starlink DGPS System |
| 466 | | | AWO Responsible Carriers Program |
| 467 | | | NDC's Answers to Buchanan Marine's First Set of Interrogatories dated 8-21-02 |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 468 | | | NDC's Responses to Buchanan Marine's First Request for Production of Documents dated 8-21-02 |
| 469 | | | Privilege Log of NDC dated 8-21-02 |
| 470 | | | NDC's Answers to GTL's First Set of Interrogatories dated 9-18-02 |
| 471 | | | NDC's Responses to GTL's First Request for Production dated 9-18-02 |
| 472 | | | Buchanan's Response to GTL's First Requests for Production dated 9-25-02 |
| 473 | | | Buchanan, et al.'s Response to GTL's First Interrogatories dated 9-25-02 |
| 474 | | | Link's Answers to NDC's First Set of Interrogatories dated 12-12-02 |
| 475 | | | Wallace's Answers to NDC's First Set of Interrogatories dated 12-12-02 |
| 476 | | | Buchanan, et al.'s Supplemental Response to GTL's First Request for Production of Documents dated 1-31-03 |

| 477 | | | Defect Report Form Index (T07A) 1997-2002 (GTL004157-4162) |
| 478 | | | Defect Report Forms (T07) for 1997 (GTL004163-4189) |
| 479 | | | Defect Report Forms (T07) for 1998 (GTL004190-4208) |
| 480 | | | Defect Report Forms (T07) for 1999 (GTL004209-4231) |
| 481 | | | Defect Report Forms (T07) for 2000 (GTL004232-4258) |
| 482 | | | Defect Report Forms (T07) for 2001 (GTL004259-4271) |
| 483 | | | Defect Report Forms (T07) for 2002 (GTL004272-4284) |
| 484 | | | Lloyd's Surveys for 1997 (GTL004287-4296) |
| 485 | | | Lloyd's Surveys for 1998 (GTL004297-4314) |
| 486 | | | Lloyd's Surveys for 1999 (GTL004315-4324) |
| 487 | | | Lloyd's Surveys for 2000 (GTL004325-4343) |
| 488 | | | Lloyd's Surveys for 2001 (GTL004344- |

| | | | |
|---|---|---|---|
| | | | 4372) |
| 489 | | | Beltship Quality Assurance Manual (GTL005856-5919) |
| 490 | | | Ship Manual Number One (GTL005920-6068) |
| 491 | | | Ship Manual Number 2 (GTL006069-6154) |
| 492 | | | Ship Manual Number 3 (GTL006155-6290) |
| 493 | | | Ship Manual Number 7 (GTL006291-6346) |
| 494 | | | Ship Manual Number 4 (GTL006347-6439) |
| 495 | | | Ship Manual Number 5 (GTL006440-6584) |
| 496 | | | Ship Manual Number 6 (GTL006585-6689) |
| 497 | | | Ship Manual Number 8 (GTL006690-6746) |
| 498 | | | Sea Carrier Security Manual (from US Customs) (Contained within Ship Manual Number 8) (GTL006747-6774) |
| 499 | | | Ship Manual Number 9 (GTL006775-6926) |
| 500 | | | Crew Training Record (GTL011696-867) |
| 501 | | | Controlled Documents (GTL011868-922) |
| 502 | | | Safety Training Manual (GTL011923-12125) |
| 503 | | | Bridge Resource Management Team Meeting Minutes (GTL012128-149) |
| 504 | | | Ship Manual No. 9 (GTL012207-285) |
| 505 | | | Beltship Management Limited Maintenance File for the KASTNER (February 2001) (GTL012494-651) |
| 506 | | | Beltship Management Limited Maintenance File for the KASTNER (March 2001) (GTL012652-836) |
| 507 | | | Ultrasonics and Magnetics Corporation survey of the KASTNER dated 3/16/01 (GTL012837-13067) |
| 508 | | | Dry-Dock Report on KASTNER March 2001 (GTL013068-13483) |
| 509 | | | Beltship Management Limited Maintenance File for the KASTNER (April 2001) (GTL013484-13621) |
| 510 | | | Beltship Management Limited Maintenance File for the KASTNER (May |

| | | | |
|---|---|---|---|
| | | | 2001) (GTL013622-13785) |
| 511 | | | Beltship Management Limited Maintenance File for the KASTNER (June 2001) (GTL013786-13899) |
| 512 | | | Beltship Management Limited Maintenance File for the KASTNER (July 2001) (GTL013900-14010) |
| 513 | | | Beltship Management Limited Maintenance File for the KASTNER (August 2001) (GTL014011-14149) |
| 514 | | | Beltship Management Limited Maintenance File for the KASTNER (September 2001) (GTL014150-14307) |
| 515 | | | Beltship Management Limited Maintenance File for the KASTNER (October 2001) (GTL014308-14453) |
| 516 | | | Beltship Management Limited Maintenance File for the KASTNER (November 2001) (GTL014454-14577) |
| 517 | | | Beltship Management Limited Maintenance File for the KASTNER (December 2001) (GTL014578-14717) |
| 518 | | | Beltship Management Limited Maintenance File for the KASTNER (January 2002) (GTL014718-14829) |
| 519 | | | Beltship Management Limited Maintenance File for the KASTNER (February 2002) (GTL014830-14926) |
| 520 | | | Beltship Management Limited Maintenance File for the KASTNER (March 2002) (GTL014927-15062) |
| 521 | | | Beltship Management Limited Maintenance File for the KASTNER (April 2002) (GTL015063-15217) |
| 522 | | | Beltship Management Limited Maintenance File for the KASTNER (May 2002) (GTL015218-15343) |
| 523 | | | Beltship Management Limited Maintenance File for the KASTNER (June 2002) (GTL015344-15468) |
| 524 | | | Beltship Management Limited Maintenance File for the KASTNER (July 2002) (GTL015469-15574) |
| 525 | | | Beltship Management Limited Maintenance File for the KASTNER (August 2002) (GTL015575-15681) |
| 526 | | | Beltship Management Limited Maintenance File for the KASTNER |

| | | | |
|---|---|---|---|
| | | | (September 2002) (GTL015682-15796) |
| 527 | | | RTCM Standards |
| 528 | | | Furuno Bulletin |
| 529 | | | Training and Certification Guidance – Part 10 |
| 530 | | | E-mail from S. Simms dated 12-9-03 re: radar |
| 531 | | | The KASTNER Interests may also make use of demonstrative exhibits and may proffer exhibits listed by any other party |