Deposition Designations on  behalf of Plaintiff Gypsum Transportation
Limited, Cross Claim Defendant Beltship Management Limited and Third-
Party Defendant Captain Timothy M. Cober

**RICHARD L. BEEBE**
**(November 6, 2002)**

| PAGE | LINES |
|------|-------|
| 1    | 1-25  |
| 8    | 1-8   |
| 10   | 7-17  |
| 11   | 9-25  |
| 12   | 1-12  |
| 13   | 4-12  |
| 14   | 17-25 |
| 15   | 1-25  |
| 16   | 1-25  |
| 17   | 1-25  |
| 18   | 1-25  |
| 19   | 1-25  |
| 20   | 1-25  |
| 21   | 1-25  |
| 22   | 1-25  |
| 23   | 1-6   |
| 24   | 5-25  |
| 25   | 1-25  |
| 26   | 1-15  |
| 31   | 4-25  |
| 32   | 1-10  |

**LARRY BROWNE**
**(November 21, 2002)**

| PAGE | LINES |
|------|-------|
| 17 | 17-21 |
| 18 | 1-15 |
| 19 | 1-7 |
| 22 | 9-13 |
| 23 | 10-13 |
| 24 | 14-18 |
| 28 | 14-21 |
| 29 | 1-11 |
| 50 | 8-21 |
| 51 | 1-21 |
| 53 | 2-21 |
| 54 | 1-11 |
| 61 | 5-12, 16-21 |
| 62 | 1-21 |
| 64 | 3-11 |
| 67 | 1-12 |
| 69 | 18-21 |
| 70 | 1-21 |
| 71 | 1 |
| 72 | 13-18 |
| 81 | 13-18 |
| 86 | 8-15 |
| 87 | 3-5, 18-19 |

**WILLIAM H. BUCKALOO**
**(November 6, 2002)**

| PAGE | LINES |
|------|-------|
| 1 | 1-21 |
| 8 | 1-8 |
| 9 | 19-21 |
| 10 | 1-21 |
| 11 | 1-21 |
| 12 | 1-10 |
| 13 | 9-18 |
| 14 | 10-15 |
| 20 | 3-21 |
| 21 | 1-7 |
| 25 | 20-21 |
| 26 | 1-12 |
| 39 | 18-21 |
| 40 | 1-8 |
| 65 | 16-21 |
| 66 | 1-21 |
| 67 | 1 |
| 78 | 12-21 |
| 79 | 1-14 |

**CAPT. ALBAN CASTELLINO**
**(February 10, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 5 | 2-25 | 53 | 1-6 |
| 6 | 1-25 | 61 | 25 |
| 7 | 1-25 | 62 | 1-25 |
| 8 | 1-25 | 63 | 1-4 |
| 9 | 1-25 | 87 | 2-20 |
| 10 | 1-25 | 89 | 16-25 |
| 11 | 1-25 | 90 | 1-25 |
| 12 | 1-25 | 91 | 1-4 |
| 13 | 1-25 | 97 | 4-10 |
| 14 | 1-25 | 103 | 9-25 |
| 15 | 1-16 | 104 | 1-7 |
| 19 | 9-25 | 106 | 25 |
| 20 | 1-16 | 108 | 1-25 |
| 23 | 7-25 | 109 | 1-25 |
| 24 | 1-25 | 110 | 1-5 |
| 25 | 1-5 | 114 | 6-25 |
| 26 | 1-25 | 115 | 1-11 |
| 27 | 1-25 | | |
| 28 | 1-25 | | |
| 29 | 1-25 | | |
| 30 | 1-25 | | |
| 31 | 1-25 | | |
| 32 | 1-25 | | |
| 33 | 1-18 | | |
| 38 | 25 | | |
| 39 | 1-25 | | |
| 40 | 1-25 | | |
| 41 | 1-25 | | |
| 42 | 1-25 | | |
| 43 | 1-25 | | |
| 44 | 1-25 | | |
| 45 | 1-25 | | |
| 46 | 1-25 | | |
| 47 | 1-25 | | |
| 48 | 1-25 | | |
| 49 | 1-25 | | |
| 50 | 1-25 | | |
| 51 | 1-25 | | |
| 52 | 1-25 | | |

**MICHAEL W. CUSTIS**
**(October 3, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1 | 57 | 1-25 |
| 5 | 17-25 | 58 | 1-25 |
| 7 | 4-18 | 59 | 1-15 |
| 8 | 15-20 | 61 | 10-25 |
| 9 | 1-14 | 62 | 1-18 |
| 10 | 4-15 | 63 | 22-25 |
| 15 | 5-13 | 64 | 1-25 |
| 17 | 23-25 | 65 | 1-25 |
| 18 | 1-6 | 66 | 1-25 |
| 20 | 1-25 | 67 | 1-25 |
| 21 | 1-6 | 68 | 1-25 |
| 24 | 5-25 | 69 | 1-25 |
| 25 | 1-25 | 70 | 1-25 |
| 26 | 1-25 | 71 | 1-3 |
| 27 | 1-25 | 75 | 15-25 |
| 28 | 1-25 | 76 | 1-25 |
| 29 | 1-25 | 77 | 1-25 |
| 30 | 1-25 | 78 | 1-25 |
| 31 | 1-25 | 79 | 1-25 |
| 32 | 1-25 | 80 | 1-25 |
| 33 | 1-25 | 81 | 1-25 |
| 34 | 1-25 | 82 | 1-25 |
| 35 | 1-25 | 83 | 1-25 |
| 36 | 1-25 | 84 | 1-25 |
| 37 | 1-25 | 85 | 1-25 |
| 47 | 10-25 | 86 | 1-25 |
| 48 | 1-25 | 87 | 1-25 |
| 49 | 1-25 | 88 | 1-25 |
| 50 | 1-25 | 89 | 1-25 |
| 51 | 1-25 | 90 | 1-8 |
| 52 | 1-25 | 98 | 7-25 |
| 53 | 1-25 | 99 | 1-17 |
| 54 | 1-25 | 136 | 9-25 |
| 55 | 1-25 | 137 | 1-25 |
| 56 | 1-25 | 138 | 1-25 |
| | | 139 | 1-11 |

**ALLEN DIAS**
**(November 21, 2002)**

| **PAGE** | **LINES** |
|----------|-----------|
| 14 | 6-13 |
| 22 | 1-13 |
| 26 | 8-14 |
| 30 | 6-21 |
| 31 | 1-12 |
| 43 | 10-20 |
| 44 | 17-21 |
| 45 | 1-19 |

**RUSSELL W. GASKILL, JR.**
**(October 10, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1  | 1-25        | 53 | 10-25 |
| 5  | 18-23       | 54 | 1-25  |
| 6  | 17-21       | 60 | 18-20 |
| 9  | 8-25        | 61 | 1-25  |
| 10 | 1-22        | 62 | 1-25  |
| 11 | 18-25       | 63 | 1-25  |
| 12 | 1-25        | 64 | 1-25  |
| 13 | 1-7         | 65 | 1-25  |
| 20 | 4-25        | 66 | 1-25  |
| 21 | 1-25        | 67 | 1-25  |
| 22 | 1-25        | 68 | 1-25  |
| 23 | 1-18        | 69 | 1-25  |
| 24 | 7-25        | 70 | 1-25  |
| 27 | 11-25       | 71 | 1-25  |
| 28 | 1-8         | 72 | 1-25  |
| 30 | 13-25       | 73 | 1-25  |
| 31 | 12-17       | 74 | 1-25  |
| 32 | 12-25       | 75 | 1-25  |
| 33 | 1-8, 13-25  | 76 | 1-25  |
| 34 | 1-25        | 77 | 1-25  |
| 35 | 1-25        | 78 | 1-25  |
| 36 | 1-25        | 79 | 1-25  |
| 37 | 1-25        | 80 | 1-25  |
| 38 | 1-25        | 81 | 1-25  |
| 39 | 1-25        | 82 | 1-25  |
| 40 | 1-25        | 83 | 1-25  |
| 41 | 1-25        | 84 | 1-25  |
| 42 | 1-8, 17-25  | 85 | 1-25  |
| 44 | 16-17       | 86 | 1-25  |
| 45 | 1-13        | 87 | 1-25  |
| 51 | 1-25        | 88 | 1-6   |
| 52 | 1-2         | 90 | 17-21 |

**EDWARD THOMAS HARDISON**
**(April 16, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 90 | 1-25 |
| 6 | 1-22 | 91 | 1-25 |
| 9 | 19-25 | 92 | 1-25 |
| 10 | 1-5 | 93 | 1-25 |
| 41 | 19-25 | 94 | 1-25 |
| 42 | 1-16 | 95 | 1-25 |
| 43 | 13-23 | 96 | 1-25 |
| 44 | 14-25 | 97 | 1-25 |
| 45 | 1-6 | 98 | 1-25 |
| 49 | 7-25 | 99 | 1-25 |
| 50 | 1-22 | 100 | 1-25 |
| 56 | 20-25 | 101 | 1-25 |
| 57 | 1-5 | 102 | 1-25 |
| 59 | 7-25 | 103 | 1-16 |
| 60 | 1-25 | 104 | 4-25 |
| 61 | 1-25 | 105 | 1-19 |
| 62 | 1-7 | 106 | 14-24 |
| 63 | 22-25 | 107 | 4-25 |
| 64 | 1-25 | 108 | 1-10, 23-25 |
| 65 | 8-25 | 109 | 1-25 |
| 66 | 1-25 | 110 | 1-25 |
| 67 | 1-25 | 111 | 1-25 |
| 68 | 1-25 | 112 | 1-15 |
| 69 | 1-25 | 113 | 3-25 |
| 70 | 1-25 | 114 | 1-25 |
| 71 | 1-25 | 115 | 1-25 |
| 72 | 1-25 | 116 | 1-6, 21-25 |
| 73 | 1-25 | 117 | 1-25 |
| 74 | 1-25 | 118 | 1-25 |
| 75 | 1-24 | 119 | 1-25 |
| 80 | 8-25 | 120 | 1-25 |
| 81 | 1-7, 15-25 | 121 | 1-25 |
| 82 | 1-15, 24-25 | 122 | 1-25 |
| 83 | 1-25 | 123 | 1-25 |
| 84 | 1-25 | 124 | 1-25 |
| 85 | 1-25 | 125 | 1-25 |
| 86 | 1-25 | 126 | 1-25 |
| 87 | 1-25 | 127 | 1-25 |
| 88 | 1-25 | 128 | 1-25 |
| 89 | 1-25 | 129 | 1-25 |

**HARDISON (continued)**

| **PAGE** | **LINES** | **PAGE** | **LINES** |
|---|---|---|---|
| 130 | 1-25 | 174 | 1-25 |
| 131 | 1-25 | 175 | 1-24 |
| 132 | 1-25 | 176 | 15-25 |
| 133 | 1-25 | 177 | 1, 11-25 |
| 134 | 1-25 | 178 | 1-25 |
| 135 | 1-25 | 179 | 1-25 |
| 136 | 1-25 | 180 | 1-25 |
| 137 | 1-25 | 181 | 1-25 |
| 138 | 1-25 | 182 | 1-11 |
| 139 | 1-25 | 183 | 1-19 |
| 140 | 1-25 | 187 | 7-25 |
| 142 | 4-25 | 188 | 1-25 |
| 143 | 1-25 | 189 | 1-25 |
| 144 | 1-25 | 190 | 1-17 |
| 145 | 1-25 | 191 | 10-25 |
| 146 | 1-25 | 192 | 1-6 |
| 147 | 1-25 | 196 | 17-25 |
| 148 | 1-25 | 197 | 1-25 |
| 149 | 1-25 | 198 | 1-25 |
| 150 | 1-25 | 199 | 1-25 |
| 151 | 1-25 | 200 | 1-25 |
| 152 | 1-25 | 201 | 1-25 |
| 153 | 1-25 | 202 | 1-25 |
| 154 | 1-25 | 203 | 1-25 |
| 155 | 1-25 | 204 | 1-25 |
| 156 | 1-18 | 205 | 1-25 |
| 158 | 3-21 | 206 | 1-25 |
| 159 | 25 | 207 | 1-25 |
| 160 | 1-25 | 208 | 1-25 |
| 161 | 1-25 | 209 | 1-25 |
| 162 | 1-25 | 210 | 1-25 |
| 163 | 1-25 | 211 | 1-25 |
| 164 | 1-25 | 212 | 1-25 |
| 165 | 1-25 | 213 | 1-25 |
| 166 | 1-25 | 214 | 1-25 |
| 167 | 1-25 | 215 | 1-25 |
| 168 | 1-25 | 216 | 1, 20-25 |
| 169 | 1-25 | 217 | 1-25 |
| 170 | 1-25 | 218 | 1-20 |
| 171 | 1-25 | 220 | 1-25 |
| 172 | 1-7; 17-25 | 221 | 1-25 |
| 173 | 1-25 | 222 | 1-25 |

**HARDISON (continued)**

| PAGE | LINES |
|------|-------|
| 223 | 1-25 |
| 224 | 1-25 |
| 225 | 1-8, 17-25 |
| 226 | 1 |
| 227 | 2-25 |

**MICHAEL HAVERTY**
**(April 29, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 6 | 3-25 | 39 | 1-25 |
| 7 | 1-25 | 40 | 1-25 |
| 8 | 1-25 | 41 | 1-25 |
| 9 | 1-25 | 42 | 1-25 |
| 10 | 1-25 | 43 | 1-25 |
| 11 | 1-25 | 44 | 1-25 |
| 12 | 1-25 | 45 | 1-25 |
| 13 | 1-11 | 46 | 1-25 |
| 21 | 22-25 | 47 | 1-25 |
| 22 | 1-25 | 48 | 1-25 |
| 23 | 1-25 | 49 | 1-25 |
| 24 | 1-25 | 50 | 1-25 |
| 25 | 1-25 | 51 | 1-25 |
| 26 | 1-25 | 52 | 1-25 |
| 27 | 1-25 | 53 | 1-25 |
| 28 | 1-25 | 54 | 1-25 |
| 29 | 1-25 | 55 | 1-25 |
| 30 | 1-25 | 56 | 1-25 |
| 31 | 1-25 | 57 | 1-25 |
| 32 | 1-25 | 58 | 1-25 |
| 33 | 1-25 | 59 | 1-25 |
| 34 | 1-25 | 60 | 1-25 |
| 35 | 1-25 | 61 | 1-25 |
| 36 | 1-25 | 62 | 1-21 |
| 37 | 1-25 | 70 | 25 |
| 38 | 1-25 | 71 | 1-25 |
|  |  | 72 | 1-25 |
|  |  | 74 | 9-25 |
|  |  | 75 | 1-25 |
|  |  | 76 | 1-8 |
|  |  | 79 | 7-25 |
|  |  | 80 | 1-25 |
|  |  | 81 | 1-25 |
|  |  | 82 | 1-5 |

**PAUL KNOWLES**
**(April 3, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 7 | 19-25 | 59 | 5-25 |
| 8 | 1-25 | 60 | 1-22 |
| 9 | 1-25 | 68 | 22-25 |
| 10 | 1-25 | 69 | 1 |
| 11 | 1-25 | 71 | 6-25 |
| 12 | 1-25 | 72 | 1-12 |
| 13 | 1-25 | 81 | 3-25 |
| 14 | 1-25 | 82 | 1-16 |
| 15 | 1-25 | 83 | 18-25 |
| 16 | 1-6 | 84 | 1-25 |
| 19 | 14-20 | 85 | 1-25 |
| 20 | 16-25 | 86 | 1-25 |
| 21 | 1-25 | 87 | 1-25 |
| 22 | 1-25 | 88 | 1-4 |
| 23 | 1-22 | 91 | 15-25 |
| 24 | 8-25 | 92 | 1-7 |
| 25 | 1, 11-25 | 98 | 14-25 |
| 26 | 1-25 | 99 | 1-17 |
| 27 | 1-18 | 103 | 14-25 |
| 29 | 3-25 | 104 | 1-4 |
| 30 | 1-18 | 106 | 22-25 |
| 31 | 10-25 | 107 | 1-25 |
| 32 | 1-25 | 108 | 1-25 |
| 33 | 1-21, 25 | 109 | 1-25 |
| 34 | 1-25 | 110 | 1-5 |
| 35 | 1-19 | 122 | 6-25 |
| 36 | 7-20 | 125 | 1-12 |
| 37 | 12-25 | 127 | 6-25 |
| 38 | 1-9 | 128 | 1-24 |
| 39 | 19-25 | 135 | 12-25 |
| 40 | 4-25 | 136 | 1-25 |
| 41 | 1-4, 17-25 | 137 | 1-14 |
| 42 | 1-25 | 138 | 1-25 |
| 43 | 17-25 | 139 | 1-25 |
| 44 | 1-25 | 140 | 1-25 |
| 46 | 17-25 | 141 | 1-25 |
| 47 | 1-13 | 142 | 1-25 |
| 53 | 5-9 | 143 | 1-2 |
| 55 | 1-25 | 149 | 7-25 |

**KNOWLES (continued)**

**PAGE**          **LINES**

150               1-25
151               1-25
152               1-25
153               1-25
154               1-25
155               1-25
156               1-25
157               1-25
158               1-25
159               1-25
165               15-25
166               1-25
167               1-25
168               1-13
169               13-25
170               1-24

## JAN LEWANDOWSKI
## (February 10, 2003)

| **PAGE** | **LINES** |
|----------|-----------|
| 11 | 19-25 |
| 12 | 1-23 |
| 13 | 20-23 |
| 20 | 2-12 |
| 24 | 5-20 |
| 25 | 1-8 |
| 26 | 4-19 |
| 27 | 8-16 |

**TROY LINK**
**(January 15, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 171 | 1-25 |
| 5 | 15-22 | 172 | 1-7 |
| 15 | 1-3 | 179 | 8-25 |
| 17 | 10-13, 24-25 | 180 | 1-25 |
| 18 | 1-5 | 181 | 1-25 |
| 23 | 5-25 | 182 | 1-25 |
| 24 | 1-25 | 183 | 1-24 |
| 25 | 1-25 | 184 | 5-9 |
| 26 | 1-25 | 186 | 1-3 |
| 27 | 1-25 | 187 | 4-13 |
| 28 | 1-7 | 195 | 15 |
| 29 | 24-25 | 198 | 10-25 |
| 30 | 1-17 | 199 | 1-2 |
| 31 | 18-25 | 200 | 19-25 |
| 32 | 1-25 | 201 | 1-17 |
| 33 | 1-25 | 205 | 19-23 |
| 34 | 1, 21-25 | 210 | 1-4 |
| 35 | 1-23 | 217 | 21-25 |
| 36 | 16-25 | 218 | 1-25 |
| 37 | 1-25 | 219 | 1-25 |
| 38 | 1-25 | 220 | 1-25 |
| 39 | 1-25 | 221 | 1-25 |
| 40 | 1-25 | 222 | 1-25 |
| 41 | 1-25 | 223 | 1-25 |
| 42 | 1-25 | 224 | 1-17 |
| 43 | 1-25 | | |
| 44 | 1-23 | | |
| 80 | 11-25 | | |
| 149 | 15-20 | | |
| 151 | 16-21 | | |
| 156 | 8-11, 16-18 | | |
| 160 | 2-9 | | |
| 162 | 3-25 | | |
| 163 | 1-25 | | |
| 164 | 1-20 | | |
| 166 | 17-25 | | |
| 167 | 1-25 | | |
| 168 | 1-20 | | |
| 169 | 14-25 | | |
| 170 | 1-25 | | |

**PETTY OFFICER LUX**
**(February 26, 2002)**

| <u>PAGE</u> | <u>LINES</u> |
|------|------|
| 13 | 4-18 |
| 14 | 10-16 |
| 15 | 1-2 |
| 16 | 6-9, 13-17 |
| 21 | 17-25 |
| 22 | 1-25 |
| 23 | 1 |
| 30 | 2-18 |
| 32 | 11-15 |
| 36 | 15-18 |
| 42 | 1-25 |
| 43 | 1-5 |
| 49 | 1-15 |
| 50 | 3-25 |

**DAVID RICHARD McLAMB**
**(October 9, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 87 | 1-25 |
| 5 | 15-22 | 88 | 1-8 |
| 6 | 10-15 | 90 | 1-5, 25 |
| 11 | 15-25 | 91 | 1-25 |
| 12 | 1-9 | 92 | 1-25 |
| 18 | 5-25 | 93 | 1-25 |
| 19 | 1-22 | 94 | 1, 8-25 |
| 20 | 3-6 | 95 | 1-25 |
| 36 | 23-25 | 96 | 1-25 |
| 37 | 1-14, 20-21 | 97 | 1-12 |
| 39 | 15-16, 23-24 | 101 | 7-25 |
| 45 | 23-25 | 102 | 1-25 |
| 47 | 10-12 | 104 | 3-25 |
| 51 | 7-17 | 105 | 1-25 |
| 52 | 24-25 | 106 | 1-25 |
| 53 | 1-25 | 107 | 1-25 |
| 56 | 11-19 | 108 | 1-25 |
| 59 | 11-25 | 109 | 1, 8-14 |
| 60 | 1-25 | 113 | 1-25 |
| 61 | 1-25 | 114 | 1-9 |
| 62 | 1-12 | 115 | 4-15 |
| 66 | 4-9, 17-25 | 117 | 7-14, 21-25 |
| 69 | 13-25 | 118 | 1-9, 19-25 |
| 70 | 1-25 | 119 | 7-13 |
| 71 | 1-25 | 120 | 5-25 |
| 72 | 1-25 | 121 | 1-25 |
| 73 | 1-25 | 125 | 15-25 |
| 74 | 1-25 | 126 | 10-13 |
| 75 | 1-18 | 128 | 2-25 |
| 76 | 10-12 | 129 | 1-25 |
| 77 | 4-25 | 130 | 1-25 |
| 78 | 1-25 | 131 | 1-17 |
| 79 | 1-12 | 132 | 4-25 |
| 80 | 3-25 | 133 | 1-25 |
| 81 | 1-25 | 134 | 1-25 |
| 82 | 1-10, 21-25 | 135 | 1-25 |
| 83 | 1-5 | 136 | 1-25 |
| 84 | 14-25 | 137 | 1-2 |
| 85 | 1-7 | 138 | 4-9 |
| 86 | 3-5, 25 | 141 | 6-25 |

**McLAMB (continued)**

| PAGE | LINES |
|------|-------|
| 142 | 1-25 |
| 143 | 1-25 |
| 144 | 1-25 |
| 145 | 1-2 |
| 146 | 1-18 |
| 150 | 1-5, 15-23 |
| 151 | 5-13 |
| 152 | 9-14 |
| 156 | 11-25 |
| 157 | 1-19 |
| 159 | 1-7 |
| 164 | 3-25 |
| 165 | 5-21 |
| 184 | 4-12 |

**ERIC McMAHON**
**(October 2, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1 | 79 | 1-25 |
| 5 | 1-25 | 80 | 1-25 |
| 8 | 1-8, 23-25 | 81 | 1-25 |
| 9 | 1-8 | 82 | 1-25 |
| 36 | 6-25 | 83 | 1-8 |
| 37 | 1-25 | 85 | 17-25 |
| 38 | 1-25 | 86 | 1-4 |
| 39 | 1-4 | 87 | 22-25 |
| 40 | 7-25 | 88 | 1-6 |
| 41 | 1-25 | 91 | 1-25 |
| 42 | 1-25 | 92 | 1-25 |
| 43 | 1-14 | 93 | 1-25 |
| 44 | 2-25 | 94 | 1-25 |
| 45 | 1-25 | 95 | 1-25 |
| 46 | 1-25 | 96 | 1-25 |
| 47 | 1-25 | 97 | 1-25 |
| 48 | 1-25 | 98 | 1-25 |
| 49 | 1-25 | 99 | 1-25 |
| 50 | 1-25 | 100 | 1-25 |
| 51 | 1-25 | 101 | 1-25 |
| 52 | 1 | 102 | 1-25 |
| 53 | 16-25 | 103 | 1-25 |
| 54 | 1-25 | 104 | 1-25 |
| 55 | 1-25 | 105 | 1-25 |
| 56 | 1-25 | 106 | 1-25 |
| 57 | 1-25 | 107 | 1-25 |
| 58 | 1-25 | 108 | 1-25 |
| 59 | 1-20 | 109 | 1-25 |
| 60 | 20-25 | 110 | 1-22 |
| 61 | 1-25 | 124 | 2-25 |
| 62 | 1-25 | 125 | 1-6 |
| 63 | 1-25 | 130 | 4-25 |
| 64 | 1-25 | 131 | 1-25 |
| 65 | 1-25 | 132 | 1-25 |
| 66 | 1-23 | 133 | 1-25 |
| 68 | 7-25 | 134 | 1-25 |
| 69 | 1-25 | 135 | 1-15 |
| 76 | 8-25 | 139 | 21-25 |
| 77 | 1-25 | 140 | 1-25 |
| 78 | 1-25 | 141 | 1-9, 14-25 |

**McMAHON (continued)**

| PAGE | LINES |
|------|-------|
| 142 | 1-25 |
| 143 | 1-25 |
| 144 | 1-25 |
| 145 | 1-25 |
| 146 | 1-24 |
| 147 | 9-25 |
| 148 | 1-6 |
| 151 | 7-18 |
| 153 | 1-25 |
| 154 | 1-25 |
| 155 | 1-25 |
| 156 | 1-25 |
| 157 | 1-3 |
| 160 | 12-25 |
| 161 | 1-24 |
| 163 | 22-25 |
| 164 | 1-6, 24-25 |
| 167 | 1-24 |
| 193 | 9-11 |
| 204 | 13-25 |
| 205 | 1-22 |
| 220 | 20-25 |
| 221 | 1-21 |
| 224 | 3-25 |
| 225 | 1-25 |
| 231 | 23-25 |
| 232 | 1-11 |
| 233 | 24-25 |
| 234 | 1-19 |

**DONALD MILLS**
**(October 10, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 51 | 1-25 |
| 5 | 14-24 | 52 | 1-25 |
| 6 | 12-13 | 53 | 1-25 |
| 7 | 13-14, 20-23 | 54 | 1-25 |
| 9 | 9-25 | 55 | 1-25 |
| 10 | 1-8, 20-25 | 56 | 1-25 |
| 11 | 1-19 | 57 | 1-25 |
| 12 | 20-25 | 58 | 1-25 |
| 13 | 1-2, 25 | 59 | 1-25 |
| 14 | 1-25 | 60 | 1-25 |
| 15 | 1 | 61 | 1-25 |
| 16 | 23-25 | 62 | 1-25 |
| 17 | 1-5, 8-25 | 63 | 1-25 |
| 18 | 1-6 | 64 | 1-25 |
| 19 | 22-25 | 65 | 1-25 |
| 20 | 1-10 | 66 | 1-25 |
| 24 | 3-8 | 67 | 1-24 |
| 25 | 1-25 | 68 | 21-25 |
| 26 | 1-25 | 69 | 1-25 |
| 27 | 1-7 | 70 | 1-13, 22-25 |
| 28 | 2-13 | 71 | 1-25 |
| 29 | 3-15 | 72 | 1-25 |
| 30 | 10-25 | 73 | 1-25 |
| 31 | 15-25 | 74 | 1-25 |
| 32 | 1-25 | 75 | 1-25 |
| 33 | 1-25 | 76 | 1-25 |
| 34 | 1-25 | 77 | 1-25 |
| 35 | 1-25 | 78 | 1-25 |
| 36 | 1-25 | 79 | 1-25 |
| 37 | 1-25 | 80 | 1-25 |
| 38 | 1-25 | 81 | 1-25 |
| 39 | 1-11 | 82 | 1-25 |
| 41 | 3-8 | 83 | 1-25 |
| 42 | 9-12 | 84 | 1-25 |
| 44 | 17-25 | 85 | 1-25 |
| 45 | 1-25 | 86 | 1-25 |
| 46 | 1-16 | 87 | 1-21 |
| 48 | 10-25 | 95 | 13-18 |
| 49 | 1-25 | 96 | 10-11 |
| 50 | 1-25 | | |

**STEPHEN NEWTON**
**(April 2, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 8 | 6-25 | 39 | 1-25 |
| 9 | 1-25 | 40 | 1-9 |
| 10 | 1-25 | 41 | 8-25 |
| 11 | 1-3 | 42 | 1-25 |
| 12 | 15-25 | 43 | 1-7 |
| 13 | 1-25 | 44 | 8-25 |
| 14 | 1-25 | 45 | 1-25 |
| 15 | 1-25 | 46 | 1-4 |
| 16 | 1-3; 23-25 | 51 | 2-25 |
| 17 | 1-25 | 52 | 1-17 |
| 18 | 1-19 | 68 | 16-25 |
| 19 | 1-25 | 69 | 1-17 |
| 20 | 1-25 | 77 | 5-25 |
| 21 | 1-25 | 78 | 1-25 |
| 22 | 1-17 | 79 | 1-23 |
| 23 | 23-25 | 108 | 8-25 |
| 24 | 1-13 | 109 | 1-25 |
| 27 | 4-8 | 110 | 1-5 |
| 28 | 2-20 | 120 | 3-25 |
| 29 | 6-25 | 121 | 1-15 |
| 30 | 1-2 | 124 | 4-25 |
| 33 | 2-25 | 125 | 1-10 |
| 34 | 1-16; 24-25 | 130 | 2-25 |
| 35 | 1-25 | 131 | 1-2 |
| 36 | 1-25 | 144 | 6-25 |
| 37 | 1-25 | 145 | 1-25 |
| 38 | 1-25 | 147 | 1-25 |
|   |   | 148 | 1-3 |

**LINNAEUS A. PRINCE**
**(February 6, 2003)**
**(April 15, 2003)**

Entire transcripts

**MARY PUTNEY**
**(November 5, 2002)**

| PAGE | LINES |
|------|-------|
| 15 | 13-19 |
| 17 | 8-13 |
| 18 | 9-19 |
| 19 | 3-16 |
| 23 | 8-21 |
| 24 | 10-21 |
| 25 | 1-6, 21 |
| 26 | 1-6 |
| 39 | 1-17 |
| 41 | 14-21 |
| 42 | 1-21 |
| 43 | 1-21 |
| 44 | 1-21 |
| 45 | 1-8 |
| 58 | 6-16 |
| 61 | 15-21 |
| 62 | 1-6 |

# WILLIAM CHARLES ROBERTS
## (May 28, 2003)

| PAGE | LINES |
|------|-------|
| 10 | 21-25 |
| 11 | 1-5 |
| 15 | 11-25 |
| 16 | 1-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-8 |
| 26 | 22-25 |
| 27 | 1-13 |

**PRICE E. RUSSELL**
**(August 11, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1 | 82 | 1-19 |
| 4 | 8-15 | 86 | 25 |
| 6 | 1-2 | 87 | 1-25 |
| 23 | 10-23 | 88 | 1-25 |
| 28 | 22-25 | 89 | 1-25 |
| 29 | 1-9 | 90 | 1-25 |
| 31 | 6-12 | 91 | 1-25 |
| 44 | 20-25 | 92 | 1-25 |
| 45 | 1-16 | 93 | 1-25 |
| 48 | 4-25 | 94 | 1-25 |
| 49 | 1-25 | 95 | 1-14 |
| 50 | 1-25 | 96 | 14-25 |
| 51 | 1-25 | 97 | 1-25 |
| 52 | 1-22 | 98 | 1-25 |
| 53 | 16-25 | 99 | 1-25 |
| 54 | 1-25 | 100 | 1-25 |
| 55 | 1-25 | 101 | 1-25 |
| 56 | 1-25 | 102 | 1-25 |
| 57 | 1-25 | 103 | 1-3 |
| 58 | 1-25 | 106 | 23-25 |
| 59 | 1-16 | 107 | 1-25 |
| 79 | 24-25 | 108 | 1-3 |
| 80 | 1-25 | 112 | 7-25 |
| 81 | 1-25 | 113 | 1-8 |

**JASON SHAPLEIGH**
**(November 19, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 26 | 20-24 | 93 | 7-24 |
| 27 | 1-24 | 94 | 1-24 |
| 28 | 1-7, 13-18 | 95 | 1-7 |
| 29 | 5-14, 21-24 | 96 | 2-23 |
| 30 | 1-7, 14-22 | 101 | 10-17 |
| 31 | 4-14, 18-24 | 111 | 20-24 |
| 33 | 1-16 | 112 | 1-24 |
| 36 | 15-24 | 113 | 1 |
| 37 | 1-7 | 115 | 2-24 |
| 38 | 2-9, 21-24 | 116 | 1-24 |
| 39 | 1-11 | 135 | 19-24 |
| 43 | 10-15 | 136 | 1-2 |
| 45 | 20-24 | 141 | 1-17 |
| 46 | 1-24 | 145 | 5-17 |
| 47 | 1-20 | 151 | 4-24 |
| 49 | 11-18 | 152 | 1-4 |
| 53 | 22-24 | 154 | 20-24 |
| 54 | 1-11 | 155 | 1-13 |
| 57 | 22-24 | 157 | 10-24 |
| 58 | 1-24 | 158 | 1-5 |
| 59 | 1-24 | 175 | 17-24 |
| 60 | 1-24 | 176 | 5-17 |
| 61 | 1 | 177 | 18-24 |
| 63 | 21-24 | 178 | 1-3 |
| 64 | 1-19 | 179 | 9-24 |
| 73 | 21-24 | 180 | 1-2 |
| 74 | 1-24 | 181 | 3-20 |
| 75 | 1-24 | 183 | 21-24 |
| 76 | 1-6, 20-24 | 184 | 1-23 |
| 77 | 1-24 | 185 | 8-19 |
| 78 | 1-23 | 186 | 7-17 |
| 80 | 20-24 | 187 | 23-24 |
| 81 | 1-5 | 188 | 1-8, 17-24 |
| 83 | 15-24 | 189 | 1-24 |
| 84 | 1-17 | 190 | 1-5 |
| 85 | 1-24 | 191 | 6-20 |
| 89 | 1-16 | | |

**JEFFREY SLATON**
**(October 8, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 90 | 1-25 |
| 5 | 16-20 | 91 | 1-8 |
| 7 | 16-21 | 97 | 5-25 |
| 8 | 13-25 | 98 | 1-3 |
| 9 | 1-18 | 108 | 8-25 |
| 18 | 12-14 | 109 | 1-25 |
| 19 | 21-25 | 110 | 1-20 |
| 20 | 1, 11-25 | 113 | 1-25 |
| 21 | 1-5, 18-25 | 114 | 1-25 |
| 24 | 19-25 | 115 | 1-22 |
| 25 | 1 | 122 | 23-25 |
| 26 | 19-23 | 123 | 1 |
| 27 | 19-22 | 134 | 22-25 |
| 28 | 12-14 | 135 | 1-25 |
| 29 | 8-11 | 136 | 1-25 |
| 30 | 1-25 | 137 | 1-25 |
| 31 | 1-25 | 138 | 1-25 |
| 32 | 1-25 | 139 | 1-25 |
| 33 | 14-18 | 140 | 1-25 |
| 34 | 19-25 | 141 | 1-25 |
| 35 | 1-17 | 142 | 1-25 |
| 42 | 15-22 | 143 | 1-25 |
| 43 | 1-25 | 144 | 1-25 |
| 44 | 1-25 | 145 | 1-25 |
| 45 | 6-7, 18-25 | 156 | 1-25 |
| 46 | 1-25 | 147 | 1-25 |
| 47 | 1-25 | 148 | 1-25 |
| 48 | 1-25 | 149 | 1-25 |
| 49 | 1-5 | 150 | 1-5 |
| 69 | 17-21 | 151 | 1-25 |
| 71 | 21-25 | 152 | 1-16 |
| 72 | 1-3, 22-25 | 166 | 3-25 |
| 73 | 1-12 | 167 | 1-25 |
| 84 | 25 | 167 | 1-3 |
| 85 | 1-16 | 172 | 8-25 |
| 86 | 5-25 | 173 | 1-9 |
| 87 | 1-8 | 174 | 8-23 |
| 89 | 1-25 | 175 | 20-25 |

**SLATON (continued)**

**PAGE**       **LINES**

176       1-25
177       1-2
179       12-25
180       1-8
184       21-25
185       1-17

**MARIO VALDEZ**
**(March 3, 2002)**

| **PAGE** | **LINES** |
|----------|-----------|
| 8 | 19-21 |
| 9 | 1-21 |
| 10 | 1-21 |
| 11 | 1-21 |
| 12 | 1-21 |
| 13 | 1-21 |
| 14 | 1-21 |
| 15 | 1-21 |
| 16 | 1-21 |
| 17 | 1-21 |
| 18 | 1-21 |
| 19 | 1-21 |
| 20 | 1-21 |
| 21 | 1-21 |
| 22 | 1-21 |
| 23 | 1-5 |

**MARIO VALDEZ**
**(February 11, 2003)**

| **PAGE** | **LINES** |
|----------|-----------|
| 4 | 24-25 |
| 5 | 1-25 |
| 6 | 5 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |
| 12 | 1-25 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-12 |
| 23 | 8-25 |
| 24 | 1-12 |
| 32 | 21-25 |
| 33 | 1-5 |

**DENNIS WALLACE**
**(January 16, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 116 | 1-2 |
| 5 | 16-25 | 117 | 7-21 |
| 6 | 1-8 | 120 | 2-15, 25 |
| 13 | 5-13 | 121 | 1-25 |
| 19 | 5-25 | 122 | 1-5, 25 |
| 20 | 1-22 | 123 | 1-2, 14-25 |
| 23 | 9-25 | 124 | 1-3, 10-25 |
| 25 | 10-16 | 125 | 1-25 |
| 26 | 15-25 | 126 | 1-25 |
| 27 | 1-9, 14-25 | 127 | 1-25 |
| 28 | 1-25 | 128 | 1-25 |
| 29 | 1-25 | 129 | 1-25 |
| 30 | 1-8 | 130 | 1-25 |
| 32 | 13-25 | 131 | 1-25 |
| 33 | 1-25 | 132 | 1-25 |
| 34 | 1-8, 18-25 | 133 | 1-25 |
| 35 | 17-25 | 134 | 1-14 |
| 36 | 1-25 | 135 | 18-25 |
| 37 | 1-4 | 136 | 1-25 |
| 38 | 2-25 | 137 | 1-12 |
| 39 | 1-25 | 138 | 1-12, 20-25 |
| 40 | 14-25 | 150 | 1-25 |
| 41 | 1-25 | 151 | 1-7, 10-25 |
| 42 | 1-25 | 152 | 1-11, 18-25 |
| 43 | 1-25 | 153 | 1-25 |
| 44 | 1-25 | 154 | 1-25 |
| 45 | 1-7, 21-25 | 155 | 1-9 |
| 46 | 1-25 | 158 | 12-25 |
| 47 | 1-11 | 159 | 1-25 |
| 49 | 20-25 | 160 | 1-25 |
| 50 | 3-18 | 161 | 1-25 |
| 52 | 19-25 | 162 | 3-25 |
| 53 | 1-4, 25 | 163 | 1-25 |
| 54 | 1-6 | 164 | 1-10 |
| 108 | 4-25 | 165 | 1-25 |
| 109 | 1-25 | 166 | 1-25 |
| 110 | 1-11 | 167 | 1-24 |
| 112 | 14-20 | 168 | 22-25 |
| 114 | 15-20 | 169 | 1-20 |
| 115 | 1-10, 23-25 | 170 | 4-20 |

**WALLACE (continued)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 171 | 1-25 | 197 | 1-16 |
| 172 | 1-25 | 199 | 17-25 |
| 173 | 1-25 | 200 | 1-3, 12-13 |
| 174 | 1-18 | 212 | 24-25 |
| 178 | 18 | 213 | 1-25 |
| 179 | 25 | 214 | 1-25 |
| 180 | 1-25 | 215 | 1-25 |
| 181 | 1-25 | 216 | 1-2 |
| 182 | 1-25 | 217 | 10-20 |
| 183 | 1-17 | 221 | 17-25 |
| 191 | 7-24 | 222 | 1-14 |
| 192 | 1-14 | 230 | 8-10, 15-24 |
| 193 | 1-25 | 232 | 22-25 |
| 194 | 1-25 | 233 | 1 |
| 195 | 1-25 | 255 | 17-25 |
| 196 | 1-25 | 256 | 1-25 |
|     |      | 260 | 22-25 |
|     |      | 261 | 1-25 |
|     |      | 262 | 1-6 |

**MICHAEL D. WELCH**
(October 1, 2002)

| **PAGE** | **LINES** | **PAGE** | **LINES** |
|------|-------|------|-------|
| 1 | 1-25 | 81 | 1 |
| 7 | 20-24 | 83 | 3-12 |
| 10 | 9-25 | 84 | 2-25 |
| 11 | 1-25 | 85 | 1-25 |
| 12 | 1-25 | 90 | 24-25 |
| 13 | 1-25 | 91 | 1-25 |
| 14 | 1-25 | 92 | 1-25 |
| 15 | 1-25 | 93 | 1-12 |
| 16 | 1-8, 17-25 | 95 | 1-25 |
| 17 | 1-25 | 96 | 1-25 |
| 18 | 1-24 | 97 | 1-25 |
| 21 | 1-7 | 98 | 1-25 |
| 22 | 1-25 | 99 | 1-7 |
| 23 | 1-25 | 103 | 2-25 |
| 24 | 1-25 | 104 | 1-4 |
| 25 | 1-25 | 106 | 25 |
| 26 | 1-12 | 107 | 1-25 |
| 27 | 24-25 | 108 | 1-3 |
| 28 | 1-20 | 110 | 9-25 |
| 30 | 24-25 | 110 | 1-23 |
| 31 | 1-9 | 111 | 23-25 |
| 32 | 5-20 | 112 | 1-25 |
| 36 | 5-16, 24-25 | 113 | 1-25 |
| 37 | 1-13 | 114 | 1 |
| 38 | 6-25 | 115 | 13-25 |
| 39 | 1-9 | 116 | 1-8, 24-25 |
| 57 | 6-25 | 117 | 6-25 |
| 58 | 1-25 | 118 | 1-4 |
| 59 | 1-21 | 119 | 19-25 |
| 66 | 9-25 | 120 | 1-2 |
| 67 | 1-25 | 125 | 9-16 |
| 68 | 1-8 | 127 | 9-25 |
| 69 | 10-24 | 128 | 1-17 |
| 72 | 2-19 | 129 | 3-25 |
| 74 | 2-6 | 130 | 1-25 |
| 75 | 12-25 | 131 | 1-25 |
| 76 | 1-25 | 132 | 1-7 |
| 77 | 1-12 | 133 | 4-25 |
| 78 | 15-25 | 134 | 1-25 |
| 79 | 1-7 | 135 | 1-25 |
| 80 | 16-25 | 137 | 4-25 |

**WELCH (continued)**

| PAGE | LINES |
|------|-------|
| 138 | 1-25 |
| 139 | 1-25 |
| 140 | 1-4 |
| 141 | 10-25 |
| 142 | 1-25 |
| 143 | 1-8 |
| 151 | 14-25 |
| 152 | 1-25 |
| 153 | 1-25 |
| 154 | 1-25 |
| 155 | 1-25 |
| 156 | 1-25 |
| 157 | 1-25 |
| 158 | 1-25 |
| 159 | 1-25 |
| 160 | 1-25 |
| 161 | 1-25 |
| 162 | 1-25 |
| 163 | 1-25 |
| 164 | 1-25 |
| 165 | 1-25 |
| 166 | 1-25 |
| 167 | 1-25 |
| 168 | 1-25 |
| 169 | 1-25 |
| 170 | 1-25 |
| 171 | 1-25 |
| 172 | 1-25 |
| 173 | 1-25 |
| 174 | 1-25 |
| 175 | 1-25 |
| 176 | 1-25 |
| 177 | 1-25 |
| 178 | 1-25 |
| 179 | 1-25 |
| 180 | 1-25 |
| 181 | 1-25 |
| 182 | 1-25 |
| 183 | 1-25 |
| 184 | 1-25 |
| 185 | 1-25 |

| PAGE | LINES |
|------|-------|
| 186 | 1-25 |
| 187 | 1-25 |
| 188 | 1-25 |
| 189 | 1-25 |
| 190 | 1-25 |
| 191 | 1-25 |
| 192 | 1-25 |
| 193 | 1-25 |
| 194 | 1-25 |
| 195 | 1-25 |
| 196 | 1-25 |
| 197 | 1-15, 22-25 |
| 198 | 1-25 |
| 199 | 1-25 |
| 200 | 1-25 |
| 201 | 1-25 |
| 202 | 1-25 |
| 203 | 8-25 |
| 204 | 1-25 |
| 205 | 1-25 |
| 206 | 1-25 |
| 207 | 1-25 |
| 208 | 1-25 |
| 209 | 1-25 |
| 210 | 1-25 |
| 211 | 8-25 |
| 212 | 1-25 |
| 213 | 1-14 |
| 218 | 7-12 |
| 220 | 22-25 |
| 221 | 1-25 |
| 222 | 1-25 |
| 223 | 1-17 |
| 224 | 11-25 |
| 225 | 1-25 |
| 226 | 1-25 |
| 227 | 1-25 |
| 228 | 1-25 |
| 229 | 1-25 |
| 230 | 1-25 |
| 231 | 1-25 |

**WELCH (continued)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 232 | 1-25 | | |
| 233 | 1-25 | 257 | 1-25 |
| 234 | 1-25 | 258 | 1-25 |
| 235 | 1-25 | 259 | 1-18 |
| 236 | 1-25 | 267 | 25 |
| 237 | 1-25 | 268 | 1-19 |
| 238 | 1-25 | 272 | 12-16 |
| 239 | 1-25 | 296 | 18-25 |
| 240 | 1-6 | 297 | 1-25 |
| 244 | 11-25 | 298 | 1 |
| 245 | 1-4 | 300 | 3-10 |
| 253 | 19-25 | | |
| 254 | 1-25 | | |
| 255 | 1-25 | | |
| 256 | 1-2, 14-25 | | |

**MICHELLE WELLS**
**(March 11, 2003)**

| PAGE | LINES |
|------|-------|
| 12 | 20-25 |
| 13 | 1-8 |
| 14 | 7-11 |
| 15 | 10-17 |
| 16 | 3-9, 22-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-2, 17-19 |
| 28 | 12-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-14 |
| 32 | 12-25 |
| 33 | 1-20 |

**DAVID WOOLARD**
**(April 29, 2003)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 5 | 14-25 | 36 | 1-25 |
| 6 | 1-22 | 37 | 1-25 |
| 16 | 12-25 | 38 | 1-25 |
| 17 | 1-25 | 39 | 1-25 |
| 18 | 1-25 | 40 | 1-25 |
| 19 | 1-25 | 41 | 1-25 |
| 20 | 1-25 | 42 | 1-25 |
| 21 | 1-25 | 43 | 1-25 |
| 22 | 1-25 | 44 | 1-25 |
| 23 | 1-25 | 45 | 1-25 |
| 24 | 1-25 | 46 | 1-25 |
| 25 | 1-25 | 47 | 1-25 |
| 26 | 1-25 | 48 | 1-12 |
| 27 | 1-25 | 49 | 12-25 |
| 28 | 1-25 | 50 | 1-25 |
| 29 | 1-25 | 51 | 1-20 |
| 30 | 1-25 | 54 | 4-25 |
| 31 | 1-25 | 55 | 1-25 |
| 32 | 1-25 | 56 | 1-25 |
| 33 | 1-25 | 57 | 1-18 |
| 34 | 1-25 | 63 | 23-25 |
| 35 | 1-25 | 64 | 1-25 |
| | | 68 | 3-25 |
| | | 69 | 1-25 |

**ROY YOUNG**
**(October 8, 2002)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 1 | 1-25 | 64 | 1-11 |
| 5 | 17-25 | 65 | 22-25 |
| 6 | 1, 19-20 | 66 | 1-15 |
| 9 | 5-24 | 67 | 1-16 |
| 10 | 19-25 | 68 | 16-22 |
| 11 | 1-3, 8-10 | 70 | 14-25 |
| 12 | 1-3, 20-22 | 72 | 11-25 |
| 20 | 1-4, 22-25 | 73 | 1-25 |
| 21 | 1-25 | 74 | 1-25 |
| 22 | 1-10, 25 | 75 | 1-8 |
| 23 | 1-2, 19-23 | 78 | 18-19 |
| 24 | 5-25 | 85 | 1-25 |
| 25 | 1-4 | 86 | 1-25 |
| 26 | 7-14 | 87 | 1-25 |
| 27 | 20-25 | 88 | 7-23 |
| 28 | 1-17, 21-25 | 89 | 2-25 |
| 29 | 17-25 | 91 | 24-25 |
| 30 | 1-8, 21-25 | 92 | 1-25 |
| 31 | 1-2 | 93 | 1-25 |
| 34 | 23-25 | 94 | 1-14 |
| 35 | 1-2 | 95 | 6-16 |
| 36 | 7-19 | 97 | 8-25 |
| 37 | 12-25 | 98 | 1-25 |
| 38 | 1-25 | 99 | 1-25 |
| 39 | 1-14, 21-25 | 100 | 1-25 |
| 40 | 1-19, 25 | 101 | 1-25 |
| 41 | 1-4, 18-20 | 102 | 1-25 |
| 50 | 25 | 103 | 1-25 |
| 51 | 1-25 | 104 | 1-25 |
| 52 | 1-25 | 105 | 1-25 |
| 53 | 1-25 | 106 | 1-25 |
| 54 | 1-25 | 107 | 1-25 |
| 55 | 1 | 108 | 1-25 |
| 56 | 24-25 | 109 | 1-25 |
| 57 | 1-3 | 110 | 1-25 |
| 59 | 1-25 | 111 | 1-25 |
| 60 | 12-25 | 112 | 1-25 |
| 61 | 1-25 | 113 | 1-25 |
| 62 | 1-25 | 114 | 1-25 |
| 63 | 1-7 | 115 | 1-25 |

**YOUNG (continued)**

| PAGE | LINES | PAGE | LINES |
|------|-------|------|-------|
| 116 | 1-25 | 130 | 1-8 |
| 117 | 1-25 | 176 | 12-25 |
| 118 | 1-25 | 177 | 1-25 |
| 119 | 1-25 | 178 | 1 |
| 124 | 1-25 | 180 | 22-25 |
| 125 | 1-10 | 181 | 1-25 |
| 128 | 4-13 | 182 | 1-25 |
| 129 | 1-25 | 183 | 1-24 |

## ABAGA, VICTORINO
### (March 3, 2002)

| Page | Lines | Page | Lines |
|------|-------|------|-------|
| 9 | 14-20 | 13 | 1-21 |
| 10 | 4-21 | 14 | 1-21 |
| 11 | 1-21 | 15 | 1-21 |
| 12 | 1-21 | 16 | 1-7, 15-21 |
| | | 17 | 1-21 |
| | | 18 | 1-2, 7-18 |

## NIDOY, BENJAMIN
### (February 11, 2003)

| Page | Lines |
|------|-------|
| 5 | 25 |
| 6 | 1-3, 8-18 |
| 8 | 3-14 |

## ORIBELLO, JAMIE
### (February 11, 2003)

| Page | Lines |
|------|-------|
| 6 | 9-12, 15-25 |
| 7 | 1-22 |
| 9 | 7-23 |
| 11 | 4-10 |

## KASTNER
## PALMA, ARBUES

| Page | Lines |
|------|-------|
| 5 | 13-15, 23-24 |
| 6 | 2-11, 19-25 |
| 7 | 1-4 |

**TABUADA, EDGAR**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 7 | 10-25 |
| 8 | 4-21 |
| 10 | 15-25 |
| 11 | 17-25 |
| 12 | 6-10 |

**TAN, HILARIO**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 6 | 15-19, 22-25 |
| 7 | 1-9, 22-24 |
| 9 | 8-11 |
| 10 | 2-6 |

**ZARA, MOISES**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 5 | 18-22 |
| 6 | 2-15 |
| 7 | 9-11 |

**KASTNER**
**BUENO, EFREN**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 5 | 13-23 |
| 10 | 3-14 |

**DARIO, MARCISO**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 6 | 21-23 |
| 12 | 10-25 |
| 13 | 1-4 |

**ESMAJER, NERI**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 6 | 23-25 |
| 7 | 1-9 |
| 11 | 7-21 |

**ESTAMPADOE, JULIUS**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 6 | 2-4 |
| 7 | 2-6, 24-25 |
| 8 | 1-16 |

**NARDO, FRANSISCO**
**(February 11, 2003)**

| Page | Lines |
|------|-------|
| 6 | 10-19 |
| 7 | 16-25 |
| 8 | 9-15 |
| 9 | 15-25 |
| 10 | 1-8 |

| Page | Lines |
|------|-------|
| 11   | 17-23 |
| 12   | 1-25  |
| 13   | 1-6   |
| 15   | 7-24  |
| 16   | 6-8   |