IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Consolidated cases under Civil Action No. WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### GYPSUM TRANSPORTATION LIMITED'S ANSWER TO AMENDED COUNTERCLAIM OF BUCHANAN MARINE, L.P. AND A.P. FRANZ, TRUSTEE OF THE BUCHANAN TRUST

Gypsum Transportation Limited ("GTL"), on its own behalf and as Owner and on behalf of the M/V A.V. KASTNER and pursuant to the Statement of Interest and Entry of Restricted Appearance filed herein by GTL, by its undersigned counsel, hereby answers the Amended Counterclaim of Buchanan Marine, L.P. and A.P. Franz, Trustee of the Buchanan Trust (collectively "Buchanan") as follows:

1. The allegations contained in Paragraph 1 of Buchanan's Amended Counterclaim consist of legal conclusions to which GTL is not required to respond. To the extent a further response is required, the allegations contained in Paragraph 1 are denied.

2. The allegations contained in Paragraph 2 of Buchanan's Amended Counterclaim consist of legal conclusions to which GTL is not required to respond. To the extent a further response is required, the allegations contained in Paragraph 2 are denied.

711148

3. GTL is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Buchanan's Amended Counterclaim.

4. GTL admits the allegations contained in the first sentence in Paragraph 4 of Buchanan's Amended Counterclaim. GTL admits it was the record owner of the M/V A.V. KASTNER at all times complained of in Buchanan's Amended Counterclaim, but denies the rest of the allegations contained in the second sentence of Paragraph 4 of Buchanan's Amended Counterclaim.

5. GTL is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Buchanan's Amended Counterclaim, except that GTL admits while the A.V. KASTNER was in the C&D Canal and on the Elk River, the pilot of the A.V. KASTNER and those in charge of the Tug BUCHANAN 14 agreed to a port-to-port passage, and that as a result of the failure of the Tug BUCHANAN 14 and its convoy to remain on their proper side of the channel, a collision occurred and certain losses and damages resulted.

## COUNT I

6. GTL repeats and realleges as if set forth herein each and every allegation of Paragraphs 1 through 5 in answer to Paragraph 6 of Buchanan's Amended Counterclaim.

7. GTL denies the allegations contained in Paragraph 7 of Buchanan's Amended Counterclaim.

8. GTL denies the allegations contained in Paragraph 8 of Buchanan's Amended Counterclaim.

711148

9. GTL denies the allegations contained in Paragraph 9 of Buchanan's Amended Counterclaim.

## COUNT II

10. GTL repeats and realleges as if set forth herein each and every allegation of Paragraphs 1 through 9 in answer to Paragraph 10 of Buchanan's Amended Counterclaim.

11. GTL denies the allegations contained in Paragraph 11 of Buchanan's Amended Counterclaim.

12. GTL denies the allegations contained in Paragraph 12 of Buchanan's Amended Counterclaim.

13. GTL denies the allegations contained in Paragraph 13 of Buchanan's Amended Counterclaim.

## COUNT III

14. GTL repeats and realleges as if set forth herein each and every allegation of Paragraphs 1 through 13 in answer to Paragraph 14 of Buchanan's Amended Counterclaim.

15. GTL denies the allegations contained in Paragraph 15 of Buchanan's Amended Counterclaim.

16. GTL denies the allegations contained in Paragraph 16 of Buchanan's Amended Counterclaim.

## COUNT IV

17. GTL repeats and realleges as if set forth herein each and every allegation of Paragraphs 1 through 16 in answer to Paragraph 17 of Buchanan's Amended Counterclaim.

18. GTL denies the allegations contained in Paragraph 18 of Buchanan's Amended Counterclaim.

19. GTL denies the allegations contained in Paragraph 19 of Buchanan's Amended Counterclaim.

20. GTL denies the allegations contained in Paragraph 20 of Buchanan's Amended Counterclaim.

## COUNT V

21. GTL repeats and realleges as if set forth herein each and every allegation of Paragraphs 1 through 20 in answer to Paragraph 21 of Buchanan's Amended Counterclaim.

22. GTL denies the allegations contained in Paragraph 22 of Buchanan's Amended Counterclaim.

23. GTL denies the allegations contained in Paragraph 23 of Buchanan's Amended Counterclaim.

## AFFIRMATIVE DEFENSES

By way of further answer to Buchanan's Amended Counterclaim, GTL asserts the following affirmative defenses:

711148

## FIRST AFFIRMATIVE DEFENSE

The Amended Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court lacks *in personam* jurisdiction over GTL.

## THIRD AFFIRMATIVE DEFENSE

Any damages or losses Buchanan may have suffered are the result, in whole or in part, of its own negligence or the negligence of others for whom GTL is not responsible.

## FOURTH AFFIRMATIVE DEFENSE

Buchanan assumed the risk of any injuries or losses it may have suffered.

## FIFTH AFFIRMATIVE DEFENSE

Any injuries or losses Buchanan may have suffered were caused by persons over whom GTL could exercise no control and for which it is not responsible.

## SIXTH AFFIRMATIVE DEFENSE

GTL, as Owner of the M/V A.V. KASTNER, is entitled to exoneration from or limitation of its liability in accordance with the Limitation of Liability Act, 46 U.S.C. App. §§ 183, *et. seq.*

## SEVENTH AFFIRMATIVE DEFENSE

Buchanan has failed to join all necessary parties.

711148

WHEREFORE, having fully answered, Limitation Defendant and Claimant Gypsum Transportation Limited prays that the Amended Counterclaim of Buchanan Marine, L.P. and A.P. Franz, Trustee of the Buchanan Trust be dismissed, with costs, and for such other and further relief as the Court may deem just.

_____/s/_____
M. Hamilton Whitman, Jr., Trial Bar No. 00373
Robert B. Hopkins, Trial Bar No. 06017
Charles A. Diorio, Trial Bar No. 26369
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

John A. V. Nicoletti
Michael J. Carcich
NICOLETTI, HORNIG, CAMPISE & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

Attorneys for Gypsum Transportation Limited

711148

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NORFOLK DREDGING COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| M/V A.V. KASTNER, etc., *et al.*, | *  Consolidated cases under<br>Civil Action No.: WMN-02-662 |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2004, a copy of GTL's Answer to Amended Counterclaim of Buchanan Marine, L.P. and A.P. Franz, Trustee of the Buchanan Trust were served electronically on certain counsel of record by way of the court's electronic filing system and were mailed or hand-delivered to the counsel of record also listed below:

| | |
|---|---|
| John A. V. Nicoletti, Esq.<br>Michael J. Carcich, Esq.<br>NICOLETTI, HORNIG, CAMPISE &<br>SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br><br>Attorneys for Gypsum Transportation<br>  Limited | C. Arthur Rutter, III, Esquire<br>Deborah C. Waters, Esquire<br>Rutter, Walsh, Mills & Rutter, LLP<br>415 St. Paul's Boulevard, Suite 700<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate<br>of Ronald L. Bonniville, the Estate of<br>William Thomas Bryant, and the Estate<br>of Clarence McConnell |

Peter G. Decker, Jr., Esquire
Decker, Cardon, Thomas, Neskis
Decker Building
201 E. Plume Street
Norfolk, VA 23510

Attorneys for Jeffrey Slaton, the Estate of
 William Thomas Bryant

A. Davis Bugg, Jr., Esquire
Rumsey & Bugg, P.C.
Irvington Road
P.O. Box 720
Irvington, VA 22480

Attorneys for the Estate of Ronald L. Bonniville

Thomas B. Shuttleworth, Esquire
Shuttleworth, Ruloff, Giordano,
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452

Attorneys for the Estate of Justin Maurice Bryant

Patrick M. Brogan, Esquire
R. Arthur R. Jett, Jr., Esquire
Davey & Brogan, P.C.
101 Granby Street, Suite 300
P.O. Box 3188
Norfolk, VA 23514-3188

Attorneys for Buchanan Marine, L.P. and A.P. Franz, Trustee of The Buchanan Trust

Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Attorneys for Troy A. Link and Dennis Wallace

Cain Denny, Esquire
Cain Denny, P.A.
P.O. Box 1205
Charleston, SC 29402

Attorneys for the Estate of Clarence McConnell

John Hughes Cooper, Esquire
1808 Middle Street
P.O. Box 395
Sullivan's Island, SC 29482

Attorneys for the Estate of Clarence McConnell

Johnnie L. Cochran, Jr., Esquire
J. Farrest Taylor, Esquire
Cochran, Cherry, Givens & Smith, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Attorneys for the Estate of Justin Maurice Bryant

2

David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging
Company

                                          _____/s/_____
                                          M. Hamilton Whitman, Jr.