IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Consolidated cases under Civil Action No. WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**BELTSHIP MANAGEMENT LIMITED'S ANSWER
TO CROSS-CLAIM OF BUCHANAN MARINE, L.P.
AND A.P. FRANZ, TRUSTEE OF THE BUCHANAN TRUST**

Beltship Management Limited ("BML"), by its undersigned counsel, hereby answers the Cross-Claim of Buchanan Marine, L.P. and A.P. Franz, Trustee of the Buchanan Trust (collectively "Buchanan") as follows:

1. The allegations contained in Paragraph 1 of Buchanan's Cross-Claim consist of legal conclusions to which BML is not required to respond. To the extent a further response is required, the allegations contained in Paragraph 1 are denied.

2. The allegations contained in Paragraph 2 of Buchanan's Cross-Claim consist of legal conclusions to which BML is not required to respond. To the extent a further response is required, the allegations contained in Paragraph 2 are denied.

3. BML is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Buchanan's Cross-Claim.

4. BML admits that Gypsum Transportation Limited ("GTL") was and is a Bermuda corporation engaged in the business of international shipping and carriage of

711152

gypsum products, and that it was the record Owner of the M/V A.V. KASTNER at all times complained of in Buchanan's Cross-Claim. BML denies the remaining allegations contained in Paragraph 4 of Buchanan's Cross-Claim.

5. BML admits that it was and is a business entity organized and existing under the laws of Bermuda that provided services to GTL pursuant to a technical Management Agreement at all times complained of in Buchanan's Cross-Claim. BML denies the remaining allegations contained in Paragraph 5 of Buchanan's Cross-Claim.

6. BML is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Buchanan's Cross-Claim.

7. BML is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Buchanan's Cross-Claim, except that BML admits while the A.V. KASTNER was in the C&D Canal and on the Elk River, the pilot of the A.V. KASTNER and those in charge of the tug BUCHANAN 14 agreed to a port-to-port passage, and that as a result of the failure of the tug BUCHANAN 14 and its convoy to remain on the proper side of the channel, a collision occurred and certain losses and damages resulted.

## COUNT I

8. BML repeats and realleges as is set forth herein each and every allegation of Paragraphs 1 through 7 of its Answer in response to Paragraph 7 (sic) of Buchanan's Cross-Claim.

9. BML denies the allegations contained in Paragraph 8 (sic) of Buchanan's Cross-Claim.

711152

10. BML denies the allegations in Paragraph 9 (sic) of Buchanan's Cross-Claim.

11. BML denies the allegations contained in Paragraph 10 (sic) of Buchanan's Cross-Claim.

## COUNT II

12. BML repeats and realleges as is set forth herein each and every allegation of Paragraphs 1 through 11 of its Answer to Paragraph 11 (sic) of Buchanan's Cross-Claim.

13. BML denies the allegations contained in Paragraph 12 (sic) of Buchanan's Cross-Claim.

14. BML denies the allegations contained in Paragraph 13 (sic) of Buchanan's Cross-Claim.

15. BML denies the allegations contained in Paragraph 14 (sic) of Buchanan's Cross-Claim.

## COUNT III

16. BML repeats and realleges as is set forth herein each and every allegation of Paragraphs 1 through 15 of its Answer in response to Paragraph 15 (sic) of Buchanan's Cross-Claim.

17. BML denies the allegations contained in Paragraph 16 (sic) of Buchanan's Cross-Claim.

18. BML denies the allegations contained in Paragraph 14 (sic) of Buchanan's Cross-Claim.

711152

## AFFIRMATIVE DEFENSES

By way of further answer to Buchanan's Cross-Claim, BML asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

The Amended Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court lacks *in personam* jurisdiction over BML.

## THIRD AFFIRMATIVE DEFENSE

Any damages or losses Buchanan may have suffered are the result, in whole or in part, of its own negligence or the negligence of others for whom BML is not responsible.

## FOURTH AFFIRMATIVE DEFENSE

Buchanan assumed the risk of any injuries or losses it may have suffered.

## FIFTH AFFIRMATIVE DEFENSE

Any injuries or losses Buchanan may have suffered were caused by persons over whom BML could exercise no control and for which it is not responsible.

## SIXTH AFFIRMATIVE DEFENSE

BML is entitled to exoneration from or limitation of its liability in accordance with the Limitation of Liability Act, 46 U.S.C. App. §§ 183, *et. seq.*

711152

## SEVENTH AFFIRMATIVE DEFENSE

Buchanan has failed to join all necessary parties.

WHEREFORE, having fully answered, Limitation Defendant and Claimant Beltship Management Limited prays that the Cross-Claim of Buchanan Marine, L.P. and A.P. Franz, Trustee of the Buchanan Trust be dismissed, with costs, and for such other and further relief as the Court may deem just.

                                          _____/s/_____
                                          M. Hamilton Whitman, Jr., Trial Bar No. 00373
                                          Robert B. Hopkins, Trial Bar No. 06017
                                          Charles A. Diorio, Trial Bar No. 26369
                                          OBER, KALER, GRIMES & SHRIVER
                                          A Professional Corporation
                                          120 E. Baltimore Street
                                          Baltimore, Maryland 21202-1643
                                          (410) 685-1120
                                          (410) 547-0699 (facsimile)

                                          John A. V. Nicoletti
                                          Michael J. Carcich
                                          NICOLETTI, HORNIG, CAMPISE & SWEENEY
                                          Wall Street Plaza
                                          88 Pine Street
                                          New York, New York 10005-1801
                                          (212) 220-3830
                                          (212) 220-3780 (facsimile)

                                          Attorneys for Beltship Management Limited

711152

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.:  WMN-02-662 |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2004, a copy of Beltship Management Limited's Answer to Cross–Claim of Buchanan Marine, L.P. and A.P. Franz, Trustee of the Buchanan Trust were served electronically on certain counsel of record by way of the court's electronic filing system and were mailed or hand-delivered to the counsel of record also listed below:

| | |
|---|---|
| John A. V. Nicoletti, Esq.<br>Michael J. Carcich, Esq.<br>NICOLETTI, HORNIG, CAMPISE & SWEENEY<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br><br>Attorneys for Gypsum Transportation Limited | C. Arthur Rutter, III, Esquire<br>Deborah C. Waters, Esquire<br>Rutter, Walsh, Mills & Rutter, LLP<br>415 St. Paul's Boulevard, Suite 700<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell |

| | |
|---|---|
| Peter G. Decker, Jr., Esquire<br>Decker, Cardon, Thomas, Neskis<br>Decker Building<br>201 E. Plume Street<br>Norfolk, VA 23510<br><br>Attorneys for Jeffrey Slaton, the Estate of<br> William Thomas Bryant | Ralph Rabinowitz, Esquire<br>Rabinowitz, Swartz, Taliaferro, et al.<br>Town Point Center<br>150 Boush Street<br>Norfolk, VA 23510<br><br>Attorneys for Troy A. Link and Dennis Wallace |
| A. Davis Bugg, Jr., Esquire<br>Rumsey & Bugg, P.C.<br>Irvington Road<br>P.O. Box 720<br>Irvington, VA 22480<br><br>Attorneys for the Estate of Ronald L. Bonniville | Cain Denny, Esquire<br>Cain Denny, P.A.<br>P.O. Box 1205<br>Charleston, SC 29402<br><br>Attorneys for the Estate of Clarence McConnell |
| Thomas B. Shuttleworth, Esquire<br>Shuttleworth, Ruloff, Giordano,<br>4525 South Boulevard, Suite 300<br>Virginia Beach, VA 23452<br><br>Attorneys for the Estate of Justin Maurice Bryant | John Hughes Cooper, Esquire<br>1808 Middle Street<br>P.O. Box 395<br>Sullivan's Island, SC 29482<br><br>Attorneys for the Estate of Clarence McConnell |
| Patrick M. Brogan, Esquire<br>R. Arthur R. Jett, Jr., Esquire<br>Davey & Brogan, P.C.<br>101 Granby Street, Suite 300<br>P.O. Box 3188<br>Norfolk, VA 23514-3188<br><br>Attorneys for Buchanan Marine, L.P. and A.P. Franz, Trustee of The Buchanan Trust | Johnnie L. Cochran, Jr., Esquire<br>J. Farrest Taylor, Esquire<br>Cochran, Cherry, Givens & Smith, P.C.<br>163 West Main Street<br>P.O. Box 927<br>Dothan, AL 36302<br><br>Attorneys for the Estate of Justin Maurice Bryant |

David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging
Company

_____/s/_____
M. Hamilton Whitman, Jr.

3