IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NORFOLK DREDGING COMPANY, | * |
| | * |
| v. | *   Consolidated cases under |
| | *   Civil Action No.: WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO COMPEL MICHAEL WELCH TO PRODUCE DOCUMENTS

Gypsum Transportation Limited, Beltship Management Limited, Captain Timothy M. Cober, Jeffrey M. Slaton, Dennis Wallace, Troy Link, The Estate of William Bryant, the Estate of Ronald Bonniville and the Estate of Clarence McConnell (collectively referred to as the "Movants"), by their undersigned counsel, hereby move this Court for an order compelling Michael Welch to produce:

1. His personal log for the 18 months prior to the Collision.

The grounds in support of the Motion are stated in the accompanying Memorandum in Support.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| M. Hamilton Whitman, Jr. (No. 00373) | John A. V. Nicoletti |
| Robert B. Hopkins (No. 06017) | Michael J. Carcich |
| Charles A. Diorio (No. 26369) | NICOLETTI, HORNIG, CAMPISE & SWEENEY |
| OBER, KALER, GRIMES & SHRIVER | Wall Street Plaza |
| A Professional Corporation | 88 Pine Street |
| 120 E. Baltimore Street | New York, New York 10005-1801 |
| Baltimore, Maryland 21202-1643 | (212) 220-3830 |
| (410) 685-1120 | (212) 220-3780 (facsimile) |
| (410) 547-0699 (facsimile) | |
| Attorneys for Gypsum Transportation Limited and Beltship Management Limited | Attorneys for Gypsum Transportation Limited |

_____/s/_____
James W. Bartlett, III (No. 00017)
Alexander M. Giles (No. 25474)
Semmes, Bowen & Semmes, P.C.
250 W. Pratt Street, 16th Floor
Baltimore, MD  21201-2423
(410) 539-5040

Attorneys for Captain Timothy M. Cober

_____/s/_____
Paul D. Bekman, Esquire
Salsbury, Clements, Bekman, Marder &
Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Attorneys for Troy A. Link and Dennis Wallace

_____/s/_____
Robert M. Schwartzman, Esquire
Lord & Whip
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201-3020

Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell

_____/s/_____
Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Attorneys for Troy A. Link and Dennis Wallace

_____/s/_____
C. Arthur Rutter, III, Esquire
Deborah C. Waters, Esquire
Rutter Mills
160 W. Brambleton Avenue
Norfolk, VA 23510

Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2004, the foregoing Motion to Compel Michael Welch to Produce Documents, Memorandum in Support and Local Rule 104.7 Certificate were served on counsel via the Court's electronic filing system with the following exceptions:

**VIA FIRST CLASS MAIL**
David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

**VIA FIRST CLASS MAIL**
C. Arthur Rutter, III, Esquire
Deborah C. Waters, Esquire
Rutter, Mills
160 West Brambleton Avenue
Norfolk, Virginia 23510

Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell

**VIA FIRST CLASS MAIL**
Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Attorneys for Troy A. Link and Dennis Wallace

/S/
_____
Robert B. Hopkins