```
00001
  1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
  2                     NORTHERN DIVISION
  3
  4  NORFOLK DREDGING COMPANY,        )
            Plaintiff,                )
  5                                   )
         v.                           ) Consolidated No.
  6                                   ) WMN-02-CV-00662
     M/V A.V. KASTNER, etc., et als,  )
  7                                   )
            Defendants.               )
  8
  9
 10
 11
              DEPOSITION UPON ORAL EXAMINATION OF
 12
                      MICHAEL D. WELCH
 13
                          TAKEN ON
 14
                  BEHALF OF THE PLAINTIFF
 15
                     NORFOLK, VIRGINIA
 16
                       OCTOBER 1, 2002
 17
 18
 19
 20
 21
 22
 23
 24
 25
```



EXHIBIT 1

```
00134
  1    beginning of your time with Buchanan towing, February or
  2    so of 2001.
  3                    What was your first job with Buchanan
  4    towing?
  5            A.    I went down to Carolina Beach, light tug,
  6    worked for weeks, a couple weeks, and then I towed a
  7    derrick barge and 5- or 600 foot of dredge pipe down to
  8    Fort Pierce, Florida.
  9            Q.    And after that first trip -- was that on
 10    the BUCHANAN 14?  I'm sorry.  Was that on the BUCHANAN
 11    14, that first trip?
 12            A.    Yes.
 13            Q.    From then until the time of this accident,
 14    can you recall any trip through the Chesapeake &
 15    Delaware Canal?
 16            A.    Yes.
 17            Q.    And how many such trips through the
 18    Chesapeake & Delaware Canal can you recall?
 19            A.    Several.
 20            Q.    Several.
 21            A.    I'm not sure exactly how many.
 22            Q.    If we wanted to find out how many, could
 23    we consult -- for instance, do you keep a personal log
 24    or a personal diary of your own employment?
 25            A.    I keep track of my days, days at sea.
```

```
00135
   1           Q.    Do you have that in the form of a notebook
   2   or a diary?
   3           A.    It's a diary.
   4           Q.    And does that tell us generally where you
   5   have been in your days at sea?
   6           A.    It may.  Sometimes it does.
   7           Q.    And do you believe that you have that
   8   diary in existence for the period from when you started
   9   with Buchanan until the time of this accident?
  10           A.    I'm not sure.  But if I don't on the boat,
  11   there is a diary.
  12           Q.    Well, we would certainly ask Mr. Simms to
  13   produce your diary if that's something that's in
  14   existence, if you are amenable of that.  And if there
  15   are diaries on the vessel, are you referring basically
  16   to the log on the vessel?
  17           A.    Yes.
  18           Q.    So the logs on the BUCHANAN 14 could be
  19   referred to to see where the BUCHANAN 14 has been or had
  20   been during that period of time; is that right?
  21           A.    Correct.
  22           Q.    Were your trips through the Chesapeake &
  23   Delaware Canal all on the BUCHANAN 14, so far as you
  24   know?
  25           A.    Yes.
```

```
00245
  1  we've already talked about here today?
  2       A.   I don't know, but I do have my log, and I
  3  could check it out.  I don't have it with me, but I
  4  still have it.
  5       Q.   I would ask that your counsel review that
  6  with you to see whether there are entries around that
  7  time.
  8       A.   Okay.
  9       Q.   And, if so, please produce them to us.
 10            MR. BROGAN:  For the record, he doesn't
 11  have a counsel at this.
 12            MS. WATERS:  That's true.  Good point.
 13  BY MS. WATERS:
 14       Q.   You're not represented by counsel here
 15  today, are you?
 16       A.   No.
 17            MR. SIMMS:  Oh, yes --
 18  BY MS. WATERS:
 19       Q.   Then would you kindly review --
 20            MS. WATERS:  Is the answer "yes" or "no"?
 21            MR. SIMMS:  There is an attorney/client
 22  privilege that operates here.  We are representing
 23  Mr. Welch, Captain Welch.
 24            MS. WATERS:  As an individual?
 25            MR. SIMMS:  Yes, as an individual.
```