*[Handwritten planner pages, rotated 90°]*

**FEBRUARY 2002 — 22 Friday** (Week 8)

MWelch – MCustis – EMcMahon – Price – Russell

Morning 12 hrs
- 8:00 — assist B-10
- B-14 move crane barge to Sidewater Rig 16
- 9:00

**2002 FEBRUARY — Saturday 23** (Week 8)

- 8:00 — B-14 0500 – u/w for Norfolk
- Dredge on Norfolk Dredge 0734 – standby
- 10:00 — 1200 u/w w/ dredge +
- pipe barge

**2002 FEBRUARY — Sunday 24** (Week 9)

- Wolftrap – Bay Bridge

---

**EXHIBIT 2**



**FEBRUARY 2002 — Monday 25** (056/309 WEEK 9)

- 8:00 — 0640 – collision
- CG Baltimore, 39°39.03N, 075°56.03W
- 9:00 — Mike Stevenson
- 10:00 — Drug test 3240
- 11:00 — urines + blood

**2002 FEBRUARY — Tuesday 26** (057/308 WEEK 9)