# Diorio, Charles, Jr.

| | |
|---|---|
| **From:** | J. Stephen Simms [jssimms@simmsshowers.com] |
| **Sent:** | Monday, December 29, 2003 4:11 PM |
| **To:** | cadiorio@ober.com; rbhopkin@ober.com |
| **Cc:** | WardTom@aol.com; pbrogan@daveybroganpc.com; TStoltz@nhcslaw.com; wfennell@nhcslaw.com; mhwhitman@ober.com; mmmiller@ober.com; pkpalmere@ober.com; rbhopkins@ober.com; smches@ober.com |
| **Subject:** | Elk River Collision: Subpoena to Captain Welsh for Deposition on 1/22/2004-Objections |



122403 subpoena to Mike Welsh....

Dear Tony, Rob and Chuck:

This is Buchanan's and Captain Welsh's written objection pursuant to Fed. R. Civ. P. 45(c)(2)(B) to the subpoena for testimony and documents, noted for Toms River, NJ at 11:00 a.m. on January 22nd, served on Captain Welsh today (copy attached).  The objections include:

- The deposition was scheduled/noted in violation of Discovery Guideline 4;
- The deposition subpoena, in particular, the request for documents, is in fact an attempt at discovery beyond the case discovery deadline;
- The deposition subpoena for documents was served within less than 30 days before the called-for production.

Buchanan also intends to have Captain Welsh at trial, and Captain Welsh intends to appear at trial, conseqently, no de bene esse deposition should be necessary and Buchanan consequently asks that it be canceled.

If the KASTNER side (or for that matter any other party) does want to take de bene esse depositions, notwithstanding whether that's needed, though, please let us know in advance the proposed dates/locations for the deopsitions, and deponents.


Best regards, Steve
J. Stephen Simms
Simms Showers LLP
410-783-5795
410-510-1789 (f)
410-365-6131 (m)
410-560-9889 (h)
http://www.simmsshowers.com



EXHIBIT
3