## Hopkins, Robert

| | |
|---|---|
| **From:** | Hopkins, Robert |
| **Sent:** | Thursday, January 15, 2004 3:31 PM |
| **To:** | J. Stephen Simms (E-mail) |
| **Cc:** | acarawan@rutterlaw.com; adb@rumseyandbugg.com; agiles@mail.semmes.com; bekman@scbmalaw.com; Ches, Susan; Diorio, Charles, Jr.; dsump@cwm-law.com; DWaters@rutterlaw.com; dwskeen@wcsllp.com; ftaylor@cochranfirm.com; Hopkins, Robert; jbartlett@mail.semmes.com; johnnie@cochranfirm.com; jssimms@simmsshowers.com; mcarcich@nhcslaw.com; Miller, Michelle; mnewcomb@daveybroganpc.com; Palmere, Paula K; pbrogan@daveybroganpc.com; pmerullo@srgslaw.com; Ralph Rabinowitz (Business Fax); rms@lordwhip.com; Terry L. Stoltz (E-mail); tshuttleworth@srgslaw.com; wardtom@aol.com; Whitman, M. Hamilton Jr.; wimbrowlaw@beachin.net |
| **Subject:** | Elk River Collision |

Dear Steve:

We have Judge Nickerson's ruling on the Motion to Compel. Please advise when Buchanan will produce the vessel logs, vessel plans and invoices. As you are now representing Captain Welch individually, please also advise whether he will produce the personal log (both that which is presently in your possession and any other volumes that fall within the scope of his subpoena) in advance of trial, or whether we will be required to move ahead with our subpoena of Captain Welch. We note that we are willing to move the date of the deposition to accommodate Captain Welch and to cure any notice issues you have brought up. We trust that we will be able to work out this issue and are hopeful that we will not have to bother judge Nickerson with this at the Pretrial Conference.

Best regards,

**Robert B. Hopkins**
410-347-7383
rbhopkins@ober.com

## OBER | KALER
*Attorneys at Law*

www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202


EXHIBIT 4