IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | Consolidated cases under |
| | | Civil Action No.: WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * | |

*   *   *   *   *   *   *   *   *   *   *   *

## LOCAL RULE 104.7 CERTIFICATE

I, Robert B. Hopkins, attorney for Gypsum Transportation Limited and Beltship Management Limited, hereby certify that I have participated in conferences with J. Stephen Simms, the attorney for Captain Michael Welch, in an effort to resolve the discovery dispute that is the subject of the foregoing Motion to Compel and have been unable to resolve this dispute.

Respectfully submitted,

_____/s/_____
Robert B. Hopkins (No. 06017)
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)
Attorneys for Gypsum Transportation
  Limited and Beltship Management
  Limited

RBH 735867.1 1/14/2004 9:23 AM