IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NORFOLK DREDGING CO.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Consolidated Cases Under Civil Action No. WMN-02-CV-00662 |
| **M/V A.V. KASTNER, her engines, boilers, tackle, etc.,** *in rem, et al.,* | * | |
| | * | |
| **Defendants.** | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION *IN LIMINE* WITH REGARD TO
TESTIMONY OF WILLIAM H. DALEY, III
AND GEORGE M. SAUNDERS, JR.**

Gypsum Transportation, Limited; Beltship Management Limited, the M/V A.V. KASTNER, and Captain Timothy M. Cober (collectively "the KASTNER interests"), by their undersigned attorneys, move for preclusion of the testimony at trial of William H. Daley, III ("Daley") and George M. Saunders, Jr. ("Saunders"), and as reasons therefor say:

1.   Daley and Saunders were designated as rebuttal expert witnesses in the second round of expert witness disclosures on October 17, 2003 by Buchanan Marine L.P. and V. Buchanan Trust (collectively "Buchanan Marine").

2.   All counsel had agreed that the parties who bore the burden of proof on an issue, *i.e.,* as a claimant or limitation plaintiff, would be required to disclose their expert witness in the first phase of expert disclosures. In the second phase, the parties against whom claims had been asserted would designate rebuttal witnesses.

     3.     The analysis and opinions of Daley and Saunders go to issues as to which Buchanan Marine, both as a limitation plaintiff and as a claimant for damages, has the burden of proof.

     4.     The KASTNER interests have been prejudiced by the improper designation of Daley and Saunders as rebuttal witnesses, as they thereby have been denied the opportunity to present rebuttal evidence.

     5.     The appropriate sanction under Rule 37(c)(1) of the Federal Rules of Civil Procedure is the preclusion of the testimony of Daley and Saunders at trial.

WHEREFORE, the KASTNER interests move that this Court enter an Order precluding the testimony of Daley and Saunders at trial.

                                                          /S/_____  
                                        M. Hamilton Whitman, Jr. (No. 00373)  
                                        Robert B. Hopkins (No. 06017)  
                                        Charles A. Diorio (No. 26369)  
                                        Ober, Kaler, Grimes & Shriver  
                                        A Professional Corporation  
                                        120 East Baltimore Street, Suite 800  
                                        Baltimore, Maryland 21202-1643  
                                        (410) 685-1120

                                        Terry L. Stoltz  
                                        Nicoletti Hornig Campise Sweeney & Paige  
                                        Wall Street Plaza  
                                        88 Pine Street  
                                        New York, New York 10005-1801  
                                        (212) 220-3830

                                        Attorneys for Gypsum Transportation, Ltd. and  
                                        Beltship Management Limited

                                                         /S/_____
James W. Bartlett, III (No. 00017)
Alexander M. Giles (No. 25474)
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423
(410) 576-4833

Attorneys for Captain Timothy M. Cober

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2004, a copy of this Motion *in Limine* and the accompanying Memorandum in Support were electronically transmitted or mailed to all counsel listed in the Notice of Electronic Filing.

                                                       /S/_____
James W. Bartlett, III (No. 00017)

B0403481