IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NORFOLK DREDGING CO.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Consolidated Cases Under Civil Action No. WMN-02-CV-00662 |
| **M/V A.V. KASTNER, her engines, boilers, tackle, etc.,** *in rem, et al.,* | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \*

## ORDER

Gypsum Transportation, Limited; Beltship Management Limited, the M/V A.V. KASTNER, and Captain Timothy M. Cober, having moved *in limine* for the preclusion of the trial testimony of William H. Daley, III and George M. Saunders, Jr., and

It appearing that there is good cause for the granting of this Motion, it is

ORDERED this _____ day of January , 2004, that William H. Daley, III and George M. Saunders, Jr. be and hereby are precluded from testifying at the trial of this case.

Dated: _____         _____
                                      William M. Nickerson
                                      United States District Judge

B0403500