011504GS.txt

1

| | |
|---|---|
| 1 | N O T I C E |
| 2 | This transcript is a ROUGH DRAFT, UNEDITED, |
| 3 | UNCERTIFIED TRANSCRIPT ONLY.  It contains the raw |
| 4 | output from the court reporter's stenotype machine, |
| 5 | translated into English by the court reporter's |
| 6 | computer, without the benefit of proofreading.  It |
| 7 | will contain untranslated steno strokes, |
| 8 | mistranslations (wrong words), and misspellings. |
| 9 | These and any other errors will be corrected in the |
| 10 | final transcript.  Since this rough draft transcript |
| 11 | has not been proofread, the court reporter cannot |
| 12 | assume responsibility for any errors. |
| 13 | |
| 14 | This rough draft transcript is intended to |
| 15 | assist attorneys in their case preparation and is |
| 16 | not to be construed as the final transcript.  It is |
| 17 | not to be read by the witness or quoted in any |
| 18 | pleading or for any other purpose and may not be |
| 19 | filed with any court. |

**EXHIBIT B**

011504GS.txt

7

```
 1              P R O C E E D I N G S
 2          GEORGE M. SAUNDERS, JR., P.E.
 3     having been duly sworn, testified as follows:
 4        EXAMINATION BY COUNSEL FOR THE DEFENDANTS
 5  BY MR. BARTLETT:
 6      Q    Mr. Saunders, will you state your full name
 7  and home address, please?
 8      A    George Michael Saunders, Jr., address is
 9  2444 Holly Avenue, Annapolis, Maryland, 21401.
10      Q    By whom are you presently employed?
11      A    Chesapeake Engineering and Design.
12      Q    What's your position with CED?
13      A    I'm the senior mechanical engineer with CED.
14      Q    And I have a Curriculum Vitae that I'll mark
15  as Exhibit 1.
16           (Deposition Exhibit No. 1 was marked for
17  identification and was retained by counsel.)
18  BY MR. BARTLETT:
19      Q    Now, you have the same thing in front of
20  you; is that correct?
21      A    I do.
22      Q    Okay.  Let me ask you a few questions.
```

8

011504GS.txt
2  design at the time was Gary Ball and he forwarded the

3  assignment to myself and Bill Daily.

4        MR. SKEEN:  I'm having trouble hearing you.

5     Q   You'll have to speak up.

6        When did you first go to the site

7     A   February 26th of 2002.  And by the site we

8  went to the Elk River State park which is where the

9  Coast Guard was staging out of.

10    Q   Dropping back a bit, you were the coauthor

11 of a document that's been marked as daily Exhibit 1

12 cargo ship/tugboat collision analysis dated October

13 17, 2003; is that correct (handing)?  I'll hand you

14 that.

15    A   This appears to be the report that Bill

16 Daley and I authored together.

17    Q   Okay.  Now, in terms of that collaboration,

18 what was your role or input into this investigation

19 and this report?

20    A   I observed on the Elk River the salvage

21 operation and until the SWIFT left the scene, and I

22 also reviewed photographs taken by Mr. Daley in an

                                                    12

1  effort to correlate damage among the various vessels

2  along with other duties as assigned.

Page 6

011504GS.txt

4  and design is every report that's issued by the

5  company is reviewed by an independent engineer not

6  associated with the case for any glaring possible

7  problems with the report itself.

8      Q    Did Mr. Miller have any input into the final

9  product?

10     A    Minimal, grammatical changes, that sort of

11 thing.

12     Q    No substantive changes?

13     A    No.

14     Q    Now, do I also understand that you took

15 various photographs at the scene of the collision?

16     A    Yes, I did.

17     Q    And those are contained in these --

18     A    In a subset of these photographs.

19     Q    Excuse me?

20     A    In a subset of these photographs.  Some of

21 these Mr. Daley took, some of these I took.

22     Q    How would you distinguish the ones you took,

                                                    15

1  the photographs you took from the photographs

2  Mr. Daley took?

3      A    The photograph labels that are affixed here

Page 9

011504GS.txt
 4    will have initials as part of the label, anything with
 5    GMS, George Michael Saunders would be my photographs.
 6        Q    Can you characterize by sort of general
 7    category what photographs you took as opposed to what
 8    photographs Mr. Daley took?
 9        A    Generally speaking photographs I took would
10    be of the scene and the salvage operation.
11        Q    On the Elk River?
12        A    On the rec river during the salvage
13    operation.
14        Q    Okay.
15        A    The remainder of the pictures were taken by
16    Mr. Daley during various surveys of various vessels.
17        Q    So the surveys of the vessels and the
18    photographs of the damage to the vessels for the most
19    part would be Mr. Daley's and the photographs on the
20    Elk River would be yours?
21        A    Correct.
22        Q    Did you attend any of the vessel surveys?

                                                          16

 1        A    I did not.
 2        Q    Now, you were on the Elk River and your
 3    first day there was the 26th.
 4        A    I --

Page 10

011504GS.txt

```
 5        Q    Excuse me.
 6        A    I apologize.  Actually I was on the river
 7   from the 27th through the 4th.  The 26th we did not
 8   actually go out on the river.
 9        Q    So you went to the scene on the 26th and
10   then you were there the 27th through the 4th?
11        A    Correct.
12        Q    Would that be every day between those, or --
13        A    Every day --
14        Q    -- just the weekdays?
15        A    Every day except March 3rd.
16        Q    March 3rd was a Sunday maybe?
17        A    Correct.
18        Q    Describe, if you would, what you did on the
19   Elk River from -- well, what did you do on the 26th?
20        A    We were at the scene fairly late in the day,
21   that would be the Elk River state park, spoke to the
22   Coast Guard officials on site.  And basically got a

                                                         17

 1   feel for what the plan of action was and that would
 2   about sum up what we did on the 26th.
 3        Q    On the 27th through the 4th, excepting the
 4   3rd, how did you gain access to the river, what was
```

Page 11

011504GS.txt
5   your means of transportation?
6       A    I met with a gentleman named Phil Risko,
7   Delaware City, and boarded his vessel, and we went
8   through the C & D Canal back out to the accident scene
9   each day.
10      Q    And did for the most part did you remain on
11  his vessel or did you go on any of the vessels who
12  were at the scene?
13      A    We were not allowed on any of the vessels at
14  the scene.
15      Q    Okay. So you just remained on Mr. Risko's
16  boat?
17      A    Correct.
18      Q    Did you take notes while you were there?
19      A    I did.
20      Q    Do you have those notes?
21      A    I do.
22      Q    Are they part of this large binder that

                                                          18
1   we've been provided?
2       A    Yes, I believe so.
3       Q    Where can I find that?
4       A    They would be under the first tab labeled
5   scene.

Page 12