

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

December 31, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone 410-825-0750
  Fax    410-825-0715

www.wcslaw.com

WRITER'S DIRECT DIAL/E-MAIL
(410)659-1336/dwskeen@wcslaw.com

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21202

    Re:    Norfolk Dredging Company v.
             M/V A.V. KASTNER, and
             Gypsum Transportation, Ltd.
             <u>Civil Action No. WMN-02662</u>

Dear Judge Nickerson:

    The parties have engaged in deposition discovery for the past several months and have completed approximately 20 depositions of fact witnesses on 14 deposition days, exchanged documents, and, with some exceptions, answered written discovery. However, it has become apparent that we are unable to complete all of the factual discovery within the time remaining before the currently scheduled factual discovery completion date of February 28, 2003. Accordingly, we have submitted to each other lists of proposed depositions and held conference calls on December 12, 19 and 23, 2002.

    As a result of these conferences I can report on behalf of all parties that we have tentatively agreed on the below noted proposed revisions to the currently approved pre-trial schedule set forth in our letter of July 12, 2002. However, agreement of the parties to the new dates is conditioned upon the court's willingness to commit to an estimated 4-week trial commencing February 2, 2004. We are hopeful that the length and complexity of these cases will justify in the court's mind departure from its usual practice of not setting a trial date until after the pre-trial

124483 v. (01862.00056)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

**EXHIBIT C**



The Honorable William M. Nickerson
December 31, 2002
Page 2

schedule is complete. If this is not the case we will have to go back to the drawing board.

We would request then that the court approve the following schedule in place of the current one:

1) All factual discovery to be complete by May 30, 2003.

2) Expert disclosure – all parties under Rule 26, by June 30, 2003.

3) ADR to be scheduled for two days in late February, 2003, possibly in Norfolk with a private mediator mutually agreeable to all parties [Should the proposed schedule be approved, we would release the currently set ADR dates on Magistrate Judge Gesner's calendar (May 13-14, 2003)].

4) Expert rebuttal disclosure – all parties by July 30, 2003.

5) Completion of expert discovery by October 30, 2003.

6) All motions filed by November 14, 2003.

7) All responses to motions to be filed by December 5, 2003.

8) All reply memoranda by December 12, 2003.

9) Pre-trial conference January 19, 2004 or in accordance with the court's calendar.

10) Trial (estimated 4 weeks) beginning February 2, 2004.

We hope this meets with your approval.

Very truly yours,

David W. Skeen
Attorney for Norfolk
Dredging Company on
Behalf of All Counsel

124483 v. (01862.00056)



The Honorable William M. Nickerson
December 31, 2002
Page 3

cc:	Magistrate Judge Beth Gesner
	Michael J. Carcich, Esq.
	David H. Sump, Esq.
	David N. Payne, Esq.
	J. Stephen Simms, Esq.
	Paul D. Bekman, Esq.
	Robert Schwartzman, Esq.
	C. Arthur Rutter, Esq.
	Patrick M. Brogan, Esq.
	Ralph Rabinowitz, Esq.
	Thomas B. Shuttleworth, Esq.
	Peter Ayers Wimbrow, III, Esq.
	M. Hamilton Whitman, Jr., Esq.
	John T. Ward, Esq.
	James W. Bartlett, Esq.

DWS.MOAC.NORFOLK.NICK.LTR.lan

124483 v. (01862.00056)