4/8/02 Review of files + photos

**B14** (Bill's Notes)
- 23rd B-14 Log - various notes about leaking derrick barge
- B-14 Log - N39° 29.03' W 75° 56.03'
- cable "rubs" tending to port.
- Cable seperated from drum.

**Swift** (Bill's Notes)
- Hull damage (dent) @ chine stbd side below waterline
- 36" btw lower rub rail + chine.
- 44" crack in lower rub rail. - aft of dent @ chine. possibly not related
- Swift hull # 288602 coast Gaurd - ship yard. - Chayo J. Adams.

**"811"**
- all bow damage to stbd side tending to port.
- 3 holes in transom of "811" two holes separated by 126" ± 10.5'
- pipes stacked 3 high (≈ 36" high) w/ 55 gal drum, spuds on top 24" - to stbd.
- stanchion 16" diam 16' tall.
- aft port corner is clearly deformed due to the collision. interior inspection revealed previous repair in this area.

Norfolk Dredge Employee
- McLamb - statement - Swift pinned to bow, (Pusher 10)
  - Denis on top of hull
  - later Troy Link on hull
- Mills - statement - "picked up" Roy Young (Pusher 1)
  - Troy on Swift
  - Jeff Slaton on Swift
- Gas Kill - statement - "picked up" Roy Young (Pusher 1)
  - Troy Link on Swift
  - Jeff Slaton on Swift

**EXHIBIT E**

1 m = 3.281 ft

4/8/02 (cont.)            Swift

- Slaton - statement - "Rolled to port ... as if made a hard turn to port"
  <u>Swift</u>
  water on bottom
  - bang on stbd side
  - tug went backward and rolled to port.
  - dragged under by stern.

Norfolk Dredge Employee's Statements.
- Dicky - handwritten statement
  <u>Pusher 10</u>
  - stbd side of Swift being pushed downriver
  - "got line in wheel"
  - jumped in water, people went down "5ft" in front of him.

- Wallace - handwritten statement.
  <u>Swift</u>
  later on bottom
  - Swift locked by a double soft line to the ladder of the Dredge Jekyll Island.

(*) — ~~Solo~~ Statement from Troy Link??

|  |  | Internal | External |
|---|---|---|---|
| 4/9/02 Photos → | ≈8" diameter hole in bow of Kastner - Photo | 1, 3, 8, 16, ↖ spud. | 72, 73, 74, 75 |
| W/L = 30.7' / 9.36 M. | (≈ 11.7 m w/L Mark) estimated w/ photo (94) |  | 89, 92, 93, 94, 95 |
|  | ≈ 7.68' ≈ 7' 8" } above water line |  | 101, 102, 103, 104, 107 |
| Photos → | dent Kastner bow appears to ~~match~~ dent @ chin of Swift. (≈ 7M w/L Mark) est. w/(94) |  | 73, 74, 89, 92, 93, 94 |
|  | ≈ 7.74' below w/L ≈ 7' 9" |  | 105, 125 |
| Photos → | paint scrapes @ or just above reported water line. |  | 72, 73, 74, 92, 93, 94 |
|  | appear to be due to collision w/ "8ll" (≈ 9.4 M w/L Mark) |  | 103, 105, 106 |



photo 74

Note: yellow scrape & dent or in foreground of pic relative to ref. meas.

| Picture | Scaled |
|---|---|
| 2.7840" | = 4.6 M = 15.09 ft |

⊛ → Note: yellow scrape & dent/yellow scrape ≃ parallel markings

→ dent/yellow scrape to yellow scrape

$$0.8280" \rightarrow \frac{x}{0.8280"} = \frac{15.09 \text{ ft}}{2.7840} \Rightarrow x \simeq 4.49 \text{ ft}$$

→ yellow scrape – length

$$0.7855" \rightarrow \frac{x}{0.8280} = \frac{15.09 \text{ ft}}{2.7840} \rightarrow x \simeq 4.26 \text{ ft}$$

⊛ → assumed Kastner W/L: ≃ 9M from photo of Kastner @ anchor  
   The Sun Feb.26,02 page 4A  
   (9.32)(30'7") stated by pilot @ time of collision  
   ⇒ 9.2 M will be used for estimates (measured to the bottom of "2"

→ depth of lowest end of yellow scrape below Kastner W/L  
   Lowest 0.6945" → –3.76'  
   Middle 0.5715" → –3.10'  
   Highest 0.3545" → –1.92'

→ depth of "middle" of dent/yellow scrape  
   1.4695" → 7.97'



Port Bow of Kastner
(Photo 94)

$2.9785" = 7M = 22.97'$

→ assumed w/L of Kastner ≃ 9.2m (see notes for photo 74) (measured to bottom of "2")

→ w/L to "middle" of dent/yellow scrape @ bow of Kastner
   $0.9925" \rightarrow 6.88'$
   · note: dent is in background relative to ref measurement (slight underestimate)

→ aft end of grey scrape #1 from bow
   $1.0705" \rightarrow 8.26'$ (long est. exact apex can't be determined)

→ aft end of grey scrape #3 from bow
   $1.7850" \rightarrow 13.77'$ (long est. ...)

→ Lower edge of grey scrape #1 to w/L of Kastner
   upper $0.9305" \rightarrow 7.18'$

→ corner of grey scrape #4 to w/L of Kastner
   $0.6740" \rightarrow 5.23'$

→ Lwr edge of grey scrape #4 to upper edge of grey scrape #1
   $0.3625 \rightarrow 2.80'$

→ w/L to grey scrapes below w/L @ ship w/L markings
   $0.8235" \rightarrow 6.35'$

→ hole above w/L
   $1.0575" \rightarrow 8.16'$

Bow of Kastner
(Port side)

(Photo 103)



~~6.4760"~~ ~~2.4945"~~ ~~4.7/7/9/~~
$2.7920" = 1.8m = 5.91'$

(bottom edge)
→ paint smear #1 to Kastner w/L
   $3.4760" \rightarrow 7.36'$

→ paint smear #2 to Kastner w/L
   $2.4945" \rightarrow 5.28'$

→ bottom edge of hole to Kastner w/L
   $4.6185" \rightarrow 9.78'$

→ ~~dia~~ hole width (horizontal diam)
   $0.3555" \rightarrow 0.753' \rightarrow 9.03" \rightarrow$ correlates well with photo #1

→ max width of paint smear #1 (aft end)
   $0.2780" \rightarrow 0.58' \rightarrow 7.06"$

→ lower edge of paint smear #1 to lower edge of paint smear #2 (@ corner in #)
   $1.305" \Rightarrow 2.14'$

→ C/L of tear to Kastner w/L
   $4.6900" \rightarrow 9.93'$

→ height of rust oval (max vertical width)
   $0.5090 \rightarrow 1.08'$



(photo 111)

weld lines/seams
Blk →
Red →
w/L Marks

Scale → 2.3955" = 1.4m = 4.59'

~~0.4m = 0.6765~~  0.4m = 0.6810"

A → #1 to Kastner w/L (left end)
(1.6885 + 0.6810) = 4.54'

B → #2 to Kastner w/L (left end)
(2.0340 + 0.6810) → 5.20'

C → #3 to Kastner w/L (left end)
(2.9045 + 0.6810) → 6.68'

D → Lower edge of #4 to Kastner w/L @ intersection w/ vertical mark.
(4.4475 + 0.6810) → 9.83'

→ width from #1 to #3
1.1395" → 2.18'

→ width from #2 to #3
0.8765" → 1.68'

(Photo 640)

0.9800" = 4'

RC 811   7
         6
         5
         4
         - - - 3
             painted
             w/c

→ Total height
   2.0285" = 8.28'
→ Submerged depth
   0.9850" = 4.02'
→ Freeboard
   1.1 = 4.49'
→ Diam of stanchion
   0.3150" = 1.29' = 1' 3.43" = 15.43"
→ approx Bow height (overestimate)
   0.5425 = 2.21'
→ diam of head for fwd bit
   0.2195 = 10.75"
→ "RC811" font height
   0.2160 = 10.58"

(photo 674)

Sketch: ship profile with labels "Blk", "red", "painted w/L"

$0.5585" = 5'$

→ Stb Bow height
  $0.2470" = 2.21'$
→ lwr edge of bow above painted w/L
  $0.3810 = 3.41'$