IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | Consolidated cases under |
| v. | | Civil Action No.: WMN-02-662 |
| | * | |
| M/V A.V. KASTNER, etc., *et al.*, | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION *IN LIMINE* FOR THE COURT TO ADD THE
VALUES OF DREDGE JECKYLL ISLAND, DERRICK
BARGE NO. 4, PUSHER BOAT # 1 AND PUSHER BOAT # 10 TO
<u>NORFOLK DREDGING COMPANY'S LIMITATION FUND</u>**

Gypsum Transportation Limited ("GTL"), Beltship Management Limited, Timothy M. Cober, Dennis Wallace and Troy Link (collectively referred to as the "Movants") by their undersigned counsel, hereby move this Court to add the values of the dredge JECKYLL ISLAND, Derrick Barge No. 4, Pusher Boat # 1 and Pusher Boat # 10 to Norfolk Dredging Company's Limitation Fund. The grounds in support of the Motion are stated in the accompanying Memorandum In Support.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| M. Hamilton Whitman, Jr. (No. 00373) | John A. V. Nicoletti |
| Robert B. Hopkins (No. 06017) | Michael J. Carcich |
| Charles A. Diorio (No. 26369) | Terry L. Stoltz |
| OBER, KALER, GRIMES & SHRIVER | NICOLETTI, HORNIG, CAMPISE & SWEENEY |
| A Professional Corporation | Wall Street Plaza |
| 120 E. Baltimore Street | 88 Pine Street |
| Baltimore, Maryland 21202-1643 | New York, New York 10005-1801 |
| (410) 685-1120 | (212) 220-3830 |
| (410) 547-0699 (facsimile) | (212) 220-3780 (facsimile) |
| Attorneys for Gypsum Transportation Limited and Beltship Management Limited | Attorneys for Gypsum Transportation Limited |

| | |
|---|---|
| _____/s/_____<br>James W. Bartlett, III (No. 00017)<br>Alexander M. Giles (No. 25474)<br>Semmes, Bowen & Semmes, P.C.<br>250 W. Pratt Street, 16th Floor<br>Baltimore, MD  21201-2423<br>(410) 539-5040<br><br>Attorneys for Captain Timothy M. Cober | _____/s/_____<br>Paul D. Bekman, Esquire<br>Salsbury, Clements, Bekman, Marder &<br>Adkins, LLC<br>300 W. Pratt Street, Suite 450<br>Baltimore, Maryland 21201<br><br>Attorneys for Troy A. Link and Dennis Wallace |

_____/s/_____
Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Attorneys for Troy A. Link and Dennis Wallace

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |
| | * | |

* * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2004, the following pleadings were served on counsel via the Court's electronic filing system with the exceptions noted below:

1. Motion *In Limine* For the Court To Add the Values of the Dredge JECKYLL ISLAND, Derrick Barge No. 4, Pusher Boat # 1 and Pusher Boat # 10 to Norfolk Dredging Company's Limitation Fund; and

2. Memorandum In Support

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| David H. Sump, Esquire | Ralph Rabinowitz, Esquire |
| Crenshaw, Ware & Martin, PLC | Rabinowitz, Swartz, Taliaferro, et al. |
| 1200 Bank of America Center | Town Point Center |
| One Commercial Place | 150 Boush Street |
| Norfolk, VA 23510 | Norfolk, VA 23510 |
| | |
| Attorneys for Norfolk Dredging Company | Attorneys for Troy A. Link and Dennis Wallace |

**VIA FIRST CLASS MAIL**
C. Arthur Rutter, III, Esquire
Deborah C. Waters, Esquire
Rutter, Mills
160 West Brambleton Avenue
Norfolk, Virginia 23510

Attorneys for Jeffrey Slaton, the Estate of
Ronald L. Bonniville, the Estate of William
Thomas Bryant, and the Estate of Clarence
McConnell

                                                /S/
                                    Robert B. Hopkins

736495.1