IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION *IN LIMINE* TO PRECLUDE
## BUCHANAN FROM REDUCING ITS LIMITATION FUND

Gypsum Transportation Limited, Beltship Management Limited and Timothy M. Cober, by their undersigned counsel, hereby move this Court to preclude Buchanan Marine and/or Buchanan Trust (collectively, "Buchanan") from reducing their Limitation Fund from $350,000. The grounds in support of the Motion are stated in the accompanying Memorandum In Support.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| M. Hamilton Whitman, Jr. (No. 00373) | John A. V. Nicoletti |
| Robert B. Hopkins (No. 06017) | Michael J. Carcich |
| Charles A. Diorio (No. 26369) | Terry L. Stoltz |
| OBER, KALER, GRIMES & SHRIVER | NICOLETTI, HORNIG, CAMPISE & SWEENEY |
| A Professional Corporation | Wall Street Plaza |
| 120 E. Baltimore Street | 88 Pine Street |
| Baltimore, Maryland 21202-1643 | New York, New York 10005-1801 |
| (410) 685-1120 | (212) 220-3830 |
| (410) 547-0699 (facsimile) | (212) 220-3780 (facsimile) |
| Attorneys for Gypsum Transportation Limited and Beltship Management Limited | Attorneys for Gypsum Transportation Limited |

---

[1] Of course, the actual stipulated value was $350,000.

_____/s/_____
James W. Bartlett, III (No. 00017)
Alexander M. Giles (No. 25474)
Semmes, Bowen & Semmes, P.C.
250 W. Pratt Street, 16th Floor
Baltimore, MD  21201-2423
(410) 539-5040

Attorneys for Captain Timothy M. Cober

736499.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NORFOLK DREDGING COMPANY,   *

        *

v.   *

        Consolidated cases under
M/V A.V. KASTNER, etc., *et al.*,   *   Civil Action No.: WMN-02-662

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2004, the following pleadings were served on counsel via the Court's electronic filing system with the exceptions noted below:

1. Motion *In Limine* For the Court To Preclude Buchanan from Reducing its Limitation Fund;

2. Memorandum In Support;

**VIA FIRST CLASS MAIL**
David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

**VIA FIRST CLASS MAIL**
C. Arthur Rutter, III, Esquire
Deborah C. Waters, Esquire
Rutter, Mills
160 West Brambleton Avenue
Norfolk, Virginia 23510

Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell

**VIA FIRST CLASS MAIL**
Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510

Attorneys for Troy A. Link and Dennis Wallace

                /S/
        M. Hamilton Whitman, Jr.