IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| | * | |
| v. | * | |
| | | Consolidated cases under |
| M/V A.V. KASTNER, etc., *et al.*, | * | Civil Action No.: WMN-02-662 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**THE KASTNER INTERESTS' MEMORANDUM IN OPPOSITION
TO CLAIMANT TROY A. LINK'S MOTION
IN LIMINE REGARDING ILLEGAL DRUG USE**

Gypsum Transportation Limited, Beltship Management Limited and Captain Timothy M. Cober (collectively referred to as the "KASTNER Interests"), by their undersigned attorneys hereby submit this Memorandum in Opposition to Claimant Troy A. Link's Motion in Limine Regarding Illegal Drug Use.

Immediately following the Collision, pursuant to U.S. Coast Guard regulations crewmen from the various vessels, including Personal Injury Claimant Troy A. Link ("Link"), submitted urine and blood samples for drug testing analysis. The samples provided by Link tested positive for marijuana. Since that time Link has admitted that within 24 hours prior to boarding the Tug SWIFT, he ingested marijuana. Link has filed a Motion in Limine seeking to have this evidence excluded from trial.

The KASTNER Interests do not oppose exclusion of Link's drug use in the liability phase of this matter. However, Link's past drug use is highly relevant with

regard to his claimed damages and as such should be admitted in the damage phase of this matter.  Specifically, Link has alleged that he is no longer able to return to work as a seaman or on the water because of various injuries suffered in the Collision.  He also claims that the shore side jobs for which he is now qualified are lower paying and, as a result, has made a significant claim for diminished earning capacity.

Link has been examined by physicians retained by the KASTNER Interests who opine that there is nothing physically or mentally preventing Link from returning to work on the water.  The KASTNER Interests further contend that the real reason why Link cannot return to work as a seaman is that, having tested positive for an illegal drug, no employer will hire him to work on the water.  Thus, Link has suffered a diminished earning capacity, not because of the Collision, but because of his own admitted illegal drug use.  Accordingly, evidence of Link's illegal drug use is admissible in the damage phase of this matter.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| M. Hamilton Whitman, Jr. (No. 00373) | James W. Bartlett, III (No. 00017) |
| Robert B. Hopkins (No. 06017) | Alexander M. Giles (No. 25474) |
| Charles A. Diorio (No. 26369) | Semmes, Bowen & Semmes, P.C. |
| OBER, KALER, GRIMES & SHRIVER | 250 W. Pratt Street, 16th Floor |
| A Professional Corporation | Baltimore, MD  21201-2423 |
| 120 E. Baltimore Street | (410) 539-5040 |
| Baltimore, Maryland 21202-1643 | |
| (410) 685-1120 | Attorneys for Captain Timothy M. Cober |
| (410) 547-0699 (facsimile) | |
| Attorneys for Gypsum Transportation Limited and Beltship Management Limited | |

```
_____/s/_____
```
John A. V. Nicoletti
Michael J. Carcich
Terry L. Stoltz
NICOLETTI, HORNIG, CAMPISE & SWEENEY
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 220-3830
(212) 220-3780 (facsimile)

Attorneys for Gypsum Transportation
 Limited

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2004, The Kastner Interests' Memorandum in Opposition to Claimant Troy A. Link's Motion in Limine Regarding Illegal Drug Use was served on counsel via the Court's electronic filing system with the following exceptions:

**VIA FIRST CLASS MAIL**
David H. Sump, Esquire
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

**VIA FIRST CLASS MAIL**
C. Arthur Rutter, III, Esquire
Deborah C. Waters, Esquire
Rutter, Mills
160 West Brambleton Avenue
Norfolk, Virginia  23510

Attorneys for Jeffrey Slaton, the Estate of Ronald L. Bonniville, the Estate of William Thomas Bryant, and the Estate of Clarence McConnell

**VIA FIRST CLASS MAIL**
Ralph Rabinowitz, Esquire
Rabinowitz, Swartz, Taliaferro, et al.
Town Point Center
150 Boush Street
Norfolk, VA 23510
Attorneys for Troy A. Link and Dennis Wallace

_____/S/_____
Robert B. Hopkins