

Analysis of Ship Motions
of
M/V A.V. KASTNER and the Tug-Barge-Flotilla
(Tug BUCHANAN 14 and other vessels)
On February 25, 2002

Prof. Haruzo Eda

September 2003

Accordingly, it was not an easy task to maintain such a large tug-barge flotilla on the one side of the narrow channel such as the 450 ft wide Elk River Channel, especially with a flood tide and under poor visibility conditions with dense fog.

**Operational Concerns on the Tug-Barge Flotilla**

It should be stated here that, on the tugs, watch change was made immediately before the collision. This might introduce some distraction to the crew from imminent risk of navigation in a narrow channel.

Immediately prior to the meeting with the KASTNER, a twin-propeller revolution check was carried out on the twin-propeller tug SWIFT in the following manner:

Firstly, one side of propeller on and the other side propeller off for 3 minutes
Then, alternate on-and off propeller for 3 minutes.

These propeller revolutions may have generated undesirable heading deviation of the tug-barge flotilla.

**Use of Right Rudder Angle to Maintain Off-Centerline Course of KASTNER in the Channel**

When Captain Cober came on board at approximately 5:45 on February 25, 2002, he set up his DGPS Unit (the Starlink Portable Navigational System) on the bridge of the KASTNER. This particular DGPS had a greater degree of accuracy relative to regular GPS. It had an accuracy of 1.5 meters RMS (root-mean-square). He could see the position of the ship relative to the channel in an accurate manner. For example, he could read the distance between the channel centerline and the ship longitudinal centerline.

When Pilot Cober was transiting the Elk River Channel along the direction of 226 degrees at 7.9 knots, the KASTNER centerline was 115 –145 ft from the channel centerline, using right rudder angle of 5–10 degrees. The Elk River Channel is 450 ft wide channel.

When a ship proceeds on an off-centerline course to prepare to meet with another ship, it has to apply a certain amount of rudder angle to counteract the bank cushion effect. The bank cushion effect makes the ship to sheer away from the straight off-centerline course towards the centerline of a channel. Accordingly, a certain amount of right rudder angle is required, and this rudder is an important item for safety navigation in a narrow channel like the Elk River channel (see Figure 8).

The author of this report carried out numerous research projects on safety navigation in narrow channels similar to the Elk River Channel. Such research projects included the following 3 major Panama Canal Projects: