

BIOGRAPHIC NOTES

PROF. Haruzo Eda

Dr. Eda has been teaching at the US Merchant Marine Academy, Kings Point, New York since January 1989. For these twenty years, he has been engaged in research and development of ship-motion mathematical-models for CAORF (Computer-Aided Operations Research Facilities) at Kings Point and Marine Safety International since the inception of these computer-based shiphandling simulators.

For twenty seven years since 1961, he was a research scientist and a professor at Stevens Institute of Technology. He was actively engaged in research on stability and control of ships in an extensively computer-aided manner. He was the Head of Stability and Control Division at Davidson Laboratory of the Institute. During 1952 to 1961, he was a research engineer at Ship Research Institute (the largest ship-hydrodynamic laboratory in Japan), Tokyo, where he was a head of seakeeping section of Ship Dynamic Performance Division. In 1961, he joined as a research staff member at Stevens as a Fulbright Exchange Scholar.

His research activities include those conducted under the sponsorship of the US Maritime Administration, Office of Naval Research, US Navy, US Coast Guard, US Army Corps of Engineers, National Science Foundation, National Transportation Safety Board, Panama Canal Commission, Exxon, Sperry, Grumman, TAMS, the US MARAD Computer-Aided Operational Research Facility (CAORF), and Marine Safety International.

His major research activities of computer simulation studies in recent years include:
1. Study of major marine disasters in recent years, 1975 - present
2. Study of Alternatives to the Panama Canal, US-Japan-Panama Joint-Effort Study, 1993
3. Panama Canal Improvement Study, Panama Canal Commission, 1984-87
    (Total research funding one million dollars)
4. St. Lawrence Seaway Project, US Corps of Engineers, 1986-87
5. Dynamic Behavior of a Surfaced TRIDENT Submarine, US Navy, 1986-87
6. Dynamic Course Stability and Maneuvering Performance, Sea Grant, 1987
7. Maneuvering and Control of Icebreakers, US Coast Guard, 1987-88
8. Maneuvering and Control of Great Lakes Ships, US MARAD, 1981-82
9. Atlantic-Pacific-Inter-Oceanic Canal Study, APIOCS Commission & US COE, 1967-70
10. Five-Year University Research Program on Ship Controllability, US MARAD, 1961-66

In 1974, Dr. Eda received the Jess Davis Research Award for a paper entitled, " Dynamic Behavior of Tankers During Two-Way Traffic in Channels," which was published in MARINE TECHNOLOGY in July 1973.

Four books and more than one hundred of papers and reports have been published by him in these fields, including:
1. "Controllability" (page 191 - 424), PRINCIPLES OF NAVAL ARCHITECTURE Vol. III, Society of Naval Architects and Marine Engineers, 1989.
2. "Criteria for the Depth of Dredged Navigational Channels," National Academy Press, Washington, D.C., 1983

His equations of ship motions together with hydrodynamic data have been utilized in some of the major shiphandling simulators in the United States such as:
    Shiphandling simulator at the US Maritime Administration Computer-Aided Facility
    Kings Point, New York, constructed by Sperry at a cost of 15 million dollars in 1975.

He has taught a number of graduate and undergraduate courses at Stevens Institute of Technology, US Merchant Marine Academy and Webb Institute of Naval Architecture including:

1. "Stability and Control of Marine Craft"
    Graduate class at Stevens for fifteen years
2. "Principles of Naval Architecture"
    Graduate class at Stevens for fifteen years
    at the US Merchant Marine Academy, 1989 - present
3. "Ship Propulsion"
    at the US Merchant Marine Academy, 1991 - present
4. "Fluid Mechanics"
    at the US Merchant Marine Academy, 1989 - present
5. "Engineering Mechanics"
    at the US Merchant Marine Academy, 1991
6. "Computer-Aided-Design / Computer-Aided-Graphics"
    (120 students per year) at Stevens for three years
7. "Computer-Aided Design"
    Freshmen at Webb Institute of Naval Architecture, 1989
    Freshmen at the US Merchant Marine Academy since 1990
8. "Computer-Aided Ship Design"
    Graduate class at Stevens for six years

He has been serving as a member of the Panel H-10 (Ship Controllability) of the Society of Naval Architects and Marine Engineers for these thirty two years; Served as a member of the Maneuvering Committee of International Towing Tank Conference and of the American Towing Tank Conference.

In addition to his teaching and research activities in the field of naval architecture and ocean engineering, Dr. Eda has been actively engaged in numerous maritime cases serving as expert witness. He has made technical analysis of major maritime disasters in recent years such as:
1. Collision of a Bulk Carrier and a Chemical Carrier in the Vicinity of the Southwest Pass of the Mississippi River    8:25 PM April 11, 1997
2. Collision of a Bulk Carrier with Riverwalk Shopping Complex along the Mississippi River
    2.05 PM, December 14, 1996
3. Triple Collisions of BALSA 37 and Two Tug-Barge Systems, Tampa Bay,
    5:47 AM, Aug 10, 1993
4. QUEEN ELIZABETH 2 Grounding, Off South Coast of Massachusetts,
    9:58 PM, Aug 7, 1992
5. Capsizing and Sinking of DERRICK BARGE 29 During Typhoon Fred in South China Sea
    in the morning on Aug 15, 1991
6. Tanker EXXON VALDEZ Grounding, Prince William Sound, Alaska,
    12:05 AM, March 24, 1989
7. Car Carrier FIGARO - Tanker CAMARGE Collision, Houston Ship Channel,
    7:15 AM, Nov 10, 1988 (the study for <u>National Transportation Safety Board</u>)
8. Tanker CORINTHOS - EDGAR M. QUEENY Collision, Delaware River,
    12:28 AM, Jan 31, 1975
    (First example of computer-aided reconstruction of ship trajectory for a legal case)

Dr. Eda holds Bachelor and Doctoral Degrees from Osaka University in Japan, and a Master Degree from Stevens Institute of Technology in the area of naval architecture.

Residence:    4 Allan Terrace, Secaucus, N.J. 07094
    Tel (201) 867-1196, Fax (201) 867-2434, E-Mail heda@ix.netcom.com

**List of Publications During the Last Ten Years**

1. "Ship Trajectory Analysis of Recent Marine Disasters", **MARIENV'95** (International Conference on Technologies for Marine Environment Preservation), Tokyo, September 24-29, 1995

2. "Simulation Analysis of Marine Disasters in Recent Years From the Viewpoint of Man-Machine Interface", **AIR & IHAS'97** (International Symposium on Artificial Intelligence and Robotics), Tokyo, November 19-21, 1997

3. "Twenty Years of Marine Simulator Operations at Kings Point: Lessons Learned During These Years", **MARSIM'96**, Copenhagen, September 9-13, 1996

4. "Analysis of Major Marine Disasters – Man Machine Interface," **AIR'02** (International Conference on Artificial Intelligence and Robotics), Tsukuba, Japan, January 16-18, 2002

5. "40 Years of Research and Teaching on Ship Motions in Colleges in US", **90-year Anniversary Publication** of Kansai Society of Naval Architects, Japan, January 2002

6. "Cruise Ships in New York", **Science of Ships and Seas**, August 2002

7. "Simulation Analysis of TITANIC Disaster," **Science of Ships and Seas**, November 2002

8. "Cruise Ships and Tankers in Alaska", **Science of Ships and Seas**, February 2003

9. "Ship Motion Simulators", **Science of ships and Seas**, May 2003

10. "Panama Canal", **Science of Ships and Seas**, July 2003

**Cases Testified During the Last Four Years**

1. Collision of the Bulk Carrier WESTERN TEAM and the Bulk Carrier TOGO BEAUTY on April 10, 1998 in Gatun Lake Anchorage Basin of the Panama Canal, Deposition at Freehill Hogan & Mahar LLP, New York, on November 19, 1999

2. Collision of the Bulk Carrier IVAN SUSANIN and the Bulk Carrier ANANGEL ENDEVOUR Off Southwest Pass of the Mississippi River on August 6, 2000, Deposition at Phelps Dunbar LLP, New Orleans, on August 9, 2001

3. Grounding of the Chip Carrier NEW CARRISA Off Coos Bay on February 4, 1999, Witness at Coos Bay, State Court of Oregon, on October 24-25, 2002