```
00001
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3                       (Northern Division)
 4    ----------------------------X
 5    NORFOLK DREDGING COMPANY    :
 6             Plaintiff          :
 7        v.                      :  Consolidated cases
 8    M/V A.V. KASTNER, etc., et  :  Under Civil Action
 9    al.                         :  No.:  WMN-02-662
10             Defendants         :
11    ----------------------------:
12     Deposition of CAPTAIN RICHARD CLAGGETT WILLIAMS, III
13                      Baltimore, Maryland
14                   Tuesday, December 9, 2003
15                          9:40 a.m.
16    Job No.:  1-26497
17    Pages 1 - 86
18    Reported by:  Beatriz D. Fefel, RPR
19
20
21
22
```



EXHIBIT
3

```
00071
  1        Q    Are you familiar with a gentleman by the
  2   name of Ed/a or Ee/da?
  3        A    Yeah.
  4        Q    Okay.  How do you know Doctor Ed/a or Ee/da?
  5        A    He works -- he's a consultant with Marine
  6   Safety International.
  7        Q    Have you ever worked with him?
  8        A    Yes.  Work -- he's come down to talk to us.
  9        Q    Have you ever worked on any projects with
 10   him?
 11        A    No.
 12        Q    Do you have any general understanding of his
 13   reputation in the consulting community?
 14        A    Very good.
 15        Q    Did you review his report in this case?
 16        A    I did.
 17        Q    Did you have any disagreement with his
 18   report in this case?
 19        A    There was one -- you know, without the
 20   report, there was one area that, where he technically
 21   said was true, I'm not sure it depicted the situation
 22   as it happened.  Without the report I hate to go any
```

```
00072
  1  farther because I might misstate it.
  2       Q    In any event, you did not choose to place in
  3  your supplemental report --
  4       A    That's correct.
  5       Q    -- any areas of disagreement that you had
  6  with Doctor Eda?
  7       A    That's correct.
  8       Q    And other than this one point that you've
  9  mentioned at the moment, you don't happen to recall
 10  any areas of disagreement?
 11       A    That's correct.
 12       Q    Do you recall what this area of technically
 13  being correct was?
 14       A    When he was talking about holding a right
 15  rudder would be indicative of being on the right side
 16  of the channel.
 17       Q    You believe that technically he's correct?
 18       A    Technically he's correct, but I think we
 19  could have been aground if that had happened.
 20       Q    As you discussed earlier?
 21       A    I'm not sure I discussed that earlier.
 22       Q    As you presented to Mr. Bartlett.
```