

A Member Of The SGS Group - Geneva

**INTERMODAL TRANSPORTATION SERVICES, INC.**

700 Baker Road, Suite 109
Virginia Beach, VA 23462
Telephone: (757) 671-2120
Fax: (757) 671-1160
Email: itsnorva@acninc.net



EXHIBIT 4

15 October 2003

**Crenshaw, Ware & Martin, P.L.C.**
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attn: David H. Sump, Esquire

Re: **Norfolk Dredging Company**
M/V "**A.V. KASTNER**", collision with M/V "**BUCHANAN 14**"
M/V "**SWIFT**", Deck Barge "**RC 811**"
Elk River Maryland
25 February 2002
**Follow-Up Expert Report**
Your Ref. No.: **83.020074**
I.T.S. Norfolk Marine File No.: **31050597**

Dear Mr. Sump:

Pursuant to your request of 29 September 2003, the Undersigned has read and reviewed the Expert Reports of Captain Benjamin E. Joyce, Captain George H. Reid, Captain Mitchell S. Stoller, Captain Michael R. Lawson, Captain Russell G. McVay and Professor Haruzo Eda. The Undersigned also read the Survey Reports of Mr. David A. Barto, Mr. William Palmer, and Mr. William B. Mollard and the Enviroscan Side Scan Sonar Data Analysis written by Mr. Vincent J. Capone.

The Undersigned disagrees with the statements of Captain Mitchell S. Stoller's report of 09 September 2003, specifically paragraph entitled: The rescue effort pages 13 and 14 and opinions and analysis paragraph IV.

Mr. Sump
Re: **Norfolk Dredging Company**
    M/V "A.V. Kastner", collision with M/V "BUCHANAN 14"
    M/V "SWIFT", Deck Barge "RC 811"
15 October 2003

Norfolk Dredging Company has a written man overboard training syllabus in their training program. They have written and published "Man Overboard Procedures", a written Accident Prevention Plan", specifically for the Dredge "JEKYLL ISLAND" and her associated equipment, and a published "Job Hazard Analysis" for the mobilization/demobilization of equipment, all of which identifies the potential work place hazards and recommend controls to minimize the risk of an accident. Man Overboard Procedures are identified in the analysis.

Norfolk Dredging Company requires and insures responsible supervisors and/or dredge captains hold all hands weekly safety meetings. Records of the meetings are maintained and their own signature identifies the attending employees. Man Overboard drills are held and the procedures are discussed at the safety meetings.

Reading Mr. Stoller's account in the "Rescue Effort", it appears the crew of the pusher tender boats performed admirably under the most difficult of conditions, in near zero visibility, with equipment and debris floating all around them and the location of the M/V "KASTNER" unknown. They recovered four men, three of them they pulled out of the water near the M/V "SWIFT", and transported them to safety aboard the M/V "BUCHANAN 14".

The efforts of Mr. McLamb and Mr. Dickey should be praised. Mr. Dickey frigid his own life by entering the frigid water in his effort to save Captain Bo Bryant.

The accomplishments of these crewmen are emblematic of the training Norfolk Dredging Company has provided. The equipment was available and the crewmen were skilled and capable of handling a very unusual emergency situation.

The Undersigned noted Mr. Stoller's report did not address the rescue efforts of the crew of the M/V "KASTNER", which has a fully equipped motor lifeboat.

The Undersigned reserves the right to modify or expand on this report based on new of further information not available or provided to the Undersigned.

Mr. Sump
Re: **Norfolk Dredging Company**
   M/V "**A.V. Kastner**", collision with M/V "**BUCHANAN 14**"
   M/V "**SWIFT**", Deck Barge "**RC 811**"
15 October 2003


If I can be of further assistance please feel free to contact me at (757) 671-2120.

Respectfully,
**Intermodal Transportation Services**
**A Member of the SGS Group - Geneva**

D.H. "Tate" Austin
Principal Surveyor

DHA/mrt