```
00001
    1           IN THE UNITED STATES DISTRICT COURT
    2              FOR THE DISTRICT OF MARYLAND
    3                    (Northern Division)
    4     ----------------------------X
    5     NORFOLK DREDGING COMPANY    :
    6           Plaintiff             :
    7        v.                       :  Consolidated cases
    8     M/V A.V. KASTNER, etc., et  :  Under Civil Action
    9     al.                         :  No.:  WMN-02-662
   10           Defendants            :
   11     ----------------------------:
   12         Deposition of WILLIAM H. DALEY, III, P.E.
   13                    Baltimore, Maryland
   14               Thursday, December 18, 2003
   15                        9:37 a.m.
   16     Job No.:  1-27156
   17     Pages 1 - 241
   18     Reported by:  Beatriz D. Fefel, RPR
   19
   20
   21
   22
```



EXHIBIT 5

```
00037
   1   that he would go down and check the generators and
   2   engines.
   3            After Mr. Link had finished checking the
   4   last engine, he then went to check the stern seals, is
   5   the way he described it, and soon after -- he had a
   6   grease gun, he finished what he was doing, whatever he
   7   was attempting to lubricate, and he indicated as he
   8   placed the grease gun down, presumably on a work
   9   bench, wherever he placed it, that he felt a shudder,
  10   and at that point he described how he left the engine
  11   space on SWIFT and eventually left the vessel itself.
  12        Q    Do you have an understanding or an opinion
  13   of what physical action or phenomenon caused that
  14   shudder?
  15        A    Well, it was very clear from his deposition
  16   and piecing together other depositions, that was the
  17   collision between SWIFT and A.V. KASTNER.
  18        Q    Let's focus for a moment on the process of
  19   shutting the engines down.  Can you describe for me
  20   your understanding of what it was that Link did in the
  21   engine room in connection with shutting engines down
  22   and checking engines?
```

```
00038
  1        A     Subsequent to him, him meaning Mr. Link,
  2   checking the generators, he then went to shut down the
  3   engines.  He shut down -- I want to make sure I got
  4   the sequence right.  Went to the starboard motor, shut
  5   that motor down, and then shut down the port motor.
  6   And then, again, after that, he said motor/engine,
  7   after that is when he did whatever lubricating he was
  8   doing in the vicinity of the stern seals.
  9        Q     Do you have an understanding or an opinion
 10   as to whether that process of shutting the engines
 11   down for a period of time would have had any effect on
 12   the behavior of the flotilla?
 13        A     Yes.
 14        Q     And what is that opinion?
 15        A     I'll preface it by saying that up until this
 16   time, discovery depositions would indicate that SWIFT,
 17   while providing propulsion for the flotilla, was not
 18   carrying any rudder, which she had rudders midships.
 19        Q     All right.
 20        A     In that configuration, with merely providing
 21   propulsion and no rudder, the depositions would
 22   indicate that the flotilla was tracking in a fairly
```

```
00039
   1  straight line.  It's reasonable that when engines
   2  would be shut down, that a drag would be created,
   3  because you have a disparity in the -- you have an
   4  off-axis, off-center axis thrust, and that it's quite
   5  possible that under those scenarios, that the flotilla
   6  would bulge to port.
   7       Q   If the flotilla were to bulge to port, would
   8  that cause the track of the BUCHANAN 14, all other
   9  things being equal, cause the track of the BUCHANAN 14
  10  to veer to port?
  11       A   It's certainly possible under that scenario,
  12  that B-14 could be in fact moving to port but yet
  13  still maintaining a heading.  I mean, essentially
  14  she's crabbing like an aircraft would on final to a
  15  runway.
  16       Q   So the B-14 would be pointing in one
  17  direction but her track would actually be a crabbing
  18  track?
  19       A   Would be carrying her in a different
  20  direction, correct.
  21       Q   Let me ask you to turn to Page 7 of the
  22  report, please.
```