IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Elk River Collision Proceedings | * | |
| | | Civil Action No. WMN 02-662 |
| Norfolk Dredging Company, et al. | * | (Consolidated Cases) |
| Plaintiffs, | * | |
| v. | * | |
| M/V A.V. KASTNER, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**BUCHANAN'S JOINDER OF KASTNER
OPPOSITION TO TROY LINK MOTION
TO EXCLUDE EVIDENCE OF DRUG USE**

Buchanan joins in KASTNER's opposition, to claimant Troy Link's motion to exclude evidence of his drug use.

Dated: January 29, 2004.

          /s/   J. Stephen Simms
          J. Stephen Simms (#4269)
          W. Charles Bailey, Jr. (#23580)
          Simms Showers LLP
          Suite 702 - Twenty South Charles Street
          Baltimore, Maryland 21201
          Telephone: (410) 783-5795
          Facsimile: (410) 510-1789

| | |
|---|---|
| John T. Ward (# 1507) | Patrick M. Brogan |
| WARD KERSHAW, P.A. | Mark E. Newcomb |
| 113 West Monument Street | Davey & Brogan P.C. |
| Baltimore, Maryland 21201 | 101 Granby Street, Suite 300 |
| Telephone: (410) 685-6700 | Norfolk, Virginia 23514-3188 |
| Facsimile: (410) 685-6704 | Telephone: (757) 622-0100 |
| | Facsimile: (757) 622-4924 |

Buchanan Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2004 a copy of the foregoing was served via CM/ECF on counsel of record for each party.

/s/   J. Stephen Simms