```
00001
  1              IN THE UNITED STATES DISTRICT COURT.
                    FOR THE DISTRICT OF MARYLAND
  2                      NORTHERN DIVISION
  3
  4   NORFOLK DREDGING COMPANY,)
                               )
  5           Plaintiff,       )
                               )
  6   V.                       ) Consolidated No.
                               ) WMN-02-CV-00662
  7   M/V A.V. KASTNER, etc.,  )
      et als.,                 )
  8                            )
              Defendants.      )
  9
 10
 11
 12
 13         DEPOSITION UPON ORAL EXAMINATION
              OF WILLIAM CHARLES ROBERTS
 14        TAKEN ON BEHALF OF THE DEFENDANTS
 15
 16              Norfolk, Virginia
 17                May 28, 2003
 18
 19
 20
 21   Appearances:
 22             CRENSHAW, WARE & MARTIN, PLC
             By: DAVID H. SUMP, ESQUIRE
 23              GUILFORD D. WARE, ESQUIRE
                 1200 Bank of America Center
 24              Norfolk, VA  23510-2111
                 COUNSEL FOR PLAINTIFF
 25
```



EXHIBIT 1

```
00024
 1            A.   When you say --
 2            Q.   The 20-foot side was the longer side;
 3   correct?
 4            A.   Yes.
 5            Q.   And the shorter side, the non-20-foot
 6   side was facing forward?
 7            A.   Yes.
 8            Q.   Okay.  And it looks like you've got three
 9   anchors that -- I'm sorry.  It looks like you've got
10   three anchors on the port side, the forward portion
11   of the port side; is that correct?
12            A.   It's more than three, but the anchors
13   were on the port side beside the container.
14            Q.   And could you draw a line and write
15   anchors?
16            A.   (Witness complied.)
17            Q.   The one anchor that was raised in the
18   location that was not near the RC, did you actually
19   see that anchor being raised?
20            A.   No, sir.
21            Q.   Did you ever see that anchor after the
22   fact?
23            A.   Later, but not really -- I mean I didn't
24   pay any attention to it.  I mean I've probably seen
25   it.
```

```
00027
   1   other system in place to ensure that this equipment
   2   would roll off or stay on board, that this equipment
   3   would not roll off.
   4        A.  The tanks and the pipe I believe were
   5   strapped, but I'm not positively sure.  I'm pretty
   6   sure they were.  That's the normal procedure for --
   7        Q.  Anything else strapped?
   8        A.  Not that I know of.
   9        Q.  So the only two pieces of equipment that
  10   fell off the RC that were not around the RC when she
  11   was recovered are the one spud and the one anchor
  12   we've talked about?
  13        A.  To the best of my knowledge, yes.
  14            MR. HOPKINS:  That's all I have.  Thank
  15   you.
  16                     EXAMINATION
  17   BY MR. BARTLETT:
  18        Q.  Mr. Roberts, what equipment did you add
  19   to the RC-811 before it left your yard?
  20            MR. SUMP:  Asked and answered.  You can
  21   answer it.
  22            THE WITNESS:  I can answer it?
  23            MR. SUMP:  You can answer it.
  24        A.  Two spuds, some cable on the bow and some
  25   consumables that went inside the container.
```

Roberts, William Charles May 28, 2003                    Page 27

```
00030
  1            A.  I don't know.  It was under water, and
  2   when it came up it just, you know --.
  3            Q.  Do you know whether any photographs were
  4   taken when that spud was raised?  Was that spud
  5   raised from the RC-811 before the barge itself was
  6   raised?
  7            A.  Yes, sir.
  8            Q.  Do you know how the -- do you know if any
  9   photographs were taken as that spud was raised?
 10            A.  Not to my knowledge.
 11            Q.  Do you know if any photographs were taken
 12   when any of the other equipment was raised?
 13            A.  Not to my knowledge, no, sir.
 14            Q.  The anchors that were on the port side of
 15   the Conex container, how far back from the bow were
 16   they, if you recall?
 17            A.  I'd say approximately 15 feet, and that's
 18   approximate.  I mean I don't --
 19            Q.  And that would be the first of the
 20   several forward; correct?
 21            A.  Yes.
 22            Q.  And I take it because there were several
 23   fairly large anchors, that they took up a fairly
 24   large space on the deck; is that correct?
 25            A.  Yes.
```