```
00001
   1                  IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND
   2                            NORTHERN DIVISION
   3
   4   NORFOLK DREDGING COMPANY,         )
                Plaintiff,                )
   5                                      )
            v.                            ) Consolidated No.
   6                                      ) WMN-02-CV-00662
       M/V A.V. KASTNER, etc., et als,   )
   7                                      )
                Defendants.               )
   8
   9
  10
  11
              DEPOSITION UPON ORAL EXAMINATION OF
  12
                           ERIC McMAHAN
  13
                             TAKEN ON
  14
                    BEHALF OF THE PLAINTIFF
  15
                         NORFOLK, VIRGINIA
  16
                         OCTOBER 2, 2002
  17
  18
  19
  20
  21
  22
  23
  24
  25
```



```
00231
 1   look back and check on the tow?
 2        A.    Yes, sir.
 3        Q.    How often do you normally do that?
 4        A.    Depends on the tow.
 5        Q.    What about one the nature of which Norfolk
 6   Dredging had at that time?
 7        A.    Do you want it in hour's time or every--
 8        Q.    Intervals.  How frequently would you
 9   look?
10        A.    Like every 15 minutes maybe, or something
11   like 15, 20 minutes, just to check it, make sure it's
12   still straight behind me.  Maybe even less than that,
13   every ten minutes or something.
14        Q.    Was it your recollection that you did that
15   for the Norfolk Dredging tow?
16        A.    Yes, sir, until I got adjusted to the tow
17   and how it was running.
18        Q.    Going back to the collision, you're on the
19   port -- in the port doorway of the pilothouse.  You're
20   looking aft and seeing the KASTNER slice across the
21   towing cable.  Okay?  Are you with me?
22        A.    Yes, sir.
23        Q.    Okay.  You've testified that you saw the
24   KASTNER impact the barge 811, and you saw equipment move
25   on the deck of the barge; is that right?
```

```
00232
 1          A.    Yes, sir.
 2          Q.    Did you actually, in the instant that you
 3   saw that, see any equipment fall into the water?
 4          A.    Yes, sir, I believe I did.
 5          Q.    What did you see fall in the water?
 6          A.    Those pontoons, maybe one -- you got to
 7   remember, the ship's going pretty fast.  So I saw stuff
 8   rolling towards the bow and toppling over.  I don't know
 9   how many pontoons I saw go over.  Might have just been
10   one.  But there was definitely stuff sliding off the
11   bow.
12               MR. SUMP:  No further questions.
13
14                    FURTHER EXAMINATION
15   BY MR. CARCICH:
16          Q.    Mr. McMahan, where exactly did the KASTNER
17   strike the 811?
18          A.    To me, it appeared dead amidship.
19          Q.    Amidship on the starboard side?
20          A.    On the center line.  Dead in the middle of
21   the bow.
22          Q.    Dead in the middle of the bow?
23          A.    Yes, sir.
24          Q.    Okay.  And was it at any angle or it was
25   dead on?
```