

# Analysis of Ship Motions
## of
## M/V A.V. KASTNER and the Tug-Barge-Flotilla
## (Tug BUCHANAN 14 and other vessels)
## On February 25, 2002

*Haruzo Eda*

Prof. Haruzo Eda

September 2003

## CONCLUSIONS

An analysis was made to examine the dynamic behavior of the KASTNER, the tug-barge flotilla and the anchor and spud prior to and after the collision in the Elk River Channel in the early morning on February 25, 2002. Major findings obtained in the analysis are summarized as follows:

### A.     The KASTNER

The KASTNER has a satisfactory turning performance, and simultaneously, good course stability. It is a good example of desirable maneuvering performance for this type of commercial ship. The actions of the Pilot and the Helmsman of the KASTNER are indications that the ship was proceeding on the right hand side of the Elk River Channel as the vessels approached each other and at the moment of collision. The KASTNER's inherent shiphandling characteristics would have tended to make her veer to the left, where she would ground on the south side of the Elk River Channel, in response to the crash-stop maneuver that occurred immediately prior to and during the collision incident.

### B.     The Tug-Barge Flotilla

This tug-barge flotilla is a complex ship and has poor shiphandling characteristics. It is certainly a difficult flotilla to control for any seaman. Accordingly, it was not an easy task to maintain the tug-barge flotilla on the one side of the narrow channel such as the 450 ft wide Elk River Channel.

### C.     The Anchor and the Spud-Pipe Found in the North Side of the Channel

An anchor and a spud-pipe that had been carried on the deck of the Barge RC-811 were recovered from the bottom of the Elk River Channel after the collision. From their size and shape, it is apparent that they sank quickly and went straight to the bottom when they went overboard.

### D.     All of the above information and conclusions indicate that the collision took place in the north side of the Elk River Channel.

## REFERENCES

1. H. Eda et al, "Principles of Naval Architecture, Vol III, Ship Controllability," Society of Naval Architects and Marine Engineers Publications, 1989
2. H. Eda, "Directional Stability of Ships in Restricted Channels," SNAME Transactions Vol 79, 1971
3. H. Eda, "Course Stability and Turning Performance of Barge Systems," SNAME Transactions Vol 80, 1972