

EXHIBIT

4

00001
1
2                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
3                        NORTHERN DIVISION
4
5    NORFOLK DREDGING COMPANY,          )
               Plaintiff,               )
6                                       )
         v.                             ) Consolidated No.
7                                       ) WMN-02-CV-00662
     M/V A.V. KASTNER, etc., et als,    )
8                                       )
               Defendants.              )
9
10
11
12
                 DEPOSITION UPON ORAL EXAMINATION OF
13
                        DAVID RICHARD McLAMB
14
                             TAKEN ON
15
                   BEHALF OF THE DEFENDANTS
16
                        NORFOLK, VIRGINIA
17
                        OCTOBER 9, 2002
18
19
20
21
22
23
24
25

```
00157
   1   BY MR. HOPKINS:
   2           Q.      Go ahead.  You can answer.
   3           A.      Different places.  Different companies --
   4   it's according to who you are, you know.  Some of them,
   5   you know, don't ever let, you know, when they leave -- I
   6   don't know.  Like I say, it's different places.  I
   7   can't--
   8           Q.      Have you ever broken down -- you were
   9   fairly close to the C & D Canal at the time of the
  10   collision?
  11           A.      (Nodding)
  12           Q.      Have you ever--
  13                   Is that "yes"?
  14           A.      Yes, sir.
  15                      MR. WARD:  Is that a question?
  16                      MR. HOPKINS:  Yes, that's a question.
  17   BY MR. HOPKINS:
  18           Q.      And the answer is yes, you were close?
  19           A.      We were, I guess, five miles.
  20           Q.      Had you ever broken a tow down that close
  21   to the C & D Canal?
  22           A.      Not as I can recall, no, sir.
  23           Q.      Do you recall hearing any foghorns at any
  24   time?
  25           A.      No.
```