```
00001
   1                IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MARYLAND
   2                         NORTHERN DIVISION
   3
   4   NORFOLK DREDGING COMPANY,         )
               Plaintiff,                )
   5                                     )
           v.                            ) Consolidated No.
   6                                     ) WMN-02-CV-00662
       M/V A.V. KASTNER, etc., et als,   )
   7                                     )
               Defendants.                )
   8
   9
  10
  11
                  DEPOSITION UPON ORAL EXAMINATION OF
  12
                           MICHAEL D. WELCH
  13
                               TAKEN ON
  14
                       BEHALF OF THE PLAINTIFF
  15
                           NORFOLK, VIRGINIA
  16
                           OCTOBER 1, 2002
  17
  18
  19
  20
  21
  22
  23
  24
  25
```

EXHIBIT 5

```
00139
 1           A.    I don't recall exactly what it is.  We
 2    went up there to get something.
 3           Q.    Do you recall essentially -- you recall
 4    essentially one other trip to get something?
 5           A.    I think so.
 6           Q.    So a couple of Weeks Marine trips and one
 7    other trip?
 8           A.    Yes.
 9           Q.    Prior to -- and let me drop back, I'm
10    sorry.
11                 On each of these occasions were you
12    serving as captain of the BUCHANAN 14?
13           A.    Yes.
14           Q.    Prior to making the first of those
15    voyages, did you do anything to familiarize yourself
16    with any regulations or rules that might exist with
17    regard to transiting the Chesapeake & Delaware Canal?
18           A.    Yes.
19           Q.    What did you do?
20           A.    Well, I asked people that had been through
21    there before, I looked at the charts to see what I had
22    going on up there, and then a couple hours before you
23    get there you're supposed to call WB33 and let them know
24    where you're at, and they tell you about traffic.
25           Q.    Are you aware of any rule or regulation or
```

```
00140
  1   Notice to Mariner or anything else that governs the
  2   length of tows permitted to pass through the Chesapeake
  3   & Delaware Canal?
  4         A.    I'm not aware of it.
  5         Q.    When you called the canal, who were you
  6   talking to?
  7         A.    The traffic controller for the canal.
  8         Q.    Do you know where he is physically
  9   located, or she?
 10         A.    No, I don't.  Somewhere on the canal they
 11   have a place there where they monitor the canal.
 12         Q.    And it's your understanding that you're
 13   supposed to call there a couple hours before arrival at
 14   the canal; is that right?
 15         A.    Yes.  Usually they tell you - when you get
 16   to Town Point, call us back.  You are supposed to call
 17   them a couple hours ahead of time.
 18         Q.    Do you know from your conversations with
 19   Mr. McMahan if Mr. McMahan called the canal a couple of
 20   hours before you reached the canal?
 21         A.    Yes.
 22         Q.    Does the canal dispatcher say anything as
 23   a matter of course?  In your experience, does the canal
 24   dispatcher say anything about other traffic in the
 25   canal?
```