IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NORFOLK DREDGING COMPANY,      )
       Plaintiff,               )
                          )
   v.                          )  Consolidated No.
                          )  WMN-02-CV-00662
M/V A.V. KASTNER, etc., et als,  )
                          )
    Defendants.                 )

**EXHIBIT**

7

DEPOSITION UPON ORAL EXAMINATION OF

**PAUL KNOWLES**

TAKEN ON

BEHALF OF THE DEFENDANTS

NORFOLK, VIRGINIA

APRIL 3, 2003

ORIGINAL

ZAHN, HALL & ZAHN, LTD.
(757) 627-6554

1          A.      There's Bay Towing, Ireland Marine,

2    C & P Towing, Norfolk Towing, there's quite a few.

3          Q.      Did you make any effort to contact them

4    for this--

5          A.      No, sir.

6          Q.       -- this voyage?

7                  Why did you hire Buchanan?

8          A.      I'm always looking for new vessels that

9    I can put in my fleet.  I look for --

10         Q.      What did you do to check out the

11   competency of Buchanan?

12         A.      I didn't do anything to check out the

13   competency.  If there was a problem with Buchanan

14   Marine as far as their boats, it would have been known

15   around the water.

16         Q.      What was the actual agreement you

17   entered into with Buchanan?

18         A.      It was to tow our equipment from

19   Chesapeake, Virginia, to Delaware City, Delaware, for

20   $3,000 a day.

21         Q.      Was it to tow all of your equipment?

22         A.      Yes, sir.

23         Q.      All of the equipment --

24         A.      Our dredge equipment.

25         Q.       -- that's involved in the tow that we've