ORIGINAL

1

```
1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                   NORTHERN DIVISION

3

4   NORFOLK DREDGING COMPANY,)
                             )
5          Plaintiff,        )
                             )
6   V.                       )  Consolidated No.
                             )  WMN-02-CV-00662
7   M/V A.V. KASTNER, etc.,  )
    et als.,                 )
8                            )
           Defendants.       )
9
```

**EXHIBIT**

8

```
11           DEPOSITION UPON ORAL EXAMINATION
12              OF EDWARD THOMAS HARDISON
             TAKEN ON BEHALF OF THE DEFENDANTS
13

14

15                   Norfolk, Virginia

16                   April 16, 2003

17

18  Appearances:

19          CRENSHAW, WARE & MARTIN, PLC
            By: GUILFORD D. WARE, ESQUIRE
20              1200 Bank of America Center
                Norfolk, VA  23510-2111
21
            -and-
22
            WRIGHT, CONSTABLE & SKEEN, LLP
23          By: DAVID W. SKEEN, ESQUIRE
                One Charles Center, 16th Floor
24              100 N. Charles Street
                Baltimore, MD  21201-3812
25              COUNSEL FOR PLAINTIFF
```

1    Q. Is part of your responsibility to ensure

2 that Buchanan vessels are operated in a safe manner?

3    A. Yes.

4    Q. What is your role in initiating safety

5 procedures for the vessels?

6    A. By hiring competent masters and mates

7 that I feel comfortable with, making certain that we

8 have all the safety equipment on board, being in

9 compliance with the Coast Guard regulations.

10    Q. Do you know anything about a document, a

11 Coast Guard document called Prevention Through

12 People?

13    A. I don't.

14    Q. Am I correct in my understanding from

15 your prior testimony that Buchanan Marine has not

16 given its officers or crew members any special

17 training regarding keeping a proper lookout?

18    A. Our policy, again, is to operate in a

19 safe and efficient manner, and that comes under good

20 seamanship. Which in order for a master to get his

21 license, he has to have proven that he has those --

22 that he has followed those basic skills.

23    Q. But you have no other training in regard

24 to lookout other than relying on that license?

25    A. That's correct.

1        Q.  Same question for radar training, is that

2   the same?

3        A.  They have to get their radar certificate,

4   and in order to get your radar certificate, you go

5   through a series of plot and tests and simulated

6   contacts and how you would react.  And they have to

7   pass that in order to get the certificate.

8        Q.  How about navigation in low visibility

9   conditions?  Does Buchanan Marine give any special

10  training with regard to that?

11       A.  No.

12       Q.  Do you know what a job hazard analysis

13  is?

14       A.  Yes.

15       Q.  Are you qualified to undertake a job

16  hazard analysis?

17       A.  Be more specific as far as -- you mean

18  specifically in this case?  What are you asking for?

19       Q.  Well, do you have the training and

20  expertise necessary to conduct a job hazard analysis?

21       A.  I think so.

22       Q.  Have you ever undertaken such a job

23  hazard analysis on the Buchanan 14?

24       A.  No.

25       Q.  Has anyone at the company, at Buchanan