Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF MARYLAND
3   (Northern Division)
4   NORFOLK DREDGING         :
5   COMPANY,                 :
6       Plaintiff  : Consolidated Cases Under
7   v.             : Civil Action No.
8   M/V A.V. KASTNER, etc., : WMN-02-662
9   et al.         :
10      Defendants : Pages 1 - 78
11
12      Deposition of Richard L. Beebe
13           Baltimore, Maryland
14      Wednesday, November 6, 2002
15
16              EXHIBIT
17                 9
18
19
20
21  Reported by: Linda H. Cole, Notary Public

Page 2

7           November 6, 2002
8              10:04 a.m.
9
10  Deposition of Richard L. Beebe held at the offices of:
11
12
13
14  Ober, Kaler, Grimes & Shriver, PC
15  120 East Baltimore Street
16  Baltimore, Maryland  21202
17
18
19
20  Pursuant to notice, before Linda H. Cole, a Notary
21  Public of the State of Maryland.

Page 3

1   APPEARANCES:
2       DAVID H. SUMP, ESQUIRE
3       CRENSHAW, WARE & MARTIN, PLC
4       1200 Bank of America Center
5       Norfolk, Virginia  23510
6       (757) 623-3000
7       and
8       DAVID W. SKEEN, ESQUIRE
9       WRIGHT, CONSTABLE & SKEEN, LLP
10      One Charles Center, 16th Floor
11      100 North Charles Street
12      Baltimore, Maryland  21201
13      (410) 659-1300
14      On behalf of Norfolk Dredging Company
15
16      ROBERT B. HOPKINS, ESQUIRE
17      CHARLES A. DIORIO, ESQUIRE
18      OBER, KALER, GRIMES & SHRIVER, PC
19      120 East Baltimore Street
20      Baltimore, Maryland  21202
21      (410) 685-1120

Page 4

1       and
2       ROBERT A. NOVAK, ESQUIRE
3       NICOLETTI, HORNIG, CAMPISE & SWEENEY & PAIGE
4       Wall Street Plaza
5       88 Pine Street
6       New York, New York  10005
7       (212) 220-3830
8       On behalf of Gypsum Transportation, Limited
9
10      JAMES W. BARTLETT, III, ESQUIRE
11      SEMMES, BOWEN & SEMMES, PC
12      250 West Pratt Street, 16th Floor
13      Baltimore, Maryland  21201
14      (410) 539-5040
15      On behalf of Maryland Bay Pilot, Timothy M. Cober

Page 5

1  ROBERT M. SCHWARTZMAN, ESQUIRE
2  LORD & WHIP, PA
3  800 One Center Plaza
4  120 West Fayette Street
5  Baltimore, Maryland 21201
6  (410) 539-5881
7  and
8  DEBORAH C. WATERS, ESQUIRE
9  LAW OFFICES OF RUTTER, WALSH, MILLS & RUTTER, LLP
10 Bank of Hampton Roads Building
11 415 St. Paul's Boulevard, Suite 700
12 Norfolk, Virginia 23510
13 (757) 622-5000
14 On behalf of Jeffrey Slaton, The Estate of Ronald
15 L. Bonniville, the Estate of William Thomas
16 Bryant, and the Estate of Clarence McConnell

Page 6

1  PAUL D. MERULLO, ESQUIRE
2  SHUTTLEWORTH, RULOFF, GIORDANO & SWAIN, PC
3  4525 South Boulevard, Suite 300
4  Virginia Beach, Virginia 23452
5  (757) 671-6000
6  On behalf of the Estate of Justin Maurice Bryant
7
8  JOHN T. WARD, ESQUIRE
9  WARD KERSHAW, PA
10 113 West Monument Street
11 Baltimore, Maryland 21201
12 (410) 685-6700
13 and
14 PATRICK M. BROGAN, ESQUIRE
15 DAVEY & BROGAN, PC
16 101 Granby Street, Suite 300
17 Norfolk, Virginia 23514
18 (757) 622-0100
19 On behalf of Buchanan Marine, LP and A. P. Franz,
20 Trustee of The Buchanan Trust

Page 7

1               I N D E X
2
3  WITNESS                                PAGE
4  RICHARD L. BEEBE
5     Examination By Mr. Hopkins            8
6     Examination By Mr. Bartlett          31
7     Examination By Ms. Waters            32
8     Examination By Mr. Sump              56
9     Examination By Mr. Merullo           65
10    Examination By Mr. Brogan            67
11    Examination By Ms. Waters            72

Page 8

1  Thereupon,
2               RICHARD L. BEEBE,
3  a witness herein, called for oral examination in the
4  matter pending, being first duly sworn to tell the
5  truth, the whole truth and nothing but the truth,
6  testified as follows on
7               EXAMINATION
8  BY MR. HOPKINS:
9     Q   Good morning, Captain Beebe. My name is Rob
10 Hopkins, and I represent the vessel KASTNER, Gypsum
11 Transportation, and Bell Ship Management. I'm going
12 to be asking you some questions about a collision that
13 occurred on February 25th of this year. I understand
14 you might have some relevant information as to that
15 collision. Have you ever had your deposition taken
16 before?
17    A   No. Not with regard to this case.
18    Q   But in other cases, you have?
19    A   Yes. It's been quite awhile.
20    Q   If at any time you don't understand any of
21 my questions, just ask me to stop and I can rephrase

Page 13

1  done that?
2  A  I can't say for sure. Over the last 30
3  years, numerous times.
4  Q  How do ships communicate to each other when
5  they're in close proximity in the C & D Canal?
6  A  VHF Channel 13 is the bridge-to-bridge
7  communication channel that's used by ships transiting
8  the C & D.
9  Q  How do you communicate with C & D personnel?
10 A  The same frequency, VHF Channel 13.
11 Q  And what is their call sign?
12 A  The call sign is WB33.
13 Q  Do you know is there any kind of a maximum
14 two length regulation for the C & D Canal?
15 A  I can't recall. I can't recall.
16 Q  Do you know if long tows typically break
17 down prior to entering the C & D Canal? And when I
18 say entering, I mean going north up to Delaware.
19        MR. WARD: Objection. Let's first
20 establish that he has some experience and expertise
21 below the west end.

Page 14

1        MR. HOPKINS: You can ask your
2  questions when you have your chance.
3  A  Can you restate that question, please?
4  Q  Sure. Do you know if there is a typical
5  position where lengthy tows break down prior to
6  entering the C & D Canal?
7  A  I know there is a custom that from time to
8  time tug and tows that have unwieldy tows will employ
9  assist vessels, tugs to assist them while transiting
10 the C & D Canal.
11 Q  Have you ever seen a tow break down, go from
12 one to two, prior to entering the Canal?
13 A  Go from one to two?
14 Q  Say if you have a length tow, have you ever
15 seen it break down into two tows?
16 A  I can't really recall that.
17 Q  I want to turn to the day of the collision,
18 February 25th of this year. Where were you on
19 February 25th in the early morning hours?
20 A  Approximately at 0630, I was inbound on the
21 VLCC GRAND LADY under transit from Big Stone Beach

Page 15

1  Anchorage in the lower Delaware Bay bound for Ft.
2  Miflin (phonetic) dock in Philadelphia. At
3  approximately 0630, I was northbound in the Delaware
4  in the area of the east entrance of the C & D Canal.
5  Q  I'm not going to mark this as an exhibit,
6  but just for our reference I've got a chart marked
7  12277. And if you could, just point on here where you
8  were at 0630.
9        MS. WATERS: Wait until we get down
10 there.
11        (Pause.)
12 A  I was inbound on the VLCC GRAND LADY. At
13 0634, I passed Pea Patch Island. So I would av at
14 6:25 or so I was probably at the east end of the C & D
15 Canal. This area here.
16        (Witness gestering.)
17 Q  And you were heading for Philadelphia?
18 A  I was inbound for Philadelphia going north.
19        MR. BROGAN: You called it Pea Patch?
20 A  Pea Patch Island, which is where Ft.
21 Delaware is located. It's just north of the east

Page 16

1  entrance of the C & D Canal. At 0634, I passed Ft.
2  Delaware, Pea Patch Island.
3        MS. WATERS: What was the number of the
4  chart?
5        MR. HOPKINS: The chart is 12277. And
6  I will, in addition, ask Mr. Ward if he could read the
7  bottom corner.
8        MR. WARD: 31st Edition, April 13, '02.
9        MR. HOPKINS: Thank you.
10 Q  Where did you board the GRAND LADY?
11 A  I boarded the GRAND LADY -- she was anchored
12 at Big Stone Anchorage in the lower Delaware Bay.
13 Q  About what time?
14 A  I was underway at 0130. When I got on board
15 it was approximately 0100.
16 Q  Were you monitoring any radio channels at
17 that point?
18 A  Yes. I was monitoring VHF Channels 13, 14
19 and 16.
20 Q  Via the GRAND LADY's radio?
21 A  Yes.

Page 17

1   Q   I want to turn to the collision. Various
2   witnesses have testified that it occurred sometime
3   between 6:30 and 7:00 a.m. on February 25th. I want
4   to talk to you about any radio conversations you
5   overheard during that period -- well, let me back up.
6   I want to talk to you about any radio conversations
7   that pertain to the collision or any of the vessels
8   involved with the tug and tow flotilla involved with
9   the collision.
10   A   Okay. On the morning of February the 25th,
11   it was a morning where you could hear a lot of VHF
12   traffic on Channel 13. I remember hearing the pilot
13   on the A.V. KASTNER attempting to contact an eastbound
14   tow in the C & D Canal on Channel 13. A tow answered
15   the pilot. The pilot asked him what his location was,
16   and he said that he was near Turkey Point. I recall
17   that the pilot indicated that he would talk to him
18   later. A period of time after that --
19   Q   Let's back up to that first conversation.
20   About what time was that?
21   A   I'm guessing it was sometime between

Page 18

1   probably 6:25 and 6:35.
2   Q   Do you know specifically what vessel the
3   pilot from the KASTNER was talking to?
4   A   I'm not 100 percent sure, but I believe the
5   tug that answered him was a Dann towing vessel. But
6   I'm not 100 percent sure.
7   Q   Typically, how does a tug identify itself in
8   these communications?
9   A   It would normally state the name of the
10   vessel.
11   Q   And you don't remember the name of the
12   vessel?
13   A   I believe it was one of the Dann towing
14   vessels, whose last name normally ends with COAST. It
15   may have been the EAST COAST or the SUN COAST or one
16   of those type vessels, tugs. I can't be 100 percent
17   sure of that.
18   Q   Now this is the first conversation. What
19   about the second conversation?
20   A   You've got to realize I was piloting my
21   vessel in the Delaware River, and I was trying to --

Page 19

1   my main concern is VHF traffic that may affect me.
2   There was some conversation back and forth. I can't
3   really recall exactly what it was. I wish I could.
4   The next thing that I remember hearing was a voice
5   came over the VHF radio, and it said -- it blurred
6   out, it said either look out or watch out, I'm all
7   fucked up. Needless to say, that got my attention.
8   It's not something that you hear on a regular basic
9   over VHF Channel 13.
10   Q   Anything else in the second conversation?
11   A   No. A short period of time thereafter --
12   Q   Let me back up. Did that person who made
13   this statement, did they identify themselves?
14   A   No. There was no identification. That
15   voice just blurted out.
16   Q   Did that voice sound excited?
17   A   Yes. It sounded excited and very concerned.
18   Q   What about the next conversation?
19   A   The next conversation I heard was the voice
20   of the pilot on the A.V. KASTNER calling the canal
21   dispatcher at WB33. He informed the canal dispatcher

Page 20

1   that he had just had a collision with a tug and tow.
2   He indicated -- he mentioned that the tug was on its
3   side, and that they were going to anchor. They were
4   going to attempt to put a boat in the water to assist,
5   and he asked the C & D Canal dispatcher to notify all
6   emergency personnel and try to get emergency people
7   there as soon as possible.
8   Q   Any other conversations that you recall?
9   A   Not that I can recall.
10   Q   The second conversation, the look out
11   conversation that we're talking about, do you have an
12   idea who that was who made that statement?
13   A   No. I can say with certainty that it was
14   not the pilot on the A.V. KASTNER.
15   Q   Why is that?
16   A   Because I recognized his voice from previous
17   conversations, and I also recognized his voice in the
18   conversation after the statement that came out, look
19   out, watch out, I'm all fucked up. It was not the
20   same voice.
21   Q   Can you describe the second voice in the