---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
------------------------------X
NORFOLK DREDGING COMPANY   :
    Plaintiff     :
    v.            : Civil Action No.:
M/V A.V. KASTNER, etc., et : WMN-02-CV-00662
al.            :
    Defendants  :
------------------------------X

Deposition of TIMOTHY MILES COBER
Baltimore, Maryland
Wednesday, November 20, 2002
10:00 a.m.

Job No.: 1-7080
Pages: 1 - 267
Reported by: Beatriz D. Fefel, RPR

---

**Page 2**

Deposition of TIMOTHY MILES COBER held at the law offices of:

WRIGHT, CONSTABLE & SKEEN, L.L.P.
100 North Charles Street
One Charles Center, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1300

Pursuant to agreement, before Beatriz D. Fefel, Registered Professional Reporter and Notary Public of the State of Maryland.

---

**Page 3**

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
DAVID H. SUMP, ESQUIRE
GUILFORD D. WARE, ESQUIRE
CRENSHAW, WARE & MARTIN, P.L.C.
1200 Bank of America Center
Norfolk, Virginia 23510-2111
(757) 623-3000

- AND -

DAVID W. SKEEN, ESQUIRE
WRIGHT, CONSTABLE & SKEEN, L.L.P.
100 North Charles Street
One Charles Center, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1300

EXHIBIT 10

---

**Page 4**

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANT TIMOTHY M. COBER:
JAMES W. BARTLETT, III, ESQUIRE
SEMMES, BOWEN & SEMMES, P.C.
250 West Pratt Street
19th Floor
Baltimore, Maryland 21201
(410) 539-5040

ON BEHALF OF THE DEFENDANTS BUCHANAN MARINE, L.P. AND A.P. FRANZ:
J. STEPHEN SIMMS, ESQUIRE
SIMMS SHOWERS, L.L.P.
20 South Charles Street
Suite 702
Baltimore, Maryland 21201
(410) 783-5795

**Page 5**

```
 1    APPEARANCES (CONTINUED)
 2
 3    ON BEHALF OF THE DEFENDANTS GYPSUM
 4    TRANSPORTATION, INC., M/V A.V. KASTNER AND BELL
 5    SHIP MANAGEMENT:
 6       M. HAMILTON WHITMAN, JR., ESQUIRE
 7       ROBERT B. HOPKINS, ESQUIRE
 8       CHARLES A. DIORIO, ESQUIRE
 9       OBER, KALER, GRIMES & SHRIVER
10       120 East Baltimore Street, 8th Floor
11       Baltimore, Maryland 21201-1643
12       (410) 685-1120
13
14           - AND -
15
16       ROBERT A. NOVAK, ESQUIRE
17       NICOLETTI, HORNIG, CAMPISE, SWEENEY & PAGE
18       88 Pine Street
19       Wall Street Plaza
20       New York, New York 10005-1801
21       (212) 220-3830
22
```

**Page 6**

```
 1    APPEARANCES (CONTINUED)
 2
 3    ON BEHALF OF JEFFREY SLATON, THE ESTATES OF
 4    WILLIAM THOMAS BRYANT, RONALD L. BONNIVILLE AND
 5    CLARENCE McCONNELL:
 6       DEBORAH C. WATERS, ESQUIRE
 7       RUTTER, WALSH, MILLS & RUTTER, L.L.P.
 8       415 St. Paul's Boulevard
 9       Bank of Hampton Roads Building, Suite 700
10       Norfolk, Virginia 23510
11       (757) 622-5000
12
13           - AND -
14
15       ROBERT M. SCHWARTZMAN, ESQUIRE
16       LORD & WHIP, P.A.
17       120 West Fayette Street
18       800 One Center Plaza
19       Baltimore, Maryland 21201-3700
20       (410) 539-5881
21
22
```

**Page 7**

```
 1    APPEARANCES (CONTINUED)
 2
 3    ON BEHALF OF BUCHANAN MARINE, L.P. AND THE
 4    BUCHANAN TRUST, A.P. FRANZ, TRUSTEE:
 5       PATRICK M. BROGAN, ESQUIRE
 6       MARK E. NEWCOMB, ESQUIRE
 7       DAVEY & BROGAN, P.C.
 8       101 Granby Street
 9       Suite 300
10       Norfolk, Virginia 23514-3188
11       (757) 622-0100
12
13           - AND -
14
15       JOHN T. WARD, ESQUIRE
16       WARD/KERSHAW, P.A.
17       113 West Monument Street
18       Baltimore, Maryland 21201-4713
19       (410) 685-6700
20
21
22
```

**Page 8**

```
 1    APPEARANCES (CONTINUED)
 2
 3    ON BEHALF OF THE ESTATE OF JUSTIN MAURICE BRYANT:
 4       PAUL D. MERULLO, ESQUIRE
 5       SHUTTLEWORTH, RULOFF, GIORDANO & SWAIN, P.C.
 6       4525 South Boulevard
 7       Suite 300
 8       Virginia Beach, Virginia 23452-1137
 9       (757) 671-6000
```

**Page 97**

1  you command for that turn?
2  A  I pilot a lot of ships and I can't recall
3  exactly how I would have commanded that turn.
4  Q  So it's your testimony today you can't
5  remember exactly what you said?
6  A  Exactly, what helm orders I gave, no, I
7  can't remember.
8  Q  Do you ever make that turn by commanding the
9  helmsman to change from your preexisting course to
10 your new course without a rudder command?
11 A  Do I ever?
12 Q  Yes.
13 A  I imagine at some point in my career I have.
14 Q  Okay. What would be the course that would
15 correspond to the axis of that channel once you're on
16 your new course?
17 A  229.
18    MR. SUMP: Why don't we take a five-minute
19 break here. We've been going at it for an hour forty-
20 five. Let's take a break and come back and we'll
21 finish this up.
22    (A short recess was taken.)

**Page 98**

1    MR. SUMP: We'll reconvene. Back on the
2  record.
3  BY MR. SUMP:
4  Q  I have one question, I want to go back to
5  the communication with the BUCHANAN 14. You indicated
6  that somewhere between Dan Marine and Sandy Point you
7  did have a communication with the BUCHANAN 14.
8  A  I did.
9  Q  I don't think I ever asked you what the
10 communication was. Would you please recount what you
11 said and what the BUCHANAN said back to you?
12 A  I asked the BUCHANAN 14 where he was. He
13 paused. There was a fairly lengthy pause. At that
14 point I said to the chief mate, I don't think he knows
15 where he is. And he finally came back and said, I'm
16 at Turkey Point. And I said, that's good, I'll be --
17 should be out of the canal before we meet and I'd like
18 to propose a port-to-port passage, to which he agreed.
19 Q  Did you have any other communication at that
20 time?
21 A  Not at that time.
22 Q  Okay. Any discussion about visibility in

**Page 99**

1  that communication?
2  A  No.
3  Q  We have the KASTNER in the buoy channel at a
4  mark, a position that you marked generally with a V to
5  indicate that you had verified the accuracy of the
6  gyro compass and your digital GPS system, correct?
7  A  Right.
8  Q  Okay. At that point in time, what do you do
9  in your piloting, essentially? What's -- the next leg
10 of your transit is what?
11 A  The next leg of my transit?
12 Q  Right.
13 A  I'm anticipating my next turn.
14 Q  What course would you be on?
15 A  I'm still on 229.
16 Q  All right. Now, would you be -- on February
17 25th of 2002, are you on the centerline of the channel
18 at that point?
19 A  My port wing will be on the centerline of
20 the channel.
21 Q  Do you remain on the port wing at this time?
22 A  Do I physically remain --

**Page 100**

1  Q  Yes.
2  A  -- on the port wing?
3  Q  Yes.
4  A  No.
5  Q  Once you've done your verification, what do
6  you do personally?
7  A  I will move towards the centerline of the
8  ship to con it.
9  Q  And you're conning 229, correct?
10 A  Umh-humh.
11 Q  What else are you doing during this time
12 frame?
13 A  I'm watching my radar. I'm watching my
14 rudder angle indicator. I'm watching the gyro
15 compass. I'm watching my DGPS. I'm making trips out
16 to the port wing to make sure I'm still where the GPS
17 says I am. I'm anticipating my next turn.
18 Q  Great. If I understand, from time to time
19 during this leg of the transit, I'm talking about
20 between Welch Point and --
21 A  Courthouse.
22 Q  Yes, Courthouse, right, before the turn.

145

1  Q  After you had that conversation with the
2  B-14 --
3  A  Umh-humh.
4  Q  -- what did you do next?
5  A  I began -- we were -- I began to focus
6  strictly on keeping my ship on course and as far from
7  the centerline of the channel as humanly possible.
8  Q  From the transit from the triangle to Buoys
9  15 and 16, did you have any visual cues around you
10 that you could see?
11 A  In relation to, are you talking about land
12 mass --
13 Q  Yes.
14 A  -- or buoys?
15 Q  Land, lights, buoys.
16 A  No.
17 Q  Ranges?
18 A  No.
19 Q  Nothing?
20 A  No. I was relying on my radar, my rudder
21 angle indicator, and my differential GPS.
22 Q  During the transit from the triangle to

146

1  Buoys 15 and 16, where were you standing in the
2  pilothouse?
3  A  I would have been just to the left of the
4  center of the helm behind the radar.
5  Q  Did you remain in that position during that
6  transit?
7  A  Pretty much, except to answer the radio, to
8  use the radio.
9  Q  Where was the radio?
10 A  The radio would have been just to the left
11 of the center console, on the center console.
12 Q  You were standing in front of the center
13 console?
14 A  I was standing behind the radar which is
15 behind the console.
16 Q  Where was the chief mate?
17 A  The chief mate -- I was on the three
18 centimeter radar. The chief mate was watching the ten
19 centimeter radar, he would be immediately to my right.
20 Q  Was that radar hanging from the ceiling?
21 A  No, it's a fixed mount, dead mount.
22 Q  Fixed mount?

147

1  A  Yeah.
2  Q  Would he have been to the left of the
3  helmsman, or to the right?
4  A  He would have been to the right of the
5  helmsman.
6  Q  As you recall, did the chief mate remain
7  there until collision?
8  A  I'm not sure whether the chief mate moved
9  from that position for whatever reason or not. I
10 don't recall. I was intent on what I was doing.
11 Q  Did you have any conversation with the chief
12 mate between the time you commenced your turn at the
13 triangle until the time of collision?
14 A  I don't recall.
15 Q  Did you give any commands from the time that
16 you gave the turn at the triangle until the time of
17 collision?
18 A  Well, obviously I steadied the ship up on
19 22/26, I made the radio transmission to the BUCHANAN
20 14, and then I altered course to 228.
21 Q  Why did you alter course to 228?
22 A  I was still uncomfortable with the BUCHANAN

148

1  14's relation to the channel edge. I thought he was
2  still too close to the centerline, closer than he
3  needed to be. I told him I couldn't get any further
4  to the right. I always leave a couple degrees in my
5  pocket, so I brought my ship further to the right just
6  to open up and have a safe meeting and passing.
7  Q  At the time that you gave the command of
8  228, did your DGPS have a distance off of the
9  centerline?
10 A  Before I gave the command --
11 Q  Yes.
12 A  -- of 228 we were approximately a hundred
13 and fifteen feet to the right of centerline. After I
14 gave the command of 228 and the unit had time to
15 track, we were about a hundred and forty-five feet
16 from the centerline of the channel.
17 Q  Now, when it's reading a hundred and
18 forty-five feet to the right of the centerline, is
19 that with antenna correction?
20 A  Offset. It's the center of the ship
21 relating to the centerline of the channel.
22 Q  Did you give any engine commands between the

169

1  Q  From the time that you were at the triangle
2  until the time of collision, did you hear any fog
3  signals or other whistle signals?
4  A  Other than my own, no.
5  Q  Did you have any radio communications
6  between the triangle and the time of collision?
7  A  I believe you've asked me this question
8  before, and I believe I answered yes, I did. That's
9  when I called the 14 --
10 Q  Right.
11 A  -- and asked him to give me more room --
12 Q  Right.
13 A  -- and one whistle confirmed, and he
14 confirmed that he would do both.
15 Q  Okay. Were there any other radio
16 communications from that time until the time of
17 collision?
18 A  Shortly before the time of collision, the
19 impact, there was a radio transmission that said "I'm
20 on your starboard bow. Do something."
21 Q  Say one more time when that occurred.
22 A  Moments before the impact.

170

1  Q  Did the voice on that transmission appear to
2  be the same voice you had been communicating with
3  previously?
4  A  Yes.
5  Q  Why do you say that?
6  A  Why do I say that? I just recall it being
7  the same. When you have radio communication back and
8  forth a couple of times, you get to -- you understand
9  the voice, you know, someone speaks to you.
10 Q  Did that person identify themselves as any
11 particular vessel?
12 A  No.
13 Q  When you communicated with the BUCHANAN 14
14 in previous communications, did the BUCHANAN 14
15 identify themselves as the B-14 or BUCHANAN 14?
16 A  At least once.
17 Q  Okay. Did you give any instructions to the
18 lookouts on the KASTNER to be alert for any oncoming
19 target, either a navigational aid or a vessel or
20 anything else?
21 A  I did not personally, no.
22 Q  Do you know if anyone did?

171

1  A  I do not know.
2  Q  Is that something you would normally do?
3  A  No.
4  Q  Immediately prior to collision you testified
5  that you brought the engines to back full; is that
6  correct?
7  A  Full astern.
8  Q  Full astern. What did you do after that?
9  A  In regard to the engines?
10 Q  Anything.
11 A  Anything. I -- let's try to put this in the
12 proper context. I saw the towing lights of a tug just
13 fine on my starboard bow.
14 Q  At the time you saw those towing lights,
15 what would you estimate visibility to be?
16 A  I could see the bow of the ship plus the
17 towing lights. I couldn't give you an estimate, but
18 you could probably figure it out for yourself. I
19 don't know how far he was ahead of me at the time of
20 collision. I couldn't guess as to the exact distance.
21    MR. BARTLETT: Don't guess, just estimate if
22 you can.

172

1  Q  That's fine.
2     THE WITNESS: Estimate?
3     MR. BARTLETT: If you can. If you can't,
4  you can't.
5  A  We're figuring about three hundred and
6  fifty, four hundred feet from the bridge to the bow of
7  the ship, we might -- fifty to a hundred feet.
8  Q  Fifty to a hundred feet beyond the bow, is
9  what you're saying?
10 A  That's just a very rough approximation.
11 Q  At the time of collision, was the helmsman
12 steering 228?
13 A  He was steering 228.
14 Q  How do you know that?
15 A  I had given him the course 228. I don't
16 recall that he ever deviated from that course. That
17 was his course to steer.
18 Q  And the engines were at plus-four until you
19 gave the --
20 A  Correct.
21 Q  -- full astern order?
22 A  Correct.

185

1  Q   From the time of collision until the time of
2  grounding, did you have any radio communications?
3  A   From the time of the collision until the
4  time of grounding?
5  Q   Yes.
6  A   No.
7  Q   Do you have any sense for how long a time
8  period it was from the time of collision to the time
9  of grounding?
10 A   You know, I wish I did, but I just can't
11 pinpoint. I can't give you numbers.
12 Q   Do you have a sense for where the vessel was
13 when it grounded?
14 A   Vaguely, yes. I have a sense.
15 Q   Okay. How did you acquire that sense?
16 A   The mate, the master took bearings from Buoy
17 16, plotted it on the chart. I had a visual, radar
18 visual on 16. I had my GPS. I was west of 16. I
19 don't even -- I can't remember how far west of 16, and
20 on the south side of the channel.
21 Q   All right. Once the vessel was grounded --
22 I take it it was grounded bow in?

186

1  A   It was grounded on the bow, yes.
2  Q   Do you recall how the vessel was tending
3  after it grounded? In other words, where did the
4  stern go once the vessel grounded?
5  A   The stern was at an angle across the
6  channel. The stern still had some easterly direction,
7  say it was catty-corner across the channel.
8  Q   Do you recall whether the stern was in close
9  proximity to Buoy 15?
10 A   The stern was some distance from 15.
11 Q   It was --
12 A   Yes.
13 Q   -- from 15?
14     Did you have any radio communications after
15 your grounding?
16 A   I called the canal dispatcher and I told him
17 we had had a collision, and I asked him to get ahold
18 of any means for search and rescue, Fire Department,
19 Marine Police, whomever he could get ahold of. I
20 called the Coast Guard on Channel 16, informed them of
21 a collision, and asked them - excuse me - to initiate
22 search and rescue. Give me a minute. I informed the

187

1  master that we needed to get a lifeboat in the water.
2      At some point I called the BUCHANAN 14 to
3  ask him if he needed our lifeboat to be involved, and
4  he suggested that it would be a good idea. At some
5  point I asked BUCHANAN 14 what happened. And he
6  responded something to the effect that "I tried to
7  miss a buoy and I fucked up."
8  Q   Were those the exact words?
9  A   I can't -- it's not a quote, it's as I
10 recall it, as close as I can recall.
11 Q   Was this communication after you had made
12 your communication to WB33 and the Coast Guard?
13 A   WB33 was the first communication, the Coast
14 Guard would be the second, the BUCHANAN 14 would be
15 the third.
16 Q   And this would have been after you had your
17 communication with the BUCHANAN about lifeboats and
18 assistance?
19 A   Basically I conducted what business I felt I
20 needed to get done, and I'm not sure why I asked the
21 question, but I just asked the question. I was
22 befuddled.

188

1  Q   Once you had made those radio calls, what
2  did you do?
3  A   I called my office to inform them that I was
4  involved with a collision. I called the president of
5  our Association, Mr. Nielsen, Captain Nielsen, to let
6  him know that I was involved in a collision. I called
7  my wife, and she asked -- I told her I'd be late, and
8  she asked why. And I said basically watch the news, I
9  really can't talk about it.
10     That's about it. Oh, I'm sorry. I called
11 the Coast Guard on my cell phone. They asked me to
12 give them a call, to give further information, after
13 the conversation on Channel 16.
14 Q   These other telephone calls that you made to
15 the Association of Maryland Pilots and to your wife,
16 those were cell phone calls, correct?
17 A   Cell phone calls.
18 Q   And then after you made those calls, then
19 you returned the Coast Guard's request?
20 A   Correct.
21 Q   What did the Coast Guard ask you in that
22 phone call?