### Page 1

[1]
[2]
[3]
[4]     INQUIRY INTO ELK RIVER TUG COLLISION
[5]
[6]
[7]
[8]
[9]         Deposition of OLEG GOUCHTCHIN, taken
[10] on Saturday, March 2, 2002, at 9:30 a.m., at
[11] Baltimore Marine Industries, Dock 16, Sparrows
[12] Point, Maryland, before William Bodenstein,
[13] Notary Public.
[14]
[15]
[16]
[17]
[18]
[19]
[20] Reported by:
[21] William Bodenstein, Recording Specialist

### Page 2

[1] APPEARANCES:
[2]
[3] On behalf of Buchanan Marine:
[4]     JOHN T. WARD, ESQUIRE
[5]     Ward/Kershaw
[6]     113 West Monument Street
[7]     Baltimore, Maryland 21201-4713
[8]     410-685-6700 (Voice)
[9]     410-685-6704 (Fax)
[10]    WARDTOM@aol.com
[11]        and
[12]    J. STEPHEN SIMMS, ESQUIRE
[13]    Greber & Simms
[14]    Twenty South Charles Street, Suite 702
[15]    Baltimore, Maryland 21201
[16]    410-783-5795 (Voice)
[17]    410-783-1368 (Fax)
[18]    www.gslaw.com
[19]
[20]
[21]

### Page 3

[1] APPEARANCES (Continued)
[2]
[3] On behalf of Buchanan Marine:
[4]     MARK E. NEWCOMB, ESQUIRE
[5]     Davey & Brogan, P.C.
[6]     101 Granby Street, Suite 300
[7]     P.O. Box 3188
[8]     Norfolk, Virginia 23514-3188
[9]     757-622-0100 (Voice)
[10]    757-622-4924 (Fax)
[11]    mnewcomb@daveybroganpc.com
[12]
[13] On behalf of Captain Cober and Association of
[14] Maryland Pilots:
[15]    JAMES W. BARTLETT, III, ESQUIRE
[16]    Semmes, Bowen & Semmes
[17]    250 West Pratt Street
[18]    Baltimore, Maryland 21201
[19]    410-539-5040 (Voice)
[20]    410-539-5223 (Fax)
[21]    JBARTLETT@MAIL.SEMMES.COM

### Page 4

[1] APPEARANCES (Continued)
[2]
[3] On behalf of Norfolk Dredging:
[4]     DAVID W. SKEEN, ESQUIRE
[5]     Wright, Constable & Skeen, L.L.P.
[6]     One Charles Center, 16th Floor
[7]     100 North Charles Street
[8]     Baltimore, Maryland 21201-3812
[9]     410-659-1305 (Voice)
[10]    410-659-1350 (Fax)
[11]    dwskeen@wcsllp.com
[12]        and
[13]    GUILFORD D. WARE, ESQUIRE
[14]    Crenshaw, Ware & Martin, P.L.C.
[15]    1200 Bank of America Center
[16]    Norfolk, Virginia 23510-2111
[17]    757-623-3000 (Voice)
[18]    757-623-5735 (Fax)
[19]    gware@cwm-law.com
[20]
[21]

EXHIBIT 11

### Page 5

[1] APPEARANCES (Continued)
[2]
[3] On behalf of owner and P & I:
[4]     M. HAMILTON WHITMAN, JR., ESQUIRE
[5]     Ober/Kaler
[6]     120 E. Baltimore Street
[7]     Baltimore, Maryland 21202-1643
[8]     410-347-7354 (Voice)
[9]     410-547-0699 (Fax)
[10]    mhwhitman@ober.com
[11]    www.ober.com
[12]        and
[13]    ROBERT B. HOPKINS, ESQUIRE
[14]    Ober/Kaler
[15]    120 E. Baltimore Street
[16]    Baltimore, Maryland 21202-1643
[17]    410-347-7383 (Voice)
[18]    410-547-0699 (Fax)
[19]    rbhopkins@ober.com
[20]
[21]

### Page 6

[1] APPEARANCES (Continued)
[2]
[3] On behalf of Hull Underwriters:
[4]     MICHAEL J. CARCICH, ESQUIRE
[5]     Nicoletti, Hornig, Campise & Sweeney
[6]     Wall Street Plaza
[7]     88 Pine Street
[8]     New York, New York 10005-1801
[9]     212-220-3830 (Voice)
[10]    212-220-3780 (Fax)
[11]    mcarcich@nhcslaw.com
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]

Page 35

[1] pitch, roughly from ten knots to eight knots,
[2] correct?
[3]   A: No.
[4]   MR. WHITMAN: I'm going to object. I'm
[5] not sure that's exactly what the testimony has
[6] been. You've tied fog bank, Old Town Point and
[7] reduction of speed in a way that I'm not certain
[8] the Chief Officer has.
[9]              BY MR. WARD:
[10]  Q: At 0634, wherever the vessel was, the
[11] pilot ordered a change of engine pitch from five
[12] to four according to your log book, correct?
[13]  A: Yes.
[14]  Q: Who made those log entries?
[15]  A: I did.
[16]  Q: You did? Did the pilot take any other
[17] steps of which you were aware as a result of
[18] entering the area of reduced visibility?
[19]  A: Yes.
[20]  Q: What were they?
[21]  A: He spoke to approaching traffic.

Page 36

[1]   Q: And you heard that?
[2]   A: Yes.
[3]   Q: Do you know where the vessel was when he
[4] first spoke to the approaching traffic?
[5]   A: It was approximately at the time when he
[6] first spoke, because I acquired this target on
[7] the radar, it was approximately 2.8 nautical
[8] miles.
[9]   Q: Separation between the vessel and the
[10] target?
[11]  A: Yes. That's approximate.
[12]  Q: I understand. Did you hear that
[13] conversation?
[14]  A: Yes.
[15]  Q: What did you hear?
[16]  A: The first conversation or the second?
[17]  Q: The first conversation.
[18]  A: The first conversation was the pilot
[19] asked the captain of whatever tug it was, where
[20] is his position. And after a slight delay, I
[21] can't say time, because time was quite difficult

Page 37

[1] to establish, but it was a delay. The captain
[2] said it was Turkey Point. No, I'm sorry,
[3] correction.
[4]     During this delay, the pilot made a
[5] remark that it looks like he doesn't know where
[6] he is because of the delay. Normally the pilots,
[7] they know. The captain of the tugboat which
[8] navigates through these waters without pilot,
[9] they know exactly where they are at any moment.
[10]    When the captain answered Turkey Point,
[11] the pilot said that there is enough time for us
[12] to pass the canal safely, to exit the canal and
[13] to pass the most dangerous areas clearly. And
[14] also at this time it was agreed port-to-port
[15] passage.
[16]  Q: Since the use of this deposition in the
[17] future is a bit unclear, I'm going to object to
[18] and move to strike that portion of the answer
[19] which was not responsive to the question, what
[20] was the conversation between the pilot and the
[21] target. That is just a technical --

Page 38

[1]   MR. WHITMAN: We don't have a
[2] transcript here to try and read back questions,
[3] and that handicaps us from making sure as we go
[4] along of exactly what has been asked and what has
[5] been said.
[6]     This doesn't have to do with your point
[7] about the nonresponsiveness, but rather I'm not
[8] certain that the record is clear about the time
[9] and the location with regard to the first
[10] communication between the pilot and the target.
[11]    There may have been some confusion as to
[12] first conversation or first conversation after in
[13] the fog bank. I make that point in case Mr. Ward
[14] wants to clarify it.
[15]  MR. WARD: Yes, let's clarify that.
[16]          BY MR. WARD:
[17]  Q: The conversation you just described, was
[18] that, to your knowledge at least, the first
[19] conversation between the target and the ship?
[20]  A: Yes, it was the first conversation
[21] before we entered into bad visibility.

Page 39

[1] Q: Now, was there a subsequent or later
[2] conversation between the pilot and the oncoming
[3] vessel?
[4] A: Yes.
[5] MR. WHITMAN: Chief Officer, let me ask
[6] you to permit Mr. Ward to finish his question --
[7] THE WITNESS: Sorry.
[8] MR. WHITMAN: -- before you attempt to
[9] answer it.
[10]             BY MR. WARD:
[11] Q: Can you tell us where the Kastner was at
[12] the time of the second conversation?
[13] A: Yes.
[14] Q: Tell us, please.
[15] A: The second conversation happened right
[16] after the course alteration at Old Town Point
[17] Wharf.
[18] Q: Was that before or after you had entered
[19] the fog bank?
[20] A: After.
[21] Q: Do you recall what the radar range to

Page 40

[1] the oncoming target was at that point?
[2] A: The target was in the 1 mile range of
[3] the radar. It was not a distance to the target.
[4] Q: I understand. Can you estimate what the
[5] range was based on your recollection of the
[6] screen?
[7] A: I would say it was a maximum of one
[8] mile.
[9] Q: All right. Now, tell me what you heard
[10] the pilot say and what you heard the target say
[11] in that second conversation.
[12] A: The pilot called the tugboat, the target
[13] boat, and he informed the captain that vessel is
[14] having a deep draft and he asked the captain of
[15] the tugboat to keep closer to his side of the
[16] channel. To him, it appears to be that they were
[17] in the center of the canal or channel.
[18] Q: This was what the pilot said?
[19] A: Yes.
[20] Q: What did the tug say?
[21] A: The captain confirmed that he would

Page 41

[1] comply with the pilot's request.
[2] Q: Was there anything else said that you
[3] heard in that conversation?
[4] A: No.
[5] Q: At the time of that second conversation,
[6] did you check the ARPA?
[7] A: Yes, I was watching the screen.
[8] Q: Well, did the ARPA plot cause you any
[9] concern at that time?
[10] A: No.
[11] Q: Did you take up a specific position on
[12] the bridge during your time on the bridge with
[13] the pilot? In other words, did you stand in one
[14] spot, or did you move around?
[15] A: Normal visibility I move around from one
[16] wing to the other wing. In this particular case,
[17] I was standing at the starboard side radar.
[18] Q: If the pilot gave what I'll call bell
[19] orders, pitch or engine orders, who had to carry
[20] them out?
[21] A: Myself.

Page 42

[1] Q: Did you keep an ARPA tracing? Any ARPA
[2] printout during this time period?
[3] A: If I correctly understood you, if I did
[4] a plotting of the target?
[5] Q: Yes.
[6] A: Yes, I tried.
[7] Q: And do you still have that?
[8] A: No. I think you meant a different thing
[9] than I answered.
[10] Q: Let me try again, and I'll break it
[11] down.
[12] MR. WHITMAN: Listen carefully. If you
[13] think that Mr. Ward is asking something that is
[14] not what you understand --
[15] MR. WARD: Then tell me, and I'll try
[16] to fix it.
[17] MR. WHITMAN: -- please tell him.
[18]             BY MR. WARD:
[19] Q: First of all, did you do any manual
[20] relative plotting say on the plotting sheet?
[21] A: No.

Page 47

[1] brought dead in the water —
[2]  **A:** Yes.
[3]  **Q:** In fairness to you, let me finish.
[4] Brought to dead in the water, assuming no wind,
[5] no tide, no nothing, from pitch four?
[6]  **A:** Yes.
[7]  **Q:** And what is that?
[8]  **A:** In the loaded condition?
[9]  **Q:** In the loaded condition. In the
[10] condition in which she was at the time of this
[11] collision.
[12]  **A:** Two and a half minutes.
[13]  **Q:** Over what distance?
[14]  **A:** Approximately three and a half cables.
[15]  **Q:** Translate that into yards or miles.
[16]  **A:** 0.35 miles.
[17]  **Q:** So it's approximately 650 yards?
[18]  **A:** Well, that's up to the - -
[19] MR. WHITMAN: Depending on whether
[20] we're talking nautical miles or - -
[21] BY MR. WARD:

Page 48

[1]  **Q:** You're talking nautical miles?
[2]  **A:** Yes.
[3]  **Q:** .35 nautical miles, a nautical mile
[4] being 2,000 yards. We can all do the math. Did
[5] the pilot ever ask you for that information?
[6]  **A:** Which information?
[7]  **Q:** How fast this vessel could be brought to
[8] a dead in the water position?
[9]  **A:** Personally not.
[10]  **Q:** Was it posted anywhere on the bridge?
[11]  **A:** Yes.
[12]  **Q:** Do you have a maneuvering chart posted
[13] which gives crash stop distances and times?
[14]  **A:** Yes.
[15]  **Q:** At some point you walked over to the
[16] engine controls in case the pilot wanted to
[17] maneuver. Do you recall how far away the tug was
[18] on radar at that point in time?
[19]  **A:** Yes.
[20]  **Q:** How far?
[21]  **A:** It was between two and three cables,

Page 49

[1] which are 0.2, 0.3 nautical miles.
[2]  **Q:** Did you hear any other conversations on
[3] the radio between the pilot and the tug?
[4]  **A:** I heard replica on the radio, channel
[5] 13.
[6]  **Q:** Channel 13?
[7]  **A:** Yes.
[8]  **Q:** All these communications that you told
[9] us about, were they on channel 13?
[10]  **A:** Yes.
[11]  **Q:** What else did you hear on channel 13,
[12] other than the two conversations which you have
[13] already described to us, arranging a port-to-port
[14] meeting?
[15]  **A:** I heard replica, appears to me the same
[16] voice said, "I fucked up everything." I don't
[17] exactly remember this last word, "do something."
[18]  **Q:** Now, when was this in relationship to
[19] the time when you walked over to the engine
[20] controls at between .2 and .3 miles separation?
[21]  **A:** The time distance between walking to the

Page 50

[1] control and hearing this replica on the radio was
[2] seconds.
[3]  **Q:** What did you see?
[4]  **A:** I would make a correction to the
[5] previous question. It was not more than a
[6] minute.
[7]  **Q:** Okay. Did you at any time ever see the
[8] tug before the collision?
[9]  **A:** Yes.
[10]  **Q:** What did you see?
[11]  **A:** I saw a tugboat, a white superstructure
[12] on my starboard bow.
[13]  **Q:** What angle?
[14]  **A:** Approximately 7 degrees.
[15]  **Q:** Just barely on your starboard bow?
[16]  **A:** Yes.
[17]  **Q:** What else did you see?
[18]  **A:** I saw some object on my port bow. I
[19] could not describe this object. It was large
[20] barge, but no details. It was on my port bow.
[21]  **Q:** Did you report this to the pilot? What