GTL012363

LOG SHEET

| LOG of | IS | OAKLAND LADY | No. 11-2-01 |
|---|---|---|---|
| from | | to PHILA | Date 2/25/02 |

Draft 13.95 fore 13.9 aft 13.9 DWT — Air Draft 136 Flag —
LOA 107.35 Beam 18.01 Agent —
Berth AT MFA Call Sign 9HLF4
Ordered — Tugs away/alongside —

| Point | Time | Speed | Sailed/Boarded | COMPASSES Gyro / Magnetic / Error | WEATHER | REMARKS | TIDES & CURRENTS |
|---|---|---|---|---|---|---|---|
| EUP | 0137 | | | | | | CHSF 0122 17 |
| RH | 0177 | | | | | | |
| REN | 0214 | | | | | | |
| BXB | 0330 | | | | | | BW LW 0006 - 0.3 |
| BBM | 0520 | 13.26 1453 | | | | | |
| CL | | | | | | | |
| SS | | 0537 | | | | | |
| RL | 0405 1224 | | | | CLEAR 175 M | | |
| RH | 0635 1243 | | | | LT LINE | | |
| DWB | 0728 1254 | | | | | | |
| OBSERVA | 0745 528 | | | | | | |
| RHS | 0732 | | | | P3 LTY | | |
| RL | 0738 | | | | 3 6.5 | | |
| BSL | 104 | | | | 4 8.8 | | |
| CHT | | | | | 2 10.5 | | |
| TUBE | 0120 105 | | | | | BM DOH KEMM | |
| | 0230 HR | | | | | PILOT DEL | |

In: OFFICE TIMES

EXHIBIT
13

Richard L. Beebe
132 East Side Drive
Rehoboth Beach, DE 19971

GTL012363

EXPENSE ACCOUNT

Meals (B - breakfast, L - lunch, D - dinner).

_____ Where USCG ACTIVITIES BAST,
_____ Where _____
_____ Where FAX 410-576-2583
_____ Where ATT MIKE STEVENSON
_____ Where Phone 410-576-2527
_____ Where _____

Meals - Subtotal

Transportation (T - train, C - cab, B - bus, L - launch).

_____ From _____ To _____
_____ From _____ To _____
_____ From _____ To _____
_____ From _____ To _____
_____ From _____ To _____
_____ From _____ To _____

Other (explain): VHF-13
CONVERSATION - AVK. ATTEMPTED TO
CONTACT EAST BOUND TOW, ANSWERED
THAT IT WAS AT TURKEY POINT.
NEXT HEARD "LOOK OUT I'M ALL FUCKED
UP" THEN CALL TO CAD DISPATCHER
FROM AVK, "COLLISSION WITH TUGBOAT
TUG ON SIDE, GOING TO ANCHOR, WILL PUT
BOAT IN WATER, NOTIFY EMERGENCY PERSONEL

Sum Total
Grand Total