IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
NORFOLK DREDGING CO.            :
                                :
v.                              :      Civil Action WMN-02-662
                                :
M/V A.V. KASTNER, et. al.       :
                                :
```

**ORDER**

On February 3rd, 2004, a motions hearing in the above case was held. For the reasons given from the bench, IT IS this 5th day of February, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That Claimant Troy Link's Motion In Limine, Paper No. 229, is DENIED as moot;

2. That Norfolk Dredging Company's Motion In Limine To Exclude Undisclosed Expert Opinions, Paper No. 224, is DENIED;

3. That Norfolk Dredging Company's Motion In Limine To Exclude Undisclosed Expert Opinions Or Evidence Of Alleged Unseaworthiness Of Berth Doors, Paper No. 231, is DENIED;

4. That The Motion To Compel Michael Welch To Produce Documents, Paper No. 228, is DENIED;

5. That the KASTNER Interests' Motion In Limine With Regard To Testimony Of William H. Daley, III And George M. Saunders, Jr., Paper No. 230, is DENIED, with the understanding that the KASTNER Interests will be allowed an opportunity to name an additional mechanical engineer as a rebuttal expert witness;

6. That the Motion In Limine For The Court To Add The

Values Of Dredge JECKYLL ISLAND, Derrick Barge No.4, Pusher Boat #1 And Pusher Boat #10 To Norfolk Dredging Company's Limitation Fund, Paper No. 232, will be held <u>sub curiae</u> until the close of evidence, and that Norfolk Dredging Company shall put on evidence at trial concerning the values of each of the above listed vessels;

    7. That the Motion In Limine To Preclude Buchanan From Reducing Its Limitation Fund, Paper No. 234, is DENIED, and that Buchanan will be allowed to put on evidence concerning the value of the Tug BUCHANAN 14;

    8. That Buchanan's Motions In Limine, Paper No. 233, are GRANTED in part and DENIED in part; That Motion No. 9, the Exclusion of Prior Acts Testimony is GRANTED; That Motions Nos. 1-8 and 11-12 are DENIED as moot; That Motion No. 10 is DENIED on the merits;

    9. That trial is rescheduled to begin on Monday, February 9th, 2004, at 10 a.m., to allow time for continued attempts at settlement; and

    10. That the Clerk of the Court shall transmit copies of this Order to all counsel of record.

                                              /s/
                                      William M. Nickerson
                                      Senior United States District Judge