UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

February 9, 2004

David N. Payne, Esquire
David H. Sump, Esquire
Crenshaw Ware and Martin PLC
1200 Bank of America Center
Norfolk, Virginia   23510

David W. Skeen, Esquire
Wright Constable and Skeen LLP
100 North Charles Street, 16th Flr
Baltimore, Maryland   21201-3812

Charles A. Diorio, Esquire
M. Hamilton Whitman, Jr., Esquire
Robert B. Hopkins, Esquire
Ober Kaler Grimes and Shriver
120 East Baltimore Street
Baltimore, Maryland   21202-1643

Robert M. Schwartzman, Esquire
Lord and Whip, PA
Charles Center South
36 South Charles Street, 10th Flr
Baltimore, Maryland   21201

C. Arthur Rutter, III, Esquire
Rutter Walsh Mills and Rutter
415 St. Paul Blvd, Ste 700
Norfolk, Virginia   23510

Deborah C. Waters, Esquire
Rutter Mills LLP
160 West Brambleton Avenue
Norfolk, Virginia   23510

Peter A. Wimbrow, III, Esquire
P O Box 56
Ocean City, Maryland   21843

Thomas B. Shuttleworth, Esquire
Lisa P. O'Donnell, Esquire
Shuttleworth Ruloff Giordano and Swain PC
4525 South Blvd, Ste 300
Virginia Beach, Virginia   23452

J. Stephen Simms, Esquire
W. Charles Bailey, Jr., Esquire
Simms Showers LLP
20 South Charles Street, Ste 702
Baltimore, Maryland   21201-3745

Patrick Michael Brogan, Esquire
Mark E. Newcomb, Esquire
Davey and Brogan PC
101 Gramby Street, Ste 300
Norfolk, Virginia   23514-3188

John Thomas Ward, Esquire
Ward Kershaw and Minton PA
113 West Monument Street
Baltimore, Maryland   21201

James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes Bowen and Semmes PC
250 West Pratt Street
Baltimore, Maryland   21201

Paul D. Bekman, Esquire
Salsbury Clements Bekman Marder and Adkins LLC
300 West Pratt Street, ste 450
Baltimore, Maryland   21201

Subject: *Norfolk Dredging v M/V A.V. Kastner, et al.*

Letter to Counsel - *Norfolk Dredging v M/V Kastner*
Page Two
February 9, 2004

                Civil Action No. WMN-02-662

Dear Counsel:

      Early last week Judge Nickerson referred the captioned matter to me for a settlement conference. I met with some counsel last Monday, and there were several follow-up telephone conversations as the week progressed. Late Friday afternoon Mr. Whitman and Mr. Simms advised me that a global settlement had been reached.

      I have notified Judge Nickerson that an agreement has been reached, and your trial date is vacated. I anticipate that he will immediately enter an order of dismissal without prejudice pursuant to Local Rule 111. That dismissal will convert to one "with prejudice" in ninety days unless one or more parties notify Judge Nickerson in the interim that the settlement agreement has not been consummated.

      I congratulate counsel on their professionalism in the litigation and settlement of this dispute.

                                          Very truly yours,

                                                  /s/

                                          James K. Bredar
                                          United States Magistrate Judge

JKB/cw
cc: The Hon. William M. Nickerson
     Chambers file