IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

**NORFOLK DREDGING COMPANY,**

    **Plaintiff,**

v.                                     Consolidated Cases Under
                                        Civil Action No. WMN-02-CV-00662

**M/V A.V. KASTNER, her engines,
boilers, tackle, etc., <u>in rem</u>, et. al.,**

    **Defendants.**

## <u>ORDER</u>

THIS DAY came the Petitioners, Mary Ann Holloman-Bryant, Individually and as Personal Representative of the Estate of William T. Bryant, (hereafter referred to as "the Estate"); Norfolk Dredging Company, which owned and operated the Tug SWIFT and Barge RC-811; Gypsum Transportation Limited, which owned and operated the M/V A.V. KASTNER; Beltship Management Limited, which was the technical manager of the M/V A.V. KASTNER; Captain Timothy M. Cober, who piloted the M/V A.V. KASTNER; the Buchanan Trust, which owned the Tug BUCHANAN 14; and Buchanan Marine, L.P., which operated Tug BUCHANAN 14 (collectively, with their respective insurers, referred to hereafter as the "Defense Interests") and jointly filed a Motion for Approval of Compromise and Settlement of all claims against the Defense Interests which relate to the death of William Bryant. The parties further requested appointment of Robert L. Ferguson, Jr., a member of the bar of this Court and a member of the Maryland bar, to act

as *guardian ad litem* on behalf of Jeremy Brooks, the minor child of and potential beneficiary of William Bryant, deceased.

It appearing to the court that a *guardian ad litem* may be necessary for the Court to approve the compromise and settlement of the Bryant claim currently pending in this Court, and

It further appears to the Court Robert L. Ferguson, Jr. is an appropriate *guardian ad litem* to act on behalf of Jeremy Brooks, the minor child who is a potential beneficiary of the Estate of William L. Bryant,

It is hereby ORDERED that Robert L. Ferguson, Jr., Ferguson, Schetelich and Ballew, P.A., 100 South Charles St., Suite 1401, Baltimore, MD, 21201 be and is appointed *guardian ad litem* on behalf of Jeremy Brooks, a minor and the natural son of William Bryant, deceased, and is directed to conduct an independent review of the proposed settlement and compromise and report to the Court regarding whether the settlement is reasonable and in the best interest of the child. Mr. Ferguson may make his report at the time of the hearing which is scheduled for purpose of review of the compromise and settlement.

Entered this _____ day of February, 2004.

_____
United States District Judge

00313786.DOC