**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Northern Division

**NORFOLK DREDGING COMPANY,**

    **Plaintiff,**

v.                                             Consolidated Cases Under
                                              Civil Action No. WMN-02-CV-00662

**M/V A.V. KASTNER, her engines,**
**boilers, tackle, etc., <u>in rem</u>, et. al.,**

    **Defendants.**

\* \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on February 27, 2004 at 11:00 a.m. at the United States District Court for the District of Maryland Federal Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, the Court will conduct a hearing for purposes of Approval of Compromise and Settlement of all claims relating to the death of William T. Bryant as they relate to the above styled matter.

                                                  Mary Anne Holloman Bryant, Individually and As Personal Representative of the Estate of William Bryant


                                                  By: _/Robert M. Schwartzman_
                                                       Counsel

**Deborah C. Waters, Esquire**
**VSB # 28913**
**Rutter Mills, L.L.P.**
**160 W. Brambleton Blvd.**
**Norfolk, Virginia  23510**
**(757) 622-5000 (tel)**
**(757) 623-9189 (fax)**

**Robert M. Schwartzman, Esquire**
**Federal Trial Bar # 01092**
**Lord & Whip, P.A.**
**36 South Charles Street, 10th Floor**
**Baltimore, Maryland 21201**
**(410) 539-5881**
**(410) 685-6726 (fax)**


00313788.DOC