IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

**NORFOLK DREDGING COMPANY,**

    **Plaintiff,**

v.                                      Consolidated Cases Under
                                          Civil Action No.  WMN-02-CV-00662

**M/V A.V. KASTNER, her engines,
boilers, tackle, etc., <u>in rem</u>, et. al.,**

    **Defendants.**

* *   *   *   *   *   *   *   *   *   *   *   *

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on February 27, 2004 at 11:00 a.m. at the United States District Court for the District of Maryland Federal Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, the Court will conduct a hearing for purposes of Approval of Compromise and Settlement of all claims relating to the death of Ronald L. Bonniville as they relate to the above styled matter.

                                      Elizabeth Kellum, individually and as mother of Whitney Renee Bonniville; Horace L. Bonniville and Patsy J. Bonniville, individually as parents of Ronald L. Bonniville; and Elizabeth Kellum and Horace L. Bonniville, Co-Personal Representatives of the Estate of Ronald L. Bonniville

                                      By:  /Robert M. Schwartzman
                                                 Counsel

**Deborah C. Waters, Esquire**
**VSB # 28913**
**Rutter Mills, L.L.P.**
**160 W. Brambleton Blvd.**
**Norfolk, Virginia  23510**
**(757) 622-5000 (tel)**
**(757) 623-9189 (fax)**

**Robert M. Schwartzman, Esquire**
**Federal Trial Bar # 01092**
**Lord & Whip, P.A.**
**36 South Charles Street, 10th Floor**
**Baltimore, Maryland 21201**
**(410) 539-5881**
**(410) 685-6726 (fax)**

00314082.DOC