IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

NORFOLK DREDGING COMPANY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Consolidated Cases Under
　　　　　　　　　　　　　　　　　　　　　Civil Action No. WMN-02-CV-00662

M/V A.V. KASTNER, her engines,
boilers, tackle, etc., <u>in rem</u>, et. al.,

    Defendants.

## **MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT**

Shirley McConnell, Individually, as Mother of Jasmine E. McConnell and as Personal Representative of the Estate of Clarence McConnell; Shenneca M. Garrett, individually; and Lesheon McConnell, individually (collectively hereafter referred to as "the Estate"); Norfolk Dredging Company, which owned and operated the Tug SWIFT and Barge RC-811; Gypsum Transportation Limited, which owned and operated the M/V A.V. KASTNER; Beltship Management Limited, which was the technical manager of the M/V A.V. KASTNER; Captain Timothy M. Cober, who piloted the M/V A.V. KASTNER; the Buchanan Trust, which owned the Tug BUCHANAN 14; and Buchanan Marine, L.P., which operated Tug BUCHANAN 14 (collectively, with their respective insurers, referred to hereafter as the "Defense Interests"), file this Motion for Approval of Compromise and Settlement of all claims against the Defense Interests as they pertain to death of Clarence McConnell. This Motion is filed pursuant to S.C. Code Ann. § 15-51-41, <u>et seq</u>.

(2003)South Carolina, as amended, as well as under any other applicable law.. The parties respectfully represent to the Court as follows:

1. On or about February 25, 2002, Clarence McConnell was a crew member of Tug SWIFT when Tug SWIFT was involved in a collision with M/V A.V. KASTNER. Also involved in the collision was Tug BUCHANAN 14 (the "Collision").

2. As a result of the Collision and subsequent sinking of the Tug SWIFT, Clarence McConnell died.

3. The decedent was survived by his wife, Shirley McConnell, his natural adult daughters, Shenneca M. Garrett and Lesheon McConnell, and his natural minor daughter, Jasmine E. McConnell, who is under the age of eighteen (18) years, all of whom are potential beneficiaries of any recovery for the death of Clarence McConnell by wrongful act, other than statutory creditors, as provided in S.C. Code Ann. § 15-51-41, et seq. (2003), as amended.

4. The Estate has made a claim under the general maritime law, the Jones Act, South Carolina state law, Maryland state law and all other state, federal and common law provisions or regulations and amendments applicable thereto against the Defense Interests alleging that by reason of the negligence of the Defense Interests and/or the unseaworthiness of one of the above vessels, the decedent drowned in the Collision. The claim is pending in this Court and includes any and all claims, rights, causes of action and demands whatsoever available to the Estate or any Beneficiary of the Estate, including individual claims of the spouse of Clarence M. McConnell, Shirley McConnell; his daughter, Shenneca M. Garrett; his daughter, Lesheon McConnell; and his daughter,

Jasmine E. McConnell, a minor, that relate in any way to the Collision, including claims available via wrongful death and/or survival actions.

5. The decedent was a resident of South Carolina and, thus, approval of compromise and settlement may be required by South Carolina law. Because the case is pending before this court, jurisdiction and venue are proper.

6. The Defense Interests have offered and the Estate has agreed to accept as full compromise and settlement of all claims asserted, or which might have been asserted against the Defense Interests, a sum which is confidential and will be revealed to the Court under seal. As part of the full compromise and settlement the Estate sells, transfers, assigns and sets over jointly to the Defense Interests, all of the right, title and interest in an to any and all claims, rights, causes of action and demands whatsoever, whether recoverable at law, in admiralty or in equity, that relate in any way to the Collision, which the Estate or any Beneficiary of the Estate, including individual claims of the spouse of Clarence M. McConnell, Shirley McConnell; his daughter, Shenneca M. Garrett; his daughter, Lesheon McConnell; and his daughter, Jasmine E. McConnell, a minor, now have or may have against any individuals and/or entities.

7. The South Carolina Wrongful Death Statute may require a guardian ad litem be appointed for the minor child, Jasmine E. McConnell, for the purpose of independent review and recommendation to the Court about whether the proposed settlement and compromise is reasonable and in the best interest of the child, Jasmine E. McConnell.

8. Counsel for the Estate signs below and represents the Defense Interests are in agreement and join with this Motion as filed.

WHEREFORE, the Estate and the Defense Interests, together with their insurers, request that all interested parties be convened before this honorable Court; that the Court appoint Robert L. Ferguson, Jr., a member of the bar of this Court and a member of the Maryland Bar, to act as guardian ad litem on behalf of Jasmine E. McConnell to report back to this Court; and that the Court enter an Order ratifying and approving the compromise and full settlement as it pertains to any and all of the above claims available to which the Estate or any Beneficiary of the Estate, including those of the spouse of Clarence M. McConnell, Shirley McConnell; his daughter, Shenneca M. Garrett; his daughter, Lesheon McConnell; and his daughter, Jasmine E. McConnell, a minor, including, but not limited to claims available under the South Carolina Wrongful Death Statute.

    Shirley McConnell, Individually, as Mother of Jasmine E. McConnell and as Personal Representative of the Estate of Clarence McConnell; Shenneca M. Garrett, individually; and Lesheon McConnell, individually

    By: /Robert M. Schwartzman_____
          Counsel

C. Arthur Rutter, III, Esquire
VSB # 36827
Deborah C. Waters, Esquire
VSB # 28913
Rutter Mills, L.L.P.
160 W. Brambleton Blvd.
Norfolk, South Carolina  23510
(757) 622-5000 (tel)
(757) 623-9189 (fax)

Robert M. Schwartzman, Esquire
Federal Trial Bar # 01092
Lord & Whip, P.A.
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881
(410) 685-6726 (fax)

00314104.DOC

RBH 738081.1 2/18/2004 4:20 PM                        5