IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

**NORFOLK DREDGING COMPANY,**

    **Plaintiff,**

v.    Consolidated Cases Under
    Civil Action No. WMN-02-CV-00662

**M/V A.V. KASTNER, her engines,
boilers, tackle, etc., <u>in rem</u>, et. al.,**

    **Defendants.**

\* \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF HEARING**</u>

PLEASE TAKE NOTICE that on February 27, 2004 at 11:00 a.m. at the United States District Court for the District of Maryland Federal Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, the Court will conduct a hearing for purposes of Approval of Compromise and Settlement of all claims relating to the death of Clarence McConnell as they relate to the above styled matter.

                                        Shirley McConnell, Individually, as Mother of
                                        Jasmine E. McConnell and as Personal
                                        Representative of the Estate of Clarence
                                        McConnell; Shenneca M. Garrett, individually;
                                        and Lesheon McConnell, individually


                                        By:  /Robert M. Schwartzman
                                                 Counsel

2

Deborah C. Waters, Esquire
VSB # 28913
Rutter Mills, L.L.P.
160 W. Brambleton Blvd.
Norfolk, Virginia  23510
(757) 622-5000 (tel)
(757) 623-9189 (fax)

Robert M. Schwartzman, Esquire
Federal Trial Bar # 01092
Lord & Whip, P.A.
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881
(410) 685-6726 (fax)

00314106.DOC