IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORFOLK DREDGING
      Plaintiff

v.

M/V A.V. KASTNER, et al
      Defendants

Civil Action No. WMN-02-0662

## ORDER

For good cause shown to the Court, it is this __27th__ day of __February__, 2004, by the United States District Court for the District of Maryland.

**ORDERED** that the below listed papers be **placed under seal** pending further order of Court:

    MINUTES & ALL ORDERS & PROPOSED ORDERS RE

Appointment of Guardian ad Litem

_____
WILLIAM M. NICKERSON
U.S. DISTRICT COURT

U.S. District Court (Rev. 5/2001) - Sealing Order