March 12, 2004


The Honorable William M. Nickerson
United States District Judge
United States District Court for the
 District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:    Slaton, et al v. Norfolk Dredging Co., et al
                Case No. 02cv662
                Our File: 2750-1-12

Dear Judge Nickerson:

    In light of the concerns you raised in your letter to counsel of March 4, 2004, please be advised that the Estates of William Bryant, Ronald Bonniville, and Clarence McConnell hereby withdraw the motions for your approval of the settlements and disbursements.

    Please feel free to contact me if you have any questions.

                        Respectfully submitted,


                        s/  Robert M. Schwartzman


RMS:nm
cc:    All Counsel
00315563.DOC