UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 15, 2004

All counsel

Re: Norfolk Dredging v. M/V A.V. Kastner, et al.
Civil Action No. WMN-02-662

Dear Counsel:

Within 10 days please let me have a status report on settlement negotiations in this case.

Very truly yours,

/s/
William M. Nickerson
Senior United States District Judge

WMN:ce

cc: Court File