IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Consolidated cases under Civil Action No. WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF M. HAMILTON WHITMAN, JR.

M. Hamilton Whitman, Jr. verifies as follows:

1. The Complaint was filed on April 8, 2002 in the matter styled <u>In re Complaint of Gypsum Transportation Ltd. for Exoneration from or Limitation of Liability</u>, Civil Action No.: WMN-02-1186 (later consolidated into Civil Action No. WMN-02-662), in which Gypsum Transportation Limited ("GTL") as Owner of the M/V KASTNER sought exoneration from or limitation of liability, if any, for all claims, losses or damages arising out of the Elk River Collision of February 25, 2002. The Court, by an Order dated April 8, 2002, and filed herein that same day, approved GTL's *Ad Interim* Stipulation for Value as security, and the *Ad Interim* Stipulation was filed on April 8, 2002.

2. All notices to claimants and potential claimants required by Rule and by the Court were issued. By an Order dated April 8, 2002 and filed on the same date, the Court directed the issuance of a Notice in the usual form, and pursuant to that Order of the

#743737



Court GTL issued its Notice against all persons asserting claims with respect to which that Complaint seeks exoneration from or limitation of liability, admonishing them to file their claims with the Clerk of the Court at or before 5:00 p.m. on June 11, 2002, or be defaulted, with liberty also to answer the Complaint should they desire to contest the claims of GTL. Publication of the Notice was given in the *Baltimore Sun* as required by law and by the practice of this Court and by the Order relating thereto, and copies of the Notice were duly mailed in accordance with Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3.  Various claims were filed as appears from the Notice of Claims filed herein on July 19, 2002, and certain of these claimants having filed Answers to the Complaint. Other claims, amended claims, counter-claims and/or third-party claims have also been filed against GTL and other parties in these Consolidated Proceedings.

4.  Gypsum Transportation Limited, Beltship Management Limited, M/V A.V. KASTNER, Norfolk Dredging Company, Tug SWIFT, Barge RC-811, Buchanan Marine L.P., the Buchanan Trust, Tug BUCHANAN 14, Captain Timothy M. Cober, Jeffrey M. Slaton, Troy A. Link, Dennis E. Wallace, the Estate of Clarence McConnell, the Estate of William T. Bryant, the Estate of Ronald L. Bonniville and the Estate of Justin M. Bryant have settled or dismissed all claims, amended claims, counter-claims, cross-claims and/or third-party claims filed by any party or filed against any other party in these Consolidated Actions.

I declare under penalty of perjury that the foregoing Affidavit is true and correct.

Dated: June 21, 2004

_____
M. Hamilton Whitman, Jr.