IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NORFOLK DREDGING COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Consolidated cases under<br>Civil Action No. WMN-02-662 |
| M/V A.V. KASTNER, etc., *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF J. STEPHEN SIMMS

J. Stephen Simms verifies as follows:

1.  The Complaint was filed on March 15, 2002 in the matter styled <u>In re Complaint of Buchanan Marine L.P., et al. for Exoneration from or Limitation of Liability</u>, Civil Action No.: WMN-02-817 (later consolidated into Civil Action No. WMN-02-662), in which Buchanan Marine L.P. and the Buchanan Trust ("Buchanan") by Buchanan as Owner of the Tug BUCHANAN 14, sought exoneration from or limitation of liability, if any, for all claims, losses or damages arising out of the Elk River Collision of February 2002.

2.  The Court approved Buchanan's *Ad Interim* Stipulation, and the *Ad Interim* Stipulation was filed on March 18, 2002. All notices to claimants and potential claimants required by Rule and by the Court were issued. The Court by an Order dated March 18, 2002 and filed on the same date, directed the issuance of a Notice in the usual form and pursuant to said Order of the Court having issued its Notice against all persons asserting

#743738


EXHIBIT 4

claims with respect to which the Complaint seeks exoneration from or limitation of liability, admonishing them to file their claims with the Clerk of the Court on or before the forty-fifth day after entry of the Order of March 18, 2002, or be defaulted, with liberty also to answer the Complaint should they desire to contest the claims of Buchanan. Publication of the Notice was given in the *Baltimore Sun* and *Norfolk Pilot* as required by law and by the practice of the United States District Court for the District of Maryland and by the Order relating thereto; and copies of the Notice either were duly mailed in accordance with Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, or sent to counsel for claimants;

3. Various claims were filed herein on or before the forty-fifth day after entry of the Order of March 18, 2002. Other claims, amended claims, counter-claims, cross-claims and third-party claims have also been filed against Buchanan and other parties in these Consolidated Actions, and certain of these claimants filed Answers to the Complaints.

4. Gypsum Transportation Limited, Beltship Management Limited, M/V A.V. KASTNER, Norfolk Dredging Company, Tug SWIFT, Barge RC-811, Buchanan Marine L.P., the Buchanan Trust, Tug BUCHANAN 14, Captain Timothy M. Cober, Jeffrey M. Slaton, Troy A. Link, Dennis E. Wallace, the Estate of Clarence McConnell, the Estate of William T. Bryant, the Estate of Ronald L. Bonniville and the Estate of Justin M. Bryant

have settled or dismissed all claims, amended claims, counter-claims, cross claims and/or third-party claims filed by any party or filed against any other party in these Consolidated Actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2004.

_____
J. Stephen Simms
Simms Showers LLP
Suite 702, 20 South Charles Street
Baltimore, Maryland 21201
410-783-5795

Counsel for Buchanan Marine L.P.,
the Buchanan Trust, Tug BUCHANAN 14