IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NORFOLK DREDGING COMPANY,    *

    Plaintiff,    *

                              Consolidated cases under
v.    *    Civil Action No. WMN-02-662

M/V A.V. KASTNER, etc., *et al.*,    *

                           *

    Defendants.
*     *     *     *     *     *     *     *     *     *     *

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AGREED MOTION FOR CONSENT SETTLEMENT ORDER

United States District Court for the District of Maryland Local Rule 111.

_____    _____
M. Hamilton Whitman, Jr.    J. Stephen Simms
Robert B. Hopkins    Simms Showers, LLP
Charles A. Diorio    20 South Charles Street, Suite 702
Ober, Kaler, Grimes & Shriver    Baltimore, Maryland 21201
A Professional Corporation
120 E. Baltimore Street    Patrick M. Brogan
Baltimore, Maryland 21202-1643    R. Arthur R. Jett, Jr.
                              Davey & Brogan, P.C.
Michael J. Carcich    101 Granby Street, Suite 300
Terry L. Stoltz    P.O. Box 3188
Nicoletti, Hornig, Campise & Sweeney    Norfolk, VA 23514-3188
Wall Street Plaza
88 Pine Street    John T. Ward
New York, New York 10005-1801    Ward Kershaw
                              113 W. Monument Street
Attorneys for Gypsum Transportation    Baltimore, Maryland 21201
Limited and Beltship Management
Limited    Attorneys for Buchanan Marine, L.P. and
                              A.P. Franz, Trustee of The Buchanan Trust

#746062

_____

David W. Skeen
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812

David H. Sump
Crenshaw, Ware & Martin, PLC
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Attorneys for Norfolk Dredging Company

_____

James W. Bartlett, III
Alexander M. Giles
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21202

Attorneys for Maryland Bay Pilot,
Timothy M. Cober