

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

June 22, 2004

VIA ELECTRONIC FILING

The Honorable William M. Nickerson
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
3rd Floor, Room 330
Baltimore, Maryland  21201

> Re:  Elk River Collision Proceedings
>      Norfolk Dredging Company v. M/V A.V. KASTNER, et al.
>      Cases Consolidated Under Civil Action No. WMN-02-662

Dear Judge Nickerson:

On behalf of counsel for all of the parties in this consolidated case, I have filed today the parties' Motion for Consent Settlement Order and supporting papers, along with a proposed Settlement Order. All of the personal injury and death claims have been settled and fully paid, and funds for final settlement of the claims among the vessel interests are being held in escrow awaiting only entry of the Settlement Order in the case.

Given the nature of limitation proceedings, in which the putative defendants are the nominal plaintiffs, the entry of a simple form Rule 111 Settlement Order dismissing the Complaints is not appropriate. The proposed Settlement Order that we have filed provides, therefore, for dismissal of certain free-standing complaints (and a discovery petition) that were filed prior to or outside of the limitation actions, but provides for granting of the limitation complaints. The Order will have the effect of entering the default of any potential claimant who failed to appear and to file a timely claim in the limitation actions in accordance with the Orders entered by the Court upon the commencement of each limitation action.

All counsel are hopeful that the Court will find the Motion and proposed Consent Order self-explanatory, and that the pending litigation can be concluded in accordance with the terms of the proposed Consent Order.



The Honorable William M. Nickerson
United States District Court
 for the District of Maryland
June 22, 2004
Page 2

    We appreciate your Honor's continued attention and consideration in the handling of this matter.

                Respectfully yours,

                M. Hamilton Whitman, Jr.

MHWJr/pkp
cc:    All Counsel of Record (Via E-mail)