## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 23, 2004

M. Hamilton Whitman, Jr., Esq.

    Re:    Norfolk Dredging v. M/V A.V. Kastner, et al.
             Civil Action No. WMN-02-662

Dear Mr. Whitman:

    I have your letter of June 22, 2004, with the Agreed Motion for Consent Settlement Order, the proposed order and affidavits.

    Paragraph 6 of the proposed order posits a purely factual finding regarding privity and/or negligence of the defendants. In addition to the fact that there was no evidentiary proceeding on which to base such a finding, the factual issues that were proferred and argued before Judge Bredar in reaching a settlement included sharp disputes relating to privity and negligence.

    Absent some authority for the inclusion of paragraph 6 that meets my concern, and given the far reaching protection afforded the parties in the preceding paragraphs in the order, my intent is to sign the order with paragraph 6 lined out or sign a revised order which omits paragraph 6.

    I will await your response before taking further action.

Very truly yours,

/s/
William M. Nickerson
Senior United States District Judge

WMN:ce

cc:    Court File
       All Counsel